AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03104-RHK-HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Does 1-10

Date of Service: 10/11/16

### Method of Service

__X__ Personally served at this address: 350 S. 5th St. #304, Minneapolis, MN

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: David Heiberg

Signature of Server: [signature]

Date: 10/11/16

Server's Address: 210 W. Grant St. #111, Mpls. MN 55403

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:16-cv-03104-RHK-HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   City of Minneapolis

Date of Service:   10/11/16

### Method of Service

✓ Personally served at this address: 350 S. 5th St #304, Minneapolis, MN

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   David Heiberg

Signature of Server:   David Huly

Date:   10/11/16

Server's Address:   210 W. Grant St.
Mpls 55403