# Exhibit A

## Community Development & Regulatory Services Committee

## In the Matter of the Rental License Revocation Action

## OWNER MAHMOOD KHAN

## 42 Properties:

2319 3rd St. N. 2135 4th St. N. 2008 21st Av. N. 1614 22nd Av. N. 1621 22nd Av. N. 2116 25th Av. N.
313 26th Av. N. 1604 27th Av. N. 410 30th Av. N. 2714 35th Av. N. 818 44th Av. N. 321 24th Av. N.
2813 Aldrich Av. N 2414 Bryant Av. N. 315 Buchanan St. NE 3557 Dupont Av. N. 4000 Dupont Av. N.
4010 Dupont Av. N. 4011 Dupont Av. N. 2223 Emerson Av. N. 2714 Emerson Av. N. 2906 Emerson Av. N.
3414 Emerson Av. N 1607 Hillside Av. N. 2401 Ilion Av. N. 2325 James Av. N. 1204 Knox Av. N.
1237 Knox Av. N. 1800 LaSalle Av. Unit 104, 1001 Logan Av. N. 2631 Newton Av. N. 1714 Oliver Av. N.
1827 Oliver Av. N. 2126 Queen Av. N 2600 Oliver Av. N. 2722 Oliver Av. N. 3406 Penn Av. N
310 Pierce St. NE. 2007 Russell Av. N. 819 Sheridan Av. N. 1611 Sheridan Av. N. 2123 Oliver Av. N.

## INDEX

| | Page |
|---|---|
| Letter of Appeal Hearing to Owner | 2 |
| Notice of Revocation Letter to Owner (Licensing Standard 13a) | 3-4 |
| • Hennepin County Property Information Records | 5-88 |
| • Rental License Applications | 89-182 |
| • Copies of Placards | 183-224 |
| 1st Revocation - 3223 Bryant Avenue North | |
| • Evidence Packet | 225-261 |
| • Findings of Fact | 262-268 |
| • Copy of Council Action | 269 |
| • Copy of State Court of Appeals Decision | 270-271 |
| 2nd Revocation – 2714 4th Street North | |
| • Evidence Packet | 272-322 |
| • Findings of Fact | 323-327 |
| • Copy of Council Action | 328 |
| • Copy of State Court of Appeals Decision | 329-334 |
| Copy of Property Owners Appeal | 335-338 |
| Notice of Revocation Letter to Owner | 339-341 |
| (2nd Time to Include Licensing Standard 19 -- Good Cause) | |
| History of Housing Code Enforcement by Property | |
| • Profile of Rental Properties | 342-380 |
| • Profile of Non-Rental Properties | 381-388 |
| Regulatory Services Problem Properties Unit (PPU) History | 389-390 |
| • Profile of Current PPU Properties | 391-393 |
| Regulatory Services Summary of Property Profiles | 394 |
| City of Minneapolis Ordinance: 244.1910, 244.1930, 244.1940, Chapter 4, Section 16 | 395-399 |



**Minneapolis**
*City of Lakes*

**Department of Regulatory Services**

Nuria P. Rivera-Vandermyde
Director

**Housing Inspections**

250 South 4th Street – Room 400
Minneapolis, MN 55415-1316

| | |
|---|---|
| Office | (612) 673-3000 |
| Fax | (612) 673-3262 |
| TTY | (612) 673-2157 |

---

**Attention:** If you have any questions regarding this material please call 311

**Spanish - Atención.**
Si desea recibir asistencia gratuita para traducir esta información, llame al teléfono (612) 673-2700

**Somali - Ogow.**
Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac (612) 673-3500

**Hmong - Ceeb toom.**
Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu (612) 673-2800

**Sign Language Interpreter –**
612-673-3220
TTY: 612-673-2157

If you want help translating this information in any other language, call 612-673-3737

---



City Information
and Services

www.ci.minneapolis.mn.us

Affirmative Action Employer

---

April 14, 2015

Mahmood Khan
2972 Old Hwy 8
Roseville, MN 55113

Edward F. Rooney
Attorney at Law
100 N. 6th St.- Suite 550A
Minneapolis, MN 55403

Dear Mr. Khan:

A hearing for your Minneapolis Rental License Appeal is scheduled for Thursday, May 21st, 2015, at 8:30 a.m. and Friday, May 22nd, 2015, at 8:30 a.m. in Room 310 of Minneapolis City Hall located at 350 South 5th Street. Attorney, James Gurovitsch will be the Administrative Hearing Officer.

At this hearing, you will be given an opportunity to state your reason(s) for appealing and challenging the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath. You must bring the original and 4 copies of any documents you plan to submit as evidence.

If you do not appear, the hearing officer will act upon your appeal with only the facts as presented in your original application.

Sincerely,

Joann Velde
Deputy Director
Housing Inspections
612-673-5850

# NOTICE OF REVOCATION
## OF RENTAL LICENSE OR PROVISIONAL LICENSE



**Minneapolis**
*City of Lakes*

**Department of Regulatory Services**

Nuria P Rivera-Vandermyde
Director

**Housing Inspections**

250 South 4th Street - Room 400
Minneapolis, MN 55415-1316

| | |
|---|---|
| Office | (612) 673-3000 |
| Fax | (612) 673-3262 |
| TTY | (612) 673-2157 |

**Attention:** If you have any questions regarding this material please call 311

**Spanish - Atención.**
Si desea recibir asistencia gratuita para traducir esta información, llame al teléfono (612) 673-2700

**Somali - Ogow.**
Haddii aad dooneyso in laga kaalmeeyo tarjamadda machuumaadkani oo lacag la' aan wac (612) 673-3500

**Hmong - Ceeb toom.**
Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu (612) 673-2800

**Sign Language Interpreter –**
612-673-3220
TTY: 612-673-2157

If you want help translating this information in any other language, call 612-673-3737


Call 311
Minneapolis
City Information
and Services

www.ci.minneapolis.mn.us

Affirmative Action Employer

February 13th, 2015

Mahmood Khan
2972 Old Hwy 8
Roseville, MN  55113

**Property Addresses:**
1800 LaSalle Av. Unit 104, 1827 Oliver Av. N. 2007 Russell Av. N. 2008 21st Av. N.
2116 25th Av. N. 2123 Oliver Av. N. 2126 Queen Av. N. 2135 4th St. N.
2223 Emerson Av. N. 2319 3rd St. N. 2325 James Av. N. 2401 Ilion Av. N.
2414 Bryant Av. N. 2600 Oliver Av. N. 2631 Newton Av. N. 2714 35th Av. N.
2714 Emerson Av. N. 2722 Oliver Av. N. 2813 Aldrich Av. N. 2906 Emerson Av. N.
3406 Penn Av. N. 3414 Emerson Av. N. 3557 Dupont Av. N. 4000 Dupont Av. N.
4010 Dupont Av. N. 4011 Dupont Av. N. 3238 Bryant Av. N. 1604 27th Av. N.
410 30th Av. N. 310 Pierce St. NE. 315 Buchanan St. NE. 818 44th Av. N. 313 26th Av. N.
321 24th Av. N. 1614 22nd Av. N. 1621 22nd Av. N. 1607 Hillside Av. N.
1714 Oliver Av. N. 1611 Sheridan Av. N. 819 Sheridan Av. N. 1001 Logan Av. N.
1204 Knox Av. N. 1237 Knox Av. N.

This is to notify you that the above properties fail to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910 and 244.1940)

- ☐ (1) Required License fee not paid
- ☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
- ☐ (3) Rental dwelling unit(s) over occupied or illegally occupied
- ☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
- ☐ (5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish
- ☐ (6) Rental dwelling unit(s) are in a substandard condition
- ☐ (7) Licensee has not paid required reinspection fees
- ☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
- ☐ (9) Licensee has failed to maintain and keep written register of tenants
- ☐ (10) Licensee has failed to submit a building scheme
- ☐ (11) Property taxes delinquent or assessments for administrative citations
- ☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
- ☒ **(13) Owner/licensee/manager has had 2 or more licenses revoked.**
- ☐ (14) Licensee has adverse license action in progress
- ☐ (15) Rental License application is not current per section 244.1840
- ☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
- ☐ (18) Licensee allowed water shut for non-payment 244.1910(18)
- ☐ (19) Other Cause – chapter 4, section 16 of the Charter
- ☐ (20) Notice to tenant of pending foreclosure/cancellation of Contract for Deed
- ☐ (21) 2nd violation of letting/offering to let unlicensed rental
- ☐ (22) Property with Rental Dwelling Units of 2+ must provide Recycling Services.
- ☐ (23) The licensee or applicant shall not have unpaid fines or fees owing the City.

Documentation is attached which refers to the above checked standard(s) in violation.                3

In addition, defects that create an imminent hazard to health or safety may be cause for the immediate denial, non-renewal, revocation, or suspension of the rental license or provisional license (Section 244.1940). Also, licensing procedures are in addition to and do not supersede or preempt such other remedies such as condemnation or legal action.

If you do not appeal this action within 15 days from the date of this notification, the City Council may take action to Revoke your license(s).

If the City Council revokes the Rental License(s), the affected dwellings therein must be vacated, and shall not be re-occupied until a new license is granted by the City Council.

An appeal form and a copy of appeal procedures (MCO 244.1960) are enclosed.


Sincerely,


Joann Velde
Deputy Director
Housing Inspections
612-673-5850


Enclosure

## Parcel Data for Taxes Payable 2015

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 15-029-24-22-0005 |
| Address: | 2319   3RD ST N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001 |

Construction year: 1900

| | |
|---|---|
| Watershed: | 6 |

Approx. Parcel Size: 30.00 X 157.00

| | |
|---|---|
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HWY NO 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | May, 2005 |
| Sale Price: | $210,000 |
| Transaction Type: | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | COBB'S ADDITION TO NORTH MINNEAPOLIS |
| Lot: | |
| Block: | 007 |
| First Line Metes & Bounds: | S 6 FT OF LOT 2 AND N 1/2 OF LOT 3 |
| Full Metes & Bounds: | |

Note: To read full tax parcel description, click here.

| | |
|---|---|
| Abstract or Torrens: | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| Estimated Market Value: | $60,000 |
| Taxable Market Value: | $60,000 |
| Total Improvement Amount: | |
| Total Net Tax: | $1,217.39   Expand for details |
| Total Special Assessments: | $765.67 |
| Solid Waste Fee: | |
| Total Tax: | $1,983.06   Taxes due |

5

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

|  | Values: |  |
|---|---|---|
| Land Market |  | $4,600 |
| Building Market |  | $55,400 |
| Machinery Market |  |  |
|  | **Total Market:** | $60,000 |
| Qualifying Improvements |  |  |
| Veterans Exclusion |  |  |
| Homestead Market Value Exclusion |  |  |
|  | Classifications: |  |
| Property Type |  | RESIDENTIAL TWO UNIT |
| Homestead Status |  | NON-HOMESTEAD |
| Relative Homestead |  |  |
| Agricultural |  |  |
| Exempt Status |  |  |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy |  Copyright 2015

6

### Parcel Data for Taxes Payable 2015

🖨 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | **15-029-24-23-0086** |
| **Address:** | **2135   4TH ST N** |
| **Municipality:** | **MINNEAPOLIS** |
| **School Dist:** | 001          Construction year: 1915 |
| **Watershed:** | 6          Approx. Parcel Size: 38.8 X 157 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | June, 2006 |
| **Sale Price:** | $195,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "RENO'S ADDITION TO MINNEAPOLIS" |
| **Lot:** | 002 |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $44,000 |
| **Taxable Market Value:** | $44,000 |
| **Total Improvement Amount:** | |

7

| | | |
|---|---|---|
| **Total Net Tax:** | $892.75 | Expand for details |
| **Total Special Assessments:** | $192.67 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,085.42 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| | |
|---|---|
| **Land Market** | $6,000 |
| **Building Market** | $38,000 |
| **Machinery Market** | |
| **Total Market:** | $44,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

#### Classifications:

| | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:      **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy |  Copyright 2015

8

## Parcel Data for Taxes Payable 2015

🖶 Print    | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 16-029-24-23-0106 |
| **Address:** | 2008   21ST AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001            Construction year: 1900 |
| **Watershed:** | 6              Approx. Parcel Size: 50X118X55X102 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | May, 2001 |
| **Sale Price:** | $106,500 |
| **Transaction Type:** | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "FOREST HEIGHTS" |
| **Lot:** | 017 |
| **Block:** | 023 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, <u>click here.</u> |
| **Abstract or Torrens:** | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $65,500 |
| **Taxable Market Value:** | $65,500 |
| **Total Improvement Amount:** | |

9

| | | |
|---|---|---|
| **Total Net Tax:** | $1,093.67 | Expand for details |
| **Total Special Assessments:** | $1,257.57 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $2,351.24 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $8,000 |
| **Building Market** | $57,500 |
| **Machinery Market** | |
| **Total Market:** | $65,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

10

**Parcel Data for Taxes Payable 2015**

Print   [View map]   [Taxes due]   [Payment options]   [Current year values]   [Prior year taxes]

| | |
|---|---|
| **Property ID:** | 16-029-24-21-0164 |
| **Address:** | 1614    22ND AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001           **Construction year:** 1901 |
| **Watershed:** | 6             **Approx. Parcel Size:** 45X161X46X152 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY NO 8 |
| | ROSEVILLE MN 55113 |

---

**Sale Information**

Sales prices are reported as listed on the **Certificate of Real Estate Value** and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | January, 2005 |
| **Sale Price:** | $140,000 |
| **Transaction Type:** | Warranty Deed |

---

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "FOREST HEIGHTS" |
| **Lot:** | 028 |
| **Block:** | 012 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | ABSTRACT |

---

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| **Estimated Market Value:** | $77,000 |
| **Taxable Market Value:** | $77,000 |
| **Total Improvement Amount:** | |

11

| | | |
|---|---|---|
| **Total Net Tax:** | $1,285.70 | Expand for details |
| **Total Special Assessments:** | $987.62 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $2,273.32 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Values: | |
|---|---|
| **Land Market** | $7,100 |
| **Building Market** | $69,900 |
| **Machinery Market** | |
| **Total Market:** | $77,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government | Privacy | Copyright 2015

12

### Parcel Data for Taxes Payable 2015

Print   | View map | Taxes due | Payment options | Current year values | Prior year taxes |

**Property ID:** 16-029-24-21-0190

**Address:** 1621    22ND AVE N

**Municipality:** MINNEAPOLIS

**School Dist:** 001          Construction year: 1900

**Watershed:** 6          Approx. Parcel Size: 44.00 X 125.00

**Sewer Dist:**

**Owner Name:** MAHMOOD KHAN

**Taxpayer Name & Address:** MAHMOOD KHAN

2972 OLD HWY 8

ROSEVILLE MN 55113

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

**Addition Name:** "FOREST HEIGHTS"

**Lot:** 002

**Block:** 015

**First Line Metes & Bounds:**

**Full Metes & Bounds:**

Note: To read full tax parcel description, **click here.**

**Abstract or Torrens:** ABSTRACT

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Estimated Market Value:** $71,500

**Taxable Market Value:** $71,500

**Total Improvement Amount:**

**Total Net Tax:** $1,193.86    Expand for details

13

Total Special Assessments:

Solid Waste Fee:

Total Tax:                          $1,193.86   **Taxes due**

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

Land Market                          $5,800

Building Market                      $65,700

Machinery Market

**Total Market:**            $71,500

Qualifying Improvements

Veterans Exclusion

Homestead Market Value
Exclusion

**Classifications:**

Property Type                 RESIDENTIAL

Homestead Status              NON-HOMESTEAD

Relative Homestead

Agricultural

Exempt Status

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**                    Open government | Privacy | Copyright 2015

14

### Parcel Data for Taxes Payable 2015

Print   **View map**   **Taxes due**   **Payment options**    **Current year values**    **Prior year taxes**

| | |
|---|---|
| **Property ID:** | 15-029-24-22-0211 |
| **Address:** | 321    24TH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001      **Construction year:** 1979 |
| **Watershed:** | 6      **Approx. Parcel Size:** 78.50 X 96.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | NEW BRIGHTON MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | October, 1999 |
| **Sale Price:** | $103,600 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | COBB'S ADDITION TO NORTH MINNEAPOLIS |
| **Lot:** | |
| **Block:** | 007 |
| **First Line Metes & Bounds:** | E 78.5 FT OF LOTS 13 AND 14 BLK 7 |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, <u>click here.</u> |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $77,500 |
| **Taxable Market Value:** | $77,500 |
| **Total Improvement Amount:** | |

15

| | | |
|---|---|---|
| **Total Net Tax:** | $1,294.04 | Expand for details |
| **Total Special Assessments:** | $673.36 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,967.40 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $7,700 |
| **Building Market** | $69,800 |
| **Machinery Market** | |
| **Total Market:** | $77,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**                                      Open government | Privacy | Copyright 2015

16

**Parcel Data for Taxes Payable 2015**

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 16-029-24-22-0042 |
| Address: | 2116   25TH AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001 | Construction year: 1890 |
| Watershed: | 7 | Approx. Parcel Size: 45.50 X 125.00 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

---

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | January, 2003 |
| Sale Price: | $157,000 |
| Transaction Type: | Warranty Deed |

---

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "FOREST HEIGHTS" |
| Lot: | 015 |
| Block: | 005 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

---

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| Estimated Market Value: | $55,000 |
| Taxable Market Value: | $55,000 |
| Total Improvement Amount: | $20,000 |

17

| | | |
|---|---|---|
| Total Net Tax: | $1,106.27 | **Expand for details** |
| Total Special Assessments: | $192.67 | |
| Solid Waste Fee: | | |
| Total Tax: | $1,298.94 | **Taxes due** |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

**Values:**

| | |
|---|---|
| Land Market | $5,600 |
| Building Market | $49,400 |
| Machinery Market | |
| **Total Market:** | $55,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| | |
|---|---|
| Property Type | RESIDENTIAL TWO UNIT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:      **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

🖶 Print    | View map | | Taxes due | | Payment options | | Current year values | | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 15-029-24-22-0087 |
| **Address:** | 313    26TH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001         Construction year: 1900 |
| **Watershed:** | 6          Approx. Parcel Size: 53.8 X 43 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KAMAL KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KAMAL KHAN |
| | 313 26TH AVE N |
| | MINNEAPOLIS MN 55411 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | June, 2010 |
| **Sale Price:** | $17,500 |
| **Transaction Type:** | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | WOODLAND PARK |
| **Lot:** | 001 |
| **Block:** | 001 |
| **First Line Metes & Bounds:** | W 53 8/10 FT |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, underline click here. |
| **Abstract or Torrens:** | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $42,500 |
| **Taxable Market Value:** | $42,500 |
| **Total Improvement Amount:** | $15,000 |

19

| | | |
|---|---|---|
| **Total Net Tax:** | $709.64 | Expand for details |
| | | |
| **Total Special Assessments:** | | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $709.64 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

**Values:**

| | |
|---|---|
| **Land Market** | $1,000 |
| **Building Market** | $41,500 |
| **Machinery Market** | |
| **Total Market:** | $42,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**                    Open government  |  Privacy  |  Copyright 2015

**Parcel Data for Taxes Payable 2015**

🖶 Print   | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| Property ID: | 09-029-24-34-0243 | |
|---|---|---|
| Address: | 1604   27TH AVE N | |
| Municipality: | MINNEAPOLIS | |
| School Dist: | 001 | Construction year: 1902 |
| Watershed: | 7 | Approx. Parcel Size: 50.50 X 135 |
| Sewer Dist: | | |
| Owner Name: | MAHMOOD KHAN | |
| Taxpayer Name & Address: | MAHMOOD KHAN | |
| | 2972 OLD HWY 8 | |
| | ROSEVILLE MN 55113 | |

---

**Sale Information**

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

---

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| Addition Name: | BABBITT'S OUT-LOTS |
|---|---|
| Lot: | |
| Block: | |
| First Line Metes & Bounds: | THE EAST 50.50 FEET OF THE FOLLOWING |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, **click here.** |
| Abstract or Torrens: | ABSTRACT |

---

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Estimated Market Value: | $85,000 | |
|---|---|---|
| Taxable Market Value: | $85,000 | |
| Total Improvement Amount: | $65,000 | |
| Total Net Tax: | $1,709.31 | Expand for details |

21

| | |
|---|---|
| **Total Special Assessments:** | $192.67 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $1,901.98 `Taxes due` |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Values: | |
|---|---|
| **Land Market** | $6,400 |
| **Building Market** | $78,600 |
| **Machinery Market** | |
| **Total Market:** | $85,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

22

### Parcel Data for Taxes Payable 2015

Print   View map   Taxes due   Payment options   Current year values   Prior year taxes

| | |
|---|---|
| **Property ID:** | 10-029-24-32-0067 |
| **Address:** | 410   30TH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001 |

Construction year: 1916

| | |
|---|---|
| **Watershed:** | 6 |

Approx. Parcel Size: 41.00 X 110.00

| | |
|---|---|
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| | |
|---|---|
| **Sale Date:** | November, 1993 |
| **Sale Price:** | $34,000 |
| **Transaction Type:** | Other - See Certificate of Real Estate Value (CRV) |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | MORRISONS ADDITION TO NORTH MINNEAPOLIS |
| **Lot:** | |
| **Block:** | 010 |
| **First Line Metes & Bounds:** | E 41 FT OF W 83 FT OF LOTS 6 AND 7 |
| **Full Metes & Bounds:** | |

Note: To read full tax parcel description, **click here.**

| | |
|---|---|
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $55,000 |
| **Taxable Market Value:** | $55,000 |
| **Total Improvement Amount:** | |

23

| | | |
|---|---|---|
| **Total Net Tax:** | $918.34 | Expand for details |
| **Total Special Assessments:** | $8,080.02 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $8,998.36 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $5,100 |
| **Building Market** | $49,900 |
| **Machinery Market** | |
| **Total Market:** | $55,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

24

### Parcel Data for Taxes Payable 2015

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 08-029-24-12-0058 |
| **Address:** | 2714   35TH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1922 |
| **Watershed:** | 8          Approx. Parcel Size: 23.9 X 120 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | April, 2003 |
| **Sale Price:** | $90,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "BERRY'S 1ST ADDITION TO MINNEAPOLIS" |
| **Lot:** | |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | LOTS 16 17 AND 18 EX ALLEY |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $63,500 |
| **Taxable Market Value:** | $63,500 |
| **Total Improvement Amount:** | |

25

| | | |
|---|---|---|
| **Total Net Tax:** | $1,047.28 | `Expand for details` |
| **Total Special Assessments:** | $787.36 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,834.64 | `Taxes due` |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $3,600 |
| **Building Market** | $59,900 |
| **Machinery Market** | |
| **Total Market:** | $63,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy |  Copyright 2015

26

**Parcel Data for Taxes Payable 2015**

🖶 Print   | View map | | Taxes due | | Payment options | | Current year values | | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 13-118-21-21-0017 |
| **Address:** | 818    44TH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1900 |
| **Watershed:** | 8          Approx. Parcel Size: 60 X 120 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | February, 2007 |
| **Sale Price:** | $230,000 |
| **Transaction Type:** | Warranty Deed |

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "S. W. POND'S ADDITION TO MINNEAPOLIS" |
| **Lot:** | |
| **Block:** | 001 |
| **First Line Metes & Bounds:** | LOTS 14 AND 15 |
| **Full Metes & Bounds:** | |
| | **Note: To read full tax parcel description, click here.** |
| **Abstract or Torrens:** | ABSTRACT |

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| **Estimated Market Value:** | $66,000 |
| **Taxable Market Value:** | $66,000 |
| **Total Improvement Amount:** | |

27

| | | |
|---|---|---|
| **Total Net Tax:** | $1,322.26 | Expand for details |
| **Total Special Assessments:** | | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,322.26 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Values: | |
|---|---|
| **Land Market** | $20,300 |
| **Building Market** | $45,700 |
| **Machinery Market** | |
| **Total Market:** | $66,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:      taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy |  Copyright 2015

28

## Parcel Data for Taxes Payable 2015

🖨 Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 09-029-24-44-0103 |
| **Address:** | 2813    ALDRICH AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1915 |
| **Watershed:** | 6            Approx. Parcel Size: 42.6 X 127.3 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | February, 2007 |
| **Sale Price:** | $165,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | FAIRMOUNT PARK ADDITION TO MINNEAPOLIS |
| **Lot:** | 004 |
| **Block:** | 008 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $74,500 |
| **Taxable Market Value:** | $74,500 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $1,511.26  Expand for details |
| **Total Special Assessments:** | |
| **Solid Waste Fee:** | |
| **Total Tax:** | $1,511.26  Taxes due |

29

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Values: | |
| --- | --- |
| Land Market | $5,100 |
| Building Market | $69,400 |
| Machinery Market | |
| **Total Market:** | $74,500 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

| Classifications: | |
| --- | --- |
| Property Type | RESIDENTIAL TWO UNIT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

http://www16.co.hennepin.mn.us/pins/pidresult.jsp?pid=0902924440103                    3/16/2015

### Parcel Data for Taxes Payable 2015

🖶 Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 16-029-24-11-0088 |
| **Address:** | 2414   BRYANT AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001            Construction year: 1909 |
| **Watershed:** | 6            Approx. Parcel Size: 50.00 X 157.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| | |
|---|---|
| **Sale Date:** | October, 2005 |
| **Sale Price:** | $210,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | HIGHLAND PARK ADDITION TO THE CITY OF MINNEAPOLIS |
| **Lot:** | 011 |
| **Block:** | 013 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | **Note: To read full tax parcel description, click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $55,000 |
| **Taxable Market Value:** | $55,000 |
| **Total Improvement Amount:** | |

31

**Total Net Tax:**             $1,116.66    `Expand for details`

**Total Special Assessments:**

**Solid Waste Fee:**

**Total Tax:**                 $1,116.66    `Taxes due`

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

**Values:**

| | |
|---|---|
| **Land Market** | $7,800 |
| **Building Market** | $47,200 |
| **Machinery Market** | |
| **Total Market:** | $55,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:        taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖶 Print   | View map | Taxes due | Payment options | Current year values | Prior year taxes |

**Property ID:** 13-029-24-34-0159

**Address:** 315   BUCHANAN ST N E

**Municipality:** MINNEAPOLIS

**School Dist:** 001          Construction year: 1986

**Watershed:** 6          Approx. Parcel Size: 78.60 X 124.02

**Sewer Dist:**

**Owner Name:** MAHMOOD KAMAL KHAN

**Taxpayer Name & Address:** MAHMOOD KAMAL KHAN

2972 OLD HWY 8

NEW BRIGHTON MN 55113

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

**Addition Name:** "RAMSEY, LOCKWOOD & OTHERS ADDITION" TO ST. ANTHONY

**Lot:**

**Block:** 027

**First Line Metes & Bounds:** LOTS 22 AND 23 EXCEPT PART TAKEN FOR

**Full Metes & Bounds:**

Note: To read full tax parcel description, <u>click here.</u>

**Abstract or Torrens:** ABSTRACT

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Estimated Market Value:** $495,500

**Taxable Market Value:** $495,500

**Total Improvement Amount:**

**Total Net Tax:** $10,054.20   | Expand for details |

33

**Total Special Assessments:**

**Solid Waste Fee:**

**Total Tax:**                          $10,054.20   `Taxes due`

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

**Land Market**                         $60,600

**Building Market**                     $434,900

**Machinery Market**

            **Total Market:**           $495,500

**Qualifying Improvements**

**Veterans Exclusion**

**Homestead Market Value Exclusion**

**Classifications:**

**Property Type**            APARTMENT

**Homestead Status**         NON-HOMESTEAD

**Relative Homestead**

**Agricultural**

**Exempt Status**

Hennepin County is providing this information as a public service.
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**                   Open government | Privacy | Copyright 2015

http://www16.co.hennepin.mn.us/pins/addrresult.jsp                    3/16/2015

**Parcel Data for Taxes Payable 2015**

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 09-029-24-12-0119 |
| Address: | 3557    DUPONT AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001          Construction year: 1913 |
| Watershed: | 6            Approx. Parcel Size: 38.80 X 125.80 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

---

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | February, 2001 |
| Sale Price: | $99,500 |
| Transaction Type: | Warranty Deed |

---

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "LIVINGSTON PARK" |
| Lot: | |
| Block: | 001 |
| First Line Metes & Bounds: | LOT 1 AND N 2 FT OF LOT 2 |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

---

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| Estimated Market Value: | $65,000 |
| Taxable Market Value: | $65,000 |
| Total Improvement Amount: | $10,000 |

35

| | | |
|---|---|---|
| **Total Net Tax:** | $1,085.32 | Expand for details |
| | | |
| **Total Special Assessments:** | $247.58 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,332.90 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Values: | |
|---|---|
| **Land Market** | $5,900 |
| **Building Market** | $59,100 |
| **Machinery Market** | |
| **Total Market:** | $65,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:      taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

http://www16.co.hennepin.mn.us/pins/addrresult.jsp                                    3/16/2015

### Parcel Data for Taxes Payable 2015

🖶 Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 04-029-24-14-0159 |
| **Address:** | 4000    DUPONT AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001            Construction year: 1911 |
| **Watershed:** | 6              Approx. Parcel Size: 50.00 X 128.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY NO 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | March, 2007 |
| **Sale Price:** | $170,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | WYOMING PARK ADDITION TO MINNEAPOLIS |
| **Lot:** | 014 |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $92,000 |
| **Taxable Market Value:** | $92,000 |
| **Total Improvement Amount:** | |

37

| Total Net Tax: | $1,536.15 | Expand for details |
| --- | --- | --- |

| Total Special Assessments: | $992.55 | |
| --- | --- | --- |
| Solid Waste Fee: | | |
| Total Tax: | $2,528.70 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

**Values:**

| Land Market | $14,100 |
| --- | --- |
| Building Market | $77,900 |
| Machinery Market | |
| **Total Market:** | $92,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL |
| --- | --- |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

 Print    View map    Taxes due    Payment options    Current year values    Prior year taxes

| | |
|---|---|
| **Property ID:** | 04-029-24-14-0161 |
| **Address:** | 4010   DUPONT AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1896 |
| **Watershed:** | 6          Approx. Parcel Size: 50.00 X 128.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD K & SIRTAZ A KHAN |
| **Taxpayer Name & Address:** | MAHMOOD K & SIRTAZ A KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | July, 2004 |
| **Sale Price:** | $209,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | WYOMING PARK ADDITION TO MINNEAPOLIS |
| **Lot:** | 016 |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $67,500 |
| **Taxable Market Value:** | $67,500 |
| **Total Improvement Amount:** | |

39

| | | |
|---|---|---|
| **Total Net Tax:** | $1,369.94 | `Expand for details` |
| | | |
| **Total Special Assessments:** | | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,369.94 | `Taxes due` |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $14,300 |
| **Building Market** | $53,200 |
| **Machinery Market** | |
| **Total Market:** | $67,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:     **taxinfo@hennepin.us**

## Hennepin County, Minnesota

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 04-029-24-13-0011 |
| **Address:** | 4011   DUPONT AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001        Construction year: 1909 |
| **Watershed:** | 8        Approx. Parcel Size: 50.00 X 128.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD K KHAN |
| **Taxpayer Name & Address:** | MAHMOOD K KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | July, 2004 |
| **Sale Price:** | $139,000 |
| **Transaction Type:** | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | WYOMING PARK ADDITION TO MINNEAPOLIS |
| **Lot:** | 011 |
| **Block:** | 003 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $50,000 |
| **Taxable Market Value:** | $50,000 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $1,001.71   Expand for details |
| **Total Special Assessments:** | $1,300.53 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $2,302.24   Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Values: | |
| --- | --- |
| Land Market | $14,300 |
| Building Market | $35,700 |
| Machinery Market | |
| **Total Market:** | $50,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

| Classifications: | |
| --- | --- |
| Property Type | NON 4BB COMPLIANT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy |  Copyright 2015

### Parcel Data for Taxes Payable 2015



🖨Print   | View map | | Taxes due | | Payment options | | Current year values | | Prior year taxes |

**Property ID:** 16-029-24-12-0100

**Address:** 2223   EMERSON AVE N

**Municipality:** MINNEAPOLIS

**School Dist:** 001                    Construction year: 1912

**Watershed:** 6                    Approx. Parcel Size: 33.00 X 77.00

**Sewer Dist:**

**Owner Name:** MAHMOOD KHAN

**Taxpayer Name & Address:** MAHMOOD KHAN

2972 OLD HWY 8

ROSEVILLE MN 55113

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

**Sale Date:** November, 2003

**Sale Price:** $120,500

**Transaction Type:** Warranty Deed

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

**Addition Name:** HIGHLAND PARK ADDITION TO THE CITY OF MINNEAPOLIS

**Lot:**

**Block:** 032

**First Line Metes & Bounds:** S 8 FT OF E 77 FT OF LOT 1 AND E 77

**Full Metes & Bounds:**

Note: To read full tax parcel description, <u>click here.</u>

**Abstract or Torrens:** ABSTRACT

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Estimated Market Value:** $69,500

**Taxable Market Value:** $69,500

**Total Improvement Amount:**

| | | |
|---|---|---|
| **Total Net Tax:** | $1,160.46 | Expand for details |
| | | |
| **Total Special Assessments:** | $328.50 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $1,488.96 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $2,100 |
| **Building Market** | $67,400 |
| **Machinery Market** | |
| **Total Market:** | $69,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

**Parcel Data for Taxes Payable 2015**

🖶 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 09-029-24-43-0245 |
| **Address:** | 2714   EMERSON AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001   Construction year: 1900 |
| **Watershed:** | 6   Approx. Parcel Size: W 42.6 X 127.4 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | December, 2005 |
| **Sale Price:** | $221,111 |
| **Transaction Type:** | Warranty Deed |

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | FAIRMOUNT PARK ADDITION TO MINNEAPOLIS |
| **Lot:** | 011 |
| **Block:** | 018 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | ABSTRACT |

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| **Estimated Market Value:** | $80,500 |
| **Taxable Market Value:** | $80,500 |
| **Total Improvement Amount:** | |

45

| Total Net Tax: | $1,633.00 | Expand for details |

**Total Special Assessments:**

**Solid Waste Fee:**

| Total Tax: | $1,633.00 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| Land Market | $5,100 |
| Building Market | $75,400 |
| Machinery Market | |
| **Total Market:** | $80,500 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL TWO UNIT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**                    Open government | Privacy | Copyright 2015

**Parcel Data for Taxes Payable 2015**

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 09-029-24-42-0177 |
| Address: | 2906   EMERSON AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001                    Construction year: 1903 |
| Watershed: | 6                    Approx. Parcel Size: 40.00 X 127.00 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HWY NO 8 |
| | ROSEVILLE MN 55113 |

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | May, 2005 |
| Sale Price: | $205,000 |
| Transaction Type: | Warranty Deed |

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "SILVER LAKE ADDITION" TO MINNEAPOLIS |
| Lot: | 015 |
| Block: | 016 |
| First Line Metes & Bounds: | N 40 FT |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | TORRENS |

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| Estimated Market Value: | $63,000 |
| Taxable Market Value: | $63,000 |
| Total Improvement Amount: | |

47

| Total Net Tax: | $1,051.92 | Expand for details |

| Total Special Assessments: | $1,669.12 |

Solid Waste Fee:

| Total Tax: | $2,721.04 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

**Values:**

| Land Market | $4,500 |
| Building Market | $58,500 |

Machinery Market

| **Total Market:** | $63,000 |

Qualifying Improvements

Veterans Exclusion

Homestead Market Value
Exclusion

**Classifications:**

| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |

Relative Homestead

Agricultural

Exempt Status

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**                    Open government  |  Privacy |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖨 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 09-029-24-12-0224 |
| Address: | 3414   EMERSON AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001                    Construction year: 1913 |
| Watershed: | 6                      Approx. Parcel Size: 40.00 X 126.00 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | February, 2005 |
| Sale Price: | $192,000 |
| Transaction Type: | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "LIVINGSTON PARK" |
| Lot: | 019 |
| Block: | 004 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| Estimated Market Value: | $58,000 |
| Taxable Market Value: | $58,000 |
| Total Improvement Amount: | |

49

| Total Net Tax: | $968.44 | Expand for details |
|---|---|---|

| Total Special Assessments: | $1,120.88 |
|---|---|
| Solid Waste Fee: | |

| Total Tax: | $2,089.32 | Taxes due |
|---|---|---|

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| Land Market | $7,800 |
|---|---|
| Building Market | $50,200 |
| Machinery Market | |
| **Total Market:** | $58,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL |
|---|---|
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

🖶 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

**Property ID:**          16-029-24-24-0097

**Address:**              1607    HILLSIDE AVE

**Municipality:**         MINNEAPOLIS

**School Dist:**          001            Construction year: 1900

**Watershed:**            6              Approx. Parcel Size: 45.00 X 125.00

**Sewer Dist:**

**Owner Name:**           MAHMOOD KHAN

**Taxpayer Name**
**& Address:**            MAHMOOD KHAN

                          2972 OLD HWY NO 8

                          ROSEVILLE MN 55113

## Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

**Addition Name:**        "FOREST HEIGHTS"

**Lot:**                  018

**Block:**                017

**First Line Metes & Bounds:**

**Full Metes & Bounds:**
                          Note: To read full tax parcel description, <u>click here.</u>

**Abstract or Torrens:**  ABSTRACT

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Estimated Market Value:**       $66,000

**Taxable Market Value:**         $66,000

**Total Improvement Amount:**

**Total Net Tax:**                $1,102.02    Expand for details

51

| Total Special Assessments: | $1,573.92 |
| Solid Waste Fee: | |
| Total Tax: | $2,675.94   **Taxes due** |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| Land Market | $7,500 |
| Building Market | $58,500 |
| Machinery Market | |
| **Total Market:** | $66,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

#### Classifications:

| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:      taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government | Privacy | Copyright 2015

http://www16.co.hennepin.mn.us/pins/addrresult.jsp                                    3/16/2015

**Parcel Data for Taxes Payable 2015**

🖶 Print    [View map]   [Taxes due]   [Payment options]   [Current year values]   [Prior year taxes]

| | |
|---|---|
| **Property ID:** | 16-029-24-21-0095 |
| **Address:** | 2401   ILION AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001      Construction year: 1925 |
| **Watershed:** | 7      Approx. Parcel Size: 52X139X40X140 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | November, 2003 |
| **Sale Price:** | $160,000 |
| **Transaction Type:** | Warranty Deed |

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "FOREST HEIGHTS" |
| **Lot:** | 010 |
| **Block:** | 009 |
| **First Line Metes & Bounds:** | INCL ADJ 1/2 OF VAC ALLEY |
| **Full Metes & Bounds:** | |
| | **Note: To read full tax parcel description, click here.** |
| **Abstract or Torrens:** | ABSTRACT |

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| **Estimated Market Value:** | $62,000 |
| **Taxable Market Value:** | $62,000 |
| **Total Improvement Amount:** | |

| | | |
|---|---|---|
| **Total Net Tax:** | $1,025.87 | Expand for details |
| **Total Special Assessments:** | $1,091.89 | |
| **Solid Waste Fee:** | | |
| **Total Tax:** | $2,117.76 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $8,200 |
| **Building Market** | $53,800 |
| **Machinery Market** | |
| **Total Market:** | $62,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government | Privacy | Copyright 2015

## Parcel Data for Taxes Payable 2015

Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| Property ID: | 16-029-24-22-0123 | |
| Address: | 2325   JAMES AVE N | |
| Municipality: | MINNEAPOLIS | |
| School Dist: | 001 | Construction year: 1885 |
| Watershed: | 6 | Approx. Parcel Size: 42X135X48X133 |
| Sewer Dist: | | |
| Owner Name: | MAHMOOD K KHAN | |
| Taxpayer Name & Address: | MAHMOOD K KHAN | |
| | 2972 OLD HIGHWAY 8 | |
| | ROSEVILLE MN 55113 | |

## Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| Sale Date: | June, 2004 |
| Sale Price: | $90,000 |
| Transaction Type: | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| Addition Name: | "FOREST HEIGHTS" |
| Lot: | 004 |
| Block: | 019 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, **click here.** |
| Abstract or Torrens: | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Estimated Market Value: | $66,500 |
| Taxable Market Value: | $66,500 |
| Total Improvement Amount: | |

| | | |
|---|---|---|
| Total Net Tax: | $1,348.94 | Expand for details |

**Total Special Assessments:**

**Solid Waste Fee:**

| | | |
|---|---|---|
| Total Tax: | $1,348.94 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| | |
|---|---|
| Land Market | $6,900 |
| Building Market | $59,600 |
| Machinery Market | |
| Total Market: | $66,500 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

#### Classifications:

| | |
|---|---|
| Property Type | RESIDENTIAL TWO UNIT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

3/16/2015

### Parcel Data for Taxes Payable 2015

🖨 Print   | View map |   | Taxes due |   | Payment options |   | Current year values |   | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 21-029-24-21-0073 |
| **Address:** | 1204   KNOX AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001   **Construction year:** 1910 |
| **Watershed:** | 6   **Approx. Parcel Size:** 63.42 X 126.5 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY NO 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "OAK PARK ADDITION TO MINNEAPOLIS" |
| **Lot:** | |
| **Block:** | 003 |
| **First Line Metes & Bounds:** | LOT 15 AND N 1/2 OF LOT 16 |
| **Full Metes & Bounds:** | |
| | **Note: To read full tax parcel description, click here.** |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $84,500 |
| **Taxable Market Value:** | $84,500 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $1,410.92   | Expand for details | |

57

| | |
|---|---|
| **Total Special Assessments:** | $2,832.76 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $4,243.68   [Taxes due] |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Values: | |
|---|---|
| **Land Market** | $10,300 |
| **Building Market** | $74,200 |
| **Machinery Market** | |
| **Total Market:** | $84,500 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

http://www16.co.hennepin.mn.us/pins/addrresult.jsp                    3/16/2015

**Parcel Data for Taxes Payable 2015**

[Print] [View map] [Taxes due] [Payment options] [Current year values] [Prior year taxes]

| | |
|---|---|
| Property ID: | 21-029-24-21-0112 |
| Address: | 1237   KNOX AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001          Construction year: 1912 |
| Watershed: | 6          Approx. Parcel Size: 43.42 X 126.4 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

**Sale Information**

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | July, 2000 |
| Sale Price: | $133,000 |
| Transaction Type: | Warranty Deed |

**Tax Parcel Description**

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "OAK PARK ADDITION TO MINNEAPOLIS" |
| Lot: | 026 |
| Block: | 004 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| | |
|---|---|
| Estimated Market Value: | $75,000 |
| Taxable Market Value: | $75,000 |
| Total Improvement Amount: | |

| | |
|---|---|
| **Total Net Tax:** | $1,522.49  [Expand for details] |
| **Total Special Assessments:** | $740.21 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $2,262.70  [Taxes due] |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| | |
|---|---|
| **Land Market** | $6,500 |
| **Building Market** | $68,500 |
| **Machinery Market** | |
| **Total Market:** | $75,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

#### Classifications:

| | |
|---|---|
| **Property Type** | RESIDENTIAL TWO UNIT |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

🖨 Print   | View map |  | Taxes due |  | Payment options |  | Current year values |  | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 27-029-24-34-0135 |
| **Address:** | 1800   LASALLE AVE  #104 |
| **Municipality:** | **MINNEAPOLIS** |
| **School Dist:** | 001                      **Construction year:** 1961 |
| **Watershed:** | 6                       **Approx. Parcel Size:** IRREGULAR |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD K KHAN |
| **Taxpayer Name & Address:** | MAHMOOD K KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | July, 2006 |
| **Sale Price:** | $120,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | CIC NO. 1607 1800 LASALLE CONDOMINIUM |
| **Lot:** | |
| **Block:** | |
| **First Line Metes & Bounds:** | UNIT NO 104 |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | TORRENS |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $56,000 |
| **Taxable Market Value:** | $56,000 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $935.06   | Expand for details | |
| **Total Special Assessments:** | |
| **Solid Waste Fee:** | |
| **Total Tax:** | $935.06   | Taxes due | |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | Values: | |
|---|---|---|
| Land Market | | $5,100 |
| Building Market | | $50,900 |
| Machinery Market | | |
| | Total Market: | $56,000 |
| Qualifying Improvements | | |
| Veterans Exclusion | | |
| Homestead Market Value Exclusion | | |
| | Classifications: | |
| Property Type | | CONDOMINIUM |
| Homestead Status | | NON-HOMESTEAD |
| Relative Homestead | | |
| Agricultural | | |
| Exempt Status | | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

## Hennepin County, Minnesota

Open government  |  Privacy |  Copyright 2015

http://www16.co.hennepin.mn.us/pins/pidresult.jsp?pid=2702924340135                    3/16/2015

## Parcel Data for Taxes Payable 2015

Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| Property ID: | 21-029-24-22-0012 |
| Address: | 1001   LOGAN AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001 | Construction year: 1922 |
| Watershed: | 6 | Approx. Parcel Size: 42.10 X 126.90 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| Sale Date: | June, 2004 |
| Sale Price: | $255,000 |
| Transaction Type: | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| Addition Name: | "OAK PARK ADDITION TO MINNEAPOLIS" |
| Lot: | 014 |
| Block: | 024 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Estimated Market Value: | $69,000 |
| Taxable Market Value: | $69,000 |
| Total Improvement Amount: | |

63

| | | |
|---|---|---|
| Total Net Tax: | $1,400.73 | Expand for details |
| | | |
| Total Special Assessments: | $514.29 | |
| Solid Waste Fee: | | |
| Total Tax: | $1,915.02 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Values: | |
|---|---|
| Land Market | $6,900 |
| Building Market | $62,100 |
| Machinery Market | |
| Total Market: | $69,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

| Classifications: | |
|---|---|
| Property Type | RESIDENTIAL TWO UNIT |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖶 Print    [ View map ]  [ Taxes due ]  [ Payment options ]  [ Current year values ]  [ Prior year taxes ]

| | |
|---|---|
| **Property ID:** | 09-029-24-33-0131 |
| **Address:** | 2631    NEWTON AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1911 |
| **Watershed:** | 7            Approx. Parcel Size: 42.6 X 127.45 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | November, 2005 |
| **Sale Price:** | $169,900 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "SUPPLEMENT TO FOREST HEIGHTS MINNEAPOLIS" |
| **Lot:** | 007 |
| **Block:** | 006 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | TORRENS |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $30,000 |
| **Taxable Market Value:** | $30,000 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $496.38    [ Expand for details ] |
| **Total Special Assessments:** | $284.22 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $780.60   [ Taxes due ] |

65

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

| Values: | |
|---|---|
| Land Market | $5,000 |
| Building Market | $25,000 |
| Machinery Market | |
| **Total Market:** | $30,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

| Classifications: | |
|---|---|
| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:    taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖶 Print   | View map | | Taxes due | | Payment options | | Current year values | | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 16-029-24-32-0032 |
| **Address:** | 1714    OLIVER AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001            Construction year: 1910 |
| **Watershed:** | 6            Approx. Parcel Size: 40 X 124.6 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "MENARD'S FIRST ADDITION TO MINNEAPOLIS" |
| **Lot:** | 012 |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, <u>click here.</u> |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $75,000 |
| **Taxable Market Value:** | $75,000 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $1,252.31   | Expand for details | |

| | |
|---|---|
| **Total Special Assessments:** | $313.39 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $1,565.70  `Taxes due` |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| **Land Market** | $7,600 |
| **Building Market** | $67,400 |
| **Machinery Market** | |
| **Total Market:** | $75,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

**Classifications:**

| | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

**Hennepin County, Minnesota**                                  Open government  |  Privacy  |  Copyright 2015

68

### Parcel Data for Taxes Payable 2015

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 16-029-24-32-0074 |
| **Address:** | 1827   OLIVER AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001        Construction year: 1941 |
| **Watershed:** | 6        Approx. Parcel Size: 41.00 X 123.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | August, 2007 |
| **Sale Price:** | $220,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "WILLARD PARK ADDITION TO MINNEAPOLIS" |
| **Lot:** | 004 |
| **Block:** | 001 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | TORRENS |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $92,000 |
| **Taxable Market Value:** | $92,000 |
| **Total Improvement Amount:** | |

69

| Total Net Tax: | $1,536.16 | Expand for details |
|---|---|---|

| Total Special Assessments: | $67.14 |
|---|---|
| Solid Waste Fee: | |
| Total Tax: | $1,603.30 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| Land Market | $6,700 |
|---|---|
| Building Market | $85,300 |
| Machinery Market | |
| **Total Market:** | $92,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL |
|---|---|
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖶 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| Property ID: | 16-029-24-23-0072 |
| Address: | 2123   OLIVER AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001 |
| | Construction year: 1914 |
| Watershed: | 7 |
| | Approx. Parcel Size: 45.00 X 124.00 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD K KHAN |
| Taxpayer Name & Address: | MAHMOOD K KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| | |
|---|---|
| Sale Date: | July, 2003 |
| Sale Price: | $159,000 |
| Transaction Type: | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | "FOREST HEIGHTS" |
| Lot: | 006 |
| Block: | 022 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| Estimated Market Value: | $75,000 |
| Taxable Market Value: | $75,000 |
| Total Improvement Amount: | |

71

CASE 0:16-cv-03104-PJS-DTS   Document 9-1   Filed 11/01/16   Page 73 of 400

| | | |
|---|---|---|
| Total Net Tax: | $1,240.97 | [Expand for details] |
| | | |
| Total Special Assessments: | $192.67 | |
| Solid Waste Fee: | | |
| Total Tax: | $1,433.64 | [Taxes due] |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| | |
|---|---|
| Land Market | $8,200 |
| Building Market | $66,800 |
| Machinery Market | |
| **Total Market:** | $75,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

#### Classifications:

| | |
|---|---|
| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government | Privacy | Copyright 2015

### Parcel Data for Taxes Payable 2015

🖨 Print    | View map |  | Taxes due |  | Payment options |  | Current year values |  | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 09-029-24-33-0202 |
| **Address:** | 2600    OLIVER AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001          Construction year: 1905 |
| **Watershed:** | 7            Approx. Parcel Size: 43.56 X 127.45 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KAMAL KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KAMAL KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | July, 2010 |
| **Sale Price:** | $15,000 |
| **Transaction Type:** | Quit Claim Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "SUPPLEMENT TO FOREST HEIGHTS MINNEAPOLIS" |
| **Lot:** | 008 |
| **Block:** | 011 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | TORRENS |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $56,000 |
| **Taxable Market Value:** | $56,000 |
| **Total Improvement Amount:** | |

73

| Total Net Tax: | $926.58 | Expand for details |

Total Special Assessments:

Solid Waste Fee:

| Total Tax: | $926.58 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| Land Market | $4,800 |
| Building Market | $51,200 |
| Machinery Market | |
| Total Market: | $56,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

### Hennepin County, Minnesota

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

Print    View map    Taxes due    Payment options    Current year values    Prior year taxes

| | |
|---|---|
| **Property ID:** | 09-029-24-33-0095 |
| **Address:** | 2722   OLIVER AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001            Construction year: 1924 |
| **Watershed:** | 7            Approx. Parcel Size: 42.6 X 127.45 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| | |
|---|---|
| **Sale Date:** | November, 2001 |
| **Sale Price:** | $57,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "SUPPLEMENT TO FOREST HEIGHTS MINNEAPOLIS" |
| **Lot:** | 013 |
| **Block:** | 003 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $51,000 |
| **Taxable Market Value:** | $51,000 |
| **Total Improvement Amount:** | |

75

| Total Net Tax: | $843.85 | Expand for details |

| Total Special Assessments: | $138.33 |
| Solid Waste Fee: | |
| Total Tax: | $982.18 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

Values:

| Land Market | $5,000 |
| Building Market | $46,000 |
| Machinery Market | |
| Total Market: | $51,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

Classifications:

| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@hennepin.us

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

http://www16.co.hennepin.mn.us/pins/addrresult.jsp                     3/16/2015

### Parcel Data for Taxes Payable 2015

🖨 Print  | View map | | Taxes due | | Payment options | | Current year values | | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 09-029-24-22-0107 |
| **Address:** | 3406  PENN AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001                    Construction year: 1907 |
| **Watershed:** | 8                    Approx. Parcel Size: 39.5 X 126.4 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

### Sale Information

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| | |
|---|---|
| **Sale Date:** | March, 2011 |
| **Sale Price:** | $10,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | EGBERT'S ADDITION TO MINNEAPOLIS |
| **Lot:** | 017 |
| **Block:** | 004 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | TORRENS |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $70,000 |
| **Taxable Market Value:** | $70,000 |
| **Total Improvement Amount:** | |

| | | |
|---|---|---|
| Total Net Tax: | $1,154.49 | Expand for details |
| | | |
| Total Special Assessments: | $143.77 | |
| Solid Waste Fee: | | |
| Total Tax: | $1,298.26 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

Values:

| | |
|---|---|
| Land Market | $6,100 |
| Building Market | $63,900 |
| Machinery Market | |
| Total Market: | $70,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

Classifications:

| | |
|---|---|
| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

🖶 Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 13-029-24-34-0070 |
| **Address:** | 310   PIERCE ST N E |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001      Construction year: 1900 |
| **Watershed:** | 6      Approx. Parcel Size: 39.30 X 131.00 |
| **Sewer Dist:** | |
| **Owner Name:** | M K KHAN & S A KHAN |
| **Taxpayer Name & Address:** | MAHMOOD K KHAN |
| | 2972 OLD HIGHWAY 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "RAMSEY, LOCKWOOD & OTHERS ADDITION" TO ST. ANTHONY |
| **Lot:** | 025 |
| **Block:** | 025 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, click here. |
| **Abstract or Torrens:** | TORRENS |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $79,000 |
| **Taxable Market Value:** | $79,000 |
| **Total Improvement Amount:** | |
| **Total Net Tax:** | $1,319.10   Expand for details |

| | |
|---|---|
| **Total Special Assessments:** | $3,491.42 |
| **Solid Waste Fee:** | |
| **Total Tax:** | $4,810.52   `Taxes due` |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| Values: | |
|---|---|
| **Land Market** | $29,000 |
| **Building Market** | $50,000 |
| **Machinery Market** | |
| **Total Market:** | $79,000 |
| **Qualifying Improvements** | |
| **Veterans Exclusion** | |
| **Homestead Market Value Exclusion** | |

| Classifications: | |
|---|---|
| **Property Type** | RESIDENTIAL |
| **Homestead Status** | NON-HOMESTEAD |
| **Relative Homestead** | |
| **Agricultural** | |
| **Exempt Status** | |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

## Hennepin County, Minnesota

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖶 Print  | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| | |
|---|---|
| **Property ID:** | 17-029-24-14-0220 |
| **Address:** | 2126   QUEEN AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001 |
| **Construction year:** | 2002 |
| **Watershed:** | 7 |
| **Approx. Parcel Size:** | 43 X 128.3 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |

**Taxpayer Name & Address:**

MAHMOOD KHAN

2972 OLD HWY 8

ROSEVILLE MN 55113

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | January, 2005 |
| **Sale Price:** | $292,000 |
| **Transaction Type:** | Warranty Deed |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "WYANT & KIICHLI'S ADDITION TO MINNEAPOLIS" |
| **Lot:** | 021 |
| **Block:** | 007 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |

Note: To read full tax parcel description, click here.

| | |
|---|---|
| **Abstract or Torrens:** | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $90,000 |
| **Taxable Market Value:** | $90,000 |
| **Total Improvement Amount:** | |

81

| | | |
|---|---|---|
| Total Net Tax: | $1,489.16 | Expand for details |
| Total Special Assessments: | $813.62 | |
| Solid Waste Fee: | | |
| Total Tax: | $2,302.78 | Taxes due |

**Property Information Detail for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

Values:

| | |
|---|---|
| Land Market | $8,500 |
| Building Market | $81,500 |
| Machinery Market | |
| Total Market: | $90,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

Classifications:

| | |
|---|---|
| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:   **taxinfo@hennepin.us**

**Hennepin County, Minnesota**                    Open government  |  Privacy  |  Copyright 2015

---

**Parcel Data for Taxes Payable 2015**

---

Print   | View map | Taxes due | Payment options | Current year values | Prior year taxes |

| Property ID: | **17-029-24-14-0074** |
| Address: | **2007   RUSSELL AVE N** |
| Municipality: | **MINNEAPOLIS** |
| School Dist: | 001        **Construction year: 1924** |
| Watershed: | 7        **Approx. Parcel Size: 40 X 128.8** |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

---

**Sale Information**

---

**Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.**

| Sale Date: | November, 2003 |
| Sale Price: | $135,000 |
| Transaction Type: | Warranty Deed |

---

**Tax Parcel Description**

---

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| Addition Name: | "NICHOLS-FRISSELL CO.'S SHADY OAKS ADDITION TO MINNEAPOLIS" |
| Lot: | 007 |
| Block: | 003 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

---

**Value and Tax Summary for Taxes Payable 2015**
**Values Established by Assessor as of January 2, 2014**

---

| Estimated Market Value: | $69,000 |
| Taxable Market Value: | $69,000 |
| Total Improvement Amount: | |

| | | |
|---|---|---|
| Total Net Tax: | $1,141.69 | Expand for details |
| | | |
| Total Special Assessments: | $1,300.63 | |
| Solid Waste Fee: | | |
| Total Tax: | $2,442.32 | Taxes due |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| | |
|---|---|
| Land Market | $8,200 |
| Building Market | $60,800 |
| Machinery Market | |
| **Total Market:** | $69,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| | |
|---|---|
| Property Type | RESIDENTIAL |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:    **taxinfo@hennepin.us**

**Hennepin County, Minnesota**

Open government  |  Privacy  |  Copyright 2015

## Parcel Data for Taxes Payable 2015

Print | View map | Taxes due | Payment options | Current year values | Prior year taxes

| | |
|---|---|
| **Property ID:** | 20-029-24-14-0040 |
| **Address:** | 819   SHERIDAN AVE N |
| **Municipality:** | MINNEAPOLIS |
| **School Dist:** | 001   **Construction year:** 1920 |
| **Watershed:** | 7   **Approx. Parcel Size:** 40.00 X 129.00 |
| **Sewer Dist:** | |
| **Owner Name:** | MAHMOOD KHAN |
| **Taxpayer Name & Address:** | MAHMOOD KHAN |
| | 2972 OLD HWY 8 |
| | ROSEVILLE MN 55113 |

## Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| **Sale Date:** | March, 1998 |
| **Sale Price:** | $74,000 |
| **Transaction Type:** | Warranty Deed |

## Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| **Addition Name:** | "BRODERICK'S ADDITION TO MINNEAPOLIS" |
| **Lot:** | 004 |
| **Block:** | 002 |
| **First Line Metes & Bounds:** | |
| **Full Metes & Bounds:** | |
| | Note: To read full tax parcel description, **click here.** |
| **Abstract or Torrens:** | TORRENS |

## Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| **Estimated Market Value:** | $72,500 |
| **Taxable Market Value:** | $72,500 |
| **Total Improvement Amount:** | |

| Total Net Tax: | $1,199.60 | Expand for details |
| --- | --- | --- |

Total Special Assessments:

Solid Waste Fee:

| Total Tax: | $1,199.60 | Taxes due |
| --- | --- | --- |

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

#### Values:

| Land Market | $8,900 |
| --- | --- |
| Building Market | $63,600 |
| Machinery Market | |
| **Total Market:** | $72,500 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

#### Classifications:

| Property Type | RESIDENTIAL |
| --- | --- |
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:   taxinfo@hennepin.us

## Hennepin County, Minnesota

Open government  |  Privacy  |  Copyright 2015

### Parcel Data for Taxes Payable 2015

🖨 Print | **View map** | **Taxes due** | **Payment options** | **Current year values** | **Prior year taxes**

| | |
|---|---|
| Property ID: | 17-029-24-41-0153 |
| Address: | 1611   SHERIDAN AVE N |
| Municipality: | MINNEAPOLIS |
| School Dist: | 001 |
| | Construction year: 1920 |
| Watershed: | 7 |
| | Approx. Parcel Size: 40 X 129.83 |
| Sewer Dist: | |
| Owner Name: | MAHMOOD KHAN |
| Taxpayer Name & Address: | MAHMOOD KHAN |
| | 1611 SHERIDAN AVE N |
| | MINNEAPOLIS MN 55411 |

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent arms-length transactions.

| | |
|---|---|
| Sale Date: | December, 1991 |
| Sale Price: | $38,491 |
| Transaction Type: | Other - See Certificate of Real Estate Value (CRV) |

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent conveyance document recording ownership. Please refer to the legal description of this property on the public record when preparing legal documents for recording

| | |
|---|---|
| Addition Name: | FAIRLAWN ADDITION |
| Lot: | 013 |
| Block: | 004 |
| First Line Metes & Bounds: | |
| Full Metes & Bounds: | |
| | Note: To read full tax parcel description, click here. |
| Abstract or Torrens: | ABSTRACT |

### Value and Tax Summary for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

| | |
|---|---|
| Estimated Market Value: | $61,000 |
| Taxable Market Value: | $61,000 |
| Total Improvement Amount: | |

| Total Net Tax: | $1,009.32 | Expand for details |
|---|---|---|

| Total Special Assessments: | $1,405.04 |
|---|---|
| Solid Waste Fee: | |

| Total Tax: | $2,414.36 | Taxes due |
|---|---|---|

### Property Information Detail for Taxes Payable 2015
### Values Established by Assessor as of January 2, 2014

**Values:**

| Land Market | $8,600 |
|---|---|
| Building Market | $52,400 |
| Machinery Market | |
| **Total Market:** | $61,000 |
| Qualifying Improvements | |
| Veterans Exclusion | |
| Homestead Market Value Exclusion | |

**Classifications:**

| Property Type | RESIDENTIAL |
|---|---|
| Homestead Status | NON-HOMESTEAD |
| Relative Homestead | |
| Agricultural | |
| Exempt Status | |

Hennepin County is providing this information as a public service.
Tax related questions:    taxinfo@hennepin.us

## Hennepin County, Minnesota

Open government  |  Privacy  |  Copyright 2015

For Office Use Only: RLIC #: _548355_ OPERATOR: _EXV_ FEE: $_1067_ DATE: _11/9/11_ TYPE: _Conv_

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

| Section 1 | Rental Property Information |
|---|---|

Rental Property Address _2319  N  3rd. St_

Number of Rental Units _1_ Residential Units ____ Rooming Rental Units ____ Shared Bath Units ____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

| Section 2 | Licensee Information |
|---|---|

Name of Licensee _Mahmood_ _Khan_
First          MI          Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee _2972  Old  Hwy 8_
(Address cannot be a P.O. Box or commercial mailing service)

City _Roseville_ County _____ State & Zip Code _MN 55113_ Phone _612-998-2800_

Date of Birth _2/5/53_ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_____          _____
Signature of Licensee                     Date

| Section 3 | Appointed Agent/Contact Person |
|---|---|
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
First          MI          Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_____          _____
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)   Date
Subscribed and sworn to before me on this _____ day of _____, 20 ____.
Notary Public, _____ County

_14 -NOV- 01_

Space Reserved for Notary Stamp

89

539246

# Rental License Application
## INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

| Section 1 | Property Information |
|---|---|

Rental Property
Address: 2135 - 2137 4th STREET N.  Property Identification Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: 2 ____ Dwelling Units _____ Rooming Units _____ Shared Bath Units ____ Condo Units

DWELLING UNIT:  Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT:  Dwelling unit which does not contain a bathroom.

ROOMING UNIT:  Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

CONDO UNIT:  Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD K. KHAN
Chief Operating Officer/Owner     First          MI (Required)        Last

Date of Birth 2-5-'53
Month/day/year (Required)       Phone ( ) 651 - 636 - 7080

Owner's Address 2972 OLD HIGHWAY-8

City ROSEVILLE   County RM   State & Zip Code MN 55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property  AS ABOVE
Manager     First     MI (Required)    Last     Date of Birth _____ (Required)

Daytime Phone ( ) _____   Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

| Section 4 |
|---|

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  7/30/08
Signature of Owner        Date

Signature of Person responsible for Maintenance/Mgmt
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

**Section 10**

## Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

*Dwellings Converted to Rental:* Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

*Operation of an unlicensed dwelling unit* shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

**FEE MUST ACCOMPANY APPLICATION.**

**Make checks payable to:**     Minneapolis Finance Department
**Mail to:**                    Department of Regulatory Services
                                Inspections Division
                                250 South 4th Street
                                Minneapolis, MN 55415-1373

---

**Section 11**

## Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):  The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

---

**Section 12**

## For Office Use Only

License/Provisional Number ........................................................................  539246
Operator ...........................................................................................  DCL
Date Processed ....................................................................................
Fee Amount Paid ...................................................................................  $80.00

_____ New Construction/Certificate of Occupancy         ☒ Conversion
_____ Code Compliance                                    _____ Response to RFS
__X__ New Owner 6-19-08                                  _____ Update Only
_____ Other _____

7/30 duplex                                              $80.00

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972  OLD  HWY-8   ROSEVILLE  MN  55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.
☒ If this property is a duplex, check here. Is either unit owner occupied?  NO  (yes or no)

How is each unit addressed?    Unit #1  2135

Circle the unit that is owner occupied (if applicable)    Unit #2  2137
        (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

SFD

*Conversion*

539904

# Rental License Application
## INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

**Section 1**                                **Property Information**

Rental Property
Address: 2008  21ST  AVE  N                  Property Identification
                                             Number(PIN): _____
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: _1_ Dwelling Units ____ Rooming Units ____ Shared Bath Units ____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                                **Owner Information**

Business Name: _____
(Required if Applicable)
Name of Natural Person: MAHMOOD  ~~KHAN~~  K  KHAN
Chief Operating Officer/Owner        First                MI (Required)        Last

Date of Birth  2-5-53                Phone ( ) 651-636-7080
              Month/day/year (Required)

Owner's Address  2972  OLD  HWY-8

City  ROSEVILLE  County  RM  State & Zip Code  55113

**Section 3**   **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property  AS  ABOVE                  Date of Birth _____
Manager         First    MI (Required)    Last    (Required)

Daytime Phone ( )_____ Evening Phone ( )_____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  11/5/08
Signature of Owner        Date        Signature of Person responsible for Maintenance/Mgmt
                                      must be notarized.
                                      If Other Than Owner
                                      (Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this ~~rental~~ property.

***New Owners:*** ***Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

NOV 0 5 2008

**Section 10**

## Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

*Dwellings Converted to Rental:* Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

*Operation of an unlicensed dwelling unit* shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

### FEE MUST ACCOMPANY APPLICATION.

<u>Make checks payable to:</u>    Minneapolis Finance Department
<u>Mail to:</u>    Department of Regulatory Services
    Inspections Division
    250 South 4th Street
    Minneapolis, MN 55415-1373

**Section 11**

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

## For Office Use Only

License/Provisional Number ................................................... 539904
Operator ................................................................................... QEM
Date Processed ........................................................................ 11-20-08
Fee Amount Paid ..................................................................... $1061.00

\_\_\_\_New Construction/Certificate of Occupancy     X Conversion
\_\_\_\_Code Compliance     \_\_\_\_Response to RFS
\_\_\_\_New Owner     \_\_\_\_Update Only
\_\_\_\_Other _____

$1061.00

## Section 5

**Please check the appropriate boxes below:**

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

## Section 7

**RENTAL LICENSE BUILDING SCHEME**

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?        Unit #1 _____

Circle the unit that is owner occupied (if applicable)     Unit #2 _____
            (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For Office Use Only: RLIC #: **540145** OPERATOR: **EXK** FEE: **$517** DATE: **10/13/11** TYPE: **RL-Chown**

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

| Section 1 | Rental Property Information |
|---|---|

Rental Property Address **1614   22ND   AVE   MPLS   55411**

Number of Rental Units **1** Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

| Section 2 | Licensee Information |
|---|---|

Name of Licensee **MAHMOOD        K        KHAN**
                 First             MI             Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee **2972   OLD   HWY-8**
(Address cannot be a P.O. Box or commercial mailing service)

City **ROSEVILLE** County **RM** State & Zip Code **55113** Phone **612-698-2500**

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_____ Khan _____ ® 10/12/2011 _____
Signature of Licensee                        Date

| Section 3 | Appointed Agent/Contact Person |
|---|---|

This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
             First            MI            Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

                                      ®UTT
                                   19-Feb-03

_____ Date _____
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)
Subscribed and sworn to before me on this _____ day of _____, 20___.
Notary Public, _____ County           **Space Reserved for Notary Stamp**

539219   *Conversion*

# Rental License Application
**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

BXA

| **Section 1** | **Property Information** |
|---|---|

Rental Property
Address: 1621 22nd AVE N          Property Identification
                                   Number(PIN):

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| **Section 2** | **Owner Information** |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD          K          KHAN
Chief Operating Officer/Owner    First          MI (Required)          Last

**Date of Birth** 2 - 5 - '53          Phone ( )
                 Month/day/year (Required)

Owner's Address 2972 OLD HIGHWAY - 8

City ROSEVILLE          County RM          State & Zip Code MN 55113

| **Section 3** | **Person Responsible for Maintenance & Management of this Rental Property** |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property  AS ABOVE                                    Date of Birth
Manager          First          MI (Required)          Last          (Required)

Daytime Phone ( )                    Evening Phone ( )

Address _____

City _____ County _____ State & ZipCode _____

| **Section 4** | |
|---|---|

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_M K Khan_          7/30/08
Signature of Owner          Date          Signature of **Person responsible for Maintenance/Mgmt**
                                          **must be notarized.**
                                          If Other Than Owner
                                          (Space reserved for Notary Stamp)

_____          _____
Signature of Property Manager if other than owner          Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

**Section 10**

## Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

*Dwellings Converted to Rental:* Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

*Operation of an unlicensed dwelling unit* shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

### FEE MUST ACCOMPANY APPLICATION.

<u>Make checks payable to</u>:
Mail to:

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

**Section 11**

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

## For Office Use Only

License/Provisional Number ...................................................................................
Operator ...................................................................................................................
Date Processed ........................................................................................................
Fee Amount Paid ......................................................................................................

_____ New Construction/Certificate of Occupancy          X Conversion
_____ Code Compliance                                     _____ Response to RFS
X_ New Owner  7-9-08                                      _____ Update Only
_____ Other _____

*539219*
*DCL*
*9/7/08*
*$1061.00*

*$1061.00*

Revised: Feb 2008

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972 OLD HIGHWAY - 8
ROSEVILLE   MN  55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1 _____

Circle the unit that is owner occupied (if applicable)    Unit #2 _____
            (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|-------------|-------------------------------|
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |

539218   *Conversion*

# Rental License Application

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**

**PLEASE COMPLETE SECTIONS 1 THROUGH 8**

DRE

| Section 1 | Property Information |
|---|---|

Rental Property Address: 321 24Th AVE N

Property Identification Number(PIN):

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: _1_ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD       K       KHAN
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth 2-5-53          Phone ( ) 651-636-7080
Month/day/year (Required)

Owner's Address 2972 OLD HIGHWAY-8

City ROSEVILLE    County RM    State & Zip Code MN 55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property AS ABOVE          Date of Birth _____
Manager    First    MI (Required)    Last    (Required)

Daytime Phone ( ) _____    Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

| Section 4 |
|---|

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_(signature)_          7/30/08
Signature of Owner          Date

Signature of Person responsible for Maintenance/Mgmt **must be notarized.**
If Other Than Owner
(Space reserved for Notary Stamp)

_____    _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** *Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:     2972   OLD   HWY-8
ROSEVILLE ,  MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1_____

Circle the unit that is owner occupied (if applicable)     Unit #2_____
          (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

539901

# Rental License Application
### INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

## Section 1                               Property Information

Rental Property
Address: 2116 25th AVE N

Property Identification
Number(PIN):_____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __2__ Dwelling Units   _____ Rooming Units   _____ Shared Bath Units   _____ Condo Units

DWELLING UNIT:  Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT:  Dwelling unit which does not contain a bathroom.

ROOMING UNIT:  Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

CONDO UNIT:  Any dwelling unit within a Condominium, Townhouse or Coop Association.

## Section 2                               Owner Information

Business Name:_____
(Required if Applicable)

Name of Natural Person: MAHMOOD          K          KHAN
Chief Operating Officer/Owner     First                    MI (Required)                    Last

Date of Birth 2-5-53            Phone ( ) 651-636-7080
             Month/day/year  (Required)

Owner's Address  2972 OLD HWY-8

City ROSEVILLE   County RM   State & Zip Code MN 55113

## Section 3     Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property AS ABOVE                     Date of Birth_____
Manager .      First      MI (Required)      Last      (Required)

Daytime Phone (      )      Evening Phone (      )

Address_____

City_____   County_____   State & ZipCode_____

## Section 4

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

____M Khan____   4/5/08
Signature of Owner          Date

Signature of Person responsible for Maintenance/Mgmt
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____          _____
Signature of Property Manager if other than owner      Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution**:  Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

*New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

NOV 0 5 2008

## Rental License Fees

**Fee Amounts per Building:** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

**Dwellings Converted to Rental:** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

**New Owners: Attach proof of ownership (I.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

**FEE MUST ACCOMPANY APPLICATION.**

**Make checks payable to:**
**Mail to:**

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ....................................................................................................................

Operator ..............................................................................................................................................  539901

Date Processed .................................................................................................................................  *oem*  11-20-08

Fee Amount Paid ..............................................................................................................................  $80.00

_____ New Construction/Certificate of Occupancy          _____ Conversion

☒ Code Compliance          _____ Response to RFS

_____ New Owner          _____ Update Only

_____ Other _____

$80.00

Revised: Feb 2008

For Office Use Only: RLIC #: **539901**   OPERATOR: **CM**   FEE: **0**   DATE: **5/10/13** TYPE: **ReOpen**

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

Rental Property Address **2116  25th  AVE  NORTH**

Number of Rental Units **2** Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# **1** Unit# **2** Unit# _____ Unit# _____ (if a unit is occupied by Licensee please indicate that unit)

Name of Owner **MAHMOOD      K.      KHAN**
　　　　　　　　First　　　　　　　　MI　　　　　　　Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Owner is required at time of application)

Address of Owner **2972   OLD   HWY - 8**
(Address cannot be a P.O. Box or commercial mailing service)

City **ROSEVILLE** County **RM** State & Zip Code **55113** Phone **612-998-2500**

Date of Birth **2/5/53** E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE OWNER SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Owner _~M Khan~_　　　Date **4/30/2013**

This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
　　　　　　　　　　　　　　First　　　　　　MI　　　　　Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)　　Date
Subscribed and sworn to before me on this _____ day of _____, 20_____.
Notary Public, _____ County　　　　　Space Reserved for Notary Stamp

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
### (Every Rental License Expires August 31)

For Office Use Only:
RLIC #: 544881
OPERATOR: DCL
FEE: $15.00
DATE: 7/1/10
TYPE: Chk Corp 1/26/10

## Section 1

Rental Property Address  313  26TH  AVE ,  MPLS  MN  55411

Number of Rental Units: _____1____ Residential Units  _____ Rooming Rental Units  _____ Shared Bath Units

How is each unit addressed? Unit#_____ Unit#_____ Unit#_____ Unit#_____
(If the property is owner occupied circle that unit)

**Residential Rental Unit:** A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
**Rooming Rental Unit:** Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
**Shared Bath Rental Unit:** Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

## Section 2    Owner Information

Owner Name or Chief Operating Officer  MAHMOOD   K   KHAN
                                        First    MI (Required)    Last

Business Name_____
        (If Applicable Submission of Articles of Organization Required))

Owner's Address  2972   OLD   HIGHWAY - 8
                    (Address cannot be a P.O. Box)

City ROSEVILLE   County  RM   State & Zip Code  MN  55113

Phone  612 - 998 - 2500        Date of Birth  2 - 5 - 1953
                                        (Required)

E-mail _____

## Section 3    Person Responsible for Maintenance & Management of this Rental Property

This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESEUER, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property_____
    Manager      First        MI (Required)        Last

Address_____
        (Address cannot be a P.O. Box)

City_____ County_____ State & Zip Code_____

Phone_____ Date of Birth_____
                        (Required)

E-mail _____

## Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required)        7-1-2010
                                        Date

Signature of Property Manager MUST BE NOTARIZED        Date        Space Reserved for Notary Stamp
(if other than owner)
Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public,        _____ County

# Rental License Application

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

**Section 1**                **Property Information**

Rental Property
Address: _1604 27th AVE. N_     Property Identification
Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: _2_ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                **Owner Information**

Business Name: _____
(Required if Applicable)

Name of Natural Person: _MAHMOOD_    _K_      _KHAN_
Chief Operating Officer/Owner    First       MI (Required)       Last

Date of Birth _2-5-'53_        Phone ( )_651-636-7080_
     Month/day/year (Required)

Owner's Address _2972 OLD HIGHWAY-8_

City _ROSEVILLE_    County _RM_    State & Zip Code _MN 55113_

**Section 3**     **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property _AS ABOVE_          Date of Birth _____
   Manager    First     MI (Required)     Last     (Required)

Daytime Phone ( )_____    Evening Phone ( )_____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_William_       _7/30/08_
Signature of Owner          Date        Signature of **Person responsible for Maintenance/Mgmt**
                                         must be notarized.
                                         If Other Than Owner
                                         (Space reserved for Notary Stamp)

_____        _____
Signature of Property Manager if other than owner     Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

## Section 10

### Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building.  The licensing billing period is between **September 1st through August 31st.**  New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards.  The fee for this required inspection is one thousand dollars ($1000.00).  This fee shall be in addition to the annual license fee.  Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building.  This fee shall be in addition to any other appropriate enforcement action or fees due.  This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:  Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**   Minneapolis Finance Department
**Mail to:**   Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):  The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections.  A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer.  If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section.  If the property is owned by more than one person, a notification by one of the owners shall satisfy this section.  For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ...................................................................................  *539215*
Operator ....................................................................................................................  *DO*
Date Processed .........................................................................................................
Fee Amount Paid ......................................................................................................  *$80.00*

| | |
|---|---|
| ____ New Construction/Certificate of Occupancy | ____ Conversion |
| ____ Code Compliance | ____ Response to RFS |
| X New Owner  6-27-08 | ____ Update Only |
| ____ Other _____ | AUG 07 2008 |

*7/30 duplex*                  *$80.00*

Revised: Feb 2008            107

For Office Use Only: RLIC #: _5392/3_  OPERATOR: _MVC_   FEE: _88.00_  DATE: _11/21/13_ TYPE: _____

## Rental License Application
### 1 - 4 Unit Rental Buildings
Please see instructions on back of form

| Section 1 | Rental Property Information |
|---|---|

Rental Property Address  _1604   27th   AVE_

Number of Rental Units _2_ Residential Units _____ Rooming Rental Units _____ Shared Bath Units     (description on back)

List how is each unit addressed Unit# _1_ Unit# _2_ Unit# ____ Unit# ____ (if a unit is occupied by Licensee please indicate that unit)

| Section 2 | Owner Information |
|---|---|

Name of Owner  _MAHMOOD_         _K._         _KHAN_
                   First           MI           Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Owner is required at time of application)

Address of Owner _2972   OLD   HIGHWAY – 8_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _RAMSEY_ State & Zip Code _MN  55113_ Phone _612-998-250_

Date of Birth _2/5/53_ E-mail _SIRMOOD @ GMAIL. COM_

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE. I ACKNOWLEDGE THAT THE PHONE NUMBER SUMBITTED SHALL BE ANSWERABLE 24 HOURS A DAY, 7 DAYS A WEEK AND ALL INQUIRIES MUST BE RESPONDED TO WITHIN A REASONABLE AMOUNT OF TIME.

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE OWNER SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Owner _____  Date _11/21/2013_

| Section 3 | Appointed Agent/Contact Person |
|---|---|

This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
                                          First           MI           Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE. I ACKNOWLEDGE THAT THE PHONE NUMBER SUMBITTED SHALL BE ANSWERABLE 24 HOURS A DAY, 7 DAYS A WEEK AND ALL INQUIRIES MUST BE RESPONDED TO WITHIN A REASONABLE AMOUNT OF TIME.

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED) ____ Date ____
Subscribed and sworn to before me on this _____ day of _____, 20_____
Notary Public, _____ County                      **Space Reserved for Notary Stamp**

*conversion*

540160

# Rental License Application
## INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

| Section 1 | Property Information |
|---|---|

Rental Property Address: 410 - 30th AVE N   Property Identification Number(PIN): 3808 BRYANT AVE

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: ___ Dwelling Units  ___ Rooming Units  ___ Shared Bath Units  ___ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD ~~KHAN~~ K   KHAN
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth 2-5-1953    Phone ( ) 651-636-7080
   Month/day/year (Required)

Owner's Address 2972 OLD HWY-8

City ROSEVILLE   County RM   State & Zip Code MN 55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property Manager: Same   Date of Birth _____
   First    MI (Required)    Last    (Required)

Daytime Phone ( ) _____   Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

| Section 4 |
|---|

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_[signature]_    12/2/08
Signature of Owner    Date    Signature of Person responsible for Maintenance/Mgmt must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____    _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

***New Owners:*** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

DEC 2 PM 2:38

**Section 10**

## Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

*Dwellings Converted to Rental:* Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

*Operation of an unlicensed dwelling unit* shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**      Minneapolis Finance Department
**Mail to:**                     Department of Regulatory Services
                                 Inspections Division
                                 250 South 4th Street
                                 Minneapolis, MN 55415-1373

**Section 11**

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

## For Office Use Only

License/Provisional Number .................................................... 540160
Operator ....................................................................... OEM
Date Processed ................................................................. 12-8-08
Fee Amount Paid ................................................................ $1061.00

____ New Construction/Certificate of Occupancy     X Conversion
____ Code Compliance                               ____ Response to RFS
X New Owner - OCT 2008                             ____ Update Only
____ Other

$1061.00

## Section 5

**Please check the appropriate boxes below:**

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: **2972 OLD HWY-8 ROSEVILLE MN 55113**

## Section 7

**RENTAL LICENSE BUILDING SCHEME**

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                    Unit #1 _____

Circle the unit that is owner occupied (if applicable)    Unit #2 _____
                    (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   *2972 OLD HWY-8*
*ROSEVILLE   MN  55113*

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.
☒ If this property is a duplex, check here.  Is either unit owner occupied?  *NO*  (yes or no)

How is each unit addressed?                     Unit #1  *APT 1*

Circle the unit that is owner occupied (if applicable)     Unit #2  *APT 2*
            (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

For Office Use Only: RLIC # _547975_  OPERATOR: _EXK_  FEE: _1067_ DATE _9/23/11_ TYPE: _Conv_

## Rental License Application
1 – 4 Unit Rental Buildings
Please see instructions on back of form

### Section 1 — Rental Property Information

Rental Property Address _2714  35th  AVE  N, MPLS  55412_

Number of Rental Units _1_ Residential Units ____ Rooming Rental Units ____ Shared Bath Units ____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

### Section 2 — Licensee Information

Name of Licensee _MAHMOOD_   _K_   _KHAN_
     First     MI     Last

Business Name (if applicable) ____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee _2972  OLD  HIGHWAY-8, ROSEVILLE  MN 55113_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _RAMSEY_ State & Zip Code _MN 55113_ Phone _612-998-2500_

Date of Birth _2/5/53_ E-mail _SIRMOOD@gmail_

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244, AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Licensee _(signature)_   Date _9/21/2011_

### Section 3 — Appointed Agent/Contact Person
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person ____
     First     MI     Last

Address of Agent/Contact Person ____
(Address cannot be a P.O. Box or commercial mailing service)

City ____ County ____ State & Zip Code ____ Phone ____

Date of Birth ____ E-mail ____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244, AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED) ____ Date ____
Subscribed and sworn to before me on this ____ day of ____, 20 ____
Notary Public, ____ County     Space Reserved for Notary Stamp

113

*CC-Parts*

*539900*

# Rental License Application
### INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

| Section 1 | Property Information |
|---|---|

Rental Property Address: *818   44th   Ave  N*

Property Identification Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: *2* Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

DWELLING UNIT: Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT: Dwelling unit which does not contain a bathroom.

ROOMING UNIT: Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

CONDO UNIT: Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: *MAHMOOD*          *K*          *KHAN*
Chief Operating Officer/Owner          First          MI (Required)          Last

Date of Birth *2-5-1953*
Month/day/year  (Required)

Phone ( ) *651-636-7080*

Owner's Address *2972  OLD  Hwy-8*

City *ROSEVILLE*   County *Rm*   State & Zip Code *55113*

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property *AS   ABOVE*          Date of Birth _____
Manager          First          MI (Required)          Last          (Required)

Daytime Phone ( ) _____   Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

| Section 4 | |
|---|---|

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

*MKhan*          *11/5/08*
Signature of Owner          Date

Signature of **Person responsible for Maintenance/Mgmt**
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____          _____
Signature of Property Manager if other than owner          Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners: Attached proof of ownership (i.e., copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

NOV 0 5 2008

## Section 5

**Please check the appropriate boxes below:**

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

## Section 7

**RENTAL LICENSE BUILDING SCHEME**

☒ If this property is single family dwelling, check here.

☒ If this property is a duplex, check here. Is either unit owner occupied? __NO__ (yes or no)

How is each unit addressed?          Unit #1 __# 1__

Circle the unit that is owner occupied (if applicable)     Unit #2 __# 2__

(Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.

☐ If this property is a leasehold coop, check here. Completion of Section 9 required.

☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|-------------|-------------------------------|
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |

**Section 10**

## Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**     Minneapolis Finance Department
**Mail to:**     Department of Regulatory Services
    Inspections Division
    250 South 4th Street
    Minneapolis, MN 55415-1373

**Section 11**

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

### For Office Use Only

License/Provisional Number ........................................................................ 539900
Operator ...................................................................................................... QEM
Date Processed ........................................................................................... 11-20-08
Fee Amount Paid ......................................................................................... $80.00

\_\_\_\_New Construction/Certificate of Occupancy     \_\_\_\_Conversion
\_\_\_\_Code Compliance     \_\_\_\_Response to RFS
\_\_\_\_New Owner     \_\_\_\_Update Only
\_\_\_\_Other _____

$80

Revised: Feb 2008

# Rental License Application     RL-Chown    $534

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

543833

**Section 1**                     Property Information

| Section 1 | Property Information |

Rental Property     MPLS  55411 North     Property Identification
Address: _2813 - 2815  ALDRICHA  AVE_Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: _2_ Dwelling Units _____Rooming Units _____Shared Bath Units _____Condo Units

**DWELLING UNIT:**   Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for cleaning, cooking and eating.

**SHARED BATH UNIT:**   Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:**   Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:**   Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                     Owner Information

Business Name: _____
(Required if Applicable)   (Submission of Articles of Organization required)

Name of Natural Person: _MAHMOOD_      _KAMAL_      _KHAN_
Chief Operating Officer/Owner     First        MI (Required)        Last

Date of Birth _2 - 5 - 1953_          Phone _651 - 636 - 7080_
           Month/day/year  Required

Owner's Address _2972    OLD    HIGHWAY - 8_

**(Address cannot be a post office box or mail service address)**

City ~~MPLS~~ ROSEVILLE County ~~HENN~~ Rm   State & Zip Code _MN_   _55113_

**Section 3     Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property _AS        ABOVE_             Date of Birth _____
   Manager     First      MI (Required)       Last      (Required)

Daytime Phone ( )_____ Evening Phone ( )_____

Address _____
(Address cannot be a post office box or mail service address)
City _____County_____ State & ZipCode_____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  _1/21/2010_
Signature of Owner          Date          Signature of **Person responsible for Maintenance/Mgmt**
                                            must be notarized.
                                            If Other Than Owner
                                            (Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner     Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

2972   OLD   HWY-8
ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is <u>single family dwelling</u>, check here.
☒ If this property is a <u>duplex</u>, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1 _LOWER_____

Circle the unit that is owner occupied (if applicable)      Unit #2 _UPPER_____
          (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|-------------|-------------------------------|
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |

## Section 10

### Rental License Fees

***Fee Amounts per Building:***   The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between September 1st through August 31st. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%.' A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:***   Whenever a single dwelling building and buildings/units with separate PID numbers (condominium or townhouse) with 2-5 dwelling units) that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Change of Ownership Inspection Fee:***   Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition converted to rental above shall be inspected for compliance with minimum housing standards. The fee for this required inspection is four hundred and fifty dollars ($450.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:***   Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

**FEE MUST ACCOMPANY APPLICATION.**

<u>Make checks payable to:</u>   Minneapolis Finance Department
<u>Mail to:</u>   Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010:   Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):   The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ...................................................................................
Operator.................................................................................................................
Date Processed.....................................................................................................
Fee Amount Paid ..................................................................................................
___ New Construction/Certificate of Occupancy    ___ Conversion
___ Code Compliance    ___ Response to RFS
___ New Owner    ___ Update Only
___ Other _____

*[handwritten: EAR833 / EXK / 121/10 / $ 534]*

Revised: May 2009

# Rental License Application

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

## Section 1                                    Property Information

**Rental Property**
Address: 2414  BRYANT  AVE                    Property Identification Number(PIN)

PIN can be found on property tax statement or at www.co.hennepin.mn.us/pins/adsrch.jsp-Required for Condo Units

**Number of Rental Units:**

DWELLING UNIT: _____ Dwelling Units _____ Rooming Units _____ Condo Units
Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SINGLE/BATH UNIT: _____ Shared Bath Units
Dwelling unit which does not contain a bathroom.

ROOMING UNIT: _____
Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking or meals.

CONDO UNIT: _____
Any dwelling unit within a Condominium, Townhouse or Coop Association.

## Section 2                                    Owner Information

**Business Name:** _____ (Submission of Articles of Organization required)
(Required if Applicable)

**Name of Natural Person:** MARINGOLD                           K                KHAN
                            First                              MI (Required)    Last

Chief Operating Officer/Owner

**Date of Birth:** 2-5-1953                    Phone: 651-636-7080
                  Month/Day/Year - Required

**Owner's Address:** 2972  OLD  Hwy-8
                                               (Address cannot be a post office box or mail service address)

City ROSEVILLE    County RM    State & Zip Code MN  55113

## Section 3    Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of the property. This person must reside within the seven-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

**Name of Property:** AS  ABOVE
                      First      MI (Required)    Last              Date of Birth (Required)

**Manager**

Daytime Phone ( )                              Evening Phone ( )

**Address** _____
            (Address cannot be a post office box or mail service address)

City _____    State & Zip Code _____

## Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE RENEWAL STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner _____ Date 8/31/09

Signature of Property Manager if other than owner _____ Date _____

Subscribed and sworn to before me on this _____ day of _____, 20___

_____ Notary Public,                         County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

Signature of Person responsible for Maintenance/Management
must be notarized.
(If Other Than Owner
Space reserved for Notary Stamp)

---

## Section 10

**Rental License Fees**

**Fee Amounts per Building:** The annual rental license fee for a rental dwelling license is provisional license is $55.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between September 1st through August 31st. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

**Dwellings Converted to Rental:** Whenever a single dwelling, building and building/units with separate PID numbers (condominium or townhouse) with 2-5 dwelling units) that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1,000.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

**Change of Ownership Inspection Fee:** Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition under minimum housing standards. The fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

**New Owners:** Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

**FEE MUST ACCOMPANY APPLICATION.**

Make checks payable to:    Minneapolis Finance Department
Mail to:                   Department of Regulatory Services
                           Inspections Division
                           250 South 4th Street
                           Minneapolis, MN 55415-1373

## Section 11                Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale" shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

**License/Provisional Number:** _____    549264
**Operator:** _____
**Date Processed:** _____
**Fee Amount Paid:** _____
   ___ Conversion
   ___ Change/Certificate of Occupancy
   ___ New/Construction/Certificate of Occupancy
   ___ New Owner
   ___ Other

**For Office Use Only**

___ Conversion
___ Response to RFS
___ Update Only

Revised: May 2009

**New Owners:** *Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

2972  OLD   HWY-8

ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.

☒ If this property is a duplex, check here.    Is either unit owner occupied?  NO  (yes or no)

How is each unit addressed?          Unit #1  # 1

Circle the unit that is owner occupied (if applicable)  Unit #2  # 2

☐ (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

121

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association, please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Section 9

DIRECTIONS - APARTMENT BUILDING SCHEME (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5836 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor # | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

| Floor # | | Floor # | | Floor # | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

Inspections Division
**RENTAL LICENSE APPLICATION**

### IMPORTANT INFORMATION

**Section 244.2010:** Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses, and other information concerning the persons listed in the last license application filed with the department.

**Section 244.2000(D):** The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisition by a new owner, must be licensed with the director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale" shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

FULL RENTAL PROPERTY ADDRESS:   315  BUCHANAN  ST

NUMBER OF UNITS:  9  DWELLING UNITS          ROOMING UNITS          SHARED BATH UNITS

### OWNER INFORMATION

NAME:  MAHMOOD  KHAN   DATE OF BIRTH:  2-5-53   PHONE NUMBER: (612) 378-2852

ADDRESS:  315  BUCHANAN  ST #5   CITY: MPLS   STATE: MN   ZIP CODE: 55413

### AGENT/CONTACT PERSON INFORMATION

NAME:  AS  ABOVE   DATE OF BIRTH:   PHONE NUMBER: (   )

ADDRESS (P.O. BOXES ARE NOT ACCEPTABLE FOR CONTACT PERSON):   CITY:   STATE:   ZIP CODE:

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.   SIGNATURE: _M Khan_   DATE SIGNED: 9-22-93

### ADDITIONAL INFORMATION

**Fee Amounts:** $28.00 for the first unit and $15.00 for each additional unit. **Fees will be more if past due. FEE MUST ACCOMPANY APPLICATION.**

**Make checks payable to: Minneapolis Finance Department**

**Mail To: Department of Regulatory Services - Inspections Division - 250 South 4th Street - Minneapolis, Minnesota - 55415**

**Phone Number: 673-5856**   SHADA  BUYOBE-HAMMOND

### FOR OFFICE USE ONLY

| | |
|---|---|
| Add | |
| X Change - _update owner + contact info_ | |
| New | |
| Total Units | |
| License Number | Y378365 |
| Provisional | |
| License | SRB |
| Operator | 9/14/92 |
| Date Processed | |
| Fee Amount Paid | $ 148.00 |
| Source | ☐ Certificate Occupancy  ☐ Code Compliance  ☐ New Owner  ☐ Inspection  ☐ Conversion |

ID-2400 Rev. 1/93

For Office Use Only: RLIC #: _548324_ OPERATOR _DCL_ FEE: _$1067_ DATE: _2/5/11_ TYPE: _CONV_

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

_24-Aug-1999_

### Section 1 — Rental Property Information

Rental Property Address _3557   DUPONT  AVE  N.  MPLS  55412_

Number of Rental Units _1_ Residential Units ____ Rooming Rental Units ____ Shared Bath Units ____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

### Section 2 — Licensee Information

Name of Licensee _MAHMOOD_     _K_     _KHAN_
              First          MI          Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee _2972  OLD  HWY-8_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _Rm_ State & Zip Code _MN 55113_ Phone _651-636-7985_

Date of Birth _2/5/53_ E-mail _sirmood @ gmail com_

I AFFIRM BY MY SIGNATURE THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_M Khan_          _2/15/2011_
Signature of Licensee          Date

### Section 3 — Appointed Agent/Contact Person
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
              First          MI          Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_____          _____
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)      Date
Subscribed and sworn to before me on this _____ day of _____, 20_____.
Notary Public, _____ County          Space Reserved for Notary Stamp

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
*(Every Rental License Expires August 31)*

For Office Use Only:
RLIC #: 5460093
OPERATOR: DCL
FEE: $1065
DATE: 12-29-10
TYPE: CONV

**Section 1**

Rental Property Address  4000  DUPONT  AVE  NORTH , MPLS  55412

Number of Rental Units:  1  Residential Units  _____ Rooming Rental Units  _____ Shared Bath Units

How is each unit addressed?  Unit# _____  Unit# _____  Unit# _____  Unit# _____
(If the property is owner occupied circle that unit)

**Residential Rental Unit:** A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
**Rooming Rental Unit:** Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
**Shared Bath Rental Unit:** Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

**Section 2**                    **Owner Information**

Owner Name or Chief Operating Officer  MAHMOOD  K  KHAN
                                        First        MI (Required)        Last

Business Name _____
           (If Applicable Submission of Articles of Organization Required))

Owner's Address  2972  OLD  HIGHWAY-8
                        (Address cannot be a P.O. Box)
City  ROSEVILLE  County  Rm  State & Zip Code  MN  55113

Phone  612-998-2500  Date of Birth  2-5-1953
                                    (Required)

E-mail _____

**Section 3    Person Responsible for Maintenance & Management of this Rental Property**

This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property  AS  ABOVE
   Manager        First        MI (Required)        Last

Address _____
City _____  County _____  State & Zip Code _____
                    (Address cannot be a P.O. Box)
Phone _____  Date of Birth _____
                              (Required)
E-mail _____

**Section 4**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required)        12/29/2010
                                     Date

Signature of Property Manager MUST BE NOTARIZED        Date        Space Reserved for Notary Stamp
       (if other than owner)
Subscribed and sworn to before me on this _____ day of _____, 20 ___

_____, Notary Public, _____ County

53397

## Rental License Application
INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
PLEASE COMPLETE SECTIONS 1 THROUGH 8

### Section 1 — Property Information

Rental Property Address: 4010 DuPont Ave N

Property Identification Number(PIN):

Number of Rental Units: 2 — Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

DWELLING UNIT: Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT: Dwelling unit which does not contain a bathroom.

ROOMING UNIT: Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

CONDO UNIT: Any dwelling unit within a Condominium, Townhouse or Coop Association.

### Section 2 — Owner Information

Business Name:
(Required if Applicable)

Name of Natural Person: MAHNOOR _____ K _____ KHAN
Chief Operating Officer/Owner          First          MI (Required)          Last

Date of Birth 2/5/53          Phone ( ) 651-636-7010

Owner's Address: 3912 OLD Hwy-8 NW

City ROSEVILLE     County RYA    State & Zip Code SS 113

### Section 3 — Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of the property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, McLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property     As Above
Manager          First          MI (Required)          Last          Date of Birth (Required)

Daytime Phone ( )          Evening Phone ( )

Address

City          County          State & ZipCode

### Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF CHANGES.

Signature of Owner _____ Date 7/29/08

_____          Signature of Person responsible for Maintenance/Mgmt
                (must be authorized,
                if Other Than Owner)
                (Space reserved for Notary Stamp)

Signature of Property Manager if other than owner          Date

Subscribed and sworn to before me on this _____ day of _____, 20___

_____          Notary Public, _____ County

Caution: Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

---

### Section 10

Rental License Fees

Fee Amounts per Building: The annual license fee for a rental dwelling license or provisional license is $51.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between September 1st through August 31st. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%.

A change in ownership shall require a new license application and payment of the license fee.

Dwellings Converted to Rental: Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

Conversion of an unlicensed rental dwelling unit shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

New Owners: Attached proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

FEE MUST ACCOMPANY APPLICATION.

Make checks payable to:     Minneapolis Finance Department
                            Department of Regulatory Services
                            Inspections Division

Mail to:     250 South 4th Street.
             Minneapolis, MN 55415-1373

### Section 11

Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of the that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, then one person shall satisfy this section. For the purpose of this section, "time of sale" shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

### Section 12

For Office Use Only

License/Provisional Number ..................................... 53397
Operator .......................................................... DSC
Date Processed ...................................................
Fee Amount Paid ................................................... 48020
_____ New Construction/Certificate of Occupancy _____ Conversion
_____ Code Compliance _____ Response to RFS
X New Owner 5-30-08 6-6-08 _____ Update Only     AUG 07 2008
_____ Other

7/30 DuPont     $80.00

Revised: Feb 2008

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of each within the building.

Address where tenant register is kept:

2972 OLD HWY-8

ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.

☒ If this property is a duplex, check here. Is either unit owner occupied? _NO_ (yes or no)

How is each unit addressed?

Unit #1 _APT 1_     Unit #2 _APT 2_

Circle the unit that is owner occupied (if applicable)
     (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.

☐ If this property is a leasehold coop, check here. Completion of Section 8 required.

☐ If this property is 3 or more dwellings/rooming/shared bath units check here. Completion of Section 9 required.

126

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Section 8 - continued

## Section 9

DIRECTIONS - APARTMENT BUILDING SCHEME (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5858 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Floor # | | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

539280 CON

## Section 10

### Rental License Fees

**Fee Amounts per Building:** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%.

A change in ownership shall require a new license application and payment of the license fee.

**Dwellings Converted to Rental:** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

**Make checks payable to:**       FEE MUST ACCOMPANY APPLICATION.

**Mail to:**
Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

**Section 244.2010:** Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

**Section 244.2000(d):** The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the dwelling is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of Sale" shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ..........................
Conversion ..........................
Date Processed ..........................
Fee Amount Paid ..........................
    Code Compliance ..........................
  X New Owner  6-21-08
    Other ..........................

X Conversion
    Response to RFS
    Update Only

539280
RSI
$3,061.00

AUG 07 2008

$3,061.00

Revised: Feb 2008

7130 SFD    Post RLC 2005

---

539280    CONVERSION
## Rental License Application
INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
PLEASE COMPLETE SECTIONS 1 THROUGH 9

### Section 1    Property Information

**Rental Property**
Address: 4011 DUPONT AVE N

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp

Property Identification Number (PIN):

**Number of Rental Units:**

DWELLINGS UNIT: ___ Dwelling Units    Rooming Units    Required for Condo Units
SHARED BATH UNIT: ___ Shared Bath Units
Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

ROOMING UNIT: ___ Dwelling unit which does not contain a bathroom.
Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking or eating.

CONDO UNIT: ___ Any dwelling unit within a Condominium, Townhouse or Coop Association.

### Section 2    Owner Information

Business Name: _____ (Required if Applicable)

Name of Natural Person: MAHMOOD    K    KHAN
      First    MI (Required)    Last

Chief Operating Officer/Owner

Date of Birth: 2 - 5 - 53    Phone (651) 636 - 7086
  Month/day/year (Required)

Owner's Address: 2972    OLD    HWY-8

City: ROSEVILLE    County: RM    State & Zip Code: MN 55113

### Section 3    Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contract person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property    AS    ABOVE
Manager    First    MI (Required)    Last    Date of Birth (Required)

Daytime Phone ( )    Evening Phone ( )

Address: _____

City: _____    County: _____    State & Zip Code: _____

### Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND THAT ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTRACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner _____    Date 7/29/08

Signature of Property Manager if other than owner _____    Date _____

Subscribed and sworn to before me on this _____ day of _____, 20 _____
_____ Notary Public,    _____ County

Signature of Person responsible for Maintenance/Mgmt _____
(Space reserved for Notary Stamp)
if Other Than Owner

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

*New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

- [X] I certify that there are no delinquent property taxes for this rental dwelling.
- [X] I certify that there are no delinquent assessments for this rental dwelling.
- [X] I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: 2972 OLD HWY-8
ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

- [X] If this property is single family dwelling, check here.
- [ ] If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is such unit addressed?

Unit #1 _____

Circle the unit that is owner occupied (if applicable)   Unit #2 _____
   (Building scheme not required for single family or duplex dwellings.)

- [ ] If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
- [ ] If this property is a leasehold coop, check here. Completion of Section 9 required.
- [ ] If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identification numbers (PIN) for each rental dwelling you are licensing within the association.

Building Address: _____

### Section 8 - continued

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

128

## Section 9

DIRECTIONS - APARTMENT BUILDING SCHEME (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor # | | Floor# | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Floor # | | Floor # | | Floor# | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

539214

# Rental License Application

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

| Section 1 | Property Information |
|---|---|

Rental Property
Address: 2223 EMERSON AV NORTH   Property Identification Number(PIN): _____

PIN can be found on property tax statement or at www.2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: 1 Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD   K.   KHAN
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth  2 - 5 - 53          Phone ( ) 651-636-7080
              Month/day/year (Required)

Owner's Address 2972  OLD  HWY-8

City ROSEVILLE   County RM   State & Zip Code MN  55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property   AS   ABOVE                     Date of Birth _____
Manager      First    MI (Required)    Last      (Required)

Daytime Phone ( ) _____   Evening Phone ( ) _____

Address _____

City _____   County _____   State & ZipCode _____

| Section 4 |
|---|

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_Signature_    7/29/08
Signature of Owner    Date

Signature of **Person responsible for Maintenance/Mgmt**
**must be notarized.**
If Other Than Owner
(Space reserved for Notary Stamp)

_____   _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** **Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.**

**New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

**Section 5**

**Please check the appropriate boxes below:**

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

**Section 6**

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: 2972 OLD HWY-8
ROSEVILLE MN 55113

**Section 7**

RENTAL LICENSE BUILDING SCHEME

☒ If this property is a single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1 _____

Circle the unit that is owner occupied (if applicable)     Unit #2 _____
          (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

**Section 8**

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

**Section 8 - continued**

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Rental License Application — Code Compliance

544097

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

### Section 1 — Property Information

Rental Property Address: 2714 Emerson Av

Property Identification Number (PIN): _____
PIN can be found on tax statement or at www.co.hennepin.mn.us/pins/addsearch.jsp—Required for Condo Units

Number of Rental Units: 2   Dwelling Units ____   Rooming Units ____   Shared Bath Units ____   Condo Units ____

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Rooming Units

**ROOMING UNIT:** Dwelling unit which does not contain a bathroom. Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking or meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

### Section 2 — Owner Information

Business Name: _____
(Required if Applicable) (Submission of Articles of Organization required)

Name of Natural Person: Kamal ___ Mathros ___ Khan
First   MI (Required)   Last

Date of Birth: 2 / 15 / 1953   Phone #: 651 - 636 - 7080

Owner's Address: 2972 Old Highway - 8
Month/Day/Year (Required)

City: Roseville   County: RM   State & Zip Code: MN 55113

(Address cannot be a post office box or mail service address)

### Section 3 — Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. The person may also be the appointed agent/contact person for the property. SECTION 244.1940 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property Manager: As Above
First   MI (Required)   Last   Date of Birth (Required)

Daytime Phone (___)___   Evening Phone (___)___

Address: _____
(Address cannot be a post office box or mail service address)

City: _____   State & Zip Code: _____

### Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE, AND CORRECT AND I UNDERSTAND THAT ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE RENEWAL STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature/Owner _____   Date 2/26/2012

Signature of Property Manager if other than owner _____   Date _____

Subscribed and sworn to before me on this ___ day of _____, 20 ___.

_____   Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

A JOD 13-OCT-05

---

### Section 10

**Rental License Fees**

**Fee Amounts per Building:** The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $10.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between September 1st through August 31st. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the annual fee.

**Dwellings Converted to Rental:** Whenever a single dwelling building and building/units with separate PID numbers (condominium or townhouse) with 2-5 dwelling units) that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee.

**Change of Ownership Inspection Fee:** Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition of conversion shall be inspected for compliance with minimum housing standards. The fee for this required inspection is four hundred and fifty dollars ($450.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouses) buildings containing 8 or more units; dwellings owned by nonprofit entity (as defined): new construction.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and one hundred twenty dollars ($120.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

**New Owners:** Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

**Make checks payable to:** FEE MUST ACCOMPANY APPLICATION.

Mail to:   Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

### Section 11

**Important Information**

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification to the buyer shall be mailed to the Director of Inspections within five (5) days of furnishing this notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification received by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

### Section 12

**For Office Use Only**

License/Provisional Number: _____
Inspector: _____
Date Processed: _____
Fee Amount Paid: _____
☐ New Construction/Certificate of Occupancy   544097
☐ Code Compliance   25000
☐ Kiosk Number   27500
☐ Other   ☐ Conversion   ☐ Reassignment to RFS   ☐ Update Only

Revised: May 2009

*New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: 2972 OLD Hwy-8 Roseville MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.
☒ If this property is duplex, check here. Is either unit owner occupied? NO (yes or no)

How is each unit addressed?

Unit #1 ___ #1 ___   Unit #2 ___ #2 ___

Circle the unit that is owner occupied (if applicable)
(Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condos, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

132

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhome, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers, print for each rental dwelling you are licensing within the association.

Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Section 9

DIRECTIONS - APARTMENT BUILDING SCHEME (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor # | | Floor # | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

| Floor # | | Floor # | | Floor # | | Floor # | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |

For Office Use Only: RLIC #: _546913_  OPERATOR: _EXL_  FEE: _$35.50_ DATE _5/11/11_ TYPE: _Code Comp_

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

---

### Section 1 — Rental Property Information

Rental Property Address _2906 EMERSON AVE_

Number of Rental Units _____ Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

### Section 2 — Licensee Information

Name of Licensee _MAHMOOD_   _K_   _KHAN_
        First        MI        Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee _2972 OLD HWY-8_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _Rm_ State & Zip Code _MN 55113_ Phone _612-998-2500_

Date of Birth _2/5/53_ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Licensee _____   Date _5/11/2011_

### Section 3 — Appointed Agent/Contact Person
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
        First        MI        Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED) _____ Date _____
Subscribed and sworn to before me on this _____ day of _____, 20 ____
Notary Public, _____ County                    Space Reserved for Notary Stamp

539221
Update

## Rental License Application

INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
PLEASE COMPLETE SECTIONS 1 THROUGH 9

### Section 1       Property Information

Rental Property
Address: 3414 EMERSON AVE N       Property Identification Number (PIN):
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp — Required for Condo Units

Number of Rental Units: _____ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

Dwelling Unit: Whoever a single dwelling building and buildings/units with separate PID numbers
SHARED BATH UNIT: Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.
ROOMING UNIT: Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals
CONDO UNIT: Any dwelling unit within a Condominium, Townhouse or Coop Association.

### Section 2       Owner Information

Business Name: _____ (Submission of Articles of Organization required)
(Required if Applicable)

Name of Natural Person: KHAN       K.       MAHMOOD
Chief Operating Officer/Owner       Last       First       MI (Required)

Date of Birth 2-5-1953       Phone 901-636-7080
Month/day/year (Required)

Owner's Address: 2972 OLD HIGHWAY-8 ROSEVILLE MN 55113
(Address cannot be a post office box or mail service address)

City ROSEVILLE       County RM       State & Zip Code MN 55113

### Section 3       Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the person appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property AS ABOVE
Manager       First       MI (Required)       Last       Date of Birth (Required)

Daytime Phone ( )       Evening Phone ( )

Address _____
(Address cannot be a post office box or mail service address)
City _____ County _____ State & ZipCode _____

### Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____       11/24/09
Signature of Owner       Date

_____       Signature of Person responsible for Maintenance/Mgmt
Signature of Property Manager if other than owner       Date       (must be a natural person)
(Space reserved for Notary Stamp)

Subscribed and sworn to before me on this _____ day of _____, 20___.

_____ Notary Public,
_____ County

Caution: Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

---

### Section 10       Rental License Fees

Fee Amounts per Building:  The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $19.00 for each additional dwelling unit under common ownership in the same building.  The licensing billing period is between September 1st through August 31st.  New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%.  A change in ownership shall require a new license application and payment of the license fee.

Dwellings Converted to Rental:  Whenever a single dwelling building and buildings/units with separate PID numbers (condominium or townhouse) with 25 dwelling units) that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards.  The fee for this required inspection is one thousand dollars ($1000.00).  This fee shall be in addition to the annual license fee.  Exemptions: (condominium or townhouse) buildings containing 0 or more units; dwellings owned by nonprofit entity (as defined); new construction.

Change of Ownership Inspection Fee: Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition converted to rental above shall be inspected for compliance with minimum housing standards.  The fee for this required inspection is four hundred dollars ($400.00)  This fee shall be in addition to the annual license fee.  Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

Operation of an unlicensed dwelling unit shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building.  This fee shall be in addition to any other appropriate enforcement action or fees due.  This fee shall apply 60 days after owner closes the sale of the rental property.

New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

FEE MUST ACCOMPANY APPLICATION.
Make checks payable to:     Minneapolis Finance Department
Mail to:                            Department of Regulatory Services
                                        Inspections Division
                                        250 South 4th Street
                                        Minneapolis, MN 55415-1373

### Section 11       Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections.  A copy of the notification shall also be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer.  If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section.  If the property is owned by more than one person, a notification by one of the owners shall satisfy this section.  For purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

### Section 12

**For Office Use Only**

License/Provisional Number .......... 539221
Operator ..................................... K.K.
Date Processed ........................... 11/25/09
Fee Amount Paid ........................ $3912.98
    New Construction/Certificate of Occupancy ____
    Code/Compliance ____ ☐ Conversion
    New/Cont ____ ☐ Responsible to RFS
    Other ____ ☒ Update Only

Revised: May 2009

**New Owners:** *Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:  2972  OLD  HWY- 8

ROSEVILLE  MN  55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.

☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?

Unit #1_____

Unit #2_____

Circle the unit that is owner occupied (if applicable)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 9 is required. (Building scheme not required for single family or duplex dwellings.)

☐ If this property is a leasehold coop, check here. Completion of Section 9 required.

☐ If this property is 3 or more dwelling/rooming/shared both units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

135

## Section 9

DIRECTIONS - APARTMENT BUILDING SCHEME  (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as is the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor# | | Floor# | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| Floor # | | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
### *(Every Rental License Expires August 31)*

For Office Use Only:
RLIC #: _54305_
OPERATOR: _EXK_
FEE: $1035.80
DATE: _4/2/10_
TYPE: _Conversion_

## Section 1

Rental Property Address _1607 HILLSIDE AVE_

Number of Rental Units: _ONE ✓_ Residential Units _____ Rooming Rental Units _____ Shared Bath Units

How is each unit addressed? Unit#_____ Unit#_____ Unit#_____ Unit#_____
(If the property is owner occupied circle that unit)

**Residential Rental Unit:** A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
**Rooming Rental Unit:** Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
**Shared Bath Rental Unit:** Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

## Section 2
## Owner Information

Owner Name or Chief Operating Officer _MAHMOOD_ _KAMAL_ _KHAN_
First                MI (Required)                Last

Business Name_____
(If Applicable Submission of Articles of Organization Required))

Owner's Address _2972 OLD HWY-8_
(Address cannot be a P.O. Box)

City _ROSEVILLE_ County _R M_ State & Zip Code _MN_ _55113_

Phone _612-998-2500_ Date of Birth _2/5/53_
(Required)

E-mail _Sivmood @ Hotmail_

## Section 3
## Person Responsible for Maintenance & Management of this Rental Property

This person must reside within the 16-county metropolitan area of: **ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT.** SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property_____
Manager          First                MI (Required)                Last

Address_____

City_____ County_____ State & Zip Code_____
(Address cannot be a P.O. Box)

Phone_____ Date of Birth_____
(Required)

E-mail_____

## Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required)          Date _4/2/2010_

Signature of Property Manager MUST BE NOTARIZED          Date          Space Reserved for Notary Stamp
(if other than owner)

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

APR 2 PM 12:15

For Office Use Only: RLIC #: __54846__ OPERATOR: __EXV__ FEE: __$150.07__ DATE: __10/12__/ TYPE: __Conversion__

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

## Section 1 — Rental Property Information

Rental Property Address __2401 ILION AVE MPLS 55411__

Number of Rental Units __1__ Residential Units ____ Rooming Rental Units ____ Shared Bath Units ____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (if a unit is occupied by Licensee please indicate that unit)

## Section 2 — Licensee Information

Name of Licensee __MAHMOOD__ __K__ __KHAN__
First — MI — Last

Business Name (if applicable) ____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee __2972 OLD HWY-8__
(Address cannot be a P.O. Box or commercial mailing service)

City __ROSEVILLE__ County __Rm__ State & Zip Code __MN 55113__ Phone __612-998-2500__

Date of Birth _____ E-mail ____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_____ __10/12/2011__
Signature of Licensee — Date

## Section 3 — Appointed Agent/Contact Person
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person ____
First — MI — Last

Address of Agent/Contact Person ____
(Address cannot be a P.O. Box or commercial mailing service)

City ____ County ____ State & Zip Code ____ Phone ____

Date of Birth ____ E-mail ____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_____ _____
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED) — Date
Subscribed and sworn to before me on this _____ day of _____, 20____.
Notary Public, _____ County                    Space Reserved for Notary Stamp

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
*(Every Rental License Expires August 31)*

For Office Use Only:
RLIC#: _544418_
OPERATOR: _EKK_
FEE: _$103730_
DATE: _4/16/10_
TYPE: _Conversion_

**Section 1**

Rental Property Address _2325 JAMES AVE N, Mpls 55411_

Number of Rental Units: _1_ Residential Units _____ Rooming Rental Units _____ Shared Bath Units

How is each unit addressed?  Unit#_____ Unit#_____ Unit#_____ Unit#_____
(If the property is owner occupied circle that unit)

**Residential Rental Unit:** A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
**Rooming Rental Unit:** Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
**Shared Bath Rental Unit:** Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

**Section 2** — **Owner Information**

Owner Name or Chief Operating Officer _MAHMOOD_   _KAMAL_   _KHAN_
                                    First                MI (Required)          Last

Business Name_____
(If Applicable Submission of Articles of Organization Required))

Owner's Address _2972 OLD HWY-8_
City _ROSEVILLE_ County _RM_ State & Zip Code _MN 55113_
(Address cannot be a P.O. Box)

Phone _612-998-2500_   Date of Birth _2 / 5 / 1953_
                                                     (Required)
E-mail _Sir mood @ HOTMAIL.com_

**Section 3**    **Person Responsible for Maintenance & Management of this Rental Property**

This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES..

Name of Property _As ABOVE_
    Manager         First               MI (Required)          Last

Address_____
(Address cannot be a P.O. Box)
City_____ County_____ State & Zip Code_____

Phone _____   Date of Birth_____
                                        (Required)
E-mail_____

**Section 4**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required)    Date _4/2/2010_

Signature of Property Manager MUST BE NOTARIZED     Date           Space Reserved for Notary Stamp
(If other than owner)
Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

(A) _16-Jan-95_

138

APR 2 PM 12:15

# Rental License Application    *Conv.*    $1065

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

543834

| Section 1 | Property Information |
|---|---|

Rental Property
Address: **1204 KNOX AVE NORTH**    Property Identification Number(PIN):_____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/piris/addrsrch.jsp-Required for Condo Units

Number of Rental Units: **1** Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner License Information |
|---|---|

Business Name: _____
(Required if Applicable)    (Submission of Articles of Organization required)

Name of Natural Person: **MAHMOOD        KAMAL        KHAN**
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth **2-5-1953**        Phone: **651-636-7080**
Month/day/year (Required)

Owner's Address **2972 OLD HWY-8**

**(Address cannot be a post office box or mail service address)**

City **ROSEVILLE**    County **Rm**    State & Zip Code **MN 55113**

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property **As ABovE**    Date of Birth _____
Manager    First    MI (Required)    Last    (Required)

Daytime Phone (_____)_____    Evening Phone (_____)_____

Address _____
**(Address cannot be a post office box or mail service address)**
City _____ County_____ State & ZipCode_____

| Section 4 | |
|---|---|

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____*M Khan*_____    1/21/2010
Signature of Owner    Date

Signature of **Person responsible for Maintenance/Mgmt.**
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____    _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

*New Owners: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

2972 OLD HWY-8
ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1 _____

Circle the unit that is owner occupied (if applicable)   Unit #2 _____
          (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 – continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## Section 10

### Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st** through **August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a single dwelling building and buildings/units with separate PID numbers (condominium or townhouse) with 2-5 dwelling units) that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Change of Ownership Inspection Fee:*** Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition converted to rental above shall be inspected for compliance with minimum housing standards. The fee for this required inspection is four hundred and fifty dollars ($450.00). This fee shall be in addition to the annual license fee. Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:*** Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

#### FEE MUST ACCOMPANY APPLICATION.

<u>Make checks payable to</u>:  Minneapolis Finance Department
<u>Mail to</u>:  Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

| | |
|---|---|
| License/Provisional Number ........................................................................ | 543834 |
| Operator .......................................................................................................... | EXP |
| Date Processed ............................................................................................... | 1/21/10 |
| Fee Amount Paid .............................................................................................. | $1016 |

_____ New Construction/Certificate of Occupancy     _____ Conversion
_____ Code Compliance     _____ Response to RFS
_____ New Owner     _____ Update Only
_____ Other _____

Revised: May 2009

For Office Use Only: RLIC # 549477 OPERATOR: EXV FEE: $44 DATE: 4/27/12 TYPE: Code Compliance

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

| Section 1 | Rental Property Information |
|---|---|

Rental Property Address 1237 KNOX AVE

Number of Rental Units 2 Residential Units ____ Rooming Rental Units ____ Shared Bath Units   (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

| Section 2 | Owner Information |
|---|---|

Name of Owner   MAHMOOD       K.        KHAN
                   First          MI         Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Owner is required at time of application)

Address of Owner  2972 OLD HWY-8
(Address cannot be a P.O. Box or commercial mailing service)

City ROSEVILLE County RM State & Zip Code MN 55113 Phone _____

Date of Birth 2/5/1953 E-mail SIRMOOD @ gmail.com

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE OWNER SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Owner _____   Date 4/26/2012

| Section 3 | Appointed Agent/Contact Person |
|---|---|
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
                                         First          MI         Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED) _____ Date _____
Subscribed and sworn to before me on this _____ day of _____, 20 _____
Notary Public, _____ County                    **Space Reserved for Notary Stamp**

142

# Rental License Application

549477

## PLEASE FULLY COMPLETE OWNER INFORMATION & AGENT/CONTACT INFORMATION BEFORE SIGNING THIS RENTAL LICENSE APPLICATION

**Section 1**

### Property Information

Full Rental Property
Address: *1237 + 1239 Knoks Ave N. Mpls MN 55411*

Number of Rental Units: _1_ Dwelling Units   _2_ Rooming Units   _0_ Shared Bath Units

DWELLING UNIT: Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT: Dwelling unit which does not contain a bathroom.

ROOMING UNIT: Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**Section 2**

### Owner Information

Name: *Cheryl* *Ann* *Carr*   Date of Birth *5-5-54*
First        MI        Last        (Required)

Daytime Phone (*763*) *503-9755*   Evening Phone ( )   *Same*

Owner's Address *7717 Abbott Ave N*

City *Brooklyn Park*   County *Hennipen*   State & Zip Code *MN 55443*

**Section 3**

### PERSON RESPONSIBLE FOR THE MAINTENANCE & MANAGEMENT
OF THIS RENTAL PROPERTY

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property *Berniece* *Carr*   Date of Birth *11-7-56*
Manager        First        MI        Last        (Required)

Daytime Phone (*612*) *521-5166*   Evening Phone ( )   *Same*

Address *1239 Knoxs Ave*

City *Mpls MN*   County *Hennipen*   State & ZipCode *MN 55411*

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

*Cheryl Ann Carr*   *8-29-03*
Signature of Owner        Date        Signature of **Person responsible for Maintenance/Mgmt**
                                        must be notarized.
                                        If Other Than Owner
                                        (Space reserved for Notary Stamp)

*Berniece Carr*   *8-29-03*
Signature of Property Manager if other than owner   Date

JULIE A. KOMER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

Subscribed and sworn to before me on this *29th* day of *August* 20__

*Julie A. Komer* , Notary Public, *Hennepin* County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

## Section 5

### Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $33.00 for the first rental dwelling unit and $20.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between October 1st through September 30th. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee. Operation of an unlicensed dwelling unit shall be subject to an additional administrative fee of fifty dollars ($50.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

### FEE MUST ACCOMPANY APPLICATION.

Make checks payable to:
Mail to:

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 6

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 7

### For Office Use Only

Add ...........................................................................................................
Change ......................................................................................................
New ...........................................................................................................   X
Total Units .................................................................................................
License/Provisional Number ......................................................................   522381
Operator ....................................................................................................   CDS
Date Processed .........................................................................................   9-8-03
Fee Amount Paid .......................................................................................   $83.00

Source:   Certificate of Occupancy _____   Code Compliance _____   New Owner   X

Inspection _____   Conversion _____

Revised 2/07/01

## City of Minneapolis
## Inspections Division

### Section 8

Please check the appropriate boxes below:

☑ I certify that there are no delinquent property taxes for this rental dwelling.

☑ I certify that there are no delinquent assessments for this rental dwelling.

☑ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance

### Section 9

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

1237 Knoks Ave H Mps MA 55411

### Section 10

**RENTAL LICENSE BUILDING SCHEME**

☐ If this property is <u>single family dwelling</u>, check here. (Building scheme not required for single family dwellings.)

☑ If this property is a <u>duplex</u>, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1 _____

Circle the unit that is owner occupied (if applicable)    (Unit #2) Homestead (sister)
                                                          Berniece Carr

### Section 11

**DIRECTIONS FOR BUILDING SCHEME (3 or more units)**

On the reverse side of this form is a grid, which can be used for you scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

539210

# Rental License Application

CON DO UNIT
#104

## INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

**Section 1**           **Property Information**

Rental Property
Address: 1800 LASALLE AVE. UNIT 104

Property Identification
Number(PIN):

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp Required for Condo Units

Number of Rental Units: _____ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**           **Owner Information**

Business Name:
(Required if Applicable)

Name of Natural Person: MAHMOOD      K.      KHAN
Chief Operating Officer/Owner    First      MI (Required)      Last

Date of Birth 2-5-'53        Phone ( ) 651-636-7080
Month/day/year (Required)

Owner's Address 2972 OLD HIGHWAY-8

City ROSEVILLE    County RM    State & Zip Code MN 55113

**Section 3**     **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property   AS ABOVE        Date of Birth
Manager .    First     MI (Required)     Last    (Required)

Daytime Phone ( ) _____ Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____ 7/30/08
Signature of Owner      Date

Signature of **Person responsible for Maintenance/Mgmt** must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____
Signature of Property Manager if other than owner     Date

Subscribed and sworn to before me on this _____ day of _____ , 20 ___.

_____ , Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

146

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972 OLD HIGHWAY-8

ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☐ If this property is single family dwelling, check here.

☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?   Unit #1_____

Circle the unit that is owner occupied (if applicable)   Unit #2_____

(Building scheme not required for single family or duplex dwellings.)

☒ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.

☐ If this property is a leasehold coop, check here. Completion of Section 9 required.

☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| 104 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Section 10

## Rental License Fees

*Fee Amounts per Building:* The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

*Dwellings Converted to Rental:* Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

*Operation of an unlicensed dwelling unit* shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

*New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**          Minneapolis Finance Department
**Mail to:**                                        Department of Regulatory Services
                                                          Inspections Division
                                                          250 South 4th Street
                                                          Minneapolis, MN 55415-1373

Section 11

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

Section 12

### For Office Use Only

License/Provisional Number ..................................................................................   539240
Operator ...............................................................................................................   PCL
Date Processed .....................................................................................................
Fee Amount Paid ...................................................................................................   $311.00
____ New Construction/Certificate of Occupancy          ____ Conversion
____ Code Compliance                                                        ____ Response to RFS
_X_ New Owner  July 2006                                              ____ Update Only
____ Other _____

AUG 0 7 2008

7/30  condo                                    $61.00
Revised; Feb 2008          rented Sept 07¹⁴⁸   $250.00
                                                                 311.00

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
### *(Every Rental License Expires August 31)*

For Official Use Only
RLIC#: 544439
OPERATOR: EXK
FEE: 542
DATE: 4/16/10
TYPE: Circle Comp

**Section 1**

Rental Property Address   1001 LOGAN AVE MPLS MN 55411

Number of Rental Units:   2   Residential Units _____ Rooming Rental Units _____ Shared Bath Units

How is each unit addressed?  Unit# 1   Unit# 2   Unit# _____   Unit# _____
(If the property is owner occupied circle that unit)

Residential Rental Unit:   A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
Rooming Rental Unit:   Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
Shared Bath Rental Unit:   Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

**Section 2**          **Owner Information**

Owner Name or Chief Operating Officer   MAHMOOD   KAMAL   KHAN
                                        First       MI (Required)    Last

Business Name _____
     (If Applicable Submission of Articles of Organization Required))

Owner's Address   2972 OLD HWY-8
     (Address cannot be a P.O. Box)

City ROSEVILLE   County Rm   State & Zip Code MN 55113

Phone 612-998-2500   Date of Birth 2/5/1953
                     (Required)

E-mail   sirmoud@hotmail.com

**Section 3**   **Person Responsible for Maintenance & Management of this Rental Property**

This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property   AS ABOVE
  Manager          First       MI (Required)    Last

Address _____
     (Address cannot be a P.O. Box)

City _____ County _____ State & Zip Code _____

Phone _____   Date of Birth _____
                       (Required)

E-mail _____

**Section 4**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required)          4/15/2010
                                       Date

Signature of Property Manager MUST BE NOTARIZED          Date          Space Reserved for Notary Stamp
(if other than owner)
Subscribed and sworn to before me on this _____ day of _____, 20____.

_____ Notary Public, _____ County

APR 16 PM 3:

@ WMC
9-00493

54136    *conversion*

# Rental License Application
### INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

*Renting 4/1/09*

**Section 1**                                   **Property Information**

Rental Property                                 Property Identification
Address: 2631 NEWTON AVE NORTH   Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

DWELLING UNIT:      Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used
                    or intended to be used for sleeping, cooking and eating.
SHARED BATH UNIT:   Dwelling unit which does not contain a bathroom.
ROOMING UNIT:       Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping,
                    but not for cooking of meals.
CONDO UNIT:         Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                                   **Owner Information**

Business Name: _____
(Required if Applicable)
Name of Natural Person: MAHMOOD          K          KHAN
Chief Operating Officer/Owner       First           MI (Required)        Last

Date of Birth 2 - 5 - 1953          Phone ( ) 651-636-7080
             Month/day/year (Required)

Owner's Address   2972   OLD   HIGHWAY-8

City ROSEVILLE   County RM   State & Zip Code MN   55113

**Section 3**   **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person
must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI,
LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the
appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such
person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property _____                    Date of Birth _____
  Manager        First      MI (Required)      Last        (Required)

Daytime Phone ( ) _____   Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION
INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS
INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_M Khan_                    4/1/09
Signature of Owner          Date          Signature of Person responsible for Maintenance/Mgmt
                                          must be notarized.
                                          If Other Than Owner
                                          (Space reserved for Notary Stamp)

_____                  _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20_____.

_____, Notary Public, _____County

**Caution**: Your signature as Property Manager on this form will make you responsible for the maintenance
and management of this rental property.

*New Owners*: Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD
Statement or Bill of Sale).

APR 1 PM 2:58

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: 2972 OLD HIGHWAY-8
ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1_____

Circle the unit that is owner occupied (if applicable)     Unit #2_____
                              (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Section 9

## DIRECTIONS - APARTMENT BUILDING SCHEME  (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement  or Garden Level | | Ground or 1st Floor | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Floor # | | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## Section 10

### Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**
**Mail to:**

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number............................................
Operator ............................................
Date Processed ............................................
Fee Amount Paid ............................................

_____ New Construction/Certificate of Occupancy
_____ Code Compliance
_____ New Owner
_____ Other _____

X Conversion
X Response to RFS
✓ Update Only

54136

$1032.50

APR 2 2 2009

For Office Use Only: RLIC #: _541136_ OPERATOR: _CU_ FEE: _69_ DATE: _10/22/13_ TYPE: _reopen_

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form.

Rental Property Address _2631 NEWTON AVE NORTH, MPLS 55411_

Number of Rental Units _1_ Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (if a unit is occupied by Licensee please indicate that unit)

Name of Owner _MAHMOOD_ _K._ _KHAN_
First                           MI                          Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Owner is required at time of application)

Address of Owner _2972 OLD HWY-8_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _Rm_ State & Zip Code _MN 55113_ Phone _612-998-2500_

Date of Birth _2/5/53_ E-mail _SIRMOOD @ GMAIL.COM_

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE OWNER SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_Signature_                          _9/18/2013_
Signature of Owner                    Date

This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
First                           MI                          Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_Signature_                          _9/18/2013_                    PTY
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)   Date        Restag Complete
Subscribed and sworn to before me on this _____ day of _____, 20____.     24 SEP 13
Notary Public, _____ County                    Space Reserved for Notary Stamp

*conversion*

539,222

# Rental License Application
**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

*ROD*

## Section 1 — Property Information

Rental Property
Address: __1714 OLIVER AVE N__    Property Identification
Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

## Section 2 — Owner Information

Business Name: _____
(Required if Applicable)

Name of Natural Person: __MAHMOOD__    __K.__    __KHAN__
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth __2/5/1953__    Phone ( ) __651-636-7080__
Month/day/year (Required)

Owner's Address __2972 OLD HWY-8__

City __ROSEVILLE__ County __Rm__ State & Zip Code __MN 55113__

## Section 3 — Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property __AS ABOVE__    Date of Birth _____
Manager    First    MI (Required)    Last    (Required)

Daytime Phone ( ) _____    Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

## Section 4

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____ __7/29/08__
Signature of Owner    Date

Signature of **Person responsible for Maintenance/Mgmt**
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____ _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

2972   OLD   HWY-8
ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is <u>single family dwelling</u>, check here.
☐ If this property is a <u>duplex</u>, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?          Unit #1_____

Circle the unit that is owner occupied (if applicable)     Unit #2_____
                (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Section 10

## Rental License Fees

**Fee Amounts per Building:** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building.  The licensing billing period is between **September 1st through August 31st.**  New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

**Dwellings Converted to Rental:**  Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards.  The fee for this required inspection is one thousand dollars ($1000.00).  This fee shall be in addition to the annual license fee.  Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building.  This fee shall be in addition to any other appropriate enforcement action or fees due.  This fee shall apply 60 days after owner closes the sale of the rental property.

**New Owners:  Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

**FEE MUST ACCOMPANY APPLICATION.**

<u>Make checks payable to</u>:
Mail to:

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

Section 11

## Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):  The owner of any dwelling which is required to be licensed by this  chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections.  A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer.  If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section.  If the property is owned by more than one person, a notification by one of the owners shall satisfy this section.  For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

Section 12

## For Office Use Only

License/Provisional Number ...................................................................................
Operator ...............................................................................................................
Date Processed .....................................................................................................
Fee Amount Paid ...................................................................................................

_____New Construction/Certificate of Occupancy        X Conversion
_____Code Compliance                                          _____Response to RFS
X New Owner  5-28-08                                          _____Update Only
_____Other _____

5392??
D?
8/7/08
$1061.00

7/30  SFD                                          $1061.00

Revised: Feb 2008

# Rental License Application

INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
**· PLEASE COMPLETE SECTIONS 1 THROUGH 9**

*54237D*

| Section 1 | Property Information |
|---|---|

**Rental Property**
Address: 1827 OLIVER AVE N    Property Identification Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: ___1___ Dwelling Units _____Rooming Units _____ Shared Bath Units _____Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

**Business Name:** _____
(Required if Applicable)    **(Submission of Articles of Organization required)**

Name of Natural Person: MAHMOOD    K    KHAN
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth 2 - 5 - 1953    Phone ( ) 651-636-7080
Month/day/year (Required)

Owner's Address 2972 OLD Hwy-8

**(Address cannot be a post office box or mail service address)**

City ROSEVILLE    County Rm    State & Zip Code MN 55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property    AS ABOVE    **Date of Birth**_____
Manager    First    MI (Required)    Last    (Required)

Daytime Phone ( )_____    Evening Phone ( )_____

Address_____
**(Address cannot be a post office box or mail service address)**
City_____County_____State & ZipCode_____

| Section 4 | |
|---|---|

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_Khan_    7/24/09
Signature of Owner    Date    Signature of **Person responsible for Maintenance/Mgmt** must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____    _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**_Caution_:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

JUL 24 PM 4:18

*New Owners:  Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:  2972 OLD HWY 8
ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is <u>single family dwelling</u>, check here.
☐ If this property is a <u>duplex</u>, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?           Unit #1 _____

Circle the unit that is owner occupied (if applicable)     Unit #2 _____
           (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

539446     *Conversion*

# Rental License Application
### INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

*ROD*

**Section 1**
## Property Information

Rental Property
Address: __2123 OLIVER AVE N__    Property Identification
Number(PIN): _____
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____Rooming Units _____Shared Bath Units _____Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**     **Owner Information**

Business Name: _____
(Required if Applicable)
Name of Natural Person: __MAHMOOD__    __KAMAL__    __KHAN__
Chief Operating Officer/Owner    First     MI (Required)     Last

**Date of Birth** __2 - 5 - 1953__    Phone ( ) _____
Month/day/year (Required)
Owner's Address __2972 OLD HWY-8,__
City __ROSEVILLE__ County __RM__ State & Zip Code __~~SMN~~ MN 55113__

**Section 3**    **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property __AS ABOVE__    **Date of Birth** _____
Manager    First     MI (Required)     Last    **(Required)**

Daytime Phone ( ) _____ Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_M. Khan_    _8/19/08_
Signature of Owner     Date     Signature of <u>Person responsible for Maintenance/Mgmt</u>
                               must be notarized.
                               If Other Than Owner
                               (Space reserved for Notary Stamp)

_____ _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**<u>Caution</u>:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** *Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☑ I certify that there are no delinquent property taxes for this rental dwelling.

☑ I certify that there are no delinquent assessments for this rental dwelling.

☑ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept: 2972 OLD HWY-8 ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☑ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                    Unit #1_____

Circle the unit that is owner occupied (if applicable)    Unit #2_____
                    (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

Section 8 - continued
Building Address:

| Unit Number | Property Identification Number |
|-------------|-------------------------------|
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |

**Section 10**

### Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:** Minneapolis Finance Department
**Mail to:** Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

**Section 11**

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

### For Office Use Only

License/Provisional Number ................................................................

539446

Operator ................................................................

DCL

Date Processed ................................................................

9/11/2008

Fee Amount Paid ................................................................

$1061.00

| | |
|---|---|
| ____New Construction/Certificate of Occupancy | _X_Conversion |
| ____Code Compliance | ____Response to RFS |
| _X_New Owner  Aug 2008 | ____Update Only |
| ____Other _____ | |

Vacant

$1061.00

Revised: Feb 2008

# Rental License Application
## 1 – 4 Unit Rental Buildings
### PLEASE COMPLETE ENTIRE APPLICATION
### *(Every Rental License Expires August 31)*

For Office Use Only:
RLIC #: 545044
OPERATOR:
FEE: $1065
DATE: 7/23/10
TYPE: CONV

## Section 1

Rental Property Address: 2600 OLIVER AVE, MPLS 55411

Number of Rental Units: 1 Residential Units _____ Rooming Rental Units _____ Shared Bath Units

How is each unit addressed? Unit#_____ Unit#_____ Unit#_____ Unit#_____
(If the property is owner occupied circle that unit)

Residential Rental Unit: A single residential unit which contains a sleeping area, a kitchen and bathroom facility.
Rooming Rental Unit: Any single rental unit, legally approved by the City of Minneapolis, intended to be used for living and sleeping but does not contain a kitchen.
Shared Bath Rental Unit: Any rental unit legally approved by the City of Minneapolis, which contains a kitchen but no bathroom.

## Section 2 — Owner Information

Owner Name or Chief Operating Officer: MAHMOOD K KHAN
First / MI (Required) / Last

Business Name _____
(If Applicable Submission of Articles of Organization Required))

Owner's Address: 2972 OLD HWY-8
(Address cannot be a P.O. Box)

City ROSEVILLE County RM State & Zip Code MN 55113

Phone 612-998-2500 Date of Birth 2-5-1953
(Required)

E-mail _____

## Section 3 — Person Responsible for Maintenance & Management of this Rental Property

This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON or WRIGHT. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property Manager: AS ABOVE
First / MI (Required) / Last

Address _____
(Address cannot be a P.O. Box)

City _____ County _____ State & Zip Code _____

Phone _____ Date of Birth _____
(Required)

E-mail _____

## Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND MY SIGNATURE AS PROPERTY MANAGER WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE AND MANAGEMENT OF THE LISTED RENTAL PROPERTY, INCLUDING LEGAL ACTION IF NECESSARY. ALL MAILINGS FROM THE INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

Signature of Owner (Required) _____ Date 7/23/2010

Signature of Property Manager MUST BE NOTARIZED Date _____ Space Reserved for Notary Stamp
(if other than owner)

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

539213

# Rental License Application

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**

**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

| Section 1 | Property Information |
|---|---|

Rental Property
Address: 2722 OLIVER AVE N.

Property Identification
Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: 1 Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

| Section 2 | Owner Information |
|---|---|

Business Name: _____
(Required if Applicable)

Name of Natural Person: MAHMOOD    K                    KHAN
Chief Operating Officer/Owner          First                    MI (Required)                    Last

Date of Birth 2/5/53                    Phone ( ) 651-636-7080
Month/day/year (Required)

Owner's Address 2972 OLD HWY-8

City ROSEVILLE    County RM    State & Zip Code MN 55113

| Section 3 | Person Responsible for Maintenance & Management of this Rental Property |
|---|---|

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property AS ABOVE                    Date of Birth _____
Manager          First          MI (Required)          Last          (Required)

Daytime Phone ( ) _____          Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____ M Khan                    7/29/08
Signature of Owner                    Date

Signature of **Person responsible for Maintenance/Mgmt** must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____
Signature of Property Manager if other than owner          Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

11-H A

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972   ~~10th~~   OLD   HWY-8

ROSEVILLE   MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                           Unit #1 _____

Circle the unit that is owner occupied (if applicable)    Unit #2 _____
          (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|-------------|-------------------------------|
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |
|             |                               |

## Section 10

### Rental License Fees

**Fee *Amounts per Building*:** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:*** *Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

### FEE MUST ACCOMPANY APPLICATION.

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

**Make checks payable to:**
**Mail to:**

## Section 11

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ..................................................... 53923
Operator ........................................................................ PL
Date Processed ....................................................................
Fee Amount Paid................................................................. $61.00
____ New Construction/Certificate of Occupancy          ____Conversion
____ Code Compliance                                     ____Response to RFS
X New Owner  5-22-08                                      ____Update Only
____ Other _____                                         AUG 0 7 2008

7/30  SFD                   not conversion        last RLIC  8-31-07

166  $61.00

## Section 10

### Rental License Fees

***Fee Amounts per Building:***   The annual license fee for a rental dwelling license or provisional license is $65.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building.  The licensing billing period is between **September 1st through August 31st.**  New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%.   A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:***  Whenever a single dwelling building and buildings/units with separate PID numbers (condominium or townhouse) with 2-5 dwelling units that have been unlicensed for the previous 12 months, the dwelling shall be inspected for compliance with minimum housing standards.  The fee for this required inspection is one thousand dollars ($1000.00).  This fee shall be in addition to the annual license fee.  Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Change of Ownership Inspection Fee:***  *Whenever a Single dwelling up to a four (4) unit rental property changes ownership that does not meet the definition converted to rental above shall be inspected for compliance with minimum housing standards. The fee for this required inspection is four hundred and fifty dollars ($450.00).*  This fee shall be in addition to the annual license fee.  Exemptions: (condominium or townhouse) buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building.  This fee shall be in addition to any other appropriate enforcement action or fees due.  This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:***  *Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

**FEE MUST ACCOMPANY APPLICATION.**

**Make checks payable to:**   Minneapolis Finance Department
**Mail to:**   Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):  The owner of any dwelling which is required to be licensed by this  chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections.  A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer.  If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section.  If the property is owned by more than one person, a notification by one of the owners shall satisfy this section.  For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ................................................................

Operator.............................................................................................

Date Processed...................................................................................

Fee Amount Paid ...............................................................................

| | |
|---|---|
| \_\_\_\_New Construction/Certificate of Occupancy | \_\_\_\_Conversion |
| \_\_\_\_Code Compliance | \_\_\_\_Response to RFS |
| \_\_\_\_New Owner | \_\_\_\_Update Only |
| \_\_\_\_Other _____ | |

Revised: May 2009

For Office Use Only: RLIC #: _546781_ OPERATOR: _EXK_ FEE: $1033.50 DATE: 4/21/11 TYPE: ~~O18O~~

*Conversion*

*✱ proof of ownership.*

### Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

| **Section 1** | **Rental Property Information** |
|---|---|

Rental Property Address __3406 PENN AVE N     MPLS 55412__

Number of Rental Units ____ Residential Units ____ Rooming Rental Units ____ Shared Bath Units ____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

| **Section 2** | **Licensee Information** |
|---|---|

Name of Licensee __MAHMOOD__     __K__     __KHAN__
                  First            MI             Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee __2972 OLD HIGHWAY-8__
(Address cannot be a P.O. Box or commercial mailing service)

City __ROSEVILLE__ County __RM__ State & Zip Code __MN 55113__ Phone __612-998-2500__

Date of Birth __2/5/53__ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_M. Khan_            _4/18/2011_
Signature of Licensee              Date

| **Section 3** | **Appointed Agent/Contact Person** |
|---|---|
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
         First             MI            Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_____          
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)    Date
Subscribed and sworn to before me on this _____ day of _____, 20_____.
Notary Public, _____ County           **Space Reserved for Notary Stamp**

For Office Use Only: RLIC # 546781   OPERATOR: _EXK_   FEE: $1035.50 DATE: 4/21/11   TYPE: 4080

*Conversion*

✱ Proof of Ownership.

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

### Section 1 — Rental Property Information

Rental Property Address  3406 PENN AVE N   MPLS  55412

Number of Rental Units _____ Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

### Section 2 — Licensee Information

Name of Licensee  MAHMOOD   K   KHAN
First                         MI                    Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee  2972  OLD  HIGHWAY - 8
(Address cannot be a P.O. Box or commercial mailing service)

City  ROSEVILLE  County  RM   State & Zip Code  MN  55113  Phone 612-998-2500

Date of Birth  2/5/53   E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

Signature of Licensee _____   Date  4/18/2011

### Section 3 — Appointed Agent/Contact Person
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
First                         MI                    Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)   Date
Subscribed and sworn to before me on this _____ day of _____, 20_____.
Notary Public, _____ County                                      Space Reserved for Notary Stamp

169

APPLICANT AND CONTACT

| Application | Address | **Applicant** | Comment | Quantities | Fee Calc | Fee Pmt | Issue |

RLIC 539211    Prop Dev.    07-AUG-08    Jur: MPLS

## Applicant

Applicant: MAHMOOD K KHAN    Home Ph: 651-636-7800
Representative:    Work Ph:
Position/Title:    Extension:
Address Line 1:    Fax:
Address Line 2: 2972 OLD HWY 8    Type:
City / State: ROSEVILLE MN    Zip: 55113    SSN:
E-mail:    IVR ID/PIN: 41048272

Identifiers

## Contact

Contact: MAHMOOD K KHAN    Home Ph: 651-636-7800
Representative:    Work Ph:
Position/Title:    Extension:
Address Line 1:    Fax:
Address Line 2: 2972 OLD HWY 8    Type:
City / State: ROSEVILLE MN    Zip: 55113    Birthdate: 05-FEB-1953
E-mail:    IVR ID/PIN: 41048271

Photo    **Copy Applicant From:** Applicant    Owner    Professional

310-Pierce St. NE

539448

# Rental License Application
### INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

**Section 1**                      **Property Information**

Rental Property
Address: **2126  QUEEN  AVE  N**    Property Identification
Number(PIN):
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: **1** _____ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units
**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.
**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.
**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.
**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                      **Owner Information**

Business Name: _____
(Required if Applicable)
Name of Natural Person: **MAHMOOD**           **K**           **KHAN**
Chief Operating Officer/Owner         First                  MI (Required)            Last

Date of Birth **2 / 5 / 53**              Phone ( )  **651-636-7080**
          Month/day/year (Required)
Owner's Address **2972   OLD   HWY-8**

City **ROSEVILLE** County **RM** State & Zip Code **MN   55113**

**Section 3**    **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property **AS   ABOVE**           Date of Birth _____
  Manager        First        MI (Required)      Last         (Required)

Daytime Phone ( ) _____           Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  **7/29/08**
Signature of Owner         /Date /         Signature of **Person responsible for Maintenance/Mgmt**
                                              must be notarized.
                                              If Other Than Owner
                                              (Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner      Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

AUG 2 2 2008

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

2972 OLD HWY-8
ROSEVILLE MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?        Unit #1 _____

Circle the unit that is owner occupied (if applicable)     Unit #2 _____
        (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## Section 10

### Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st**. New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners: Attach proof of ownership (I.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

**FEE MUST ACCOMPANY APPLICATION.**

**Make checks payable to:**
**Mail to:**
Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

## Section 11

### Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

## Section 12

### For Office Use Only

License/Provisional Number ................................................. 539418
Operator .................................................................
Date Processed ......................................................... 9/11/2008
Fee Amount Paid ....................................................... $1061.00

____ New Construction/Certificate of Occupancy       X Conversion
____ Code Compliance                                 ____ Response to RFS
X New Owner  5-30-08                                 ____ Update Only
____ Other _____

7/30   SFD          ⟨ VBR due ⟩          $1061.00
                      done

SFD

Conversion

539902

# Rental License Application
**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

## Section 1                Property Information

Rental Property                                Property Identification
Address: __2007 RUSSEL AVE N__                  Number(PIN): _____
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

## Section 2                Owner Information

Business Name: _____
(Required if Applicable)
Name of Natural Person: __MAHMOOD__      __K__      __KHAN__
Chief Operating Officer/Owner    First          MI (Required)       Last

**Date of Birth** __2-5-53__                    Phone ( ) __651-636-7088__
           Month/day/year (Required)

Owner's Address __2972 OLD HWY-8__

City __ROSEVILLE__  County __Rm__  State & Zip Code __55113__

## Section 3     Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property __AS ABOVE__                    **Date of Birth** _____
Manager          First      MI (Required)       Last        (Required)

Daytime Phone ( ) _____        Evening Phone ( ) _____

Address _____

City _____  County _____  State & ZipCode _____

## Section 4

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  __11/5/08__
Signature of Owner          Date

Signature of **Person responsible for Maintenance/Mgmt**
must be notarized.
If Other Than Owner
(Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20___.

_____, Notary Public, _____County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners: Attached proof of ownership (I.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

NOV 0 5 2008

## Section 5

**Please check the appropriate boxes below:**

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

## Section 7

**RENTAL LICENSE BUILDING SCHEME**

☒ If this property is <u>single family dwelling</u>, check here.
☐ If this property is a <u>duplex</u>, check here. Is either unit owner occupied?_____ (yes or no)

How is each unit addressed?        Unit #1_____

Circle the unit that is owner occupied (if applicable)     Unit #2_____
                    (Building scheme not required for single family or duplex dwellings.)

☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

**CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME**
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Section 10

## Rental License Fees

**Fee Amounts per Building:** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building. The licensing billing period is between **September 1st through August 31st.** New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

**Dwellings Converted to Rental:** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards. The fee for this required inspection is one thousand dollars ($1000.00). This fee shall be in addition to the annual license fee. Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

**Operation of an unlicensed dwelling unit** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building. This fee shall be in addition to any other appropriate enforcement action or fees due. This fee shall apply 60 days after owner closes the sale of the rental property.

**New Owners: Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).**

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**
**Mail to:**

Minneapolis Finance Department
Department of Regulatory Services
Inspections Division
250 South 4th Street
Minneapolis, MN 55415-1373

Section 11

## Important Information

Section 244.2010: Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d): The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections. A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer. If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section. If the property is owned by more than one person, a notification by one of the owners shall satisfy this section. For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

Section 12

## For Office Use Only

License/Provisional Number .................................................. 539902
Operator ........................................................................... aem
Date Processed ................................................................. 11-20-08
Fee Amount Paid ............................................................... $1061.00

____New Construction/Certificate of Occupancy      X  Conversion
____Code Compliance                              ____Response to RFS
____New Owner                                    ____Update Only
____Other _____

$1061.00

Revised: Feb 2008

# Rental License Application    *Conversion*

**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

## Section 1
## Property Information

Rental Property
Address: **819 SHERIDAN AVE N**    Property Identification
Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: **1** Dwelling Units ___ Rooming Units ___ Shared Bath Units ___ Condo Units

DWELLING UNIT: Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

SHARED BATH UNIT: Dwelling unit which does not contain a bathroom.

ROOMING UNIT: Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

CONDO UNIT: Any dwelling unit within a Condominium, Townhouse or Coop Association.

## Section 2
## Owner Information

Business Name: _____
(Required if Applicable)    (Submission of Articles of Organization required)

Name of Natural Person: **MAHMOOD**    **K.**    **KHAN**
Chief Operating Officer/Owner    First    MI (Required)    Last

Date of Birth **2-5-1953**    Phone ( ) **651-636-7080**
Month/day/year (Required)

Owner's Address **2972 OLD HIGHWAY-8**

**(Address cannot be a post office box or mail service address)**

City **ROSEVILLE** County **RM** State & Zip Code **MN 55113**

## Section 3    Person Responsible for Maintenance & Management of this Rental Property

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property **AS ABOVE**    Date of Birth _____
Manager    First    MI (Required)    Last    (Required)

Daytime Phone ( ) _____    Evening Phone ( ) _____

Address _____
(Address cannot be a post office box or mail service address)
City _____ County _____ State & ZipCode _____

## Section 4

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_(signature)_    **8/10/09**
Signature of Owner    Date    Signature of Person responsible for Maintenance/Mgmt
    must be notarized.
    If Other Than Owner
    (Space reserved for Notary Stamp)

Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

AUG 31 AM 9:08

**New Owners:** *Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).*

## Section 5

Please check the appropriate boxes below:

☑ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972   OLD   HWY-8
ROSEVILLE    MN   55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☑ If this property is <u>single family dwelling</u>, check here.
☐ If this property is a <u>duplex</u>, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                    Unit #1 _____

Circle the unit that is owner occupied (if applicable)    Unit #2 _____
           (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## DIRECTIONS - APARTMENT BUILDING SCHEME  (3 or more units)

below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you (no?) 5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of

| ent or Level | Ground or 1st Floor | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Unit Type | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

*Conversion*

540314

# Rental License Application
## INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING
### PLEASE COMPLETE SECTIONS 1 THROUGH 9

**Section 1**                      **Property Information**

Rental Property
Address: _1611 SHERIDAN AVE N_   Property Identification Number(PIN): _____

PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: __1__ Dwelling Units _____ Rooming Units _____ Shared Bath Units _____ Condo Units

**DWELLING UNIT:** Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used or intended to be used for sleeping, cooking and eating.

**SHARED BATH UNIT:** Dwelling unit which does not contain a bathroom.

**ROOMING UNIT:** Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping, but not for cooking of meals.

**CONDO UNIT:** Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                      **Owner Information**

Business Name: _____
(Required if Applicable)
Name of Natural Person: _MAHMOOD_ _K._ _KHAN_
Chief Operating Officer/Owner    First        MI (Required)      Last

Date of Birth _2-5-1953_        Phone ( ) _651-636-7080_
            Month/day/year (Required)

Owner's Address _2972 OLD HWY-8_

City _ROSEVILLE_ County _Rm_ State & Zip Code _MN 55113_

**Section 3**    **Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI, LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property _AS ABOVE_    Date of Birth _____
Manager     First    MI (Required)    Last    (Required)

Daytime Phone ( ) _____    Evening Phone ( ) _____

Address _____

City _____ County _____ State & ZipCode _____

**Section 4**

I CERTIFY THAT THE ABOVE IMFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_M Khan_                _12/23/08_
Signature of Owner          Date        Signature of Person responsible for Maintenance/Mgmt
                                        must be notarized.
                                        If Other Than Owner
                                        (Space reserved for Notary Stamp)

_____                _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____ County

**Caution:** Your signature as Property Manager on this form will make you responsible for the maintenance and management of this rental property.

**New Owners:** Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☒ I certify that there are no delinquent assessments for this rental dwelling.

☒ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:   2972 OLD HWY-8
ROSEVILLE, MN 55113

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here. Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                     Unit #1_____

Circle the unit that is owner occupied (if applicable)     Unit #2_____
                     (Building scheme not required for single family or duplex dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here. Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here. Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here. Completion of Section 9 required.

## Section 8

CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME

For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

### Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**Section 9**

## DIRECTIONS - APARTMENT BUILDING SCHEME (3 or more units)

See grid below, which can be used for your scheme. The floors are the column headings listed from left to right. The units on each floor should be listed from lowest to highest unit # along with the unit type in their appropriate column. For larger buildings, you may call 673-5856 for additional grid sheets or supply your own grid as long as it is formatted the same as the grid on the back of this form.

| Basement or Garden Level | | Ground or 1st Floor | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

| | | Floor # | | Floor # | | Floor# | | Floor # | | Floor # | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit Type | Unit # | Unit type | Unit # | Unit Type | Unit # | Unit Type |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

## PLEASE KEEP THIS SIGN UP

### City of Minneapolis
### Department of Regulatory Services
### Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of   2319-3rd St. N.

The license your landlord needs for this building cannot be given at this time due to:

   2 or More Revocations   LBB

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards.

**Your landlord must appeal this decision by**   3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:   2-13-15

English: Attention: if you need help translating this information, call
Spanish: Atención: Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700.
Somali: Ogow: Haddii aad doonayso in lagaa caawiyo tarjamadda macluumaadkani oo lacag la'aan wac 612-673-3500
Hmong: Ceeb toom: Yog koj xav tau kev pab txhais cov ntaub ntawv no rau koj dawb, hu 612-673-2800
Sign Language Interpreter:  612-673-3240  TTY 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _____ 2135 - 4th St. N. _____

The license your landlord needs for this building cannot be given at this time due to:

_____ 2 or More Revocations _____ 2503

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

**Your landlord must appeal this decision by** _____ 3-2-15 _____

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _____ 2-13-15 _____

English: Attention. If you want help translating this information, call
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow. Haddii aad doonayso in lagaa turjumo macluumaadkani oo lacag la'aan wac 612-673-3500
Hmong Caab toom: Yog xav tau kev pab txhais cov xov no tau kev txhais, hu 612-673-2800
Sign Language Interpreter: 612-673-3220, TTY: 612-673-2626

181

# PLEASE KEEP THIS SIGN UP

### City of Minneapolis
### Department of Regulatory Services
### Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _2008 21st Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_ LS18

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention. If you want help translating this information, call 612-673-2700
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow. Haddii aad dooneyso in lagaa turjumo warbixintaan oo lacag la'aan ah, wac 612-673-2800
Hmong: Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3220 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of: __1614-22nd Av. N.__

The license your landlord needs for this building cannot be given at this time due to:

__2 or More Revocations__ LSH

Reference: Minneapolis Code of Ordinances 244-1910 Licensing Standards

**Your landlord must appeal this decision by __3-2-15__**

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: __2-13-15__

English: Attention, if you want help translating this information, call
Spanish: Atención, si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow, haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani, wac 612-673-3500
Hmong-Ceeb toom, Yog koj xav tau kev pab txhais cov xov tsev no koj ntawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3230 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of   1621- 22nd Av. N.

The license your landlord needs for this building cannot be given at this time due to:

2 or More  Revocations        LS03

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by   3-2-15

You will be notified when this action becomes final. If the City Council revokes
the rental license for this building, you will be given time to move. The Rental
License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:   2-13-15

English - Attention: If you want help translating this information, call
Spanish - Atención: Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali - Ogow: Haddii aad pumayso in lagaa tarjumeeyo warbixintii macusishaadan, la soo xiriir 612-673-3500
Hmong Cees Faam: Yog koj xav tau kev pab txhais cov lus no rau koj dawb, hu 612-673-2800
Sign Language Interpreter - 612-673-3820, TTY 612-673-2626

# PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _321- 24ᵗʰ Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_

Reference - Minneapolis Code of Ordinances 244.1910 Licensing Standards.

**Your landlord must appeal this decision by** _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted _2-13-15_

English: Attention. If you need help translating this information, call.
Spanish: Atención. Si necesita ayuda para traducir esta información, llame. 612-673-2700
Somali: Ogow. Haddii aad sharraado in laad tarjaamo information xatooskaan ah ka
Hmong: Ceeb toom. Yog koj xav tau pab txhais cov xov no rau koj, hu 612-673-2800
Sign language interpreter: 612-673-3000

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___2116 - 25th Av. N.___

The license your landlord needs for this building cannot be given at this time due to:

___2 or More Revocations___ LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

**Your landlord must appeal this decision by** ___3-2-15___

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention, if you want help translating this information, call
Spanish- Atención, Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow, Haddii aad doonaysid in lagaa kaalmeeyo tarjumadda macluumaadkani oo lacag la'aan wac 612-673-3500
Hmong- Ceeb Toom, Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3539 TTY: 612-673-2526

189

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___313-26th Av.N.___

The license your landlord needs for this building cannot be given at this time due to:

___2 or More Revocations___ LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by ___3-2-15___

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong- Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3220 TTY: 612-673-2755

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___11004-27th Av.N.___

The license your landlord needs for this building cannot be given at this time due to:

___2 or More Revocations___ LS13

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by ___3-2-15___

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention. If you want help translating this information  call
Spanish- Atencion. Si desea recibir asistencia gratuita para traducir esta información  llama  612-673-2700
Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov ntaub ntawv  612-673-2800
Sign Language interpreter:   612-673-3190 TTY: 612-673-3153

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of  410-30ᵗʰ Av. N.

The license your landlord needs for this building cannot be given at this time due to:

2 or More Revocations  LS13

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by  3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:  2-13-15

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
Somali- Ogow. Haddii aad dooneyso in tagaa kaalmeeyo tarjumaadda macluumaadkani oo lacag la' aan wac  612-673-3500
Hmong-Ceeb toom  Yog koj xav tau kev pab txhais cov zov no rau koj dawb, hu  612-673-2800
Sign Language Interpreter-  612-673-2720   TTY: 612-673-2626

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _818 · 44ᵗʰ Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_                              _LSI3_

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626

**PLEASE KEEP THIS SIGN UP**

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

The license for: 7813 Aldrich Av. N

for the property you live in is scheduled to be denied or revoked because of:

7 or More Revocations                    6/13

is the reason Minneapolis is considering denial or revocation of the rental.

Your landlord must appeal this action by: 3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

This is valid: 7-13-15

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _2414- Bryant Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention: If you want help translating this information, call
Spanish- Atención: Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-3705
Somali- Ogow: Haddii aad doonayso in laga kaa mid ah tarjamadda macluumaadkan oo lacag la'aan wac 612-673-3600
Hmong-Ceeb Toom: Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3250 TTY: 612-673-2626

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _315 - Buchanan St. NE_

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_          LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700
Somali- Ogow. Haddii aad dooneyso in laqaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong- Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220 TTY: 612-673-2626

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _3557-Dupont Av.N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_                      L613

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700
Somali- Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkan oo lacag la' aan wac 612-673-3500
Hmong- Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _Hooo · Dupont Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_                    LS13

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow. Haddii aad doonayso in laqaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220  TTY: 612-673-2626

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___Hold Dupont Av N.___

The license your landlord needs for this building cannot be given at this time due to:

___2 or More Revocations___ ___LS13___

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by ___3-2-15___

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention. If you want help translating this information, call
Spanish- Atencion. Si desea recibir asistencia gratuita para traducir esta información, comse 612-673-3700
Somali- Ogow, Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no mus tuaj rau ntawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220 TTY: 612-673-2625

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _4011 Dupont Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_ ᴸ¹³

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention, if you want help translating this information, call
Spanish- Atención, Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
Somali- Ogow, Haddii aad dooneyso in laguu kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov lus no rau koj dawb, hu 612-673-2800
Sign Language Interpreter  612-673-3219  TTY: 612-673-625

201

# PLEASE KEEP THIS SIGN UP

## City of Minneapolis
## Department of Regulatory Services
## Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _2223-Emerson Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_ _valid_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention if you need help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llame. 612-673-2700
Somali- Ogow. Haddii aad doonayso in laga kaalmeeyo tarjamadda macluumaadkani oo bilaash ah, soo wac. 612-673-3500
Hmong- Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-2200  TTY: 612-673-2626

202

**PLEASE KEEP THIS SIGN UP**

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

For the property at: 2114 - Emerson Av. N.

The City of Minneapolis has taken the following action against this building:

2 or More Revocations                    6513

Violation of Minneapolis rental Ordinance, Chapter 244, of the City of Minneapolis.

Your landlord must appeal this decision by: 3-2-15

You will be notified when this action becomes final. Once a City Council revokes the rental license for this building, you will be required to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

_____ 2-13-15

[illegible faded text block]

**PLEASE KEEP THIS SIGN UP**

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

Re: Property at _2906 Emerson Av. N._

The license is being [illegible] revoked, denied, not renewed or suspended because of:

_2 or More Revocations_ [illegible]

[illegible] Minneapolis Ordinance [illegible]

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION PLEASE CALL 311

[illegible] _2-13-15_

[illegible]

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis
Department of Regulatory Services
Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of: __1607- Hillside Av. N.__

The license your landlord needs for this building cannot be given at this time due to:

__2 or More Revocations__

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by __3-2-15__

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted __2-13-15__

English: Attention: If you want help translating this information, call.
Spanish: Atención: Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2800
Somali: Ogow: Haddi aad doonayso in lagu kaalmeeyo tarjumaadda macluumaadkan oo lacag la'aan wac 612-673-3500
Hmong: Ceeb toom: Yog koj xav tau kev pab txhais cov ntaub ntawv no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3020 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _2401- Ilion Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_ _LS13_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention: if you want help translating this information, call
Spanish: Atención: Si desea recibir asistencia gratuita para traducir esta información, llame  612-673-2700
Somali: Ogow: Haddii aad doonayso in lagaa taakaleeyo la jumatta macluumaadkani ee bilaa la  soo wac  612-673-3500
Hmong-Casb Ipom: Yog koj xav tau kev pab txhais cov xov no tias koj, hawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3200  TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___2325- James Av. N.___

The license your landlord needs for this building cannot be given at this time due to:

___2 or More Revocations___   LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

**Your landlord must appeal this decision by** ___3-2-15___

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention: If you want help translating this information, call
Spanish- Atención: Si desea recibir asistencia gratuita para traducir esta información, llama 612-673-2700
Somali- Ogow: Haddii aad doonayso in lagaa takheeyo bprimeda macluumaadkan; oo lacag la'aan wac: 612-673-3500
Hmong-Ceeb toom: Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3226   TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of: __1204 Knox Av. N.__

The license your landlord needs for this building cannot be given at this time due to:

__2 or More Revocations__ _LSD_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by __3-2-15__

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: __2-13-15__

English: Attention, if you want help translating this information, call
Spanish: Atención, si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow, Haddii aad doonayso in lagaa kaalmeeyo tarjamada macluumaadkani oo lacag la' aan ah, wac 612-673-3500
Hmong-Cob lus: Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter:  612-673-3240  TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

### City of Minneapolis
### Department of Regulatory Services
### Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _1737- Knox Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_ ___

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention. If you want help translating this information, call
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow. Haddii aad dooneyso in lagaa kaalmeeyo in lagugu turjumo macluumaadkan oo lacag la'aan ah, wac 612-673-3500
Hmong-Ceeb toom: Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3555; TTY 612-673-2626

# PLEASE KEEP THIS SIGN-UP

## City of Minneapolis
## Department of Regulatory Services
## Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of   1800- LaSalle Av   Unit 104

The license your landlord needs for this building cannot be given at this time due to:

2 or More Revocations

Reference: Minneapolis Code of Ordinances 244.2010 Licensing Standards

Your landlord must appeal this decision by   3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:   2-13-15

English: Attention. If you want help translating this information call

Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame al 612-673-2700

Somali: 612-673-3500

Hmong: 612-673-2800

Sign Language Interpreter: 612-673-3220; TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of   1001 Logan Av N.

The license your landlord needs for this building cannot be given at this time due to:

2 or More Revocations                    LS03

Reference: Minneapolis Code of Ordinances 244-1910 Housing Standards

Your landlord must appeal this decision by     3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:   2-13-15

**English:** Attention: If you need help translating this information, call
**Spanish:** Atención: Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
**Somali:** Ogow, Haddii aad dooneyso in lagaa turjumo macluumaadkani oo lacag la'aan ah, wac 612-673-3500
**Hmong:** Ceeb Toom: Yog koj xav tau kev pab txhais cov ntaub ntawv no rau koj dawb, hu 612-673-2800
**Sign Language Interpreter:** 612-673-2900 TTY 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _Z631 Newton Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_Z or More Revocations_       LS13

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards.

Your landlord must appeal this decision by _3-2-15_

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention. If you want help translating this information, call
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame  612-673-2700
Somali:  Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong-Oreb Isom:  Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter:  612-673-3220; TTY: 612-673-2600

213

**PLEASE KEEP THIS SIGN UP**

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _1714-Oliver Av.N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention. If you want help translating this information, call
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame  612-673-2700
Somali: Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la'aan ah, wac  612-673-3500
Hmong-Ceeb toom: Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language interpreter: 612-673-3320 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of: **1827-Oliver Av. N.**

The license your landlord needs for this building cannot be given at this time due to:

**2 or More Revocations** LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards.

Your landlord must appeal this decision by **3-2-15**

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: **2-13-15**

English: Attention. If you want help translating this information, call.
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wax 612-673-3500
Hmoob: Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3220 TTY: 612-673-2626

215

# PLEASE KEEP THIS SIGN UP

**City of Minneapolis
Department of Regulatory Services
Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of __2123-Oliver Av N.__

The license your landlord needs for this building cannot be given at this time due to:

__2 or More Revocations__ LSIS

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards.

Your landlord must appeal this decision by __3-2-15__

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: __2-13-15__

**English-** Attention. If you want help translating this information, call
**Spanish-** Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
**Somali-** Ogow. Haddii aad doonayso in aaa lagutarjumo macluumaadkani oo lacag la'aan ah wac 612-673-3500
**Hmong-Ceeb** toom. Yog koj xav tau kev pab txhais cov xov ncaw no rau koj dawb, hu 612-673-2800
**Sign Language Interpreter-** 612-673-2920, TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

### City of Minneapolis
### Department of Regulatory Services
### Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _2600-Oliver Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_          _LS13_

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by   _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention: If you want help translating this information, call.
Spanish- Atención: Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow: Haddii aad doonayso in lagaa kaalmeeyo tarjumida macluumaadkan oo lacag la'aan ah, soo wac 612-673-3500
Hmong-Ceeb toom: Yog koj xav tau kev pab txhais cov ntaub ntawv no pub dawb, hu 612-673-2800
Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626

217

# PLEASE KEEP THIS SIGN-UP

### City of Minneapolis
### Department of Regulatory Services
### Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

For the rental at: **2722 Oliver Av. N.**

The following rental license action has been recommended for your building:

**2 or More Revocations** LS13

Reason for the action recommended above: **2 or More Revocations**

Your landlord must appeal this decision by **3-2-15**

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be notified. In any case, the Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION PLEASE CALL 311

**2-13-15**

**PLEASE KEEP THIS SIGN UP**

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

The Rental License for 3406 Penn Av N

has been revoked, denied, not renewed or suspended for the following reason(s): 2 or More Revocations CS13

Because of the problems at this property and the concerns of the City,

Your landlord must appeal this decision by 3-2-15

You will be notified when this action becomes final. If the City Council revokes the rental license for this building you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL ME

Date Posted: 2-13-15

PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _310- Pierce St. NE_

The license your landlord needs for this building cannot be given at this time due to:

_Z or More Revocations_ _LS13_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _Z12b Queen Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations_

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by _3-2-15_

**You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.**

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English: Attention. If you want help translating this information, call
Spanish: Atención. Si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali: Ogow. Haddii aad doonayso in lagaa caawiyo tarjumaadda macluumaadkani oo lacag la'aan ah wac 612-673-3500
Hmong: Ceeb Toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter:  612-673-4220   TTY: 612-673-2626

221

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of ___2007- Russell Av. N.___

The license your landlord needs for this building cannot be given at this time due to:

___Z or More Revocations___                    LS13

Reference:  Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by ___3-2-15___

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: ___2-13-15___

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
Somali- Ogow. Haddii aad doonayso in lagaa kaalmeeyo tarjumaadda macluumaadkani oo lacag la'aan ah, wac  612-673-3500
Hmong- Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu  612-673-2800
Sign Language Interpreter-  612-673-3220 TTY: 612-673-2626

## PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of  _819 - Sheridan  Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More  Revocations_      LS13

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards.

Your landlord must appeal this decision by  _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted:  _2-13-15_

English- Attention. If you want help translating this information, call
Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700
Somali- Ogow, Haddii aad doonayso in laga kaalmeeyo tarjamaida macluumaadkani oo lacag la' aan ah so 612-673-3500
Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3220 TTY: 612-673-2626

# PLEASE KEEP THIS SIGN UP

**City of Minneapolis**
**Department of Regulatory Services**
**Housing Inspections**

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of _1141+ Sheridan Av. N._

The license your landlord needs for this building cannot be given at this time due to:

_2 or More Revocations    L513_

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards.

**Your landlord must appeal this decision by** _3-2-15_

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

# FOR GENERAL INFORMATION, PLEASE CALL 311

Date Posted: _2-13-15_

English- Attention: If you want free translating this information, call
Spanish- Atención: si desea recibir asistencia gratuita para traducir esta información, llame 612-673-2700
Somali- Ogow: Haddii aad doonayso in laguu tarjumaadid macluumaadkani oo lacag la' aan ah wac 612-673-3500
Hmong-Ceev tseg: Yog koj xav tau kev pab txhais cov ntaub ntawv no pub dawb, hu 612-673-2800
Sign Language Interpreter- 612-673-3018   TTY: 612-673-2626

224

# Regulatory, Energy & Environment Committee

Owner:    Mahmood Khan

RE:       3223 Bryant Avenue North          Appeal Hearing 8-16-2010

## INDEX

| | | PAGE |
|---|---|---|
| **Section I** | **Notice of Hearing** | |
| | Letter to Owner | 2 |
| | | |
| **Section II** | **City of Minneapolis Ordinance** | |
| | MPLS Code Section 244.1910 | 3-4 |
| | MPLS Code Section 244.1930 | 5 |
| | MPLS Code Section 244.1940 | 6 |
| | MPLS Code Section 244.150 | 7 |
| | MPLS Code Section 244.1450 | 7 |
| | MPLS Code Section 244.1810 | 8 |
| | MPLS Code Section 546.50 | 9 |
| | | |
| **Section III** | **Property Information** | |
| | Rental License Application | 10-13 |
| | City of Minneapolis Property Information | 14 |
| | Hennepin County Property Information Report | 15 |
| | | |
| **Section IV** | **Correction Notice – Illegal Occupancy** | |
| | RFS History 09-0679514 | 16 |
| | Correction Notice RFS 09-0679514 | 17-19 |
| | Corresponding Photo | 20 |
| | | |
| **Section V** | **Directors Determination of Non-Compliance** | |
| | Letter To Owner | 21 |
| | | |
| **Section VI** | **Summary of Events** | 22 |
| | | |
| **Section VII** | **Correction Notice** | |
| | RFS History 10-0765150 | 23-24 |
| | Correction Notice RFS 10-0765150 | 25-29 |
| | Current Photos of Illegal Occupancy | 30-31 |
| | | |
| **Section VIII** | **Notice of Revocation** | |
| | Certified letter to owner | 32-33 |
| | Copy of placard | 34 |
| | Copy of signed receipt of notice letter | 35 |
| | Copy of Appeals Application | 36 |
| | Copy of Appeals Payment Receipt | 37 |
| | | |
| | | |



**Minneapolis**
*City of Lakes*

**Regulatory Services
Department**

**Housing Inspections
Services Division**

250 South 4th Street – Room 300
Minneapolis, MN 55415-1316

Office   612 673-5826
Fax      612 673-2314
TTY      612 673-3300

July 23, 2010

Owner
Mahmood K. Khan
2972 Old Highway 8
Roseville, MN  55113

### RE: 3223 – Bryant Avenue North – Revocation of Rental Dwelling License

Dear Mr. Khan:

A hearing for your Minneapolis Rental License Appeal is scheduled for Monday, August 16th, 2010 at 1:00 p.m. in Courtroom 310 of Minneapolis City Hall located at 350 South 5th Street. Attorney, Fabian Hoffner will be the Administrative Hearing Officer.

At this hearing, you will be given an opportunity to state your reason(s) for appealing and challenging the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath. If you do not appear, the Hearing Officer will act upon your appeal with only the facts as presented in your original application.

Sincerely,

Janine Atchison
District Manager
612-673-3715

**244.1910. Licensing standards.** The following minimum standards and conditions shall be met in order to hold a rental dwelling license under this article. Failure to comply with any of these standards and conditions shall be adequate grounds for the denial, refusal to renew, revocation, or suspension of a rental dwelling license or provisional license.

(1)    The licensee or applicant shall have paid the required license fee.

(2)    Rental dwelling units shall not exceed the maximum number of dwelling units permitted by the zoning code.

(3)    No rental dwelling or rental dwelling unit shall be over occupied or illegally occupied in violation of the zoning code or the housing maintenance code.

(4)    The rental dwelling shall not have been used or converted to rooming units in violation of the zoning code.

(5)    The owner shall not suffer or allow weeds, vegetation, junk, debris, or rubbish to accumulate repeatedly on the exterior of the premises so as to create a nuisance condition under section 227.90 of this Code. If the city is required to abate such nuisance conditions under section 227.100 or collect, gather up or haul solid waste under section 225.690 more than three (3) times under either or both sections during a period of twenty-four (24) months or less, it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license.

(6)    The rental dwelling or any rental dwelling unit therein shall not be in substandard condition, as defined in section 244.1920.

(7)    The licensee or applicant shall have paid the required reinspection fees.

(8)    The licensee or his or her agent shall allow the director of inspections and his or her designated representative to perform a rental license review inspection as set forth in section 244.2000(c).

(9)    The licensee shall maintain a current register of all tenants and other persons with a lawful right of occupancy to a dwelling unit and the corresponding floor number, and unit number and/or letter and/or designation of such unit within the building. The register shall be kept current at all times. The licensee shall designate the person who has possession of the register and shall inform the director of the location at which the register is kept. The register shall be available for review by the director or his or her authorized representatives at all times.

(10)    The licensee shall submit to the director of inspections or an authorized representative of the director, at the time of application for a rental dwelling license and for just cause as requested by the director, the following information: the number and kind of units within the dwelling (dwelling units, rooming units, or shared bath units), specifying for each unit, the floor number, and the unit number and/or letter and/or designation.

(11)    a.    There shall be no delinquent property taxes or assessments on the rental dwelling, nor shall any licensee be delinquent on any financial obligations owing to the city under any action instituted pursuant to Chapter 2, Administrative Enforcement and Hearing Process.

b.    The licensee or applicant shall have satisfied all judgments duly entered or docketed against the licensee or applicant by any court of competent jurisdiction arising out of the operation of a rental property business. This subsection shall not be found to have been violated if the licensee or applicant demonstrates that the underlying case or action leading to the entry of judgment is being properly and timely removed to district court or otherwise appealed, or when the judgment is being paid in compliance with a payment plan accepted by either a court possessing jurisdiction over the judgment or the judgment creditor or during any period when the enforcement of the judgment has been duly stayed by such a court. This subsection shall become effective January 1, 2008.

(12)    There is no active arrest warrant for a Minneapolis Housing Maintenance Code or Zoning Code violation pertaining to any property in which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

(13)    Any person(s) who has had an interest in two (2) or more licenses revoked pursuant to this article or canceled pursuant to section 244.1925 or a combination of revocations or cancellations shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of five (5) years.

(14)    No new rental dwelling license shall be issued for the property during the pendency of adverse license action initiated pursuant to section 244.1940.

3

**(15)**     The licensee or applicant must have a current, complete, and accurate rental dwelling application on file with the director of inspections in accord with the provisions of section 244.1840.

**(16)**     a.     Before taking a rental application fee, a rental property owner must disclose to the applicant, in writing, the criteria on which the application will be judged.

b.  .     Application forms must allow the applicant to choose a method for return of the application fee as either 1) mailing it to an applicant's chosen address as stated on the application form, 2) destroying it 3) holding for retrieval by the tenant upon one (1) business-day's notice.

c.     If the applicant was charged an application fee and the rental property owner rejects the applicant, then the owner must, within fourteen (14) days, notify the tenant in writing of the reasons for rejection, including any criteria that the applicant failed to meet, and the name, address, and phone number of any tenant screening agency or other credit reporting agency used in considering the application.

d.     The landlord must refund the application fee if a tenant is rejected for any reason not listed in the written criteria.

e.     Nothing in this section shall prohibit a rental property owner from collecting and holding an application fee so long as the rental property owner provides a written receipt for the fee and the fee is not cashed, deposited, or negotiated in any way until all prior rental applicants either have been screened and rejected for the unit, or have been offered the unit and have declined to take it. If a prior rental applicant is offered the unit and accepts it, the rental property owner shall return all application fees in the manner selected by the applicant, pursuant to section (b).

f.     Violation of this subsection, 244.1910(16), may result in an administrative citation, or may contribute to the denial or revocation of a rental license.

g.     This subdivision shall become effective December 1, 2004.

**(17)**     An owner shall not have any violations of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, at any rental dwelling which they own or have an ownership interest. A violation of Minnesota Rule Chapter 1300.0120 subpart 1 shall result in a director's determination of noncompliance notice being sent, pursuant to 244.1930 to the owner regarding the rental dwelling where the violation occurred. A second violation, at any rental dwelling in which the owner has an ownership interest, of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, shall result in the issuance of a director's notice of denial, non-renewal, or suspension of the license or provisional license, pursuant to 244.1940 of the Code, for the rental dwelling where the second violation occurred.

**(18)**     The owner, where the owner pays the water bill for a rental dwelling, shall not allow the water to be shut off for non-payment. If water to a rental dwelling has been turned off, for lack of payment by the owner it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license or provisional license.

**(19)**     The provisions of this section are not exclusive. Adverse license action may be based upon good cause as authorized by Chapter 4, Section 16 of the Charter. This section shall not preclude the enforcement of any other provisions of this Code or state and federal laws and regulations.

**(20)**     A licensee or owner/landlord shall not be in violation of section 244.265 of this Code, which requires owner/landlords to notify tenants and prospective tenants of pending mortgage foreclosure or cancellation of contract for deed involving the licensed property.

**(21)**     Any person, upon a second violation of section 244.1810 by allowing to be occupied, letting or offering to let to another for occupancy, any dwelling unit without having first obtained a license or provisional license, shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of two (2) years.

**(22)**     The owner or licensee shall not be in violation of section 225.780, which requires every owner of a building containing two (2) or more dwelling units to provide for recycling services. (90-Or-235, § 6, 9-14-90; 91-Or-220, § 1, 11-8-91; 94-Or-124, § 1, 9-16-94; 95-Or-097, § 2, 6-30-95; Ord. No. 97-Or-056, § 8, 6-27-97; 99-Or-163, § 5, 12-17-99; 2001-Or-074, § 1, 6-22-01; 2003-Or-070, § 2, 6-20-03; 2004-Or-122, § 1, 10-22-04; 2005-Or-008, § 1, 2-11-05; 2006-Or-115, § 2, 10-20-06; 2007-Or-063, § 1, 8-31-07; 2008-Or-016, § 4, 2-29-08; 2009-Or-044, § 2, 5-22-09; 2010-Or-041, § 1, 4-16-10)

**244.1930. Director's determination of noncompliance; notice.**

(a) If the director of inspections determines that a building or dwelling unit fails to meet the licensing standards set forth in section 244.1910, or section 244.1920, he or she shall mail a notice to the owner or the owner's agent. The notice shall specify the reasons why the building or unit fails to meet the licensing standards in section 224.1910 or section 244.1920 and shall include a copy of the inspection report if applicable.

(b)  If the rental dwelling fails to meet one or more of the standards set forth in section 244.1910, the notice shall indicate that the license holder or applicant has ten (10) days to correct the defects, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license.

(c)  If the rental dwelling fails to meet the standards set forth in Section 244.1920, the notice shall indicate that the license holder or applicant has sixty (60) days to correct the defects causing the building to be substandard, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license. The director may for good cause authorize additional time to correct defects causing a building to be substandard. If the defects create an imminent hazard to health or safety, the director may proceed immediately for denial, nonrenewal, revocation, or suspension under section 244.1940, or may shorten the deadline for compliance to less than sixty (60) days.

(d)  Whenever a notice of noncompliance is issued under this section, the director of inspections shall also cause a notice to tenants to be prominently posted on the building. The notice shall indicate that a license proceeding has been commenced against the owner because the building has been found to be in violation of the housing maintenance code; that after a stated period of time allowed to bring the building into compliance, the city council may proceed to deny, revoke, or suspend the rental dwelling license for the building; that if the city council denies, revokes, or suspends the license, tenants may be required to vacate the building; that further information can be obtained from the City of Minneapolis Housing Services Office.

(e)  The director of inspections shall send copies of the notice of noncompliance and the notice to tenants to the housing services office. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 3, 6-30-95; 99-Or-163, § 6, 12-17-99)

5

**244.1940. Denial; non-renewal; revocation; suspension.**

If after any period for compliance under section 244.1930 has expired, the director determines that the dwelling fails to comply with any of the licensing standards in sections 244.1910 or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license pursuant to section 244.2020, the director shall mail the owner a notice of denial, non-renewal, revocation, or suspension of the license or provisional license. The notice shall state:

(1)  That the director has determined that the building fails to comply with the licensing standards for rental dwellings in section 244.1910 and section 244.1920, that the licensee has failed to take appropriate action following conduct by tenants and/or their guests on the licensed premises under section 244.2020, or that the licensee has failed to submit a written management plan that satisfies the requirements set forth in 244.2020(d).

(2)  The specific reasons why the building fails to meet licensing standards, including copies of applicable inspection reports, or notices sent to licensee of conduct on licensed premises.

(3)  That the director has referred the matter to the city council with a recommendation to deny, not renew, revoke, or suspend the license or provisional license.

(4)  That the city council will deny, refuse to renew, revoke, or suspend the license or provisional license unless the owner appeals the determination within fifteen (15) days after receipt of the notice, in the manner provided in section 244.1960.

(5)  That after denial, nonrenewal, revocation or suspension, the dwelling or the affected dwelling units therein must be vacated, and shall not be reoccupied until all violations are corrected and a license is granted by the city council, (except where an extension of time has been granted by the director of inspections due to weather). Further, no license will be granted by the city council until an approved plan to control conduct on premises has been presented and accepted by the city council if the denial, non-renewal, revocation or suspension was under section 244.2020.

(6)  The notice shall describe how an appeal may be filed under section 244.1960.

(7)  The director shall cause a notice to tenants to be mailed or delivered to each licensed dwelling unit and prominently posted on the building. The notice shall indicate that the rental dwelling license for the building has been denied, revoked, or suspended, whichever is applicable; that the action will become final on a specific date unless the building owner appeals and requests a hearing; that tenants may be required to vacate the building when the action becomes final; that further information can be obtained from the City of Minneapolis Housing Services Office. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 4, 6-30-95; 99-Or-163, § 7, 12-17-99; 2004-Or-007, 1-30-04; 2004-Or-112, § 1, 10-8-04)

**244.150. Notice of violations.** Whenever the commissioner of health, the chief of the fire prevention bureau or the director of inspections determines that there has been a violation, or that there are reasonable grounds to believe that there has been a violation, of any provision of this Code, notice of such violation or alleged violation shall be given to the person or persons responsible therefor. Such notice shall:

(a)    Be in writing;

(b)    Include a description of the real estate sufficient for identification;

(c)    Specify the violation which exists and remedial action required;

(d)    Allow a reasonable time for the performance of any act it requires;

(e)    Be served upon the owner, or the operator, or the occupant, as the case may require. Such notice shall be deemed to be properly served upon such owner, or upon such operator, or upon such occupant if a copy thereof is served upon such owner, operator or occupant personally; or if a copy is left at such owner's, operator's or occupant's usual place of abode with a person of suitable age and discretion then resident therein; or by depositing in the United States Post Office, the notice addressed to such owner's, operator's or occupant's last-known address with postage prepaid thereon; or if service cannot be made by any one (1) of the above means then such notice shall be deemed served if a copy of such notice is posted and kept posted for twenty-four (24) hours in a conspicuous place on the premises affected by such notice.

Notwithstanding the other provisions of this section, a notice of violation shall not be required for violation of sections 227.90, 240.10, 240.20, 240.30, 240.40, 240.50, 240.60, 240.70, 240.80, 240.90, 240.100, 244.60, 244.240, 244.350, 244.410, 244.430, 244.460, 244.590, 244.610, 244.620, 244.640, 244.660, 244.690, 244.700, 244.760, 244.810, 244.820, 244.850, 244.910, 244.915, 244.930, 244.940, 244.945, 244.960, 244.1080, 244.1090, 244.1260, 244.1360, 244.1450, 244.1490, 244.1500, 244.1510, 244.1575, 244.1610, 244.1810, 244.1970, 385.240, 546.80, 547.80, 548.80 and 549.80. (Code 1960, As Amend., § 67.040; Ord. of 8-29-74, § 1; 78-Or-244, § 3, 11-22-78; 82-Or-106, § 4, 6-11-82; 90-Or-097, § 1, 4-13-90; 91-Or-240, § 1, 12-6-91; 2007-Or-017, § 1, 2-23-07; 2008-Or-039, § 1, 5-16-08)

**244.1450. Condemnation authorized; requiring vacating.** Whenever the commissioner of health, the director of inspections, or the chief of the fire prevention bureau finds that any dwelling, multiple dwelling or dwelling unit constitutes a hazard to the health, safety or welfare of the occupants or to the public because it lacks maintenance, or is dilapidated, unsanitary, vermin-infested, or rodent-infested, because it lacks the sanitary facilities and equipment required by the housing maintenance code, or because it violates residential storage standards, he or she may condemn such dwelling or dwelling unit as unfit for human habitation. If any dwelling or any part thereof is occupied by more families than provided by this code, or is erected, altered or occupied contrary to law, such dwelling shall be deemed an unlawful structure and the director of inspections may cause such dwelling to be vacated. It shall be unlawful to again occupy such dwelling until it or its occupation, as the case may be, has been made to conform to the law. (Code 1960, As Amend., § 80.010; Pet. No. 252271, § 31,

7

5-11-90; 91-Or-240, § 4, 12-6-91)

**244.1810. License required.** No person shall allow to be occupied, let or offer to let to another for occupancy, any dwelling unit unless the owner has first obtained a license or provisional license under the terms of this article. The practice of pre-leasing new rental construction shall be exempt from the provisions of this section. (90-Or-235, § 6, 9-14-90; 96-Or-129, § 1, 12-13-96; 2008-Or-016, § 1, 2-29-08)

8

**546.50. Maximum occupancy.** (a) Dwelling units. The maximum occupancy of a dwelling unit located in the R1 through R3 Districts shall not exceed one (1) family plus up to two (2) unrelated persons living together as a permanent household, provided that the family plus the unrelated persons shall not exceed a total of five (5) persons. The maximum occupancy of a dwelling unit located in the R4 through R6 Districts shall not exceed one (1) family plus four (4) unrelated persons living together as a permanent household, provided that the family plus the unrelated persons shall not exceed a total of five (5) persons.

(b)      Rooming units. The maximum occupancy of a rooming unit shall be as regulated by Chapter 244 of the Minneapolis Code of Ordinances, Housing Maintenance Code.

9

SFD

*Conversion*

539903

# Rental License Application
**INDIVIDUAL APPLICATION REQUIRED FOR EACH BUILDING**
**PLEASE COMPLETE SECTIONS 1 THROUGH 9**

**Section 1**                         **Property Information**

Rental Property                         Property Identification
Address: __3223  @ BRYANT  AVE N__  Number(PIN):_____
PIN can be found on property tax statement or at www2.co.hennepin.mn.us/pins/addrsrch.jsp-Required for Condo Units

Number of Rental Units: ___Dwelling Units ___Rooming Units ___Shared Bath Units ___Condo Units

DWELLING UNIT:      Any habitable room located within a dwelling and forming a single habitable unit with facilities which are used
                    or intended to be used for sleeping, cooking and eating.
SHARED BATH UNIT:   Dwelling unit which does not contain a bathroom.
ROOMING UNIT:       Any room or group of rooms forming a single habitable unit used or intended to be used for living and sleeping,
                    but not for cooking of meals.
CONDO UNIT:         Any dwelling unit within a Condominium, Townhouse or Coop Association.

**Section 2**                         **Owner Information**

Business Name:_____
(Required if Applicable)
Name of Natural Person: __MAHMOOD__    __K__    __KHAN__
Chief Operating Officer/Owner     First            MI (Required)          Last

**Date of Birth** __2 - 5 - 53__      Phone (   ) __651-636-7080__
              Month/day/year  (Required)
Owner's Address_____ __2972  OLD  HWY-8_____
City __ROSEVILLE__ County __RM__   State & Zip Code __55113__

**Section 3    Person Responsible for Maintenance & Management of this Rental Property**

Enter below the requested information for the natural person responsible for maintenance and management of this property. This person
must reside within the 16-county metropolitan area of: ANOKA, CARVER, CHISAGO, DAKOTA, GOODHUE, HENNEPIN, ISANTI,
LESUEUR, MCLEOD, RAMSEY, RICE, SCOTT, SHERBURNE, SIBLEY, WASHINGTON AND WRIGHT. This person may also be the
appointed agent/contact person for the property. A post office box or commercial mail service box are not acceptable as an address for such
person. SECTION 244.1840 MINNEAPOLIS CODE OF ORDINANCES.

Name of Property __AS  ABOVE_____  Date of Birth_____
Manager          First     MI (Required)       Last      (Required)

Daytime Phone (       )_____ Evening Phone (      )_____

Address_____

City_____County_____ State & ZipCode_____

**Section 4**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND I UNDERSTAND ALL MAILINGS FROM INSPECTIONS DIVISION
INCLUDING THE ANNUAL RENTAL LICENSE BILLING STATEMENT WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON UNLESS
INSPECTIONS DIVISION IS NOTIFIED OF ANY CHANGES.

_____  __11/5/08__
Signature of Owner          Date           Signature of **Person responsible for Maintenance/Mgmt**
                                                     **must be notarized.**
                                           If Other Than Owner
                                           (Space reserved for Notary Stamp)

_____  _____
Signature of Property Manager if other than owner    Date

Subscribed and sworn to before me on this _____ day of _____, 20____.

_____, Notary Public, _____County

**_Caution_:  Your signature as Property Manager on this form will make you responsible for the maintenance
and management of this rental property.**

**New Owners:  Attached proof of ownership (i.e. copy of Certificate of Real Estate Value or HUD
Statement or Bill of Sale).**

## Section 5

Please check the appropriate boxes below:

☒ I certify that there are no delinquent property taxes for this rental dwelling.

☐ I certify that there are no delinquent assessments for this rental dwelling.

☐ I certify that there are no active arrest warrants for a Minneapolis Maintenance Code or Zoning Code violation pertaining to any property on which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

## Section 6

The licensee shall maintain a current register of all tenants and other persons with a lawful right to occupancy to a dwelling unit and the corresponding floor number, and unit number, and/or designation of such within the building.

Address where tenant register is kept:

## Section 7

RENTAL LICENSE BUILDING SCHEME

☒ If this property is single family dwelling, check here.
☐ If this property is a duplex, check here.  Is either unit owner occupied? _____ (yes or no)

How is each unit addressed?                    Unit #1_____

Circle the unit that is owner occupied (if applicable)    Unit #2_____
                    (Building scheme not required for single family or duplex  dwellings.)
☐ If this rental is a dwelling unit(s) within a townhouse, condo, or coop association check here.  Completion of Section 8 is required.
☐ If this property is a leasehold coop, check here.  Completion of Section 9 required.
☐ If this property is 3 or more dwelling/rooming/shared bath units check here.  Completion of Section 9 required.

## Section 8

### CONDOMINIUM, TOWNHOUSE, COOP ASSOCIATION BUILDING SCHEME
For rentals within a condominium, townhouse, coop or leasehold coop association please use the grid below to indicate the address, unit numbers and property identifications numbers (PIN) for each rental dwelling you are licensing within the association.

## Section 8 - continued

Building Address:

| Unit Number | Property Identification Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

.11

07/06/2004  01:00   6127819751

ATTN; ANITA

A. **Settlement**

U.S. Department of Housing
and Urban Development

OMB Approval No. 2502-0285

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ FmHA | 3. ☐ Conv. Unins. | 6. File Number: NMN-1044760 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note:    This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked *(p.o.c.)* were
paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: MAHMOOD KHAN 2972 OLD HWY 8, ROSEVILLE, MN  55113 | E. Name & Address of Seller: LIQUIDATION PROPERTIES INC. 350 GREENWICH ST, NEW YORK, NY 10013 | F. Name & Address of Lender: |
|---|---|---|

| G. Property Location: 3223 NORTH BRYANT AVENUE, MINNEAPOLIS, MN  55412 (HENNEPIN) | H. Settlement Agent: NETCO, INC. 401 FOUNTAIN LAKES BOULEVARD, SAINT CHARLES, MO 63301 | Tax ID: 36-3550806 |
| | Place of Settlement: 401 FOUNTAIN LAKES BOULEVARD, SAINT CHARLES, MO 63301 | I. Settlement Date / Disbursement Date 11/4/2008 / 11/4/2008 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $17,000.00 | 401. Contract sales price | $17,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $400.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes 11/4/2008 to 1/1/2009 @ | $338.96 | 407. County taxes 11/4/2008 to 1/1/2009 @ | $338.96 |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | $17,738.96 | **420. Gross Amount Due To Seller** | $17,338.96 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or Earnest Money | $1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | | 502. Settlement Charges to Seller (line 1400) | $5,718.30 |
| 203. Existing loan taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. See Addendum 506 | $1,084.84 |
| 207. | | 507. See Addendum 507 | $215.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $1,000.00 | **520. Total Reduction Amount Due Seller** | $7,018.14 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount Due From Borrower (line 120) | $17,738.96 | 601. Gross Amount Due To Seller (line 420) | $17,338.96 |
| 302. Less Amounts Paid By/For Borrower (line 220) | $1,000.00 | 602. Less Deduction in Amt. Due To Seller (line 520) | $7,018.14 |
| 303. Cash ☑ From ☐ To Borrower | $16,738.96 | 603. Cash ☑ To ☐ From Seller | $10,320.82 |

**Section 10**

## Rental License Fees

***Fee Amounts per Building:*** The annual license fee for a rental dwelling license or provisional license is $61.00 for the first rental dwelling unit and $19.00 for each additional rental dwelling unit under common ownership in the same building.  The licensing billing period is between **September 1st through August 31st**.  New owners who have purchased their property after April 1st (during second half of license year) shall pay the prorated fee of 50%. A change in ownership shall require a new license application and payment of the license fee.

***Dwellings Converted to Rental:*** Whenever a dwelling is converted to rental usage, the dwelling shall be promptly inspected for compliance with minimum housing standards.  The fee for this required inspection is one thousand dollars ($1000.00).  This fee shall be in addition to the annual license fee.  Exemptions: buildings containing 6 or more units; dwellings owned by nonprofit entity (as defined); new construction.

***Operation of an unlicensed dwelling unit*** shall be subject to an additional administrative fee of two hundred fifty dollars ($250.00) for the first dwelling unit, and twenty dollars ($20.00) for each additional dwelling unit under common ownership in the same building.  This fee shall be in addition to any other appropriate enforcement action or fees due.  This fee shall apply 60 days after owner closes the sale of the rental property.

***New Owners:  Attach proof of ownership (i.e. Copy of Certificate of Real Estate Value or HUD Statement or Bill of Sale).***

### FEE MUST ACCOMPANY APPLICATION.

**Make checks payable to:**     Minneapolis Finance Department
**Mail to:**                    Department of Regulatory Services
                                Inspections Division
                                250 South 4th Street
                                Minneapolis, MN 55415-1373

**Section 11**

## Important Information

Section 244.2010:  Every Licensee shall promptly notify the Department of Inspections of any changes in the names, addresses and other information concerning the person listed in the last license application filed with the department.

Section 244.2000(d):  The owner of any dwelling which is required to be licensed by this chapter shall prior to the time of sale of said dwelling, notify the buyer in writing of all unabated orders and violation tags issued by the Department of Inspections pertaining to said dwelling, as well as the requirement of law that said dwelling, upon acquisitions by a new owner, must be licensed with the Director of Inspections.  A copy of the notification shall be mailed to the Director of Inspections within five (5) days of furnishing the notification to the buyer.  If the dwelling is owned by a corporation, an officer of said corporation shall carry out the notification required by this section.  If the property is owned by more than one person, a notification by one of the owners shall satisfy this section.  For the purpose of this section, "time of sale: shall be construed to mean when a written purchase agreement is executed by the buyer or, in the absence of a purchase agreement, upon the execution of any document providing for the conveyance of a dwelling required to be licensed.

**Section 12**

## For Office Use Only

License/Provisional Number ................................................................  *539903*
Operator ..........................................................................................  *aem*
Date Processed ................................................................................  *11-20-08*
Fee Amount Paid ..............................................................................  *$1061.00*

____ New Construction/Certificate of Occupancy          *X* Conversion
____ Code Compliance                                    ____ Response to RFS
____ New Owner                                          ____ Update Only
____ Other _____

*$1061*

Revised: Feb 2008

City of Minneapolis Property Information -- General Information        Page 1 of 1

Fort | Help   Contact us

**Address Search > Address List >   - Select a Report -**

## General Information

**Master Address:** 3223 Bryant Ave N   Minneapolis, MN 55412       **PID:** 0902924140177   **Map It**

| Property Reports: | | |
|---|---|---|
| Valuation History | **Taxpayer** | Mahmood Khan<br>3223 Bryant Ave N Minneapolis Mn 55412 |
| Business Licenses | **Owner** | Mahmood K Khan |
| Structure Information | **Last Sale** | 5/30/1997 |
| Inspection Permits | **Lot Size** | 5,070 |
| Truth in Sale of Housing | **Property Tax** | Click for current tax data. (Link opens in new browser window.) |
| Rental History | **Tract/Block** | 16/408       Appraiser & ext: Krista  3208 |
| Special Assessments | **Neighborhood** | Mckinley |
| Housing Violations | **Ward** | 3 |
| Police Incidents | **Zone** | R2B/Two Family District(`99) |
| Zoning Permits | **Assessor Land Use** | SFDD-Single Family Detached |
| | **Addition** | 001-039-Bakers 4th Addn To Mpls |
| | **Homesteader** | None |
| | **Relative Homestead** | No |
| | **Rental License Status/Decision/Renewal** | Open/ Approved/ 08/31/2010 |
| | **Lodging House Status/Decision/Renewal** | |
| | **Registered** | |

Minneapolis 311

**Hennepin County,** Minnesota



Property Information Search Result

**2010 Assessment (For Taxes Payable 2011)**

TAX INFORMATION

PROPERTY ID

ADDRESS

ADDITION NAME

INTERACTIVE MAP

0902924140177

Search      Clear

**Subrecord No. 1**

**Values**               **Estimated**

65,100

65,100

taxinfo@co.hennepin.mn.us

Search Tips

**RFS History Report**  RUN DATE  22-JUL-2010   PAGE   1

| 3223 | BRYANT | AVE  N | | Rs Num 09-0679514 | ASA | CONVERSION |

- ILOC
- REVOKED
- LIRI

| Problem | Ent Date3 | | Comments |
|---|---|---|---|
| HSNGLIC | 18-MAR-2009 | | UNOC/ILOC |

| Service | Compl Date | Reqd Date | Comments |
|---|---|---|---|
| CLOSE | 30-APR-2009 | | ABT BY ROD FOR ASA |
| APPT | 07-APR-2009 | 27-APR-2009 | SET FOR 2:45 |
| APPT | 26-MAR-2009 | 02-APR-2009 | SET FOR 4:15 |
| OPEN | 18-MAR-2009 | | |
| UNOC | 18-MAR-2009 | 22-MAR-2009 | UNLAWFUL BASEMENT OCCUPANCY-CANNOT USE AS A SLEEPING ROOM |
| MEMO | 18-MAR-2009 | | UNOC POSTED 12-MAR-09 |
| MEMO | 18-MAR-2009 | | COPIES OF DD OF NON COMP SENT TO OWNER AND OCCUPANT |
| MEMO | 18-MAR-2009 | | TURN ON ILOC |

Ins Sched Date

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|---|---|---|---|---|---|---|
| 225 | 22-MAR-2009 | 27-APR-2009 | ROD | | | |

Enter Date   Note Text                                                      Note Type

VIOLATOR INFORMATION:                                     ROLE:

MAHMOOD K. KHAN                                           RNTL CONT
2972 OLD HWY 8            ROSEVILLE        MN 55113

240

16

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

MAHMOOD K. KHAN

2972 OLD HWY 8
ROSEVILLE,MN 55113

18-MAR-09
Request Number: 09-0679514

### Re: 3223 BRYANT AVE N

An inspection on **12-MAR-09** of the premises at the above address disclosed conditions that are violations of the Minneapolis Code of Ordinances. An inspection will be done at no charge after the listed due date(s).

Failure to comply with the orders below by the due date(s) may result in a  One hundred dollar ($100.00) fee for each additional inspection (except those which are exempt), and possible legal action.  The fee will be billed directly to the responsible party(ies) per Minneapolis Ordinance 244.190.

The following corrections are required:

**Discontinue the unlawful occupancy of the nonhabitable basement space as a habitable room or dwelling unit. Minneapolis Code of Ordinances 244.410, 244.800 and 244.850, and Minneapolis Zoning Ordinance 546.  This notice is appealable to the Zoning Board of Adjustments in accordance with the provisions in Section 525.170 of the Minneapolis Code of Ordinances.  All appeals must be filed within ten (10) calendar days of this notice.  Information concerning the Zoning Board of Adjustments may be obtained from the Zoning Section at 311.  Violation Text 225.**

**Inspector's Comments:**

**Due Date: 22-MAR-2009**

Your prompt cooperation in attending to the item(s) above would be appreciated.

**IF YOU HAVE ANY QUESTIONS ABOUT THESE ORDERS, OR IF YOU ARE NOT THE OWNER, AGENT OR OCCUPANT, PLEASE CALL THE INSPECTOR (WHOSE NAME AND NUMBER ARE AT THE END OF THESE ORDERS).** If you are unable to reach the inspector during the time stated below, you may leave a message at any time by calling the same number.

**Beginning in January 2008, Housing Inspections will observe the following office hours: 8:00-3:30 Monday, Tuesday, Wednesday & Friday and 9:00-3:30 on Thursday.**

1

MAC
*RFS#* 09-0679514

17

The Minneapolis code of ordinances, including sections on the Housing Maintenance Code, is available on computer terminal (on line) at:

- Minneapolis Public Library, Government Documents Section
- City Clerk's Office, Room 304 City Hall, 350 So. 5th St.

The code is also available through the Internet using the Minneapolis Home Page, www.ci.minneapolis.mn.us.
Below are the steps to guide you through the web page:
- Go to Frequently Requested Information
- Select City Charter/Code of Ordinances
- Click on the Continue Button
- Enter your subject or ordinance code and click on Send Query

Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed within fifteen (15) days of the issuance of this order. If you wish to appeal this order, call 673-5850 for an application.

If these orders are for repairs to your house or garage, and if you need financial assistance to complete them, you may call the MCDA (673-5286) for information on home improvement loans.

IF A PERMIT IS REQUIRED, THE HOUSING ORDERS MUST BE PRESENTED AT THE PLAN REVIEW COUNTER FOR PERMIT ISSUANCE BY EITHER THE PROPERTY OWNER OR CONTRACTOR.


ALL MATERIAL AND SERVICES ARE AVAILABLE IN ACCESSIBLE FORMATS
VALERIE ASANTE (ASA), HOUSING INSPECTOR II, Phone: (612) 685-8448

---

English- Attention. If you want help translating this information, call:

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626                                   HSG

---

2

<u>Penalty for removal $700.00 fine and/or 90 days imprisonment</u>

# City of Minneapolis
## Department of Inspections
## Placard Of

# UNLAWFUL OCCUPANCY

In accordance with Chapter 244 Minneapolis Code of Ordinances, The premises, building, structure or any portion thereof and located at <u>3223 BRYANT AVE N</u> is hereby ordered to vacated because of Section(s) <u>244.410, 244.800, 244.850, 546</u> of the Minneapolis Code of Ordinances.  Description of violation: <u>UNLAWFUL BASEMENT OCCUPANCY-CANNOT USE AS A SLEEPING ROOM</u>

In accordance with Section 244.1450, 244.200, 244.1810, 244.1860 and 244.1970 of the Minneapolis Code of Ordinances this building premise, structure or portion thereof must be vacated by: <u>22-MAR-09</u>

Date Placard Posted: <u>12-MAR-09</u>

Phone #:<u>(612) 685-8448</u>

English- Attention. If you want help translating this information, call

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626

3



3223 Bryant Ave N    ASA  3-12-09   Unlawful Bsmt occupancy

CITY OF MINNEAPOLIS
DEPARTMENT OF REGULATORY SERVICES
INSPECTIONS DIVISION
HOUSING INSPECTION SERVICES

## NOTICE OF DIRECTOR'S DETERMINATION OF NONCOMPLIANCE

March 16, 2009

**Property Address: 3223 Bryant Avenue North**

Owner:                                     Contact/Manager
Mr. Mahmood Khan
2972 Old Highway 8
Roseville, MN  55113

This is to notify you that the above property fails to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910, 244.1920, and/or 244.1930, 244.1840)

☐ (1) Required License fee not paid
☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
☒ (3) Rental dwelling unit(s) over occupied or illegally occupied
☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
☐ (5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish
☐ (6) Rental dwelling unit(s) are in a substandard condition
☐ (7) Licensee has not paid required reinspection fees
☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
☐ (9) Licensee has failed to maintain and keep written register of tenants
☐ (10) Licensee has failed to submit a building scheme
☐ (11) Property taxes or assessments are delinquent
☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
☐ (13) Owner/licensee/manager has had 2 or more licenses revoked within last 5 years
☐ (14) Licensee has adverse license action in progress
☐ (15) Rental License application is not current per section 244.1840
☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
☐ (18) Licensee allowed water shut off for non-payment 244.1910(18)

A license proceeding has been commenced against you because the building has been found to be in violation of the housing maintenance code. You have until Sunday, March 22, 2009 to bring the building into compliance. After this date the City Council may proceed to deny, revoke, or suspend the rental dwelling license for the building.  If the City Council denies, revokes, or suspends the license, the affected dwellings therein must be vacated and shall not be re-occupied until a new license is granted by the City Council.

Sincerely,

Valerie Asante
Housing Inspector II
612-685-8448

245

21

## 3223 Bryant Avenue North Summary
### SM Rawski

On 25-MAY-2010 an inspection was done at 3223 Bryant Avenue North based on a 311-Tenant Complaint (RFS 10-0765150). As part of the complaint/inspection Rawski went down the basement and found a bed, dresser, clothing and other furniture. Photos were taken by Rawski. When returning to the office, Rawski e-mailed Manager Atchinson with photos, a screen shot of the Flag screen with the ILCO Flag put on by ASA on 12-MAR-2009. It was decided to proceed with a revocation action for the rental license at this property.

In subsequent visits to the property the bed, dresser, etc have been removed

# RFS History Report

| 3223 | BRYANT | AVE N | | Rs Num 10-0765150 | SMR | CONVERSION |

| | | | | | | ILOC |
| | | | | | | REVOKED |
| | | | | | | LIRI |

| Problem | Ent Date3 | | Comments |
|---------|-----------|---|----------|
| HCOMPLAINT | 24-MAY-2010 | | PROBLEM_DESCRIPTION:STOVE BROKEN |

| Service | Compl Date | Reqd Date | Comments |
|---------|-----------|-----------|----------|
| CLOSE | | | |
| APPT | 06-JUL-2010 | 06-JUL-2010 | APPT W TENANT DOROTHY BRIGHT  612578.6428 |
| APPT | 16-JUN-2010 | 16-JUN-2010 | Appointment on 06/16/10 at 3:30 PM with MELVIN (MR. KAHN'S REP),  - MR KAHN CALLED TODAY AT 1340 TO ASK IF I COULD MEET MELVIN AT PROPERTY--APPT SCHEDULED OVER PHONE |
| MEMO | 02-JUN-2010 | | 02-JUN-10 PRINTED LETORD BXV - COPY TO CHASITY DONNELL, 3223 BRYANT AVE NO., MN, 55412 |
| DATAPRIV | 01-JUN-2010 | 16-JUN-2010 | TENANT CHASITY DONNELL ALLOWED ENTRY  612.588.9304 |
| LETORD | 01-JUN-2010 | 16-JUN-2010 | Related Violation Codes: 749, 749, 511, 417, 218, 219, 413, 325, 321 INSPECTION DATE 25-MAY-2010 |
| MEMO | 01-JUN-2010 | 16-JUN-2010 | COPY TO TENANT: CHASITY DONNELL -- 3223 BRYANT AVENUE NORTH -- MINNEAPOLIS  55412 |
| OPEN | 24-MAY-2010 | | PROBLEM_DESCRIPTION:STOVE BROKEN |

**06-JUL-2010**  Ins Sched Date

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 218 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | 1ST TO 2ND FLOORS | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 219 | 16-JUN-2010 | 06-JUL-2010 | SMR | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | SECURE HANDRAIL FROM 1ST FLOOR TO BASEMENT | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 321 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | BASEMENT | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 325 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | SMOKE DETECTOR BEEPING--1ST FLOOR | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 413 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | MSIING OUTLET COVER -- EAST BEDROOM | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|------|-----------|--------------|--------------|-------------|------------|-----------------|
| 417 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | | | | | Note Type |
|------------|-----------|---|---|---|---|-----------|
| | | | | | | VIOLATION |
| 01-JUN-2010 | SECURE CEILING FIXTURE HANGING BY ELECTRICAL WIRES ONLY--BACK PORCH | | | | | |
| | LOOSE WIRING BY SECURITY SYSTEM CONTROL BOX--EAST BEDROOM | | | | | 23 |

# RFS History Report

RUN DATE   26-JUL-2010      PAGE      2

---

3223    BRYANT            AVE  N              Rs Num 10-0765150    SMR

511      16-JUN-2010

| Enter Date | Note Text | | | | | Note Type |
|---|---|---|---|---|---|---|
| 01-JUN-2010 | SECURE TOILET--BATHROOM | | | | | VIOLATION |
| | CAP TO CODE UN-USED SHOWER DRAIN--BASEMENT | | | | | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|---|---|---|---|---|---|---|
| 749 | 16-JUN-2010 | 06-JUL-2010 | SMR | | | |

| Enter Date | Note Text | Note Type |
|---|---|---|
| 01-JUN-2010 | REPAIR/REPLACE GAS STOVE--DOES NOT LITE, GRATES BROKEN.  IF | VIOLATION |
| | REPLACING A PERMIT IS REQUIRED--LICENSED PLUMBER/MECHANICAL | |
| | CONTRACTOR, INSPECTION AND PERMIT APPROVAL ARE NEEDED BEFORE THIS | |
| | ORDER WILL BE ABATED -- KITCHEN | |

| VIO. | V Due Date | Resolved on: | Resolved By: | V Warn Date | V Citation | V Citation Date |
|---|---|---|---|---|---|---|
| 749 | 16-JUN-2010 | | | | | |

| Enter Date | Note Text | Note Type |
|---|---|---|
| 01-JUN-2010 | DRYER VENT DISCONNECTED--LICENSED MECHANICAL CONTRACTOR REQUIRED | VIOLATION |
| | TO OBTAIN A PERMIT, INSPECTIONS AND APPROVAL BEFORE THIS ORDER | |
| | WILL BE ABATED -- BASEMENT | |

VIOLATOR INFORMATION:                                                    ROLE:

MAHMOOD K. KHAN                                                          RNTL CONT

2972 OLD HWY 8                        ROSEVILLE         MN 55113

24

City of Minneapolis
Inspections Division
Housing Inspection Services
300 Public Service Center
250 South 4th Street
Minneapolis, MN  55415


MAHMOOD K. KHAN

2972 OLD HWY 8
ROSEVILLE,MN 55113


02-JUN-10
**RFS #10-0765150**

**RE: 3223 BRYANT AVE N**

On **25-MAY-10**, an inspection of your property at the above address disclosed conditions that are violations of Minneapolis Code of Ordinances.  Please make the corrections listed below by the due dates.  After the due dates, a reinspection will be done to insure all violations have been corrected.

Keeping up our properties sends a signal that we care about our neighborhoods and about each other. We believe that caring about our neighborhoods helps us resist crime. Minneapolis Inspections will give special attention to all Minneapolis neighborhoods.

If all violations have been corrected, no reinspection fee will be charged.  If violations are not corrected you will be required to pay a one hundred dollar ($100.00) fee for any subsequent inspection, except those that are exempt.  You may also face legal action.

Note to owners of single family rental properties: Any tax preference that you now have as a result of the 4bb tax program may be lost due to non-compliance with this order.  Your property tax in forthcoming years will be significantly higher if this property is found to have past due housing code orders

The following corrections are required:

    **Repair or replace the following appliance(s) listed below with this rental unit.  Keep all supplied equipment in operating condition and maintained in a professional manner.**

SMR


*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

Minneapolis Code of Ordinances 244.580 and 85.20. Minnesota Mechanical Code Section 504. Violation Text 749.

Inspector's Comments:  REPAIR/REPLACE GAS STOVE--DOES NOT LITE, GRATES BROKEN. IF REPLACING A PERMIT IS REQUIRED--LICENSED PLUMBER/MECHANICAL CONTRACTOR, INSPECTION AND PERMIT APPROVAL ARE NEEDED BEFORE THIS ORDER WILL BE ABATED -- KITCHEN

Due Date: 16-JUN-2010

Repair or replace the following appliance(s) listed below with this rental unit.  Keep all supplied equipment in operating condition and maintained in a professional manner. Minneapolis Code of Ordinances 244.580 and 85.20. Minnesota Mechanical Code Section 504.  Violation Text 749.

Inspector's Comments:  DRYER VENT DISCONNECTED--LICENSED MECHANICAL CONTRACTOR REQUIRED TO OBTAIN A PERMIT, INSPECTIONS AND APPROVAL BEFORE THIS ORDER WILL BE ABATED -- BASEMENT

Due Date: 16-JUN-2010

Repair or replace all plumbing fixtures and keep free from defects, leaks and/or obstructions and maintain under adequate pressure in the following area(s) listed below. Minneapolis Code of Ordinances 244.290 and 244.560.  Violation Text 511.

Inspector's Comments:  SECURE TOILET--BATHROOM
CAP TO CODE UN-USED SHOWER DRAIN--BASEMENT

Due Date: 16-JUN-2010

Repair and/or remove all illegal and/or hazardous wiring that has not been installed and maintained according to the currently adopted National Electric Code. Minneapolis Code of Ordinances 244.420 and 244.400.  Electrical permit required/inspection per Minnesota State Statute 326B.36 subd. 1.  Violation Text 417.

Inspector's Comments:  SECURE CEILING FIXTURE HANGING BY ELECTRICAL WIRES ONLY--BACK PORCH
LOOSE WIRING BY SECURITY SYSTEM CONTROL BOX--EAST BEDROOM

Due Date: 16-JUN-2010

Provide the required handrails on all interior stairways with four (4) or more risers. Handrails shall be graspable with a circular 1 1/4 inch to 2 5/8 inch cross section. State SMR

*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

building code requires that new installations be within thirty-four (34) to thirty-eight (38) inches above the nose of the tread.  Minneapolis Code of Ordinances 244.550 and 244.960. Violation Text 218.

Inspector's Comments:  1ST TO 2ND FLOORS

Due Date: 16-JUN-2010

Repair the handrails supplied to interior stairs in  this dwelling and keep them in good repair, securely mounted and safe for their intended use. Existing installations must be within thirty (30) to thirty-four (34) inches above the nose of the treads.  State building code requires that new installations be within thirty-four (34) to thirty-eight (38) inches above the nose of the treads.  Minneapolis Code of Ordinances 244.550 and 244.960.  Violation Text 219.

Inspector's Comments:  SECURE HANDRAIL FROM 1ST FLOOR TO BASEMENT

Due Date: 16-JUN-2010

Repair or replace the defective and\or loose electrical convenience outlets and/ or switches in the area(s) listed below.  Minneapolis Code of Ordinances 244.420.  Violation Text 413.

Inspector's Comments:  MSIING OUTLET COVER -- EAST BEDROOM

Due Date: 16-JUN-2010

Repair the smoke detector to designed operating condition complete with installed cover in the following area(s) listed below.  Minneapolis Code of Ordinances 244.915 and Minnesota State Statute 299F.362.  Violation Text 325.

Inspector's Comments:  SMOKE DETECTOR BEEPING--1ST FLOOR

Due Date: 16-JUN-2010

Provide approved smoke detectors for each dwelling unit. All smoke detectors shall be listed and installed in accordance with the provisions of NFPA 72 and installed per manufacturer's instructions. Hard-wired smoke detectors shall be wired to a proper un-switched circuit. Smoke detectors are required outside of each separate sleeping area in the immediate vicinity of bedrooms and on every level of the dwelling, including basements and cellars. Smoke detectors shall not be located closer than three (3) feet from any door to a bathroom or kitchen. Exception: smoke detectors may be placed within three (3) feet of Bathroom or kitchen when this is the only location available for installation. Smoke

SMR

*Our Mission:* To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.

detectors located within twenty (20) feet of a cooking appliance shall be equipped with a silencing switch or must be of the photoelectric type to avoid nuisance alarms.
Minneapolis Code of Ordinance 244.915   Violation Text 321

Inspector's Comments: BASEMENT

Due Date: 16-JUN-2010

If you have any questions or need assistance in understanding the listed corrections, please call me:

SHEILA RAWSKI (SMR), HOUSING INSPECTOR II, Phone: (612) 685-8454

**Beginning in January 2008, Housing Inspections will observe the following office hours: 8:00-3:30 Monday, Tuesday, Wednesday & Friday and 9:00-3:30 on Thursday.**

**Resource Information:**
The Greater Metropolitan Housing Corporation, (612) 378-7985, has information about home and rental property improvement loans. You may also contact CEE Financial Resources at 612-335-5884 or 651-731-2626 or Neighborhood Housing Services at 612-521-3581. You may also contact your neighborhood organization to inquire about money or assistance from other sources.

**Permit Information:**
If it was indicated that you need a permit for any repairs, then you or your contractor must obtain a permit through our Plan Review section at 250 South 4th Street, Room 300. You may want to bring this letter for clarification.

**Code Information:**
The Minneapolis Code of Ordinances, including sections on the Housing Maintenance Code, is available on computer terminals at:
- Minneapolis Public Library, Government Documents Section
- City Clerk's Office, Room 304 City Hall, 350 South 5th Street

The code is also available through the Internet using the Minneapolis home page, www.ci.minneapolis.mn.us

Below are the steps to guide you through the web page:
- Go to Frequently Requested Information
- Select City Charter/Code of Ordinances
- Click on the Continue Button

SMR

*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

♦   Enter your subject or ordinance code and click on Send Query

Chapter 242 of the Minneapolis Ordinances provides that an appeal may be filed if you disagree with these violations.  If you would like to appeal these violation orders, please call (612) 673-5850 for an appeal form.  You must file the form within 15 days of the date of this letter.

Thank you for your attention to the above mentioned violations.

SHEILA RAWSKI (SMR), HOUSING INSPECTOR II, Phone: (612) 685-8454

English- Attention. If you want help translating this information, call:

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac  612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter-  612-673-3220  TTY: 612-673-2626

HSG

SMR

*Our Mission: To provide quality education and consistent enforcement of the Housing Maintenance and other applicable codes to communities in order to maintain, improve, and protect the housing stock and the livability of the city.*

3223 BRYANT - Basement Bedroom - 8MR





8294 - 8296



05.25.2010  10:46

## NOTICE OF REVOCATION, DENIAL, NON-RENEWAL, OR
## SUSPENSION OF RENTAL LICENSE OR PROVISIONAL LICENSE



**Minneapolis**
*City of Lakes*

June 14, 2010

**Regulatory Services
Department**

**Housing Inspections
Services Division**

250 South 4th Street – Room 300
Minneapolis, MN 55415-1316

Office     612 673-5826
Fax        612 673-2314
TTY        612 673-3300

**Property Address:  3223 – Bryant Avenue North**

<u>Owner</u>
Mahmood Khan
2972 Old Highway 8
Roseville, MN  55113

This is to notify you that the above property fails to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910 and 244.1940)

- ☐ (1) Required License fee not paid
- ☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
- ☒ (3) Rental dwelling unit(s) over occupied or illegally occupied
- ☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
- ☐ (5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish
- ☐ (6) Rental dwelling unit(s) are in a substandard condition
- ☐ (7) Licensee has not paid required reinspection fees
- ☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
- ☐ (9) Licensee has failed to maintain and keep written register of tenants
- ☐ (10) Licensee has failed to submit a building scheme
- ☐ (11) Property taxes delinquent or assessments for administrative citations
- ☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
- ☐ (13) Owner/licensee/manager has had 2 or more licenses revoked.
- ☐ (14) Licensee has adverse license action in progress
- ☐ (15) Rental License application is not current per section 244.1840
- ☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
- ☐ (18) Licensee allowed water shut for non-payment 244.1910(18)
- ☐ (19) Other Cause – chapter 4, section 16 of the Charter
- ☐ (20) Notice to tenant of pending foreclosure/cancellation of Contract for Deed
- ☐ (21) 2nd violation of letting/offering to let unlicensed rental
- ☐ (22) Property with Rental Dwelling Units of 2+ must provide Recycling Services.

Documentation is attached which refers to the above checked standard(s) in violation.

In addition, defects that create an imminent hazard to health or safety may be cause for the immediate denial, non-renewal, revocation, or suspension of the rental license or provisional license (Section 244.1940). Also, licensing procedures are in addition to and do not supersede or preempt such other remedies such as condemnation or legal action.

If you do not appeal this action within 15 days from the date of this notification, the City Council may take action to Revoke your license(s).

If the City Council revokes the Rental License(s), the affected dwellings therein must be vacated, and shall not be re-occupied until a new license is granted by the City Council.

An appeal form and a copy of appeal procedures (MCO 244.1960) are enclosed.

Sincerely,

Janine Atchison
Manager, Field Operations

Enclosure

cc:    Minneapolis Housing Services

# PLEASE KEEP THIS SIGN UP

## City of Minneapolis
### Department of Regulatory Services
### Housing Inspections Division

# NOTICE TO TENANTS OF RENTAL LICENSE OR PROVISIONAL LICENSE REVOCATION, DENIAL, NON-RENEWAL OR SUSPENSION

Address: **3223 - Bryant Av. N**

The rental license for this property has been revoked, denied, not renewed or suspended for the following reason: **Illegal occupancy**                    **253**

Tenancy may not be terminated solely because of license revocation.

If your landlord does not appeal this decision by **7-1-10** you will have to move when this action becomes final.

You may have a right to a rent escrow action or rent abatement. Call Minneapolis Housing Services at 612-673-3003 for more information.

Date Signed **6-16-10**

Housing Inspector's Phone Number **612-685-8454**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mahmood Khan
2972-old Hwy 8
Roseville, MN 55113

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ui Khan          ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6-7

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7009 0080 0002 1968 4103

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL₋ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Mahmood Khan
Street, Apt. No.; or PO Box No.
2972- old Hwy 8
City, State, ZIP+4
Roseville  55113

PS Form 3800, August 2006       See Reverse for Instructions

7009 0080 0002 1968 4103

# Rental Dwelling License Revocation
## Appeals Application

Any person wishing to file an appeal must prepare this form and submit this form along with a certified check or money order in the amount of $300.00, payable to the Minneapolis Finance Department as an appeal filing fee. Submit the appeal form and filing fee to:

District Manger
Minneapolis Housing Inspections
250 South 4th Street, Room 300
Minneapolis, MN 55415

Office hours are 8:00-4:30, Monday through Friday.

**Any appeal must be filed within 15 days of receipt of the notice of license or provisional license denial, non-renewal, revocation or suspension or the appeal will be denied.**

You will be notified of the time and place of the appeals hearing. At the hearing you may be represented by an attorney if you so desire or you may represent yourself. You will have an opportunity to respond and to challenge the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath.

Date: 7 - 1 - 2010

I, MAHMOOD KHAN hereby appeal the determination

of my license regarding the property at 3223 BRYANT AVE, MPLS 55412

Reason: Tenants have been evicted and are no longer there. Please give citation to the tenants that are making the mistakes

Owner/Appellant's Name, Address, City, State, Zip:

MAHMOOD KHAN
2972 OLD HWY-8
ROSEVILLE, MN 55113
612-998-2500

# CITY OF MINNEAPOLIS

## *PERMIT RECEIPT*

Page 1 of 1

RECEIPT NUMBER:   10-45649

APN: 0902924140177
DATE ISSUED: 01-JUL-2010
PERMIT: RLIC 539903
SCOPE:
SITE ADDRESS: 3223 BRYANT AVE N
SUBDIVISION: BAKERS 4TH ADDN
CITY: MINNEAPOLIS, MN 55412

PARCEL OWNER: MAHMOOD K KHAN
ADDRESS: 2972 OLD HWY 8
CITY/STATE/ZIP: ROSEVILLE, MN 55113

PERMIT OWNER:
ADDRESS:
CITY/STATE/ZIP:

Role

Contractor                    Company

*Fees Calculated 12 Months Back*

| Date | Fee Code | Description | Paid to Date | This Receipt | Balance Due |
|------|----------|-------------|--------------|--------------|-------------|
| 01-JUL-2010 | RLMISC | RENTAL LICENSING | $0.00 | $300.00 | $0.00 |
| 10-JUL-2009 | RL-FEE | RENTAL LICENSE FEES | $65.00 | $0.00 | $0.00 |
| | | Totals: | | $300.00 | $0.00 |

| Payment Code | Description | Amount |
|--------------|-------------|--------|
| CREDIT | CREDIT CARD | $300.00 |

Tendered:         $300.00
Change:         $0.00
Balance Due:         $0.00

261

37

REVISION: 1.14

**CITY OF MINNEAPOLIS**
**FOR THE DEPARTMENT OF**
**REGULATORY SERVICES**

## ADMINISTRATIVE HEARING OFFICER

In the matter of the Rental
Dwelling License held by                    FINDINGS OF FACT,
Mahmood Khan for the                        CONCLUSIONS, AND
Premises at 3223 Bryant Avenue N.,          RECOMMENDATION
Minneapolis, Minnesota

---

The above entitled matter came on for hearing before Administrative Hearing

Officer Fabian Hoffner on August 16, 2010, at 1:00 p.m. at Room 310, Minneapolis City

Hall, Minneapolis, Minnesota. The City of Minneapolis was represented by Lee C. Wolf,

Assistant City Attorney, Janine Atchison, District Manager Department of Housing

Inspections and Housing Inspectors Sheila Rawski and Valerie Asante. Mahmood Khan,

owner of 3223 Bryant Avenue N., was present with his attorney Todd Young.

After considering all of the evidence presented at the hearing and the arguments

presented by both parties before, during and after the hearing, the Administrative Hearing

Officer makes the following:

### FINDINGS OF FACT

Mahmood Khan holds a current rental dwelling license for the property located at

3223 Bryant Avenue N., in the City of Minneapolis. The rental license application

personally filed by Mr. Khan, lists himself as the owner of the property as well as the

property manager responsible for the maintenance and management of the rental

property. The contact address listed by Mr. Khan on the rental license application was

3972 Old Highway 8, Roseville, MN 55113.

On March 12, 2009, Housing Inspector Valerie Asante conducted an inspection at the property located at 3223 Bryant Avenue N. During the inspection Inspector Asante observed that a non-habitable basement room was being used as habitable space, specifically the room was being used as a bedroom. Inspector Asante observed a bed in the room along with bedding, pillows and the tenant admitted to using the room as a bedroom. The room did not meet the requirements of a bedroom as there was no egress window. Inspector Asante posted the property for unlawful occupancy with the placard stating that the violation was "unlawful basement occupancy- cannot use as a sleeping room." On March 18, 2009, Inspector Asante issued written orders to the owner, Mahmood Khan, at his listed address of 2972 Old Highway 8, Roseville, MN 55113. The written orders directed Mr. Khan to discontinue the unlawful occupancy of the non-habitable basement space as a habitable room or dwelling unit. Mr. Khan was given until March 18, 2009, to comply with the orders.

On March 16, 2009, Inspector Asante issued a Notice of Director's Determination of Non-Compliance. The Notice informed Mr. Khan that the property at 3223 Bryant Avenue N. failed to meet a licensing standard under M.C.O. § 244.1910, specifically the Notice stated that the property was in violation of subdivision (3) for a dwelling unit being over or illegally occupied. The Notice gave Mr. Khan until March 22, 2009, to bring the building into compliance. Upon inspection April 30, 2009, an inspection was completed at the property and Housing Inspector Rod Thomas abated the order as having been complied with.

On May 25, 2010, the Department of Inspections received a tenant complaint, regarding the property at 3223 Bryant Avenue N., from Minneapolis 311. Pursuant to Department policy, an inspection was to be completed at the property in response to the tenant complaint. Housing Inspector Sheila Rawski arrived at the property and was

2

allowed entry by one of the tenants.   Upon entry Inspector Rawski completed an inspection and observed that a room in the basement of the property was being illegally occupied as a bedroom.   Inspector Rawski observed a bed, mattress, bedding, a dresser and clothes.   Inspector Rawski observed that there was no egress window in the bedroom making it a non-habitable room.   Upon her return to the office, Inspector Rawski reviewed the record for the property and observed that the property had been "flagged" for illegal occupancy in March of 2009.   Due to the prior occurrence of illegal occupancy, Inspector Rawski notified Manager Janine Atchison of the second occurrence of illegal occupancy at 3223 Bryant Avenue N.

Janine Atchison, District Manager with the Department of Housing inspections, oversees the rental license revocation process for the Department.   Upon receiving the information regarding the second incident of illegal occupancy at 3223 Bryant Avenue N., Ms. Atchison reviewed the evidence and found that two qualifying incidents of illegal occupancy had occurred at 3223 Bryant Avenue N. and began the license revocation process by sending, on June 14, 2010, a Notice of Revocation, Denial, Non-Renewal, or Suspension of Rental License or Provisional License.   The Notice stated that the property failed to meet the licensing standard M.C.O. § 244.1910 (3).   Section 244.1910 (3) states that "No rental dwelling or rental dwelling unit shall be over occupied or illegally occupied in violation of the zoning code or the housing maintenance code."

Notice of the recommendation to revoke the rental dwelling license was mailed to Mahmood Khan on June 14, 2010.   This notice was mailed to the contact address that Mr. Khan personally supplied on his rental license renewal – 2972 Old Highway 8, Roseville, MN 55113.   Mr. Khan was given 15 days to appeal the Notice of Revocation and on July 1, 2010, Mr. Khan filed a timely appeal.

3

## CONCLUSIONS OF LAW

The City of Minneapolis Department of Housing Inspections issued valid orders, for a violation of M.C.O. § 244.1910 (3) which require that rental properties in the City of Minneapolis not be over-occupied or illegally occupied in violation of the zoning code or the housing maintenance code. The Department followed proper procedure in issuing a Notice of Non-Compliance, pursuant to M.C.O. § 244.1930 (b), which gave the owner fifteen days to bring the property into compliance with licensing standards M.C.O. § 244.1910 (3).

On a second occasion, a little over a year from the first violation, the City of Minneapolis Department of Housing Inspections again found a violation of M.C.O. § 244.1910 (3) which require that rental properties in the City of Minneapolis not be over-occupied or illegally occupied in violation of the zoning code or the housing maintenance code.

M.C.O. § 244.1940 states: "If after any period for compliance under section 244.1930 has expired, the director determines that the dwelling fails to comply with any of the licensing standards in sections 244.1910 or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license pursuant to section 244.2020, the director shall mail the owner a notice of denial, non-renewal, revocation, or suspension of the license or provisional license." In this matter the property at 3223 Bryant Avenue N. was found to be in violation of M.C.O. § 244.1910 (3) on March 12, 2009. After the period for compliance had expired the property was again found to be in violation of M.C.O. § 244.1910 (3) on May 25, 2010.

The Department followed proper procedure in issuing a Notice of Revocation, Denial, Non-Renewal, or Suspension based upon the second violation of M.C.O. § 244.1910 (3).

4

# RECOMMENDATION

That the rental dwelling licenses held by Mahmood Khan for the premises located at 3223 Bryant Avenue N., Minneapolis, Minnesota be revoked.

Dated *Sept 27* 2010

FABIAN HOFFNER
ADMINISTRATIVE HEARING
OFFICER

5

## MEMORANDUM

The record in this matter is clear that there were two instances where the basement at the property located at 3223 Bryant Avenue N. was illegally occupied. On both March 12, 2009, and May 25, 2010, housing inspectors observed the basement room being used as a bedroom and that the room did not have the required egress windows to be used as a habitable room.

M.C.O. § 244.1940 states: "If after any period for compliance under section 244.1930 has expired, the director determines that the dwelling fails to comply with any of the licensing standards in sections 244.1910 or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license pursuant to section 244.2020, the director shall mail the owner a notice of denial, non-renewal, revocation, or suspension of the license or provisional license." In this matter the property at 3223 Bryant Avenue N. was found to be in violation of M.C.O. § 244.1910 (3) on March 12, 2009. After the period for compliance had expired the property was again found to be in violation of M.C.O. § 244.1910 (3) on May 25, 2010.

Janine Atchison testified that in 2004, the Minneapolis City Council amended M.C.O. § 244.1940 specifically to allow the Department to revoke a rental license upon a second violation of the illegal occupancy licensing standard. Ms. Atchison testified that prior to the amendment building owners, after having been discovered allowing the illegal occupancy of a property, would bring the building into compliance only to allow the illegal occupancy to occur again and come into compliance if they were caught a second or third time. To break the cycle of illegal occupancy at properties the ordinance was amended prior to the amendment the language in 244.1940 stated: "If after any period for compliance under Section 244.1930 has expired, the director determines that the dwelling <u>still</u> fails to comply with any of the licensing standards in Sections 244.1910

6

or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license for conduct on premises in section 244.2020, the director shall mail the owner a notice of denial, non-renewal, revocation, or suspension of the license or provisional license." (emphasis added). Upon amendment the word "still" was removed allowing for revocation to occur if, after a period for compliance has expired, the director determines that the dwelling fails to comply with a licensing standard.

Appellant claims that he took action to control his tenants and evicted them after they illegally occupied the basement of the property. Appellant and his handyman, however, admitted that they only check on the property if they are called by a tenant regarding a problem at the property. Further appellant's submission of his eviction action against the tenants at the property shows that Appellant only brought the action to recover unpaid rent, specifically the settlement agreement between Appellant and his tenants only addresses the amount the tenants needed to pay to avoid eviction and does not address the tenants using the basement as a bedroom. Appellant also testified that he did not know of the illegal occupancy until he received the notice from the Department, from an inspection that occurred on May 25, 2010, while Appellant had filed the eviction action in early May and had a settlement agreement in place with the tenant on May 21, 2010, before the inspection even occurred.

Consequently, the City has met it's burden of proof and Rental License should be revoke.


F.S.H.


7                                   268

## OCTOBER 22, 2010

Resolved by The City Council of The City of Minneapolis:

That the following applications for gambling licenses be granted, subject to final inspection and compliance with all provisions of applicable codes and ordinances (Petn No 274549):

**Gambling Exempt**

All Gods Children, dba All Gods Children, 3100 Park Av S (Bingo October 29, 2010)

Sholom Community Alliance, dba Sholom Community Alliance, 3620 Phillips Pkwy, St. Louis Park (Raffle October 30, 2010, The Depot, 225 3rd St)

MSAIA Architectural Foundation, dba MSAIA Architectural Foundation, 275 Market St Suite 54 (Raffle November 4, 2010, Minneapolis Convention Center)

All Gods Children, dba All Gods Children, 3100 Park Av S (Bingo November 27, 2010)

All Gods Children MCC, dba All Gods Children MCC, 3100 Park Av S (Bingo December 18, 2010)

All Gods Children, dba All Gods Children MCC, 3100 Park Av S (Bingo December 31, 2010)

Ducks Unlimited at the University of Minnesota, dba Ducks Unlimited at the University of Minnesota, 1050 12th Av SE (Raffle October 28, 2010, Profile Event Center, 2630 University Av)

Church of All Saints, dba Church of All Saints, 435 4th St NE (Bingo November 21, 2010)

Seward Montessori PTA, dba Seward Montessori PTA, 2309 28th Av S (Raffle February 7, 2011).

Adopted 10/22/2010.

Absent - Quincy.

**RE&E** – Your Committee, having under consideration the Rental Dwelling License for the property located at 3000 Colfax Av N, and having received an acceptable management plan for the property and verification that said property is now in compliance with rental licensing standards, now recommends concurrence with the recommendation of the Director of Inspections to approve the reinstatement of said license to be held by Jose Lala and Wilson Jara.

Adopted 10/22/2010.

Absent - Quincy.

**RE&E** - Your Committee, having under consideration the Rental Dwelling License held by Mahmood Khan for the property located at 3223 Bryant Av N, and a hearing having been held before an administrative hearing officer who issued Findings of Fact, Conclusions and a Recommendation that the rental dwelling license be revoked, now recommends concurrence with the recommendation of the Director of Inspections that said license be revoked for failure to meet licensing standards pursuant to Section 244.1910 of the Minneapolis Code of Ordinances relating to illegal occupancy of the rental dwelling unit, as more fully set forth in the Findings of Fact on file in the Office of the City Clerk which are hereby made a part of this report by reference.

Adopted 10/22/2010.

Absent - Quincy.

**RE&E** - Your Committee, having under consideration the property located at 2126 Fremont Av N, which has been determined by the Department of Regulatory Services to constitute a nuisance under the Minneapolis Code of Ordinances; and a Director's Order to Demolish the property having been issued to the property owner, which was subsequently appealed to the Nuisance Condition Process Review Panel, now recommends concurrence with the recommendation of the Panel that said Order be upheld and that the structure located at 2126 Fremont Av N be demolished, in accordance with the Findings of Fact, Conclusions and Recommendation on file in the Office of the City Clerk, which are hereby made a part of this report by reference.

Adopted 10/22/2010.

Absent - Quincy.

**RE&E** - Your Committee recommends that the following levies be approved and that the Director of the Hennepin County Property Taxation Department be directed to place assessments against the specified properties to defray costs of work performed under authorization of the Inspections Division to correct nuisance or hazardous conditions on these properties (Petn No 274551):

# STATE OF MINNESOTA

# COURT OF APPEALS

## JUDGMENT

In the Matter of the Rental Dwelling License held by
Mahmood Khan for the Premises at 3223 Bryant
Avenue N., Minneapolis, Minnesota

Appellate Court # A10-2211

*Pursuant to a decision of the Minnesota Court of Appeals duly made and entered, it is determined and adjudged that the decision of the Minneapolis Department of Regulatory Services herein appealed from be and the same hereby is affirmed and judgment is entered accordingly.*

*Dated and signed: November 15, 2011*

*FOR THE COURT*

*Attest:*   Bridget C. Gernander
              *Clerk of the Appellate Courts*

*By:*   _____
        *Assistant Clerk*

# STATE OF MINNESOTA

# COURT OF APPEALS
## TRANSCRIPT OF JUDGMENT

I, Bridget C. Gernander, Clerk of the Appellate Courts, do hereby certify that the foregoing is a full and true copy of the Entry of Judgment in the cause therein entitled, as appears from the original record in my office; that I have carefully compared the within copy with said original and that the same is a correct transcript therefrom.

Witness my signature at the Minnesota Judicial Center,

In the City of St. Paul    November 15, 2011
                                      Dated

Attest:   Bridget C. Gernander
          Clerk of the Appellate Courts

By:       _____
          Assistant Clerk

## Regulatory, Energy & Environment Committee

In the Matter of the Rental License Revocation Action

## OWNER, MAHMOOD KHAN
2714 – 4th Street North

### INDEX

|  | Page |
|---|---|
| Letter of Appeal Hearing to Owner | 2 |
| Hennepin County Property Information Records | 3-5 |
| Rental License Application | 6-7 |
| Summary of Property Information from CNAP | |
| • Rental License History | 8 |
| • Housing Violations | 9-12 |
| • Special Assessments | 13-14 |
| • Police Calls for Service | 15-16 |

Correction Notices:

1. **September 26, 2011**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 17

2. **October 17, 2011**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 18

3. **March 5, 2012**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 19

4. **March 26, 2012**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 20

5. **August 27, 2012**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 21

6. **November 5, 2012**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 22

7. **December 31, 2012**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 23

**February 1, 2013**
Directors Determination of Non-Compliance to Owner/Contact — 24
                     Violation MCO 244.1910 sub. 5

8. **April 15, 2013**
   Dirty Collection Point Pick Up & Billing by Solid Waste & Recycling — 25

9. **April 17, 2013**
   Correction Notice RFS 13-0970126 — 26-28
   Authorization for Contractor with Photos of Before & After — 29-36

| Notice of Revocation Letter to Owner | 37-38 |
| Copy of Placard | 39 |
| Copy of Signed Certified Mail Receipt | 40 |
| Respondents Appeal Application w/Payment Receipt | 41-42 |
| Copy of City of Minneapolis Ordinance: 244.1910, 244.1930, 244.1940, 225.690, 227.90, 227.100 | 43-51 |



**Minneapolis**
*City of Lakes*

**Regulatory Services
Department**

**Housing Inspections
Services Division**

250 South 4th Street – Room 300
Minneapolis, MN 55415-1316

Office    612 673-5826
Fax       612 673-2314
TTY       612 673-3300

October 30, 2013

**Property Address:  2714 – 4th Street North**

Mahmood Khan
2972 Old Hwy 8
Roseville, MN  55113

Dear Mr. Khan:

A hearing for your Minneapolis Rental License Appeal is scheduled for Wednesday, December 4th, 2013 at 1:00 p.m. in Room 310 of Minneapolis City Hall located at 350 South 5th Street. Attorney, Edward Backstrom will be the Administrative Hearing Officer.

At this hearing, you will be given an opportunity to state your reason(s) for appealing and challenging the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath. You must bring the original and 4 copies of any documents you plan to submit as evidence.

If you do not appear, the hearing officer will act upon your appeal with only the facts as presented in your original application.

Sincerely,

Cynthia M. Gagnier
Manager, Administrative Services
612-673-5898

**Hennepin County,** Minnesota

Home

SEARCH TIPS

## Property Information Search Result

The Hennepin County Property Tax web database is updated
daily (Monday – Friday) at approximately 9:15 p.m. (CST)

### Parcel Data for Taxes Payable 2013

Search By:

PROPERTY ID

ADDRESS

ADDITION NAME

INTERACTIVE MAP

Property ID:
1002924330023

Search | Clear

Print | VIEW MAP | TAXES DUE | PAYMENT OPTIONS | CURRENT YEAR VALUES | PRIOR YEAR TAXES

Property ID:            10-029-24-33-0023
Address:               2714   4TH ST N
Municipality:          MINNEAPOLIS
School Dist:           001            Construction year: 1985
Watershed:             6              Approx. Parcel Size: 41.00 x 157.00
Sewer Dist:
Owner Name:            HENNEPIN FORFEITED LAND
Taxpayer Name          MAHMOOD KHAN
& Address:             2972 OLD HWY 8
                       ROSEVILLE MN 55113

### Sale Information

Sales prices are reported as listed on the Certificate of Real Estate Value and are not warranted to represent
arms-length transactions.
NO SALE INFORMATION ON FILE FOR THIS PROPERTY.

### Tax Parcel Description

The following is the County Auditor's description of this tax parcel. It may not be the legal description on the most recent
conveyance document recording ownership. Please refer to the legal description of this property on the public record when
preparing legal documents for recording.

Addition Name:         HOLWAY AND TAYLOR'S ADDITION TO MINNEAPOLIS
Lot:                   006
Block:                 005
First Line Metes & Bounds:
Full Metes & Bounds:   Note: To read full tax parcel description, **click here.**
Abstract or Torrens:   TORRENS

### Value and Tax Summary for Taxes Payable 2013
### Values Established by Assessor as of January 2, 2012

Estimated Market Value:        $40,000
Taxable Market Value:          $40,000
Total Improvement Amount:
Total Net Tax:                 $720.18    Expand for details

Total Special Assessments:
Solid Waste Fee:
Total Tax:                     $720.18    TAXES DUE

### Property Information Detail for Taxes Payable 2013
### Values Established by Assessor as of January 2, 2012

Values:

Land Market           $6,400
Building Market       $33,600
Machinery Market

3

Total Market:               $40,000
Qualifying Improvements
Veterans Exclusion
Homestead Market Value Exclusion
**Classifications:**
Property Type               RESIDENTIAL
Homestead Status            NON-HOMESTEAD
Relative Homestead
Agricultural
Exempt Status

Hennepin County is providing this information as a public service.
Tax related questions:     taxinfo@co.hennepin.mn.us

Need help locating a property on our site? Check out our **Search Tips**

Copyright © 2009 - 2013  Hennepin County, Minnesota     Contact | Privacy/Security | Accessibility



# Hennepin County, MN

## HENNEPIN COUNTY TREASURER
**A600 Government Center**
**Minneapolis MN 55487- 0060**

### Property Tax Information
*The Hennepin County Property Tax web database is updated*
*daily (Monday - Friday) at approximately 9:15 p.m. (CST)*

**Property ID No.:** 10-029-24-33-0023   NON - HOMESTEAD
**Property Address:** 2714 4TH ST N       MINNEAPOLIS
**Owner Name:** HENNEPIN FORFEITED LAND
**Taxpayer Name and Address:** MAHMOOD KHAN
2972 OLD HWY 8
ROSEVILLE MN 55113

| 2013 TAXES | TAX | PENALTY | TOTALS |
|---|---|---|---|
| 1st Half Tax (Due Date May 15) | $360.09 | | |
| 2nd Half Tax (Due Date October 15) | $360.09 | | |
| Penalty | | $0.00 | |
| Total Payable | $720.18 | $0.00 | $720.18 |
| Net Paid - YEAR TO DATE | $360.09 | $0.00 | $360.09 |
| Total Due | $360.09 | $0.00 | $360.09 |

| | | |
|---|---|---|
| **Property ID No.:** 10-029-24-33-0023 | **1st Half Tax Due through 09/02/2013** ☐ | $0.00 |
| **Note:** If you are using this page in lieu of Hennepin County payment stub to remit payment; after printing the page, please check the box in front of the payment amount that you are remitting. | **2nd Half Tax Due through 10/15/2013** ☐ | $360.09 |
| | **Total Due - 2013 Tax** ☐ | $360.09 |

**There are no prior year taxes due on this property.**

||||||||||||||||||| 1002924330023

https://www16.co.hennepin.mn.us/taxpayments/taxesdue.jsp?pid=1002924330023                    8/15/2013

For Office Use Only: ALIC # _547685_ OPERATOR _DCL_ FEE _$67_ DATE _8/17/11_ TYPE: _____

_NC_ exception 8/16/11

## Rental License Application
### 1 – 4 Unit Rental Buildings
Please see instructions on back of form

**Section 1**  **Rental Property Information**

Rental Property Address _2714    4th ST_

Number of Rental Units _1_ Residential Units _____ Rooming Rental Units _____ Shared Bath Units _____ (description on back)

List how is each unit addressed Unit# ____ Unit# ____ Unit# ____ Unit# ____ (If a unit is occupied by Licensee please indicate that unit)

**Section 2**  **Licensee Information**

Name of Licensee _MAHMOOD        K        KHAN_
First                    MI                    Last

Business Name (if applicable) _____
(Submission of Articles of Organization listing the Licensee is required at time of application)

Address of Licensee _2972    OLD    HIGHWAY-8_
(Address cannot be a P.O. Box or commercial mailing service)

City _ROSEVILLE_ County _RM_ State & Zip Code _MN 55113_ Phone _612-998-2500_

Date of Birth ▪▪▪▪▪ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO THE APPOINTED AGENT/CONTACT PERSON IF LISTED BELOW

THE LICENSEE SHALL NOTIFY THE DEPARTMENT OF INSPECTIONS IN WRITING WITHIN 14 DAYS OF ANY CHANGES IN THE NAMES, ADDRESSES AND OTHER INFORMATION CONCERNING THE LAST LICENSE APPLICATION FILED WITH THE DEPARTMENT

_M. Khan_                    _8/16/2011_
Signature of Licensee                    Date

**Section 3**  **Appointed Agent/Contact Person**
This person must reside within the 16-county metropolitan area (LIST OF COUNTIES ON BACK)

Name of Appointed Agent/Contact Person _____
First                    MI                    Last

Address of Agent/Contact Person _____
(Address cannot be a P.O. Box or commercial mailing service)

City _____ County _____ State & Zip Code _____ Phone _____

Date of Birth _____ E-mail _____

I AFFIRM BY MY SIGNATURE BELOW THAT I AM IN COMPLIANCE WITH ALL RENTAL LICENSING STANDARDS OUTLINED IN MINNEAPOLIS CODE OF ORDINANCES, TITLE 12, CHAPTER 244. AND UNDERSTAND THAT FAILURE TO COMPLY WITH ANY OF THESE STANDARDS AND/OR CONDITIONS SHALL BE ADEQUATE GROUNDS FOR THE DENIAL, REFUSAL TO RENEW, REVOCATION, OR SUSPENSION OF MY RENTAL DWELLING LICENSE

I ACKNOWLEDGE THAT THE DEPARTMENT OF INSPECTIONS WILL HOLD ME RESPONSIBLE FOR THE MAINTENANCE, MANAGEMENT, AND ANY LEGAL ACTIONS THAT MAY ENSUE FOR THE ABOVE LISTED RENTAL PROPERTY.

I AGREE THAT ALL CORRESPONDENCE SENT FROM THE DEPARTMENT OF INSPECTIONS WILL BE MAILED TO ME AS THE APPOINTED AGENT/CONTACT PERSON AS LISTED IN THIS SECTION

_____                    _____
Signature of Appointed Agent/Contact Person (MUST BE NOTARIZED)    Date
Subscribed and sworn to before me on this _____ day of _____, 20_____.
Notary Public, _____ County                    **Space Reserved for Notary Stamp**

May 2, 2012

To Minneapolis Rental Licensing Department:

Please update the mailing address of the owner, Mahmood Khan, for the following addresses:

1.  1204 Knox Ave N, Minneapolis, MN (1 Unit)       543834        543833
2.  1611 Sheridan Ave N, Minneapolis, MN (1 Unit)   540394        539210
3.  1621 22nd Ave N, Minneapolis, MN (1 Unit)       539219
4.  2123 Oliver Ave N, Minneapolis, MN (1 Unit)     539416        546781
5.  2126 Queen Ave N, Minneapolis, MN (1 Unit)      539418        544305
6.  2223 Emerson Ave N, Minneapolis, MN (1 Unit)    539214        548145
7.  2401 Ilion Ave N, Minneapolis, MN (1 Unit)      548146        VAcant
8.  2600 Oliver Ave N, Minneapolis, MN (1 Unit)
9.  2714 35th Ave N, Minneapolis, MN (1 Unit)       547975        539222
10. 2714 4th Street N, Minneapolis, MN (1 Unit)     547685        539902
11. 2722 Oliver Ave N, Minneapolis, MN (1 Unit)     539213
12. 310  Pierce St NE, Minneapolis, MN (1 Unit)     539211        539904
13. 3557 Dupont Ave N, Minneapolis, MN (1 Unit)     546324
14. 4000 Dupont Ave N, Minneapolis, MN (1 Unit)     546093        546913
15. 4011 Dupont Ave N, Minneapolis, MN (1 Unit)     539220        539223
16. 410 30th Ave N, Minneapolis, MN (1 Unit)        540160        539221
17. 819 Sheridan Ave N, Minneapolis, MN (1 Unit)    542655        539216
18. 1001 Logan Ave N, Minneapolis, MN (2 Units)     544437        544097
19. 1237 Knox Ave N, Minneapolis, MN (2 Units)      549477        539217
20. 2319 N 3rd Street, Minneapolis, MN (2 Units)    548355        539900
21. 2325 James Ave N, Minneapolis, MN (2 Units)     544418
22. 2813 Aldrich Ave N, Minneapolis, MN (2 Units)
23. 1800 Lasalle #104, Minneapolis, MN (1 Unit)
24. 3406 Penn Ave N., Minneapolis, MN (1 Unit)
25. 1607 Hillside Ave N, Minneapolis, MN (1 Unit)
26. 1614 22nd Ave N, Minneapolis, MN (1 Unit)
27. 1714 Oliver Ave N, Minneapolis, MN (1 Unit)
28. 2007 Russell Ave N, Minneapolis, MN (1 Unit)
29. 2008 21st Ave N, Minneapolis, MN (1 Unit)
30. 2906 Emerson Ave N, Minneapolis, MN (1 Unit)
31. 3238 Bryant Ave N, Minneapolis, MN (1 Unit)
32. 3414 Emerson Ave N, Minneapolis, MN (1 Unit)
33. 2135 N 4th St, Minneapolis, MN (2 Units)
34. 2714 Emerson Ave N, Minneapolis, MN (2 Units)
35. 4010 Dupont Ave N, Minneapolis, MN (2 Units)
36. 818 44th Ave N, Minneapolis, MN (2 Units)

The new mailing addresses for communication for fire department/housing inspections, orders and rental license renewal should be:

Mahmood Khan
333 Washington Ave N #413
Minneapolis, MN 55401

If my request cannot be completed with the information contained in this letter, please contact my assistant Abby Barber at 612-859-6889.

Thank You,

Mahmood Khan

# City of Minneapolis PropertyInfo

<u>Home</u>    <u>Contact Us</u>    <u>Help</u>

Property Address                                            Property ID: 1002924330023    <u>Map</u>

## 2714 4th St N    Minneapolis, MN 55411

RENTAL LICENSE & LODGING HOUSE LICENSE

| Permit Type | Contact |
|---|---|
| **RLIC - RENTAL LICENSING** | **Mahmood K Khan**<br>2972 Old Hwy 8, Roseville, MN 55113<br>612-998-2500 |

| Paid On | Amount |
|---|---|
| Sep 11, 2013 | $69 |
| Sep 19, 2012 | $69 |
| Aug 17, 2011 | $67 |

PropertyInfo - Property Information System 7.1 rev: 3

Minneapolis Information Technology

For assistance, contact <u>Minneapolis 311</u> at 3-1-1 or (612) 673-3000

City of Minneapolis Property Information -- Housing Violations

# City of Minneapolis PropertyInfo

Home     Contact Us     Help

Property Address:                                                    Property ID: 1002924330023        Map

## 2714 4th St N    Minneapolis, MN 55411

**Current Inspector:** Sheila

**Last Inspection:** 10/02/2013 by Bryan

HOUSING VIOLATIONS

| Year | Total | Open | Closed | Tags |
|------|-------|------|--------|------|
| 2013 | 36 | 30 | 6 | 0 |
| 2012 | 19 | 0 | 19 | 0 |
| Prior | 79 | 0 | 79 | 1 |
| All | 134 | 30 | 104 | 1 |

Hide Details.

# 2013

INCIDENT: 13-1010736 (OTHER INSPECTOR/FLOATER)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|-----------|-----------|----------------|----------|----------|-----|
| Cut Vegetation/ Alley | OPEN | 09/30/2013 | 10/09/2013 | INSP | |

INCIDENT: 13-1010612 (PROBLEM PROPERTY UNIT)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|-----------|-----------|----------------|----------|----------|-----|
| | OPEN | | | | |

INCIDENT: 13-1001478 (HOUSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|-----------|-----------|----------------|----------|----------|-----|
| Remove Rubbish | DONE | 08/15/2013 | 08/24/2013 | INSP | |

INCIDENT: 13-1001453 (HOUSING LICENSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|-----------|-----------|----------------|----------|----------|-----|
| Provide Co Alarms | OPEN | 08/15/2013 | 08/29/2013 | INSP | |
| Repair Smoke Det.* | OPEN | 08/15/2013 | 08/29/2013 | INSP | |
| Smoke Detectors | OPEN | 08/15/2013 | 08/29/2013 | INSP | |

INCIDENT: 13-1001436 (HOUSING LICENSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|-----------|-----------|----------------|----------|----------|-----|

City of Minneapolis Property Information -- Housing Violations

| Provide Window | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Interior Surfaces * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Water Damaged Surfaces | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Repair Ceilings * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Repair Walls * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Repair Floors * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rpr/rpl Appliances * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Cabs/counter * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Shades | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rep/rpl Int. Door/locks/hinges | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Openable Windows * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Window Locks * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rep/rep Windows | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Service Equipment | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rep/rep Fixtures * | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Clean Basement | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rep/inter Handrails | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Repair Glass | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Repair Screens | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Provide Screens | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Exterior Doors | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Rep/remove Fence | OPEN | 08/15/2013 | 09/23/2013 | INSP |
| Ground Cover | OPEN | 08/15/2013 | 09/23/2013 | INSP |

**INCIDENT: 13-0996794 (HOUSING LICENSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
| | OPEN | | | | |

**INCIDENT: 13-0992228 (HOUSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
| | OPEN | | | | |

**INCIDENT: 13-0986622 (HOUSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
| Cut Vegetation/ Alley | DONE | 06/19/2013 | 07/04/2013 | INSP | |

City of Minneapolis Property Information -- Housing Violations

**INCIDENT: 13-0981988 (PROBLEM PROPERTY UNIT)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Dirty Water | DONE | 06/13/2013 | 06/24/2013 | INSP | |

**INCIDENT: 13-0976540 (HOUSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Inoperable Vehicle | DONE | 05/13/2013 | 05/30/2013 | INSP | |

**INCIDENT: 13-0976539 (HOUSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Remove Rubbish | DONE | 05/13/2013 | 05/27/2013 | INSP | |

**INCIDENT: 13-0970126 (PROBLEM PROPERTY UNIT)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Remove Rubbish | DONE | 04/15/2013 | 04/22/2013 | INSP | |

# 2012

**INCIDENT: 12-0905984 (HOUSING LICENSING)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| | DONE | | | | |

**INCIDENT: 12-0898214 (HOUSING COMPLAINTS)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Interior Surfaces * | DONE | 02/16/2012 | 03/22/2012 | INSP | |
| Repair Ceilings * | DONE | 02/16/2012 | 03/22/2012 | INSP | |
| Bathroom Floor | DONE | 02/16/2012 | 03/22/2012 | INSP | |
| Interior Stairs | DONE | 02/16/2012 | 03/22/2012 | INSP | |

**INCIDENT: 12-0892416 (HOUSING COMPLAINTS)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Extension Cords | DONE | 01/11/2012 | 01/28/2012 | INSP | |
| Repair Glass | DONE | 01/11/2012 | 01/28/2012 | INSP | |

**INCIDENT: 12-0892406 (HOUSING COMPLAINTS)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Rep/rep Ext Walls | DONE | 01/11/2012 | 02/12/2012 | INSP | |

**INCIDENT: 12-0891711 (HOUSING COMPLAINTS)**

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|

http://iaserver/PIApp/HousingViolationsRpt.aspx?Year=All&Action=Show&PID=1002924330023          10/3/2013

| Interior Surfaces * | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Water Damaged Surfaces | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Repair Ceilings * | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Repair Walls * | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Repair Floors * | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Energy Audit Required | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Weatherstrip Doors/windows | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Rep/rpl Int. Door/locks/hinges | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Rep/rep Windows | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Bathroom Floor | DONE | 01/11/2012 | 02/12/2012 | INSP |
| Interior Stairs | DONE | 01/11/2012 | 02/12/2012 | INSP |

## 2010

INCIDENT: 10-0808093 (HOUSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Brush & Branches <4" | DONE | 11/17/2010 | 11/25/2010 | INSP | |

INCIDENT: 10-0792378 (OTHER INSPECTOR/FLOATER)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Cut Vegetation/ Alley | DONE | 08/24/2010 | 08/31/2010 | INSP | |

INCIDENT: 10-0770795 (HOUSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Cut Grass/weeds | DONE | 06/17/2010 | 06/25/2010 | INSP | |

INCIDENT: 10-0764522 (HOUSING)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Cut Grass/weeds | DONE | 05/20/2010 | 05/28/2010 | INSP | |

INCIDENT: 10-0762987 (VACANT BUILDING REGISTRATION)

| Violation | RFS Status | Initiated Date | Due Date | Division | Tag |
|---|---|---|---|---|---|
| Vbr Fee | DONE | 04/27/2011 | 04/01/2012 | INSP | |
| Vbr Fee | DONE | 05/17/2010 | 05/17/2011 | INSP | |

INCIDENT: 10-0760920 (VACANT BUILDING REGISTRATION)

# City of Minneapolis PropertyInfo

Home     Contact Us     Help

Property Address:                                      Property ID: 1002924330023      Map

## 2714 4th St N   Minneapolis, MN 55411

> **Warning - IMPORTANT INFORMATION CONCERNING SPECIAL ASSESSMENTS!**
>
> City of Minneapolis property data is updated nightly, Monday – Friday. While efforts are made to ensure that the information on our website is complete and accurate, Special Assessments data could be up to 72 hours old due to data systems refresh cycles.
>
> The Special Assessment information herein does not include Public Works, Minneapolis Park Board, Hennepin County assessments.
>
> If you are concerned about the accuracy or timeliness of an item and would like to contact the department responsible for the data, please contact Minneapolis 311 so that a 311 Customer Service Agent can direct you to the appropriate department. From within the City, dial 3·1·1; outside Minneapolis, dial (612) 673-3000. TTY/TDD users dial (612) 673-2157.
>
> For more information, see the Special Assessments website or Special Assessment Contacts.

SPECIAL ASSESSMENTS

| Year | Total | Assessed | Pending | Cancelled | Paid | Other |
|------|-------|----------|---------|-----------|------|-------|
| 2013 | 3 | 1 | 0 | 0 | 2 | 0 |
| 2012 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prior | 26 | 21 | 0 | 0 | 5 | 0 |
| All | 29 | 22 | 0 | 0 | 7 | 0 |

Hide Details.

## 2013

SPECIAL ASSESSMENTS

| RS NUM | Levy # | Levy Year | Project | Project Description | Status | Total |
|--------|--------|-----------|---------|---------------------|--------|-------|
| 13-0976539 | 1080 | 2013 | 021 | Remove Rubbish Ent 03-jul-2013 Broken Furniture, Cardboard Wrappers, Bags, Bottles, Boxes, Brush, Branches, Cans, P | Cancelled | $12.00 |
| 13-1001478 | 1080 | 2013 | 021 | Remove Rubbish Ent 05-sep-2013 Remove Rubbish: Appliances, Paper, Plastic, Bottles, Furniture, Bike Parts And All M | Cancelled | $12.00 |
| 13-0970126 | 1080 | 2013 | 021 | Remove Rubbish Ent 20-may-2013 Remove Scrapwood, Brush, Broken Chair Pile And Misc Debris In Rear Yard Near Fence. | Assessed | $175.00 |

## 2011

City of Minneapolis Property Information -- Special Assessments

## SPECIAL ASSESSMENTS

| RS NUM | Levy # | Levy Year | Project | Project Description | Status | Total |
|--------|--------|-----------|---------|--------------------|--------|-------|
| 10-0762987 | 1096 | 2011 | 704 | Vbr Fee Vacant Building Registation Fee | Cancelled | $6,746.00 |
| 10-0792378 | 1085 | 2011 | 013 | Cut Vegetation/ Alley 09 18 10 Cut Vegetation/ Alley | Assessed | $134.00 |

# 2010

## SPECIAL ASSESSMENTS

| RS NUM | Levy # | Levy Year | Project | Project Description | Status | Total |
|--------|--------|-----------|---------|--------------------|--------|-------|
| 06-0494348 | 1097 | 2010 | H-rein Fee | Assessment For Re-inspection Fee Unpaid $100 Re-inspection Fee | Cancelled | $150.00 |
| 10-0764522 | 1081 | 2010 | 011 | Cut Grass/weeds Front Yard, Boulevard, Back Yard, Alley Side Of Garage | Cancelled | $10.00 |
| 10-0770795 | 1081 | 2010 | 011 | Cut Grass/weeds Front Yard, Boulevard, Back Yard, Alley Side Of Garage | Cancelled | $10.00 |
| 10-0762987 | 1096 | 2010 | 704 | Vbr Fee Vbr Fee For 2010 [entered 5/17/10] | Assessed | $6,550.00 |
| 10-0740092 | 1080 | 2010 | 021 | Remove Rubbish Remove - Fan, Car Parts, And Vaccum Cleaner From Front Porch (entered 2-5-10) | Cancelled | $175.00 |

# 2009

## SPECIAL ASSESSMENTS

| RS NUM | Levy # | Levy Year | Project | Project Description | Status | Total |
|--------|--------|-----------|---------|--------------------|--------|-------|
| 06-0494348 | 1097 | 2009 | H-rein Fee | Assessment For Re-inspection Fee Unpaid $100 Re-inspection Fee | Assessed | $150.00 |

# 2008

## SPECIAL ASSESSMENTS

| RS NUM | Levy # | Levy Year | Project | Project Description | Status | Total |
|--------|--------|-----------|---------|--------------------|--------|-------|
| 01-0112537 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $2000 Citation | Assessed | $2,200.00 |
| 01-0112537 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $800 Citation | Assessed | $880.00 |
| 01-0112537 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $1,600 Citation | Assessed | $1,760.00 |
| 06-0494348 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $800 Citation | Assessed | $880.00 |
| 06-0494348 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $1,600 Citation | Assessed | $1,760.00 |
| 06-0494348 | 1089 | 2008 | H-admin Cit | Assessment For Admin Citation Fee Unpaid $2000 Citation | Assessed | $2,200.00 |

14

# City of Minneapolis PropertyInfo

Home     Contact Us     Help

Property Address                                          Property ID: 1002924330023     Map

## 2714 4th St N    Minneapolis, MN 55411

**Police Precinct:** 4

**Last Incident Date:** 08/30/2013

POLICE INCIDENTS

| Year | Incidents | No. Reports Filed |
|------|-----------|-------------------|
| 2013 | 27 | 0 |
| 2012 | 15 | 2 |
| Prior | 175 | 16 |
| All | 217 | 18 |

Hide Details.

## 2013

### 4 ST N/2714

| Incident | Nature | Disposition | Date | Time |
|----------|--------|-------------|------|------|
| 13-285144 | Assist Other Agency (P) | AST-Assist | 08/30/2013 | 08:23 AM |
| 13-282569 | Domestic (P) | RFD-Refused | 08/28/2013 | 04:59 AM |
| 13-281767 | Domestic Abuse-In Progress (P) | AST-Assist | 08/27/2013 | 03:00 PM |
| 13-263025 | Unknown Trouble (P) | AOK- All OK | 08/12/2013 | 02:27 PM |
| 13045039 | Overdose - Accidental | Assisted Other Unit | 08/07/2013 | 00:44 AM |
| 13-255894 | Check the Welfare (P) | AST-Assist | 08/07/2013 | 00:22 AM |
| 13-251783 | Unknown Trouble (P) | AQT-All Quiet | 08/03/2013 | 07:15 PM |
| 13-0021910 | Assist Police Dept (F) | | 07/20/2013 | 01:32 PM |
| 13041322 | Assist Police (E) | Transferred to North | 07/20/2013 | 01:32 PM |
| 13-233897 | Fight (P) | AST-Assist | 07/20/2013 | 01:22 PM |
| 13-207742 | Damage Property-In Progress(P) | ADV-Advised | 06/29/2013 | 10:59 PM |
| 13-206598 | Domestic (P) | ADV-Advised | 06/29/2013 | 00:49 AM |
| 13-184368 | Unknown Trouble (P) | AOK- All OK | 06/12/2013 | 10:10 AM |
| 13024229 | Assault | Transferred to North | 05/04/2013 | 01:13 PM |
| 13-136186 | Assault in Progress (P) | AST-Assist | 05/04/2013 | 01:13 PM |
| 13-115256 | Domestic (P) | ADV-Advised | 04/17/2013 | 00:15 AM |
| 13-108720 | Domestic (P) | AOK- All OK | 04/11/2013 | 11:45 AM |

| 13-080890 | Check the Welfare (P) | AOK- All OK | 03/19/2013 | 10:53 AM |
| 13-071853 | Assist Other Agency (P) | AST-Assist | 03/11/2013 | 06:47 PM |
| 13-071342 | Attempt Pick-Up (P) | BKG-Booking | 03/11/2013 | 09:15 AM |
| 13-067669 | Unknown Trouble (P) | UNF-Unfounded | 03/07/2013 | 11:44 PM |
| 13012216 | Heart Attack | Transferred to North | 03/03/2013 | 11:24 PM |
| 13-0006736 | Heart (FE) | | 03/03/2013 | 11:24 PM |
| 13-057511 | Domestic Abuse-In Progress (P) | | 02/27/2013 | 11:27 AM |
| 13-054924 | Domestic (P) | CNL-Cancel | 02/25/2013 | 04:28 AM |
| 13-054904 | Domestic Abuse-In Progress (P) | RFD-Refused | 02/25/2013 | 03:21 AM |
| 13-052787 | Unwanted Person (P) | ADV-Advised | 02/23/2013 | 02:38 AM |

## 2012

**4 ST N/2714**

| Incident | Nature | Disposition | Date | Time |
|---|---|---|---|---|
| 12-389267 | Unwanted Person (P) | TRN-Transport | 12/21/2012 | 01:01 AM |
| 12-386409 | Disturbance (P) | TRN-Transport | 12/18/2012 | 08:06 AM |
| 12-383850 | Unwanted Person (P) | ADV-Advised | 12/15/2012 | 03:09 AM |
| 12-363776 | Domestic Abuse-In Progress (P) | GOA-Gone on Arrival | 11/23/2012 | 09:57 PM |
| 12-360555 | Domestic Abuse Report Only (P) | RFD-Refused | 11/20/2012 | 09:12 AM |
| 12-335835 | Domestic (P) | ADV-Advised | 10/25/2012 | 04:33 AM |
| 12-335825 | Unknown Trouble (P) | AOK- All OK | 10/25/2012 | 03:16 AM |
| 12-335817 | Unknown Trouble (P) | AOK- All OK | 10/25/2012 | 03:01 AM |
| 12-160921 | Unknown Trouble (P) | NOS-No Service | 05/27/2012 | 03:34 PM |
| 12-141425 | Threats (P) | ADV-Advised | 05/10/2012 | 10:53 PM |
| 12-093257 | Domestic Abuse Report Only (P) | RPT-Report | 03/29/2012 | 11:08 AM |
| 12-091522 | Domestic (P) | AOK- All OK | 03/27/2012 | 09:54 PM |
| 12-063213 | Emotionally Disturb Person (P) | AOK- All OK | 03/04/2012 | 10:10 AM |
| 12-048714 | Notification (P) | ADV-Advised | 02/18/2012 | 11:31 PM |
| 12-048417 | Domestic (P) | RPT-Report | 02/18/2012 | 07:05 PM |

## 2010

**4 ST N/2714**

| Incident | Nature | Disposition | Date | Time |
|---|---|---|---|---|
| 10-0003669 | Medical Emergency (Misc) | | 02/09/2010 | 05:31 PM |
| 10006713 | Medical Misc(E) | Assisted Other Unit | 02/09/2010 | 05:30 PM |
| 10-037140 | Customer Trouble (P) | RPT-Report | 02/09/2010 | 05:24 PM |

## 2009



10-17-11 - billed for clean up

9-26-11 - billed for clean up



10-17-11 - billed for clean up

9-26-11 - billed for clean up



11-5-12 - billed for clean-up

8-27-12 - billed for clean-up

3-26-12 - billed for clean-up

3-5-12 - billed for clean-up



11-5-12 - billed for clean-up

8-27-12 - billed for clean-up

3-26/12 - billed for clean-up

3-5-12 - billed for clean-up



11-5-12 - billed for clean-up

8-27-12 - billed for clean-up

3-26-12 - billed for clean-up

3-5-12 - billed for clean-up



11-5-12 - billed for clean-up

8-27-12 - billed for clean-up

3-26-12 - billed for clean-up

3-5-12 - billed for clean-up



4-15-13 - billed for clean-up

12-31-12 - billed for clean-up

## NOTICE OF DIRECTOR'S DETERMINATION OF NONCOMPLIANCE



**Minneapolis**
*City of Lakes*

**Regulatory Services
Department**

Housing Inspections
Services Division

250 South 4th Street – Room 300
Minneapolis, MN 55415-1316

Office   612 673-5826
Fax      612 673-2314
TTY      612 673-3300

February 1, 2013

Property Address: 2714 4TH ST N

Owner
MAHMOOD KHAN
2972 OLD HWY 8
ROSEVILLE, MN  55113

This is to notify you that the above property fails to meet the rental licensing standard listed below.

### Minneapolis Code of Ordinances 244.1910 - LS5
**Repeated accumulation of weeds, vegetation, junk, debris, or rubbish.**
The owner shall not suffer or allow weeds, vegetation, junk, debris, or rubbish to accumulate repeatedly on the exterior of the premises so as to create a nuisance condition under section 227.90 of this Code. If the city is required to abate such nuisance conditions under section 227.100 or collect, gather up or haul solid waste under section 225.690 more than three (3) times under either or both sections during a period of twenty-four (24) months or less, it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license.

### Minneapolis Code of Ordinances 225.690
**Solid waste collection outside of refuse containers; charges.**
(a) City haulers of solid waste in the city shall collect, gather-up and haul all solid waste, building or demolition debris, tires, or yard waste lying within a radius of twenty (20) feet of the solid waste collection point. The radius shall be applied only within the boundaries of the property on which collection takes place. If solid waste lies in a continuous pile within and outside the area circumscribed by the radius line, haulers shall proceed beyond the radius line to collect and gather-up solid waste. Under regulations drafted by the city engineer, time limitations and charges may be established for the collection under this section.

**The City has abated nuisance conditions at this property 3 or more times in the past 24 months.** If another instance of a nuisance condition occurs, the city council may proceed to deny, revoke, or suspend the rental license for the building pursuant to Minneapolis code of ordinances 244.1910 – LS5. If the city council denies, revokes, or suspends the license, the effected dwellings therein must be vacated and shall not be re-occupied until a new license is granted by the City Council.

Licensing procedures are in addition to and do not supersede or preempt other remedies such as condemnation or legal action.

Questions or concerns regarding your City of Minneapolis Rental License can be directed to 311

www.minneapolismn.gov
Affirmative Action Employer



4-15-13 - billed for clean-up

12-31-12 - billed for clean-up

CITY OF MINNEAPOLIS
INSPECTIONS DIVISION
HOUSING MAINTENANCE SECTION
300 PUBLIC SERVICE CENTER
250 SOUTH 4TH STREET
MINNEAPOLIS, MINNESOTA 55415

MAHMOOD K. KHAN

2972 OLD HWY 8
ROSEVILLE,MN 55113

17-APR-13
Request Number:13-0970126

### Re: 2714 4TH ST N

An inspection on **15-APR-13** of the premises at the above address disclosed conditions that are violations of the Minneapolis Code of Ordinances. An inspection will be done at no charge after the listed due date(s).

Keeping up our properties sends a signal that we care about our neighborhoods and about each other. We believe that caring about our neighborhoods helps us prevent crime. This is why Minneapolis Inspections pays special attention to all Minneapolis neighborhoods in the city.

The following corrections are required:

Please remove the following item(s) from your property. **Minneapolis Code of Ordinances 244.40, 244.700, 227.90 and 227.100. This violation is a nuisance condition. For more information on** proper disposal, call Recycling at 673-2917. **THIS VIOLATION IS EXEMPT FROM REINSPECTION FEES. THIS VIOLATION IS NOT APPEALABLE TO THE MINNEAPOLIS HOUSING BOARD OF APPEALS.** Violation Text 021.

**Inspector's Comments:** REMOVE SCRAPWOOD, BRUSH, BROKEN CHAIR PILE AND MISC DEBRIS IN REAR YARD NEAR FENCE.

**Due Date: 22-APR-2013**

**\*ATTENTION\*** A city contractor has been given notice about this violation. If the condition is not corrected by the date due, THE CONTRACTOR MAY IMMEDIATELY CORRECT THIS CONDITION WITHOUT FURTHER NOTICE AND ALL COSTS OF SUCH REMOVAL OR CORRECTION WILL BE ADDED AS A SPECIAL ASSESSMENT AGAINST THE PROPERTY.

Your prompt cooperation in attending to the item(s) above would be appreciated.

**PLEASE NOTE:**

1

MTO  BKS
*RFS#* 13-0970126
*LETPRUB_new29-aug-07.MRG*

If your property receives two (2) or more notices within twelve (12) months to abate a nuisance condition the city may abate the conditions without further notice within twelve (12) months from the date of the second notice. All costs of the removal or correction will be charged to you as a special tax assessment against your property. It will cost you less to hire a private party to correct the nuisance condition than if you wait for the city to correct it. See Minneapolis ordinance sections 227.90, 227.100, and 244.1580.

**IF YOU HAVE ANY QUESTIONS ABOUT THESE ORDERS, OR IF YOU ARE NOT THE OWNER, AGENT OR OCCUPANT, PLEASE CALL 311.**
*If calling from outside the 612 area code, please dial 612-673-3000.*

Housing does not typically grant extensions for nuisance violations.

## Housing Inspections maintains limited office hours from noon to 4:30 PM on Tuesdays.

On Tuesdays, Housing Inspections Services Office will maintain limited hours of operation. On Tuesdays the office hours will be from noon to 4:30 p.m. to allow for staff training and to work on departmental priority projects. The Housing Inspections Services office will maintain normal hours of operations Mondays, Wednesdays, Thursdays and Fridays from 8 a.m. – 4:30 p.m.

Housing Inspections Office Hours:

The Housing Inspections Services office is open Mondays, Wednesdays, Thursdays and Fridays from 8 a.m. to 4:30 p.m. and Tuesdays from noon to 4:30 p.m.

The Minneapolis code of ordinances, including sections on the Housing Maintenance Code, is available on computer terminal (online) at:

- Minneapolis Public Library, Government Documents Section
- City Clerk's Office, Room 304 City Hall, 350 So. 5th St.

The code is also available at www.ci.minneapolis.mn.us.
Follow these steps to guide you through the web page:
- Go to: How do I... -Find Information About-
- Select Minneapolis Ordinances
- Click Go
- Click on the Minneapolis code of Ordinances
- Enter your subject or ordinance section number and click on search.

ALL MATERIAL AND SERVICES ARE AVAILABLE IN ACCESSIBLE FORMATS.

English- Attention. If you want help translating this information, call:

Spanish- Atención. Si desea recibir asistencia gratuita para traducir esta información, llama  612-673-2700

2

MTO  BKS
*RFS# 13-0970126*
*LETPRUB_new29-aug-07.MRG*

Somali- Ogow. Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac 612-673-3500

Hmong-Ceeb toom. Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu 612-673-2800

Sign Language Interpreter-   612-673-3220  TTY: 612-673-2626

3

# Cleanup Order: 2714 4TH ST N

MAY 2 0 2013

RFS:        13-0970126

Address:  2714 4TH ST N

APN:       1002924330023

Inspector  BRYAN        Phone: 612-685-8576

Inspector's Comments:  REMOVE SCRAPWOOD, BRUSH, BROKEN CHAIR PILE AND MISC
                                      DEBRIS IN REAR YARD NEAR FENCE

---

Removal Date: 4/29/2013      Arrival Time: 3:11 PM        Departure Time: 3:35 PM

Disposal Location: Transfer Station

| Rate: | Hours: | SubTotal | *Mattress Fee: | Total: |
|---|---|---|---|---|
| $169 per hour  X | 0.4  = | $75.00 | + $0.00  = | $75.00 |

* $16 per mattress collected

---

**Solid Waste & Recycling Office Use**

RFS:  13-0970126                          Camera:  ICB

                                                  Before Photo(s): 291-293

                                                  After Photo(s): 294-296

Address:  2714_4TH_ST_N

Worker1:  RICHARD_THOMPSON

Worker2:  FRANK_SAMUEL

---

ACKNOWLEDGEMENT OF SUPERVISOR

I have reviewed the photographs and submitted charges.  Based on this, I authorize payment in the amount as shown above.

Authorized City Representative                    DATE

CITY OF MINNEAPOLIS - DEPARTMENT OF INSPECTIONS

*O*

# Inspection Cleanup Order

RFS: 13-0970126  ‖‖‖‖‖‖‖‖‖

*58th
Bryant*

## Address: 2714 4TH ST N

## Clean By Date: **4/23/2013**

Description:
| REMOVE SCRAPWOOD, BRUSH, BROKEN CHAIR PILE AND MISC DEBRIS IN REAR YARD NEAR FENCE |
| --- |

 **STOP** and call the Clean City Foreman if...

- You estimate this cleanup will take over 3 hours.
- You are denied access to property.
- There is refuse at the address that does not match the description or Inspector's photo.
- You have safety concerns.
- You have any questions at ALL.

☐ Denied Access   ☐ Already Clean    # of Mattresses/box springs collected: _____

Date: __4/29/13__

Start Time: __3:11__

End Time: __3:35__

Worker Names : __R. Thompson, F. Samuels_____
(Print Full Names)

Camera Used:  ICA  (ICB)  ICC  ICD   **Note: Only these cameras can be used!**

Photo Numbers:[Before]: __291- 293__     [After]: __294 - 296__

### Crew Check List:

☐ Only refuse listed in the description, shown in the photo or approved by a Foreman was collected

☐ Before and After photos were taken and reviewed

☐ Your photos have the same point of view as the Inspector's photo(s)

Crew Notes:_____

_____

_____

APR 17 AM 9:17

## PRE-AUTHORIZATION

### PRE-AUTHORIZATION AND STATEMENT OF COST FOR <u>REMOVAL OF OFFENSIVE MATTER</u> FROM PRIVATE PROPERTY, PURSUANT TO SEC. 227.90, 227.100 & 244.1580 OF THE MINNEAPOLIS CODE OF ORDINANCES.

Authorization is hereby given to <u>SOLID WASTE AND RECYCLING</u> for REMOVAL OF OFFENSIVE MATTER in accordance with 244.100 of the Minneapolis Housing Code of Ordinances. The undersigned_____
_____, files this statement for cost of service rendered for removal of offensive matter fom the private property described as:

RFS #:            13-0970126
ADDRESS:      2714 4TH ST N
NEIGHBORHOOD: HAWTHORNE
PARTY:          MAHMOOD K KHAN
APN#:            1002924330023
LOT SIZE:      6908 SQFT, (44 x 157 feet)
ORIGINAL NOTICE ISSUED: 15-APR-13
DUE DATE:    22-APR-13
INSPECTOR:  BRYAN STARRY (BKS), HOUSING INSPECTOR II, Phone: (612) 685-8576
DESC. OF WORK DONE:      021 REMOVE RUBBISH
INSPECTOR'S COMMENTS: REMOVE SCRAPWOOD, BRUSH, BROKEN CHAIR PILE AND MISC DEBRIS IN REAR YARD NEAR FENCE.

| REMOVAL DATE: | | ARRIVAL TIME | | DEPARTURE TIME | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DISPOSAL LOCATION: | | | | | | |
| | | | | | | |
| RATE | X | TIME | X | NUMBER OF EMPLOYEES | | TOTAL |
| | | | | | | |
| Additional Charges | | | | | | |
| | | | | TOTAL CHARGES FROM ABOVE: | | |

ACKNOWLEDGMENT OF CONTRACTOR

I, _____, being first duly sworn, on this oath, says that he/she is the claimant named above; that the above account, claim and demand is just and true; that the work above described was actually done by him/her on the property described; that the amounts charged are such as allowed by law; and that not part of the same has been paid.
Subscribed and sworn to before me on this:

| _____ day of _____ 2007 _____ | |
|---|---|
| | NOTARY PUBLIC OF_____ COUNTY |

ACKNOWLEDGMENT OF SUPERVISOR
I have reviewed the photographs and submitted charges. Based on this, I authorize payment in the amount as shown above.

4



2714 4th ST N 021   PRE AUTH RUBBISH REAR YARD AREA   15APR13  BKS



4/29/2013  15:11

BEFORE

2714 4TH ST N
RICHARD THOMPSON
FRANK SAMUEL
1 OF 4



BEFORE

2714 4TH ST N
RICHARD THOMPSON
FRANK SAMUEL
2 OF 4



AFTER

2714 4TH ST N
RICHARD THOMPSON
FRANK SAMUEL
3 OF 4



AFTER

2714 4TH ST N
RICHARD THOMPSON
FRANK SAMUEL
4 OF 4

# NOTICE OF REVOCATION
## OF RENTAL LICENSE OR PROVISIONAL LICENSE



**Minneapolis**
*City of Lakes*

Regulatory Services
Department

Housing Inspections
Services Division

250 South 4th Street – Room 300
Minneapolis, MN 55415-1316

Office    612 673-5826
Fax       612 673-2314
TTY       612 673-3300

August 16, 2013

**Property Address:  2714 – 4th Street North**

Mahmood Khan
2972 Old Hwy 8
Roseville, MN  55113

This is to notify you that the above property fails to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910 and 244.1940)

☐ (1) Required License fee not paid
☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
☐ (3) Rental dwelling unit(s) over occupied or illegally occupied
☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
☒ **(5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish**
☐ (6) Rental dwelling unit(s) are in a substandard condition
☐ (7) Licensee has not paid required reinspection fees
☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
☐ (9) Licensee has failed to maintain and keep written register of tenants
☐ (10) Licensee has failed to submit a building scheme
☐ (11) Property taxes delinquent or assessments for administrative citations
☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
☐ (13) Owner/licensee/manager has had 2 or more licenses revoked.
☐ (14) Licensee has adverse license action in progress
☐ (15) Rental License application is not current per section 244.1840
☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
☐ (18) Licensee allowed water shut for non-payment 244.1910(18)
☐ (19) Other Cause – chapter 4, section 16 of the Charter
☐ (20) Notice to tenant of pending foreclosure/cancellation of Contract for Deed
☐ (21) 2nd violation of letting/offering to let unlicensed rental
☐ (22) Property with Rental Dwelling Units of 2+ must provide Recycling Services.
☐ (23) The licensee or applicant shall not have unpaid fines or fees owing the City.

Documentation is attached which refers to the above checked standard(s) in violation.

In addition, defects that create an imminent hazard to health or safety may be cause for the immediate denial, non-renewal, revocation, or suspension of the rental license or provisional license (Section 244.1940). Also, licensing procedures are in addition to and do not supersede or preempt such other remedies such as condemnation or legal action.

www.minneapolismn.gov
Affirmative Action Employer

If you do not appeal this action within 15 days from the date of this notification, the City Council may take action to Revoke your license(s).

If the City Council revokes the Rental License(s), the affected dwellings therein must be vacated, and shall not be re-occupied until a new license is granted by the City Council.

An appeal form and a copy of appeal procedures (MCO 244.1960) are enclosed.


Sincerely,

Cynthia M. Gagnier
Manager, Administrative Services
612-673-5898


Enclosure

## PLEASE KEEP THIS SIGN UP

City of Minneapolis
Department of Regulatory Services
Housing Inspections

# NOTICE TO TENANTS
# OF RENTAL LICENSE REVOCATION,
# DENIAL, NON-RENEWAL OR SUSPENSION

To Renters of   2714- 4ᵗʰ St. N.

The license your landlord needs for this building cannot be given at this time due to:

*Repeated Nuisance Violations*      L55

Reference: Minneapolis Code of Ordinances 244.1910 Licensing Standards

Your landlord must appeal this decision by   9-10-13

You will be notified when this action becomes final. If the City Council revokes the rental license for this building, you will be given time to move. The Rental License is still valid until this action becomes final.

## FOR GENERAL INFORMATION PLEASE CALL 311

Date posted:   8-19-13

English, Attention: if you want help translating this information, call.
Spanish, Atención: si desea recibir esta información gratuita, llame 612-673-2700
Somali: Ogow Haddii aad rabto in lagaa turjumo warbixintan oo bilaash ah, wac 612-673-3500
Hmong: Ceeb toom. Yog koj xav tau kev pab txhais cov ntaub ntawv no rau koj dawb, hu 612-673-2800
Sign Language Interpreter: 612-673-3210 TTY: 612-673-2157

**U.S. Postal Service** (TM)
**CERTIFIED MAIL** (TM) **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Mahmood Khan_
Street, Apt. No.; or PO Box No. _2972 Old Hwy 8_
City, State, ZIP+4 _Roseville, MN 55113_

PS Form 3800, August 2006          See Reverse for Instructions

7010 1870 0002 5038 0598

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Mahmood Khan_
_2972-Old Hwy 8_
_Roseville, MN 55113_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _SKhan_    ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  _6-20-_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 1870 0002 5038 0598

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

# Rental Dwelling License Revocation
## Appeals Application

Any person wishing to file an appeal must prepare this form and submit this form along with a certified check or money order in the amount of $300.00, payable to the Minneapolis Finance Department as an appeal filing fee. Submit the appeal form and filing fee to:

Regulatory Services
Minneapolis Housing Inspections
250 South 4th Street, Room 300
Minneapolis, MN 55415

SEP 9 PM 2:50

Office hours are 8:00-4:30, Monday through Friday.

**Any appeal must be filed within 15 days of receipt of the notice of license or provisional license denial, non-renewal, revocation or suspension or the appeal will be denied.**

I hereby appeal the determination of my license and request a hearing.

Reason: VIOLATION OF MY STATUTORY &
CONSITITUTIONAL RIGHTS & UNDER CITY CODES
AND TENANT RELATED ARGUEMENTS.

Date: 9 | 9 | 2013   Property Address: ① 2135 - 4th STREET N, mpts
② 2314 - 3RD STREET N. MPLS

Owner/Appellant's Name, Address, City, State, Zip ③ 2714 - 4th STREET N. MPLS
MAHMOOD KHAN ④ 3557 - DUPONT AVE N. MPLS
2972 OLD HWY-8
ROSEVILLE, MN 55113

Signature: _____

You will be notified of the time and place of the appeals hearing. At the hearing you may be represented by an attorney if you so desire or you may represent yourself. You will have an opportunity to respond and to challenge the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath.

CITY OF MINNEAPOLIS

MISCELLANEOUS RECEIPT                                      Page:  1

```
DATE ISSUED.....: 09-SEP-2013
RECEIPT #.......: 13-39961
FROM............: MAHMOOD KHAN
COMMENTS........: REVOCATION APPEAL
```

| FEE CODE | DESCRIPTION | FEES | PAYMENTS |
|----------|-------------|------|----------|
| BMISC | MISC. REVENUE | $300.00 | |
| CREDIT | CREDIT CARD | | $300.00 |

```
                               TOTAL FEES:        $300.00
                               TOTAL PMTS:        $300.00
                                  BALANCE:          $0.00

                                 RECEIVED:        $300.00
                                   CHANGE:          $0.00
```

REVISION: 1.2

244.1910. – Licensing standards. . . (a) The following minimum standards and conditions shall be met in order to hold a rental dwelling license under this article. Failure to comply with any of these standards and conditions shall be adequate grounds for the denial, refusal to renew, revocation, or suspension of a rental dwelling license or provisional license, or for the imposition of reasonable conditions or restrictions upon such a license pursuant to **section 259.165**

(1)     The licensee or applicant shall have paid the required license fee.

(2)     Rental dwelling units shall not exceed the maximum number of dwelling units permitted by the Zoning Code.

(3)     No rental dwelling or rental dwelling unit shall be over occupied or illegally occupied in violation of the Zoning Code or the Housing Maintenance Code.

(4)     The rental dwelling shall not have been used or converted to rooming units in violation of the Zoning Code.

(5)     The owner shall not suffer or allow weeds, vegetation, junk, debris, or rubbish to accumulate repeatedly on the exterior of the premises so as to create a nuisance condition under section 227.90 of this Code. If the city is required to abate such nuisance conditions under section 227.100 or collect, gather up or haul solid waste under section 225.690 more than three (3) times under either or both sections during a period of twenty-four (24) months or less, it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license.

(6)     The rental dwelling or any rental dwelling unit therein shall not be in substandard condition, as defined in section 244.1920

(7)     The licensee or applicant shall have paid the required reinspection fees.

(8)     The licensee or his or her agent shall allow the director of inspections and his or her designated representative to perform a rental license review inspection as set forth in section 244.2000(c).

(9)     The licensee shall maintain a current register of all tenants and other persons with a lawful right of occupancy to a dwelling unit and the corresponding floor number, and unit number and/or letter and/or designation of such unit within the building. The register shall be kept current at all times. The licensee shall designate the person who has possession of the register and shall inform the director of the location at which the register is kept. The register shall be available for review by the director or his or her authorized representatives at all times.

(10)    The licensee shall submit to the director of inspections or an authorized representative of the director, at the time of application for a rental dwelling license and for just cause as requested by the director, the following information. the number and kind of units within the dwelling (dwelling units, rooming units, or shared bath units), specifying for each unit, the floor number, and the unit number and/or letter and/or designation.

(11)    a. There shall be no delinquent property taxes or assessments on the rental dwelling, nor shall any licensee be delinquent on any financial obligations owing to the city under any action instituted pursuant to Chapter 2, Administrative Enforcement and Hearing Process.

b. The licensee or applicant shall have satisfied all judgments duly entered or docketed against the licensee or applicant by any court of competent jurisdiction arising out of the operation of a rental property business. This subsection shall not be found to have been violated if the licensee or applicant demonstrates that the underlying case or action leading to the entry of judgment is being properly and timely removed to district court or otherwise appealed, or when the judgment is being paid in compliance with a payment plan accepted by either a court possessing jurisdiction over the judgment or the judgment creditor or during any period when the enforcement of the judgment has been duly stayed by such a court. This subsection shall become effective January 1, 2008.

(12)    There is no active arrest warrant for a Minneapolis Housing Maintenance Code or Zoning Code violation pertaining to any property in which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

(13)    a. Any person(s) who has had an interest in two (2) or more licenses revoked pursuant to this article or canceled pursuant to section 244.1925 or a combination of revocations or cancellations shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of five (5) years.

b. Any person(s) who has had an interest in a license revoked pursuant to this article or canceled pursuant to section 244.1925, shall be ineligible from obtaining any new rental dwelling licenses for a period of three (3) years.

(14)    No new rental dwelling license shall be issued for the property during the pendency of adverse license action initiated pursuant to section 244.1940

(15)    The licensee or applicant must have a current, complete, and accurate rental dwelling application on file with the director of inspections in accord with the provisions of section 244.1840

(16)    a. Before taking a rental application fee, a rental property owner must disclose to the applicant, in writing, the criteria on which the application will be judged.

b. Application forms must allow the applicant to choose a method for return of the application fee as either 1) mailing it to an applicant's chosen address as stated on the application form, 2) destroying it 3) holding for retrieval by the tenant upon one (1) business-day's notice.

c. If the applicant was charged an application fee and the rental property owner rejects the applicant, then the owner must, within fourteen (14) days, notify the tenant in writing of the reasons for rejection, including any criteria that the applicant failed to meet, and the name, address, and phone number of any tenant screening agency or other credit reporting agency used in considering the application.

d. The landlord must refund the application fee if a tenant is rejected for any reason not listed in the written criteria.

e. Nothing in this section shall prohibit a rental property owner from collecting and holding an application fee so long as the rental property owner provides a written receipt for the fee and the fee is not cashed, deposited, or negotiated in any way until all prior rental applicants either have been screened and rejected for the unit, or have been offered the unit and have declined to take it. If a prior rental applicant is offered the unit and accepts it, the rental property owner shall return all application fees in the manner selected by the applicant, pursuant to section (b).

f. Violation of this subsection, 244.1910(16), may result in an administrative citation, or may contribute to the denial or revocation of a rental license.

g. This subdivision shall become effective December 1, 2004.

(17)    An owner shall not have any violations of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, at any rental dwelling which they own or have an ownership interest. A violation of Minnesota Rule Chapter 1300.0120 subpart 1 shall result in a director's determination of noncompliance notice being sent, pursuant to 244.1930 to the owner regarding the rental dwelling where the violation occurred. A second violation, at any rental dwelling in which the owner has an ownership interest, of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, shall result in the issuance of a director's notice of denial, non-renewal, or suspension of the license or provisional license, pursuant to 244.1940 of the Code, for the rental dwelling where the second violation occurred.

(18)    The owner, where the owner pays the water bill for a rental dwelling, shall not allow the water to be shut off for non-payment. If water to a rental dwelling has been turned off, for lack of payment by the owner it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license or provisional license.

(19)    The provisions of this section are not exclusive. Adverse license action may be based upon good cause as authorized by Chapter 4, Section 16 of the Charter. This section shall not preclude the enforcement of any other provisions of this Code or state and federal laws and regulations.

(20)    A licensee or owner/landlord shall not be in violation of section 244.265 of this Code, which requires owner/landlords to notify tenants and prospective tenants of pending mortgage foreclosure or cancellation of contract for deed involving the licensed property.

(21)    Any person(s), having an ownership or management interest in any property, upon a second violation of section 244.1810 by allowing to be occupied, letting or offering to let to another for occupancy, any dwelling unit without having first obtained a license or provisional license, shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of two (2) years.

(22)    The owner or licensee shall not be in violation of section 225.780, which requires every owner of a building containing two (2) or more dwelling units to provide for recycling services.

(23)    The licensee or applicant shall not have any unpaid fines or fees owing to the City of Minneapolis related to their rental property.

(90-Or-235, § 6, 9-14-90; 91-Or-220, § 1, 11-8-91; 94-Or-124, § 1, 9-16-94; 95-Or-097, § 2, 6-30-95; Ord. No. 97-Or-056, § 8, 6-27-97; 99-Or-163, § 5, 12-17-99; 2001-Or-074, § 1, 6-22-01; 2003-Or-070, § 2, 6-20-03; 2004-Or-122, § 1, 10-22-04; 2005-Or-008, § 1, 2-11-05; 2006-Or-115, § 2, 10-20-06; 2007-Or-063, § 1, 8-31-07; 2008-Or-016, § 4, 2-29-08; 2009-Or-044, § 2, 5-22-09; 2010-Or-041, § 1, 4-16-10; 2011-Or-044, § 1, 4-29-11; 2011-Or-108, § 4, 11-18-11; 2013-Or-040, § 1, 4-12-13)

244.1930. Director's determination of noncompliance; notice. (a) If the director of inspections determines that a building or dwelling unit fails to meet the licensing standards set forth in section 244.1910, or section 244.1920, he or she shall mail a notice to the owner and the person designated by the owner as the person responsible for the maintenance and management of the building or dwelling unit. The notice shall specify the reasons why the building or unit fails to meet the licensing standards in section 224.1910 or section 244.1920 and shall include a copy of the inspection report if applicable. However, if a building or dwelling unit fails to meet licensing standards 244.1910(2), (3), (4), (13)(a), (18) or (21), for a second time under the same owner/licensee, a notice of director's determination of noncompliance shall not be required to be sent as the building or dwelling unit may be subject to an action for denial; non-renewal; revocation or suspension pursuant to section 244.1940.

(b)    If the rental dwelling fails to meet one (1) or more of the standards set forth in section 244.1910, the notice shall indicate that the license holder or applicant has ten (10) days to correct the defects, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license.

(c)    If the rental dwelling fails to meet the standards set forth in section 244.1920, the notice shall indicate that the license holder or applicant has sixty (60) days to correct the defects causing the building to be substandard, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license. The director may for good cause authorize additional time to correct defects causing a building to be substandard. If the defects create an imminent hazard to health or safety, the director may proceed immediately for denial, nonrenewal, revocation, or suspension under section 244.1940, or may shorten the deadline for compliance to less than sixty (60) days.

(d)    Whenever a notice of noncompliance is issued under this section, the director of inspections shall also cause a notice to tenants to be prominently posted on the building. The notice shall indicate that a license proceeding has been commenced against the owner because the building has been found to be in violation of the housing maintenance code; that after a stated period of time allowed to bring the building into compliance, the city council may proceed to deny, revoke, or suspend the rental dwelling license for the building; that if the city council denies, revokes, or suspends the license, tenants may be required to vacate the building; that further information can be obtained from the City of Minneapolis Housing Services Office.

(e)    The director of inspections shall send copies of the notice of noncompliance and the notice to tenants to the housing services office. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 3, 6-30-95; 99-Or-163, § 6, 12-17-99; 2011-Or-044, § 2, 4-29-11; 2011-Or-108, § 5, 11-18-11)

**244.1940. Denial; non-renewal; revocation; suspension.** (a) If after any period for compliance under section 244.1930 has expired, the director determines that the dwelling fails to comply with any of the licensing standards in sections 244.1910 or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license pursuant to section 244.2020, or if the director determines that a building or dwelling unit fails to meet licensing standards 244.1910(2), (3), (4), (13)(a), (18) or (21), for a second time, under the same owner/licensee, the director shall mail the owner and the person designated by the owner as the person responsible for the maintenance and management of the building or dwelling unit, a notice of denial, non-renewal, revocation, or suspension of the license or provisional license. The notice shall state:

(1)     That the director has determined that the building fails to comply with the licensing standards for rental dwellings in section 244.1910 and section 244.1920, that the licensee has failed to take appropriate action following conduct by tenants and/or their guests on the licensed premises under section 244.2020, or that the licensee has failed to submit a written management plan that satisfies the requirements set forth in 244.2020(d).

(2)     The specific reasons why the building fails to meet licensing standards, including copies of applicable inspection reports, or notices sent to licensee of conduct on licensed premises.

(3)     That the director has referred the matter to the city council with a recommendation to deny, not renew, revoke, or suspend the license or provisional license.

(4)     That the city council will deny, refuse to renew, revoke, or suspend the license or provisional license unless the owner appeals the determination within fifteen (15) days after receipt of the notice, in the manner provided in section 244.1960.

(5)     That after denial, nonrenewal, revocation or suspension, the dwelling or the affected dwelling units therein must be vacated, and shall not be reoccupied until all violations are corrected and a license is granted by the city council, (except where an extension of time has been granted by the director of inspections due to weather). Further, no license will be granted by the city council until an approved plan to control conduct on premises has been presented and accepted by the city council if the denial, non-renewal, revocation or suspension was under section 244.2020.

(6)     The notice shall describe how an appeal may be filed under section 244.1960.

(7)     The director shall cause a notice to tenants to be mailed or delivered to each licensed dwelling unit and prominently posted on the building. The notice shall indicate that the rental dwelling license for the building has been denied, revoked, or suspended, whichever is applicable; that the action will become final on a specific date unless the building owner appeals and requests a hearing; that tenants may be required to vacate the building when the action becomes final; that further information can be obtained from the City of Minneapolis Housing Services Office.

(b)     Lapsed licenses. If a license lapses, or is surrendered, withdrawn, terminated, or otherwise becomes ineffective, the director may proceed, pursuant to subdivision (a), with an action to deny, non-renew, revoke or suspend if the action was commenced prior any lapse, surrender, withdraw, termination or other loss of license.

(c)     Any action taken under this section shall be instituted against the rental dwelling license held by the owner(s), licensee and the person designated by the owner as the person responsible for the maintenance and management of the licensed property. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 4, 6-30-95; 99-Or-163, § 7, 12-17-99; 2004-Or-007, 1-30-04; 2004-Or-112, § 1, 10-8-04; 2011-Or-044, § 3, 4-29-11; 2011-Or-108, § 6, 11-18-11)

225.890. - Solid waste collection outside of refuse containers; charges.

(a) City haulers of solid waste in the city shall collect, gather-up and haul all solid waste, building or demolition debris, tires, or yard waste lying within a radius of twenty (20) feet of the solid waste collection point. The radius shall be applied only within the boundaries of the property on which collection takes place. If solid waste lies in a continuous pile within and outside the area circumscribed by the radius line, haulers shall proceed beyond the radius line to collect and gather-up solid waste. Under regulations drafted by the city engineer, time limitations and charges may be established for the collection under this section.

(b)

With respect to each instance in which haulers are required to collect, gather-up and haul solid waste under paragraph (a) above, written notice shall be provided to any person or persons requiring such service that all future collections, gathering-up and hauling required for health, safety and welfare purposes, shall be done at the expense of the utility bill payer.

(c)

The city engineer shall establish a schedule of service charges and procedures for services provided under paragraph (a), which shall reasonably relate to the additional cost of the service required. Service charges shall be:

(1)

Added to the utility bill as provided in section 509.870; or

(2)

Added to the account of a previous utility bill payer if the city engineer determines that a previous utility bill payer is responsible for the solid waste which was gathered up; or

(3)

Billed to the taxpayer if there is information or materials in the solid waste which was gathered up that reasonably indicates the utility bill payer was not the source of the solid waste. The decision to bill the taxpayer will be made on a case by case basis, and nothing herein shall require the city engineer to bill the taxpayer.

(d)

If any bill in paragraph (c)(3) for additional service is delinquent it may be assessed against the property served in the manner and under the provisions of section 225.660. (91-Or-215, § 1, 10-25-91; 92-Or-068, § 1, 5-22-92; 96-Or-046, § 40, 5-24-96; 98-Or-132, § 9, 11-13-98)

227.90. Offensive conditions and vegetation declared.

(a) *In general.* No owner, agent or occupant of any privately owned lands or premises shall place upon, or permit upon the owner's premises any noxious weeds as are defined in Minnesota Statutes or Minnesota Rules, dirt or rubbish, or any swill, offal, garbage (except in authorized containers), ashes, barnyard litter, manure, yard cleanings, dead animals, inoperable vehicle as defined in the Zoning Code, or any other foul or unhealthy material, or any other condition on said premises, in such a manner as to constitute a nuisance. Except as part of a managed natural landscape as defined in this section, any weeds or grass growing upon any lot or parcel of land in the city to a greater height than eight (8) inches or which have gone or are about to go to seed are hereby declared to be a nuisance condition and dangerous to the health, safety and good order of the city. Ground cover planted and maintained above earth-sheltered buildings need not comply with the height limitation of this section; however, such ground cover shall not contain noxious weeds. Fallen trees, fallen tree limbs, dead trees, dead tree limbs, which in the opinion of the director of inspections constitute a health, safety or fire hazard, are declared to be a nuisance condition. Further, when in the opinion of the director of inspections, trees, brush and plant growth, which due to location and manner of growth constitute a hazard to the public or may cause injury or damage to persons or property when such growth is in violation of sections 244.1580 or 427.280 shall also constitute a nuisance condition.

    (b)

        *Right to install and maintain a managed natural landscape.* An owner, authorized agent, or authorized occupant of any privately owned lands or premises may, consistent with this subsection and all other applicable laws, statutes, rules and ordinances, install and maintain a managed natural landscape.

        (1)

            *Definitions.*

            *Managed natural landscape* means a planned, intentional and maintained planting of native or non-native grasses, wildflowers, forbs, ferns, shrubs or trees, including but not limited to rain gardens, meadow vegetation, and ornamental plantings.

            *Meadow vegetation* means grasses and flowering broad-leaf plants that are native to, or adapted to, the State of Minnesota, and that are commonly found in meadow and prairie plant communities, not including noxious weeds.

            *Noxious weed* shall have the meaning assigned by Minnesota Statutes, Section 18.77, Subd. 8.

            *Ornamental plants* means grasses, perennials, annuals and groundcovers purposefully planted for aesthetic reasons.

*Rain garden* means a native plant garden that is designed not only to aesthetically improve properties, but also to reduce the amount of stormwater and accompanying pollutants from entering streams, lakes and rivers.

*Turf-grass lawn* means a lawn comprised mostly of grasses commonly used in regularly cut lawns or play areas (such as but not limited to bluegrass, fescue, and ryegrass blends), intended to be maintained at a height of no more than eight (8) inches.

(2)

*Findings.* The city council finds that the installation and maintenance of managed natural landscapes is beneficial to the city's environment and its residents and serves to further adopted city goals in that managed natural landscapes require fewer potentially harmful and costly inputs, improve stormwater retention, increase water quality and biodiversity, reduce greenhouse gas emissions, and provide habitat for wildlife such as birds, butterflies and other beneficial insects and species.

(3)

*Requirements.*

a.

Managed natural landscapes may include plants and grasses in excess of eight (8) inches in height and which have gone to seed, but may not include any noxious weeds and must be maintained so as to not include unintended vegetation.

b.

Managed natural landscapes may not include any plantings, which due to location and manner of growth constitute a hazard to the public or may cause injury or damage to persons or property when such growth is in violation of sections 244.1580 or 427.280

c.

Managed natural landscapes shall not include turf-grass lawns left unattended for the purpose of returning to a natural state. (Code 1960, As Amend., § 782.010; Ord. of 7-26-74, § 1; 80-Or-180, § 1, 8-8-80; 82-Or-181, § 1, 9-24-82; 84-Or-147, § 1, 8-10-84; 84-Or-176, § 1, 9-28-84; Pet. No. 251060, § 51, 12-15-89; 99-Or-035, § 1, 4-9-99; 2000-Or-096, § 1, 10-13-00; 2011-Or-079, § 1, 9-2-11)

## 227.100. Abatement of offensive conditions and vegetation.

(a) When there exists on private property a condition which is in violation of section 227.90, a notice to remove the offensive matter or correct the nuisance condition shall be served by the chief of police, the chief of the fire department, director of inspections, commissioner of health, or their authorized representatives, upon the owner. Such notice may be served personally or may be served by mail. Such notice shall describe the matter to be removed and require removal thereof within three (3) days not to include Saturdays, Sundays or holidays following service of the notice. If at the end of said three (3) days following service of such notice the offensive matter has not been removed, or the nuisance condition corrected, the city shall cause the correction or removal and disposition.

(b)

For properties in which there have been two (2) or more notices issued to remove offensive matter or to correct nuisance conditions within the prior twelve-month period, compliance with section (a) shall not be required. For these properties, the second notice issued within a twelve-month period shall contain a general notice that the city may abate future violations of section 227.90 without providing additional specific notice of the violation. This general notice shall remain in effect for twelve (12) months from the date it is sent. This notice shall inform the owner that the costs incurred by the city will be assessed pursuant to the procedure set forth by this ordinance.

(c)

Whether notice was provided pursuant to section (a) or section (b), all costs, including an administrative fee of one hundred dollars ($100.00), incurred by the city for the removal and disposition of the offensive matter or for correcting the nuisance shall be assessed, levied and collected as a special assessment payable in one (1) sum or by up to ten (10) equal annual installments as the council may provide against the premises from which it was removed, in the manner provided for in this section. In cases where there have been one (1) authorized removal of offensive conditions and/or vegetation at a given site within any twelve-month period, the second and subsequent abatement assessments shall have a double administrative fee until such time as no authorizations are required for a period of twelve (12) months.

(d)

When the city causes the correction or removal and disposition of a nuisance under this section, the chief of police, the chief of the fire department, director of inspections, commissioner of health, or their authorized representatives shall mail to the owner a notice of intent to assess the costs of said action. Such notice shall state the amount and basis for the costs and the time, date and place of a hearing before a

hearing officer appointed by the council to determine the validity and amount of the proposed assessment. The notice may require, as a prerequisite to an owner's challenge of an assessment, that the owner file written objections to the assessment no later than fifteen (15) days before the hearing. The notice shall state that the owner may appeal the assessment to the district court within thirty (30) days after the adoption of the assessment by the council at an annual meeting. The notice shall also inform the owner of the provisions of Minnesota Statutes Sections 435.193 to 435.195 and of the existence of any deferment procedure.

(e)

"Owner," for the purposes of this section, shall mean the person who is listed as the contact person on the current rental licensing application on file with the city, if any, or, if none, the person listed as owner by the city assessor on the homestead record, or, if none, the taxpayer as shown by the records of the city assessor. (Code 1960, As Amend., § 782.011; Ord. of 4-27-73, § 1; Ord. of 8-31-73, § 1; Ord. of 2-22-74, § 1; Ord. of 7-26-74, § 2; 87-Or-077, § 1, 5-8-87; 93-Or-141, § 2, 10-1-93; 2005-Or-075, § 1, 9-2-05; 2008-Or-007, § 1, 2-1-08)

**CITY OF MINNEAPOLIS**
**FOR THE DEPARTMENT OF**
**REGULATORY SERVICES**

**ADMINISTRATIVE HEARING OFFICER**

In the matter of the Rental
Dwelling License held by                    **FINDINGS OF FACT,**
Mahmood Khan                                 **CONCLUSIONS, AND**
for the Premises at                          **RECOMMENDATION**
2714 4th St. N. Minneapolis,
Minnesota

The above entitled matter came on for hearing before Administrative Hearing Officer

Edward Backstrom on December 4, 2013, at 1:00 P.M. at Room 310, Minneapolis City Hall,

Minneapolis, Minnesota.  The City of Minneapolis was represented by Lee C. Wolf, Assistant

City Attorney.  Mahmood Khan owner of the property located at 2714 4th Street N. was

present.  After considering all of the evidence presented at the hearing and the arguments

presented by both parties before, during and after the hearing, the Administrative Hearing

Officer makes the following:

**FINDINGS OF FACT**

Mahmood Khan is the owner of the property located at 2714 4th Street N. in the City

of Minneapolis.  Mahmood Khan applied for and was awarded a rental dwelling license for

the building at 2714 4th Street N. in the City of Minneapolis.  The rental license application

lists Mahmood Khan as the owner and the property manager responsible for the maintenance

and management of the rental property.  The application initially listed the contact address for

Mahmood Khan at 2972 Old Highway 8, Roseville, MN.  Mr. Khan subsequently filed a

1

change of address listing his contact address as 333 Washington Avenue North, Minneapolis, MN. Six months after this change Mr. Kahn again became the contact person for the dwelling rental license, with the address of 2972 Old Highway 8, Roseville, MN. Applicable property records admitted in this matter list Mahmood Khan as the owner and taxpayer of record for the property with a mailing address of 2972 Old Highway 8, Roseville, MN.

This matter was commenced by the Regulatory Services Department to revoke the rental dwelling license for the property located at 2714 4th St. N. under Minneapolis City Ordinance (M.C.O.)§ 244.1910. Section 244.1910 LS5, **"Repeated accumulation of weeds, vegetation, junk, debris, or rubbish"**, requires a rental licensee to not allow weeds, vegetation, junk, debris, or rubbish to accumulate repeatedly on the exterior of the premises so as to create a nuisance condition under M.C.O. § 227.90. If the city is required to abate such nuisance condition under §227.100, or collect, gather, or haul solid waste under M.C.O. § 225.690 more than three (3) times under either or both sections during a period of twenty four (24) months or less, it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license.

As of February 1, 2013 the city had acted under M.C.O. § 244.1910 LS5 and §225.690 to abate nuisance conditions at 2714 4th St. N. seven (7) times within a twenty four (24) month period. The City abated nuisance conditions on September 26, 2011, October 17, 2011, March 5, 2012, March 26, 2012, August 27, 2012, November 5, 2012, and December 31, 2012. In each instance a blue tag was left in the trash can at the address giving the owner notice that if the nuisance condition was not corrected within 24 hours the city would abate the nuisance. The details , including follow-up letters to the owner, are set forth in Exhibit A, which was introduced into evidence without objection.

2

On February 1 2013, **Notice of Director's Determination of Noncompliance** was sent to Mahmood Khan at 2972 Old Highway 8, Roseville, MN. The notice informed Mr. Khan that there had been three or more instances where the city abated nuisance conditions at 2714 4th St. N. within the twenty four months prior to the date of the notice. It further informed Mr. Khan that if another nuisance condition occurs, that the city council may proceed to deny, revoke, or suspend the rental license for 2714 4th St. N.

On April 15, 2013, another nuisance condition was found on the property and another blue tag was issued giving the owner twenty four hours to abate the nuisance condition. On April 17, 2013 the city abated the nuisance condition.

On August 16, 2013, **Notice of Revocation, Denial, Non-Renewal, or Suspension of Rental License or Provisional License** was sent to Mahmood Khan at 2972 Old Highway 8, Roseville, MN as the owner and contact person for the property located at 2714 4th St. N. by certified mail. The notice advised that the Inspections Division would recommend to the City Council that the rental dwelling license for 2714 4th Street N. be revoked. The recommendation was made pursuant to M.C.O. § 244.1910 and §244.1940, based on the repeated accumulation of weeds, vegetation, junk, debris, rubbish. The notice was served via certified mail and receipts were returned confirming the delivery and receipt of the notice by Mahmood Khan. On September 9, 2013, Mahmood Khan filed a proper appeal of the revocation recommendation.

At the hearing Mr. Kahn presented evidence indicating that he had taken and was currently taking action to attempt to eliminate the trash problem at 2714 4th St. N. He employs workers who testified that they remove trash and weeds from 2714 4th St. N. whenever they were requested to do so by Mr. Kahn or his wife. Mr. Kahn also presented

3

325

testimony that there were problems with third parties illegally dumping in the neighborhood in general and specifically on his 2714 4th St. N. property. He further made unsubstantiated claims that after he received notice from the City, he had the trash picked up by his employees and that the trash subsequently picked up by the City was different trash, which was left at 2714 4th St. N. without his permission by an unknown third party.

## CONCLUSIONS

Eight (8) instances of a nuisance condition occurred at 2714 4th St. N. in a twenty four (24) month period between September 23, 2011 and April 15, 2013. The owner and licensee failed to take timely, appropriate action in response to notices from the city concerning the nuisance conditions causing the city to take action to abate the nuisance conditions.

The solid waste and the regulator services department followed appropriate steps and provided the necessary notices as required under the Minneapolis Code of Ordinances.

The large number of nuisance conditions abated by the city demonstrates that the owner licensee has failed to comply with the provisions of M.C.O. § 244.1910 which prohibits the repeated accumulation of weeds, vegetation, junk, debris, or rubbish. This failure provides a basis for adverse license action, specifically inclusive of revocation against the rental license held by the licensee and any interest in the rental license at 2714 4th St. N.

The rental dwelling license held by Mahmood Khan as owner of the property, for 2714 4th St. N. is subject to revocation or suspension under M.C.O. §§ 244.1910. Revocation of the referenced rental dwelling license is the appropriate adverse license sanction.

4

## RECOMMENDATION

That the rental dwelling license held by Mahmood. Khan as owner of the property, for

2714 4th St. N., in Minneapolis, Minnesota be revoked.

Dated _December 13,_ 2013

_Edward Backstrom_

EDWARD BACKSTROM
ADMINISTRATIVE HEARING
OFFICER

5

# FEBRUARY 21, 2014

Be It Further Resolved that upon publication of this Resolution the Finance Officer or other appropriate official of the City be and the same is hereby authorized to execute and deliver the contract to the Redeveloper; provided, however, that this Resolution does not constitute such a contract and no such contract shall be created until executed by the Finance Officer or other appropriate official of the City.

Be It Further Resolved that the Finance Officer or other appropriate official of the City is hereby authorized to execute and deliver a conveyance of the land to the Redeveloper in accordance with the provisions of the executed contract and upon payment to the City for the purchase price thereof; provided, however, that this Resolution does not constitute such a conveyance and no such conveyance shall be created until executed and delivered by the Finance Officer or other appropriate official of the City.

On roll call, the result was:
Ayes: Reich, Frey, Yang, Warsame, Goodman, Glidden, Cano, Bender, Quincy, A. Johnson, Palmisano, President Johnson (12)
Noes: (0)
Absent: Gordon (1)
The resolution was adopted.

**CD&RS** - Your Committee, having under consideration the Rental Dwelling License held by Mahmood Khan for property at 2714 4th St N, Minneapolis, and a hearing having been held before an Administrative Hearing Officer who issued Findings of Fact, Conclusions and a Recommendation that the rental dwelling license be revoked, now recommends approval of the recommendation to revoke said license for failure to meet licensing standards pursuant to Section 244.1910 of the Minneapolis Code of Ordinances, and that said Findings on file in the office of the City Clerk be adopted and made a part of this report by reference.

On roll call, the result was:
Ayes: Reich, Frey, Yang, Warsame, Goodman, Glidden, Cano, Bender, Quincy, A. Johnson, Palmisano, President Johnson (12)
Noes: (0)
Absent: Gordon (1)
The report was adopted.

**CD&RS** - Your Committee, having under consideration the Rental Dwelling License held by Douglas Doty for property at 1068 18th Ave SE, Minneapolis, and a hearing having been held before an Administrative Hearing Officer who issued Findings of Fact, Conclusions and a Recommendation that the rental dwelling license be revoked, now recommends approval of the recommendation to revoke said license for failure to meet licensing standards pursuant to Section 244.1910 of the Minneapolis Code of Ordinances, and that said Findings on file in the office of the City Clerk be adopted and made a part of this report by reference.

On roll call, the result was:
Ayes: Reich, Frey, Yang, Warsame, Goodman, Glidden, Cano, Bender, Quincy, A. Johnson, Palmisano, President Johnson (12)
Noes: (0)
Absent: Gordon (1)
The report was adopted.

*This opinion will be unpublished and*
*may not be cited except as provided by*
*Minn. Stat. § 480A.08, subd. 3 (2012).*

### STATE OF MINNESOTA
### IN COURT OF APPEALS
### A14-0455

Mahmood Khan,
Relator,

vs.

Minneapolis City Council,
Respondent.

**Filed December 22, 2014**
**Affirmed**
**Smith, Judge**

Minneapolis City Council

James D. Heiberg, St. Paul, Minnesota (for relator)

Susan L. Segal, Minneapolis City Attorney, Lee C. Wolf, Assistant City Attorney, Minneapolis, Minnesota (for respondent)

Considered and decided by Ross, Presiding Judge; Schellhas, Judge; and Smith, Judge.

## UNPUBLISHED OPINION

**SMITH**, Judge

We affirm the Minneapolis city council's decision to revoke relator's rental-dwelling license because the city council's decision does not constitute an unconstitutional taking; the decision was supported by the record and was neither arbitrary nor capricious; and relator was provided adequate due process.

## FACTS

Relator Mahmood Khan applied for and received approval from the city of Minneapolis to rent his property in August 2011.   Between September 2011 and December 2012, the city issued Khan seven "blue tag notices" directing him to address garbage-disposal problems on the property.  On February 1, 2013, the city sent a notice to Khan that his rental-dwelling license for the property could be revoked if there were any additional garbage-disposal violations.  On April 15, 2013, the city issued another blue tag notice.

In August 2013, the city's department of regulatory services notified Khan that it would be recommending that the city revoke his rental-dwelling license for the property. Khan appealed the revocation recommendation, and, after a hearing, an administrative hearing officer recommended revocation of Khan's rental-dwelling license for the property.   After holding its own hearing, the city's community development and regulatory services committee adopted the hearing officer's recommendation.  The city council subsequently revoked Khan's rental-dwelling license.

## D E C I S I O N

### I.

"City council action is quasi-judicial and subject to certiorari review if it is the product or result of discretionary investigation, consideration, and evaluation of evidentiary facts." *Staeheli v. City of St. Paul*, 732 N.W.2d 298, 303 (Minn. App. 2007) (quotation omitted).  On certiorari review, an appellate court does not retry facts or make credibility determinations, and "will uphold the decision if the lower tribunal furnished

2

any legal and substantial basis for the action taken." *Id.* (quotation omitted). An appellate court reverses a decision of a city council "only if it is 'fraudulent, arbitrary, unreasonable, unsupported by substantial evidence, not within its jurisdiction, or based on an error of law.'" *Lam v. City of St. Paul*, 714 N.W.2d 740, 743 (Minn. App. 2006) (quoting *Dokmo v. Indep. Sch. Dist. No. 11*, 459 N.W.2d 671, 675 (Minn. 1990)).

Khan argues that the revocation of his rental-dwelling license was an unconstitutional taking. The federal and state constitutions prohibit the state from taking private property without just compensation. U.S. Const. amend. V; Minn. Const. art. I § 13. But although a permit is a "property interest" and "a government entitlement or benefit," it "is not private property . . . subject to a taking claim." *Hay v. City of Andover*, 436 N.W.2d 800, 804 (Minn. App. 1989). Further, a license is a privilege and cannot be construed as property unless it is assignable and transferable, and Khan's license was not. *See State by Mattson v. Saugen*, 283 Minn. 402, 406, 169 N.W.2d 37, 40-41 (1969); *see also* Minneapolis, Minn., Code of Ordinances § 244.1870 (2013) [hereinafter M.C.O.] (stating that a rental-dwelling license is nontransferable). Thus, Khan's rental-dwelling license is not private property and its revocation is not reviewable as a taking under the federal and state constitutions.

## II.

Khan argues that the city's revocation of his rental-dwelling license is unreasonable, arbitrary, or capricious. A city council's quasi-judicial decision "may be modified or reversed when it is '[u]nsupported by substantial evidence in view of the entire record as submitted' or '[a]rbitrary or capricious.'" *City of Mankato v. Mahoney*,

542 N.W.2d 689, 691-92 (Minn. App. 1996) (quoting Minn. Stat. § 14.69(e), (f) (1994)). But "[r]outine municipal decisions should be set aside only in those rare instances where the decision lacks any rational basis, and a reviewing court must exercise restraint and defer to the city's decision." *Id.* at 692.

The record establishes that Khan violated the city ordinance several times. Khan was provided notice of his violations and the opportunity to abate the nuisances. He was ultimately notified that subsequent failures to abate garbage nuisances could lead to the revocation of his rental-dwelling license. The record demonstrates that Khan was given ample opportunity to avoid the revocation, but he failed to act. Therefore, because the city's decision to revoke Khan's rental-dwelling license for the property is supported by the evidence, the decision was not arbitrary or capricious.

Khan also argues that the city's policy of targeting particular areas of the city, including Khan's property, for "accelerated enforcement" of garbage violations is arbitrary and capricious in light of citywide garbage-disposal problems. But city ordinances authorize the city engineer to craft supplemental policies "as may be deemed necessary for the collection and disposal of solid waste." M.C.O. § 225.570 (2013); *see* M.C.O. § 225.690 (2013). Khan identifies no authority barring the city from prioritizing particular areas for garbage-disposal-enforcement efforts, and he is not entitled to relief from them. *See Schoepke v. Alexander Smith & Sons Carpet Co.*, 290 Minn. 518, 519-20, 187 N.W.2d 133, 135 (1971) ("An assignment of error based on mere assertion and not supported by any argument or authorities in appellant's brief is waived and will not be considered on appeal unless prejudicial error is obvious on mere inspection.").

## III.

No person shall be deprived of property without due process of law.  Minn. Const. art. I, § 7.   When a city council "acts in a quasi-judicial capacity, basic rights of procedural due process require reasonable notice of hearing and a reasonable opportunity to be heard; but such hearing does not invoke the full panoply of procedures required in regular judicial proceedings." *Kletschka v. Le Sueur Cnty. Bd. of Comm'rs*, 277 N.W.2d 404, 405 (Minn. 1979).  "Due process requires only that the method of notice . . . be reasonably calculated to reach the intended party." *State v. Green*, 351 N.W.2d 42, 43-44 (Minn. App. 1984) (citing *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 70 S. Ct. 652 (1949)).  Mailing a true copy of the notice to a party's last known address is sufficient even without an actual receipt of the notice. *Id.* at 44.

Each time the city abated a garbage nuisance on the property, the city notified Khan of the nuisance by the placement of a blue tag on the property's garbage containers. Khan also received follow-up letters in December 2013 for each abatement.  The city provided notice that Khan's property was the subject of several nuisance abatements and that any further nuisance conditions could lead to the revocation of his rental-dwelling license for the property.  The city also provided a notice of revocation and the right to appeal to Khan.  While the record contains no evidence that Khan received notice of the hearings before the committee or the city council, Khan makes no claim that he did not receive such notice.  Khan was provided adequate notice of the recurring violations, the possibility of an additional violation leading to rental-dwelling license revocation, the recommendation to revoke, and the right to appeal.

Due process also requires an "orderly proceeding," which provided Khan with "an opportunity to be heard to defend, enforce, and protect his rights . . . ." *See State ex rel. Barber Asphalt Paving Co. v. Dist. Court of St. Louis Cnty.*, 90 Minn. 457, 462, 97 N.W. 132, 134 (1903).   After Khan appealed the license-revocation recommendation, M.C.O. § 244.1960 (2013) required that a hearing be conducted before an administrative hearing officer who, after hearing all permitted relevant evidence and argument, was required to make findings and a recommendation to the city council.   Khan was given the opportunity to present evidence and argument at the hearing prior to the administrative hearing officer issuing his recommendation.   Khan was also provided with the opportunity to be heard at a subsequent hearing before the community development and regulatory services committee.   Although the committee was not permitted to take new evidence, *see* M.C.O. § 244.1960(e), it permitted Khan to once again make arguments. Thus, the committee provided Khan the opportunity to be heard and to defend, enforce, and protect his rights.

The city gave Khan repeated notice of violations, the possibility of revocation for noncompliance, the recommendation to revoke, and the right of appeal.   Khan also participated in two separate hearings where he had the opportunity to defend, enforce, and protect his rights.   Therefore, because adequate due process was provided, Khan is not entitled to relief.

**Affirmed.**

**EDWARD F. ROONEY**
ATTORNEY AT LAW
100 NORTH SIXTH STREET, SUITE 550A
MINNEAPOLIS, MINNESOTA 55403

PHONE: (612) 285-7621  •  FAX: (612) 285-7623
email: rooneylaw@visi.com

February 27, 2015

**VIA PERSONAL DELIVERY**

Regulatory Services
Minneapolis Housing Inspections
250 South 4th Street, Room 300
Minneapolis MN 55415

Re:    Proposed Revocation of Mahmood Khan Rental Dwelling Licenses

Dear Sir or Madam:

Mahmood Khan has retained me to represent him respecting the proposed revocation of rental dwelling licenses issued to him by the City of Minneapolis.  I am enclosing for filing with your office today Mr. Khan's completed Rental Dwelling License Revocation Appeals Application as well as a ~~money order~~ CREDIT CARD made payable to the Minneapolis Finance Department in the amount of $300.00 as the required fee for filing this appeal.

As I will be representing Mr. Khan throughout any appeal proceedings please notify me as to any further requirements or proceedings in this matter.

Thank you.

Sincerely,

Edward F. Rooney

Enclosure

cc:    Mahmood Khan (w/encl.)

335

## RENTAL DWELLING LICENSE REVOCATION
## APPEALS APPLICATION OF MAHMOOD KHAN

### PAGE 1

Any person wishing to file an appeal must prepare this form and submit this form along with a certified check or money order in the amount of $300.00, payable to the Minneapolis Finance Department as an appeal filing fee. Submit the appeal form and filing fee to:

District Manager
Minneapolis Housing Inspections
250 South 4th Street, Room 300
Minneapolis, MN 55415

Any appeal must be filed within 15 days of receipt of the notice of license or provisional license denial, non-renewal, revocation or suspension or the appeal will be denied.

You will be notified of the time and place of the appeals hearing. At the hearing you may be represented by an attorney if you so desire or you may represent yourself. You will have an opportunity to respond and to challenge the licensing action, to present witnesses and evidence under oath, and to cross-examine opposing witnesses under oath.

Date: **February 27, 2015**

I, Mahmood Khan, hereby appeal the City of Minneapolis' revocation of all of my

forty-three ( 43) rental dwelling licenses for the following reasons:

1.   The City's action constitutes an unconstitutional taking of my private property;

2.   The City's action is arbitrary, capricious and unjustified, and constitutes a gross violation of my due process rights;

3.   The City's action constitutes inverse condemnation;

4.   In revoking all of my rental dwelling licenses, the City has failed to consider the effect of such mass revocation on the availability of affordable private housing in Minneapolis;

5.   In revoking all of my rental dwelling licenses, the City has intentionally and greatly reduced affordable housing in Minneapolis, which has a disparate

## RENTAL DWELLING LICENSE REVOCATION
## APPEALS APPLICATION OF MAHMOOD KHAN

### PAGE 2

impact on protected classes of racial and ethnic minorities and the economically impoverished;

6.  The City's punitive action is grossly unfair to me and my tenants, as my second revocation -- and thus the revocation of all of my rental dwelling licenses -- was accomplished by citations for garbage in the alleyway area, most of which garbage was clearly dumped by people who were unable to pay for their garbage service;

7.  The City's revocation of all of my rental dwelling licenses -- 43 in number, accounting for 63 units -- will deprive approximately 400 low-income and minority adults and children of their private homes in Minneapolis, which has a vacancy rate of approximately two percent, and this is a violation of Title VIII of the Fair Housing Act;

8.  The City accepts federal monies to provide for housing and, as a condition of these monies, it must -- and consistently fails to -- ensure that it is doing nothing to unfairly deprive protected classes such as low-income persons and minorities of available affordable housing;

9.  The City ordinance allowing revocation of all rental dwelling licenses on account of the revocation of licenses for two dwellings – with no time limit identified between the two revocations – is unconstitutionally vague.

10. The City ordinance allowing revocation of all rental dwelling licenses account of the revocation of licenses for two dwellings – with no time limit identified between the two revocations -- is an unconstitutional denial of fair housing, and is not rationally related to the City's interest in providing fair housing or the City's requirement of an affirmative duty to further fair housing in exchange for receipt of federal monies for fair housing;

11. The City's disdain for low-income persons is revealed in its disdain for "low rent" landlords, and the implication that all residential landlords should charge high rents is a violation of the City's affirmative duty to further affordable and fair housing in exchange for receiving federal monies from the United States Department of Housing and Urban Development to further affordable housing;

12. In revoking all of my rental dwelling licenses on the slimmest of reasons and forcing some 400 low-income and minority persons from their homes while

## RENTAL DWELLING LICENSE REVOCATION
## APPEALS APPLICATION OF MAHMOOD KHAN

### PAGE 3

maintaining a 8-year, overflowing waiting list for Section 8 housing, the City is discriminating against adults and children in protected classes, which is a violation of Title VI of the Civil Rights Act of 1964.

13.   The City's revocation action also constitutes a violation of my equal protection rights under the 14th Amendment to the U.S. Constitution and Minnesota Constitution Article I, § 2 and Article X,§ 1, as I am known to be a devout Muslim whose reputation and character have been publicly disparaged by multiple City officials.

14.   The City's revocation action would constitute an unlawful denial of due process to one or more of the City's rental dwelling licensees, because at least one of the identified propreties is licensed to a licensee other than me.


**Property Addresses Subject to Revocation**: See property addresses identified in February 13, 2015 letter from City of Minneapolis to Mahmood Khan attached hereto.


_____

Mahmood Khan
2972 Old Highway 8
Roseville, MN 55113


Date:   February 27, 2015



# NOTICE OF REVOCATION
## OF RENTAL LICENSE OR PROVISIONAL LICENSE

**Minneapolis**
*City of Lakes*

**Department of Regulatory Services**

Nuria P. Rivera-Vandermyde
Director

**Housing Inspections**

250 South 4th Street – Room 400
Minneapolis, MN 55415-1316

| | |
|---|---|
| Office | (612) 673-3000 |
| Fax | (612) 673-3262 |
| TTY | (612) 673-2157 |

---

**Attention:** If you have any questions regarding this material please call 311

**Spanish - Atención.**
Si desea recibir asistencia gratuita para traducir esta información, llame al teléfono (612) 673-2700

**Somali - Ogow.**
Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac (612) 673-3500

**Hmong - Ceeb toom.**
Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu (612) 673-2800

**Sign Language Interpreter** –
612-673-3220
TTY: 612-673-2157

If you want help translating this information in any other language, call 612-673-3737

---

March 18, 2015

Mahmood Khan
2972 Old Hwy 8
Roseville, MN 55113

**Property Addresses:**
1800 LaSalle Av. Unit 104, 1827 Oliver Av. N. 2007 Russell Av. N. 2008 21st Av. N.
2116 25th Av. N. 2123 Oliver Av. N. 2126 Queen Av. N. 2135 4th St. N.
2223 Emerson Av. N. 2319 3rd St. N. 2325 James Av. N. 2401 Ilion Av. N.
2414 Bryant Av. N. 2600 Oliver Av. N. 2631 Newton Av. N. 2714 35th Av. N.
2714 Emerson Av. N. 2722 Oliver Av. N. 2813 Aldrich Av. N. 2906 Emerson Av. N.
3406 Penn Av. N. 3414 Emerson Av. N. 3557 Dupont Av. N. 4000 Dupont Av. N.
4010 Dupont Av. N. 4011 Dupont Av. N. 1604 27th Av. N. 410 30th Av. N.
310 Pierce St. NE. 315 Buchanan St. NE. 818 44th Av. N. 313 26th Av. N. 321 24th Av. N.
1614 22nd Av. N. 1621 22nd Av. N. 1607 Hillside Av. N. 1714 Oliver Av. N.
1611 Sheridan Av. N. 819 Sheridan Av. N. 1001 Logan Av. N. 1204 Knox Av. N.
1237 Knox Av. N.

This is to notify you that the above properties fail to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910 and 244.1940)

- ☐ (1) Required License fee not paid
- ☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
- ☐ (3) Rental dwelling unit(s) over occupied or illegally occupied
- ☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
- ☐ (5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish
- ☐ (6) Rental dwelling unit(s) are in a substandard condition
- ☐ (7) Licensee has not paid required reinspection fees
- ☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
- ☐ (9) Licensee has failed to maintain and keep written register of tenants
- ☐ (10) Licensee has failed to submit a building scheme
- ☐ (11) Property taxes delinquent or assessments for administrative citations
- ☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
- ☒ **(13) Owner/licensee/manager has had 2 or more licenses revoked. (previously sent)**
- ☐ (14) Licensee has adverse license action in progress
- ☐ (15) Rental License application is not current per section 244.1840
- ☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
- ☐ (18) Licensee allowed water shut for non-payment 244.1910(18)
- ☒ **(19) Other Cause – chapter 4, section 16 of the Charter**
- ☐ (20) Notice to tenant of pending foreclosure/cancellation of Contract for Deed
- ☐ (21) 2nd violation of letting/offering to let unlicensed rental
- ☐ (22) Property with Rental Dwelling Units of 2+ must provide Recycling Services.
- ☐ (23) The licensee or applicant shall not have unpaid fines or fees owing the City.

Documentation is attached which refers to the above checked standard(s) in violation.



Call **311**

*Minneapolis*

City Information and Services

www.ci.minneapolis.mn.us

Affirmative Action Employer

In addition, defects that create an imminent hazard to health or safety may be cause for the immediate denial, non-renewal, revocation, or suspension of the rental license or provisional license (Section 244.1940).

This licensing action is in addition to and does not supersede or preempt other legal actions that have previously begun.

We have on record that you have already appealed the previous revocation action and we are adding this licensing standard to our original revocation action notice.

If the City Council revokes the Rental License(s), the affected dwellings therein must be vacated, and shall not be re-occupied until a new license is granted by the City Council.

Sincerely,

Joann Velde
Deputy Director
Housing Inspections
612-673-5850

Enclosure

**NOTICE OF DIRECTOR'S DETERMINATION OF NONCOMPLIANCE**



**Minneapolis**
*City of Lakes*

**Department of
Regulatory Services**

Nuria P. Rivera-Vandermyde
Director

**Housing Inspections**

250 South 4th Street – Room 400
Minneapolis, MN 55415-1316

| | |
|---|---|
| Office | (612) 673-3000 |
| Fax | (612) 673-3262 |
| TTY | (612) 673-2157 |

**Attention:** If you have any questions regarding this material please call 311

**Spanish - Atención.**
Si desea recibir asistencia gratuita para traducir esta información, llame al teléfono (612) 673-2700

**Somali - Ogow.**
Haddii aad dooneyso in lagaa kaalmeeyo tarjamadda macluumaadkani oo lacag la' aan wac (612) 673-3500

**Hmong - Ceeb toom.**
Yog koj xav tau kev pab txhais cov xov no rau koj dawb, hu (612) 673-2800

**Sign Language Interpreter –**
612-673-3220
TTY: 612-673-2157

If you want help translating this information in any other language, call 612-673-3737



Call 311
City Information
and Services

www.ci.minneapolis.mn.us

Affirmative Action Employer

March 6, 2015

Mahmood Khan
2972 Old Hwy 8
Roseville, MN  55113

Edward F. Rooney
Attorney at Law
100 N. 6th St.- Suite 550A
Minneapolis, MN  55403

**Property Addresses:**
1800 LaSalle Av. Unit 104, 1827 Oliver Av. N. 2007 Russell Av. N. 2008 21st Av. N. 2116 25th Av. N. 2123 Oliver Av. N. 2126 Queen Av. N. 2135 4th St. N. 2223 Emerson Av. N. 2319 3rd St. N. 2325 James Av. N. 2401 Ilion Av. N. 2414 Bryant Av. N. 2600 Oliver Av. N. 2631 Newton Av. N. 2714 35th Av. N. 2714 Emerson Av. N. 2722 Oliver Av. N. 2813 Aldrich Av. N. 2906 Emerson Av. N. 3406 Penn Av. N. 3414 Emerson Av. N. 3557 Dupont Av. N. 4000 Dupont Av. N. 4010 Dupont Av. N. 4011 Dupont Av. N. ~~3238 Bryant Av. N.~~ 1604 27th Av. N. 410 30th Av. N. 310 Pierce St. NE. 315 Buchanan St. NE. 818 44th Av. N. 313 26th Av. N. 321 24th Av. N. 1614 22nd Av. N. 1621 22nd Av. N. 1607 Hillside Av. N. 1714 Oliver Av. N. 1611 Sheridan Av. N. 819 Sheridan Av. N. 1001 Logan Av. N. 1204 Knox Av. N. 1237 Knox Av. N.

This is to notify you that the above property fails to meet one or more of the rental licensing standards below:  (Minneapolis Code of Ordinances 244.1910, and/or 244.1930, 244.1840)

- ☐ (1) Required License fee not paid
- ☐ (2) Rental dwelling units exceed maximum number allowed by Zoning
- ☐ (3) Rental dwelling unit(s) over occupied or illegally occupied
- ☐ (4) Rental dwelling unit(s) used or converted to rooming units in violation of Zoning Code
- ☐ (5) Repeated accumulation of weeds, vegetation, junk, debris, or rubbish
- ☐ (6) Rental dwelling unit(s) are in a substandard condition
- ☐ (7) Licensee has not paid required reinspection fees
- ☐ (8) Licensee has not allowed required inspection of unit(s) MCO 244.2000(c)
- ☐ (9) Licensee has failed to maintain and keep written register of tenants
- ☐ (10) Licensee has failed to submit a building scheme
- ☐ (11) Property taxes delinquent or assessments for administrative citations
- ☐ (12) Responsible party has bench warrant(s) pursuant to the Housing/Zoning Code
- ☐ (13) Owner/licensee/manager has had 2 or more licenses revoked.
- ☐ (14) Licensee has adverse license action in progress
- ☐ (15) Rental License application is not current per section 244.1840
- ☐ (17) Licensee failed to obtain required permits MN Rule CH 1300.0120
- ☐ (18) Licensee allowed water shut for non-payment 244.1910(18)
- ☒ **(19) Other Cause – chapter 4, section 16 of the Charter**
- ☐ (20) Notice to tenant of pending foreclosure/cancellation of Contract for Deed
- ☐ (21) 2nd violation of letting/offering to let unlicensed rental
- ☐ (22) Owner of a 2 or more unit rental property must provide for recycling services
- ☐ (23) The licensee or applicant shall not have unpaid fines or fees owing the City.

A license proceeding has been commenced against you because the building has been found to be in violation of the housing maintenance code. You have 10 days to bring the building into compliance. Hazards may need to be corrected sooner. After this date the City Council may proceed to deny, revoke, or suspend the rental dwelling license for the building. If the City Council denies, revokes, or suspends the license, the affected dwellings therein must be vacated and shall not be re-occupied until a new license is granted by the City Council.

Sincerely,

*[signature]*

341

Kathy Zierke, Administrative Analyst II, 612-673-5846

# 4011 Dupont Avenue North

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 52 |
| Administrative Citations Issued | 3 |
| **Site Visits** | **106** |

## Violations

| | |
|---|---|
| Housing Interior | 24 |
| Housing Exterior | 17 |
| Housing Environmental | 4 |
| Housing Zoning | 9 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 4 |
| Housing Occupancy | 0 |
| Housing Utility | 3 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 15 |
| Grass & Shrubs | 11 |

| | |
|---|---|
| **Total Violations** | **93** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 6/7/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

## Parcel Information

APN - 0402924130011

Dwelling Units - 1

Ward 4

Neighborhood - Webber-Camden

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 1 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 4 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2007 Russell Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 50 |
| Administrative Citations Issued | 5 |
| **Site Visits** | **87** |

| Ownership Information | |
|---|---|
| Ownership Date | 11/1/2008 |
| RLIC Issued | 11/20/2008 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 18 |
| Housing Exterior | 23 |
| Housing Environmental | 4 |
| Housing Zoning | 4 |
| Housing Plumbing | 5 |
| Housing Heating | 2 |
| Housing Electrical | 1 |
| Housing Rental License | 2 |
| Housing Building Security | 2 |
| Housing Fire | 5 |
| Housing Occupancy | 2 |
| Housing Utility | 6 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 11 |
| Grass & Shrubs | 5 |
| | |
| **Total Violations** | **90** |

| Parcel Information |
|---|
| APN - 1702924140074 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 4 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 1607 Hillside Avenue North

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 48 |
| Administrative Citations Issued | 5 |
| **Site Visits** | **78** |

## Violations

| | |
|---|---|
| Housing Interior | 27 |
| Housing Exterior | 28 |
| Housing Environmental | 2 |
| Housing Zoning | 1 |
| Housing Plumbing | 3 |
| Housing Heating | 2 |
| Housing Electrical | 2 |
| Housing Rental License | 4 |
| Housing Building Security | 3 |
| Housing Fire | 5 |
| Housing Occupancy | 0 |
| Housing Utility | 3 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 13 |
| Grass & Shrubs | 20 |

| | |
|---|---|
| **Total Violations** | **113** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 4/3/2009 |
| RLIC Issued | 4/2/2010 |
| RLIC Status | Approved |

## Parcel Information

APN - 1602924240097

Dwelling Units - 1

Ward 5

Neighborhood - Jordan

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 1 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 4 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 2 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 2 |
| UPWR (Unpermitted Work) | 2 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 4010 Dupont Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
| --- | --- |
| RFS (Request for Service) | 37 |
| Administrative Citations Issued | 2 |
| **Site Visits** | **73** |

| Violations | |
| --- | --- |
| Housing Interior | 40 |
| Housing Exterior | 24 |
| Housing Environmental | 2 |
| Housing Zoning | 3 |
| Housing Plumbing | 11 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 4 |
| Housing Fire | 5 |
| Housing Occupancy | 1 |
| Housing Utility | 0 |

| **Housing Nuisance Violations** | |
| --- | --- |
| Rubbish | 7 |
| Grass & Shrubs | 6 |

| **Total Violations** | **105** |
| --- | --- |

| Ownership Information | |
| --- | --- |
| Ownership Date | 6/23/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

| Parcel Information |
| --- |
| APN - 0402924140161 |
| Dwelling Units - 2 |
| Ward 4 |
| Neighborhood - Webber-Camden |

| Dirty Collection Point (2 Yrs) | |
| --- | --- |
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 4 |

| Directors Determination of Non-Compliance | |
| --- | --- |
| Letters Sent | 1 |

| Flag Information | |
| --- | --- |
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 1 |
| Abate List (Nuisance Abatement) | X |

## 4000 Dupont Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 31 |
| Administrative Citations Issued | 6 |
| **Site Visits** | **66** |

| Violations | |
|---|---|
| Housing Interior | 7 |
| Housing Exterior | 17 |
| Housing Environmental | 2 |
| Housing Zoning | 4 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 4 |
| Housing Building Security | 0 |
| Housing Fire | 3 |
| Housing Occupancy | 1 |
| Housing Utility | 4 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 5 |
| Grass & Shrubs | 7 |

| **Total Violations** | **59** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 12/3/2010 |
| RLIC Issued | 12/29/2010 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 0402924140159 |
| Dwelling Units - 1 |
| Ward 4 |
| Neighborhood - Webber-Camden |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 3414 Emerson Avenue North
### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 29 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **63** |

### Violations

| | |
|---|---|
| Housing Interior | 28 |
| Housing Exterior | 27 |
| Housing Environmental | 3 |
| Housing Zoning | 2 |
| Housing Plumbing | 5 |
| Housing Heating | 2 |
| Housing Electrical | 4 |
| Housing Rental License | 2 |
| Housing Building Security | 3 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 4 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 6 |

**Total Violations** **95**

### Ownership Information

| | |
|---|---|
| Ownership Date | 7/15/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

### Parcel Information

APN - 0902924120224
Dwelling Units - 2
Ward 4
Neighborhood - Folwell

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 3 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 2 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 3557 Dupont Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 38 |
| Administrative Citations Issued | 8 |
| **Site Visits** | **61** |

| Ownership Information | |
|---|---|
| Ownership Date | 1/15/2011 |
| RLIC Issued | 2/15/2011 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 20 |
| Housing Exterior | 21 |
| Housing Environmental | 6 |
| Housing Zoning | 0 |
| Housing Plumbing | 4 |
| Housing Heating | 1 |
| Housing Electrical | 3 |
| Housing Rental License | 1 |
| Housing Building Security | 1 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 6 |

| **Total Violations** | **73** |
|---|---|

| Parcel Information |
|---|
| APN - 0902924120119 |
| Dwelling Units - 1 |
| Ward 4 |
| Neighborhood - Folwell |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 5 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2008 21st Avenue North
## History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 37 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **56** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 9/26/2008 |
| RLIC Issued | 11/20/2008 |
| RLIC Status | Approved |

## Violations

| | |
|---|---|
| Housing Interior | 56 |
| Housing Exterior | 37 |
| Housing Environmental | 2 |
| Housing Zoning | 0 |
| Housing Plumbing | 11 |
| Housing Heating | 5 |
| Housing Electrical | 8 |
| Housing Rental License | 2 |
| Housing Building Security | 5 |
| Housing Fire | 11 |
| Housing Occupancy | 0 |
| Housing Utility | 4 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 12 |
| Grass & Shrubs | 2 |

**Total Violations** **155**

## Parcel Information

APN - 1602924230106
Dwelling Units - 1
Ward 5
Neighborhood - Willard-Hay

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 1 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 2 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 3 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2906 Emerson Avenue North

**History from Ownership - Mahmood Khan**

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 28 |
| Administrative Citations Issued | 6 |
| **Site Visits** | **54** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 5/22/2009 |
| RLIC Issued | 5/11/2011 |
| RLIC Status | Approved |

## Violations

| | |
|---|---|
| Housing Interior | 38 |
| Housing Exterior | 17 |
| Housing Environmental | 3 |
| Housing Zoning | 4 |
| Housing Plumbing | 5 |
| Housing Heating | 1 |
| Housing Electrical | 7 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 5 |
| Housing Occupancy | 1 |
| Housing Utility | 4 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 13 |
| Grass & Shrubs | 2 |

| | |
|---|---|
| **Total Violations** | **100** |

## Parcel Information

APN - 0902924420177

Dwelling Units - 2

Ward 5

Neighborhood - Hawthorne

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 2 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 3 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2123 Oliver Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 33 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **52** |

| Violations | |
|---|---|
| Housing Interior | 37 |
| Housing Exterior | 46 |
| Housing Environmental | 4 |
| Housing Zoning | 1 |
| Housing Plumbing | 9 |
| Housing Heating | 4 |
| Housing Electrical | 3 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 8 |
| Housing Occupancy | 3 |
| Housing Utility | 6 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 4 |

| **Total Violations** | **129** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 8/20/2008 |
| RLIC Issued | 9/11/2008 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1602924230072 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 2 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 1 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | 1 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2631 Newton Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 26 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **51** |

| Ownership Information | |
|---|---|
| Ownership Date | 3/6/2009 |
| RLIC Issued | 4/22/2009 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 16 |
| Housing Exterior | 19 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 1 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 1 |
| Housing Building Security | 1 |
| Housing Fire | 5 |
| Housing Occupancy | 0 |
| Housing Utility | 4 |

| **Housing Nuisance Violations** | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 6 |

| **Total Violations** | **65** |
|---|---|

| Parcel Information |
|---|
| APN - 0902924330131 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 819 Sheridan Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 28 |
| Administrative Citations Issued | 6 |
| **Site Visits** | **48** |

| Violations | |
|---|---|
| Housing Interior | 23 |
| Housing Exterior | 18 |
| Housing Environmental | 3 |
| Housing Zoning | 1 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 6 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 4 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 7 |

| **Total Violations** | **75** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 3/30/2009 |
| RLIC Issued | 9/18/2009 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 2002924140040 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 7 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 3 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

# 2116 25th Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 30 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **47** |

| Ownership Information | |
|---|---|
| Ownership Date | 6/18/2008 |
| RLIC Issued | 11/20/2008 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 15 |
| Housing Exterior | 12 |
| Housing Environmental | 2 |
| Housing Zoning | 0 |
| Housing Plumbing | 5 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 2 |
| Housing Occupancy | 1 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 18 |
| Grass & Shrubs | 14 |
| **Total Violations** | **70** |

| Parcel Information |
|---|
| APN - 1602924220042 |
| Dwelling Units - 2 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 4 |
| Billed Clean-Ups | 2 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 313 26th Avenue North
## History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 24 |
| Administrative Citations Issued | 3 |
| **Site Visits** | **47** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 6/23/2010 |
| RLIC Issued | 7/1/2010 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 19 |
| Housing Exterior | 3 |
| Housing Environmental | 1 |
| Housing Zoning | 2 |
| Housing Plumbing | 4 |
| Housing Heating | 2 |
| Housing Electrical | 1 |
| Housing Rental License | 3 |
| Housing Building Security | 1 |
| Housing Fire | 4 |
| Housing Occupancy | 0 |
| Housing Utility | 4 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 1 |
| Grass & Shrubs | 7 |

| | |
|---|---|
| **Total Violations** | **52** |

### Parcel Information

APN - 1502924220087

Dwelling Units - 1

Ward 5

Neighborhood - Hawthorne

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 1 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 3 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2126 Queen Avenue North

### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 24 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **47** |

### Violations

| | |
|---|---|
| Housing Interior | 3 |
| Housing Exterior | 2 |
| Housing Environmental | 12 |
| Housing Zoning | 2 |
| Housing Plumbing | 1 |
| Housing Heating | 2 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 5 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 7 |
| Grass & Shrubs | 0 |

| | |
|---|---|
| **Total Violations** | **35** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 6/26/2008 |
| RLIC Issued | 9/11/2008 |
| RLIC Status | Approved |

### Parcel Information

APN - 1702924140220
Dwelling Units - 1
Ward 5
Neighborhood - Willard-Hay

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 1 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 1 |
| Abate List (Nuisance Abatement) | 0 |

## 2135 4th Street North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 28 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **47** |

| Ownership Information | |
|---|---|
| Ownership Date | 6/7/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 26 |
| Housing Exterior | 13 |
| Housing Environmental | 3 |
| Housing Zoning | 1 |
| Housing Plumbing | 6 |
| Housing Heating | 1 |
| Housing Electrical | 5 |
| Housing Rental License | 0 |
| Housing Building Security | 3 |
| Housing Fire | 5 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 11 |
| Grass & Shrubs | 3 |
| | |
| **Total Violations** | **77** |

| Parcel Information |
|---|
| APN - 1502924230086 |
| Dwelling Units - 2 |
| Ward 5 |
| Neighborhood - Hawthorne |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 2 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2722 Oliver Avenue North

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 28 |
| Administrative Citations Issued | 4 |
| **Site Visits** | **45** |

## Violations

| | |
|---|---|
| Housing Interior | 19 |
| Housing Exterior | 14 |
| Housing Environmental | 5 |
| Housing Zoning | 0 |
| Housing Plumbing | 2 |
| Housing Heating | 3 |
| Housing Electrical | 4 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 5 |
| Housing Occupancy | 1 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 5 |
| **Total Violations** | **67** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 5/22/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

## Parcel Information

APN - 0902924330095

Dwelling Units - 1

Ward 5

Neighborhood - Jordan

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 0 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 2 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 1 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 2 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

# 1611 Sheridan Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 27 |
| Administrative Citations Issued | 2 |
| **Site Visits** | **44** |

| Ownership Information | |
|---|---|
| Ownership Date | 12/8/2008 |
| RLIC Issued | 12/23/2008 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 16 |
| Housing Exterior | 20 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 3 |
| Housing Heating | 0 |
| Housing Electrical | 5 |
| Housing Rental License | 1 |
| Housing Building Security | 1 |
| Housing Fire | 5 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

| **Housing Nuisance Violations** | |
|---|---|
| Rubbish | 4 |
| Grass & Shrubs | 8 |

| **Total Violations** | **42** |
|---|---|

| Parcel Information |
|---|
| APN - 1702924410153 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 6 |
| Billed Clean-Ups | 3 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 3 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 410 30th Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 22 |
| Administrative Citations Issued | 6 |
| **Site Visits** | **43** |

| Ownership Information | |
|---|---|
| Ownership Date | 11/19/2008 |
| RLIC Issued | 12/8/2008 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 15 |
| Housing Exterior | 15 |
| Housing Environmental | 1 |
| Housing Zoning | 2 |
| Housing Plumbing | 5 |
| Housing Heating | 0 |
| Housing Electrical | 2 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 0 |
| Housing Occupancy | 1 |
| Housing Utility | 4 |

| Parcel Information |
|---|
| APN - 1002924320067 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Hawthorne |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 3 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 6 |

| **Total Violations** | **55** |
|---|---|

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 2813 Aldrich Avenue North

### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 21 |
| Administrative Citations Issued | 2 |
| **Site Visits** | **41** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 6/25/2009 |
| RLIC Issued | 1/21/2010 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 31 |
| Housing Exterior | 9 |
| Housing Environmental | 3 |
| Housing Zoning | 0 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 2 |
| Housing Rental License | 0 |
| Housing Building Security | 2 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 5 |
| Grass & Shrubs | 6 |

| | |
|---|---|
| **Total Violations** | **63** |

### Parcel Information

APN - 0902924440103

Dwelling Units - 2

Ward 5

Neighborhood - Hawthorne

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 2 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 1 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 2319 3rd Street North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 26 |
| Administrative Citations Issued | 5 |
| **Site Visits** | **41** |

| Violations | |
|---|---|
| Housing Interior | 18 |
| Housing Exterior | 16 |
| Housing Environmental | 3 |
| Housing Zoning | 1 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 6 |
| Grass & Shrubs | 4 |

| **Total Violations** | **53** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 11/9/2011 |
| RLIC Issued | 11/9/2011 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1502924220005 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Hawthorne |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 6 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 4 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 2 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 1 |
| Abate List (Nuisance Abatement) | X |

## 2401 Ilion Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 19 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **39** |

| Violations | |
|---|---|
| Housing Interior | 21 |
| Housing Exterior | 16 |
| Housing Environmental | 3 |
| Housing Zoning | 2 |
| Housing Plumbing | 2 |
| Housing Heating | 3 |
| Housing Electrical | 4 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 2 |
| Housing Occupancy | 0 |
| Housing Utility | 4 |

| **Housing Nuisance Violations** | |
|---|---|
| Rubbish | 4 |
| Grass & Shrubs | 2 |

| **Total Violations** | **57** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 10/3/2011 |
| RLIC Issued | 10/12/2011 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1602924210095 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 3 |
| Billed Clean-Ups | 3 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 3406 Penn Avenue North

## History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 23 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **39** |

| Ownership Information | |
|---|---|
| Ownership Date | 4/1/2011 |
| RLIC Issued | 4/21/2011 |
| RLIC Status | Provisional |

| Violations | |
|---|---|
| Housing Interior | 8 |
| Housing Exterior | 12 |
| Housing Environmental | 6 |
| Housing Zoning | 0 |
| Housing Plumbing | 1 |
| Housing Heating | 2 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 2 |
| Housing Occupancy | 0 |
| Housing Utility | 5 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 7 |
| Grass & Shrubs | 5 |
| | |
| **Total Violations** | **38** |

| Parcel Information |
|---|
| APN - 0902924220107 |
| Dwelling Units - 1 |
| Ward 4 |
| Neighborhood - Folwell |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2414 Bryant Avenue North

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 21 |
| Administrative Citations Issued | 2 |
| **Site Visits** | **38** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 1/5/2009 |
| RLIC Issued | 9/18/2009 |
| RLIC Status | Approved |

## Violations

| | |
|---|---|
| Housing Interior | 9 |
| Housing Exterior | 11 |
| Housing Environmental | 6 |
| Housing Zoning | 4 |
| Housing Plumbing | 1 |
| Housing Heating | 0 |
| Housing Electrical | 3 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

## Parcel Information

APN - 1602924110088

Dwelling Units - 2

Ward 5

Neighborhood - Hawthorne

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

### Housing Nuisance Violations

| | |
|---|---|
| Rubbish | 7 |
| Grass & Shrubs | 1 |
| **Total Violations** | **35** |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 2 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 1604  27th Avenue North

### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 26 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **38** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 6/27/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 27 |
| Housing Exterior | 16 |
| Housing Environmental | 1 |
| Housing Zoning | 2 |
| Housing Plumbing | 2 |
| Housing Heating | 1 |
| Housing Electrical | 3 |
| Housing Rental License | 0 |
| Housing Building Security | 3 |
| Housing Fire | 4 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 8 |
| Grass & Shrubs | 7 |

| | |
|---|---|
| **Total Violations** | **75** |

### Parcel Information

APN - 0902924340243

Dwelling Units - 2

Ward 5

Neighborhood - Jordan

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2325 James Avenue North
## History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 19 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **36** |

## Violations

| | |
|---|---|
| Housing Interior | 17 |
| Housing Exterior | 11 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 6 |
| Housing Heating | 2 |
| Housing Electrical | 1 |
| Housing Rental License | 3 |
| Housing Building Security | 5 |
| Housing Fire | 6 |
| Housing Occupancy | 0 |
| Housing Utilities | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 5 |

| | |
|---|---|
| **Total Violations** | **61** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 4/2/2010 |
| RLIC Issued | 4/16/2010 |
| RLIC Status | Approved |

## Parcel Information

APN - 1602924220123

Dwelling Units - 2

Ward 5

Neighborhood - Jordan

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 3 |
| Billed Clean-Ups | 1 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 1 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 321 24th Avenue North
### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 20 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **35** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 7/29/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 3 |
| Housing Exterior | 6 |
| Housing Environmental | 0 |
| Housing Zoning | 1 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 2 |
| Grass & Shrubs | 12 |

**Total Violations** **25**

### Parcel Information

APN - 1502924220211

Dwelling Units - 1

Ward 5

Neighborhood - Hawthorne

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 1 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 2714 35th Avenue North

## History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 20 |
| Administrative Citations Issued | 11 |
| **Site Visits** | **34** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 9/21/2011 |
| RLIC Issued | 9/23/2011 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 22 |
| Housing Exterior | 18 |
| Housing Environmental | 1 |
| Housing Zoning | 0 |
| Housing Plumbing | 6 |
| Housing Heating | 1 |
| Housing Electrical | 5 |
| Housing Rental License | 1 |
| Housing Building Security | 2 |
| Housing Fire | 3 |
| Housing Occupancy | 1 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 6 |
| Grass & Shrubs | 5 |

**Total Violations** **72**

### Parcel Information

APN - 0802924120058

Dwelling Units - 1

Ward 4

Neighborhood - Cleveland

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 1 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 4 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2714 Emerson Avenue North
### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 26 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **34** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 8/19/2008 |
| RLIC Issued | 2/26/2010 |
| RLIC Status | Approved |

### Violations

| | |
|---|---|
| Housing Interior | 38 |
| Housing Exterior | 27 |
| Housing Environmental | 3 |
| Housing Zoning | 2 |
| Housing Plumbing | 4 |
| Housing Heating | 3 |
| Housing Electrical | 5 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 2 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

### Parcel Information

APN - 0902924430245
Dwelling Units - 2
Ward 5
Neighborhood - Hawthorne

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 1 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 8 |

**Total Violations** **96**

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 2223 Emerson Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
| --- | --- |
| RFS (Request for Service) | 16 |
| Administrative Citations Issued | 3 |
| **Site Visits** | **30** |

| Violations | |
| --- | --- |
| Housing Interior | 6 |
| Housing Exterior | 7 |
| Housing Environmental | 2 |
| Housing Zoning | 0 |
| Housing Plumbing | 4 |
| Housing Heating | 3 |
| Housing Electrical | 1 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 3 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
| --- | --- |
| Rubbish | 2 |
| Grass & Shrubs | 4 |
| **Total Violations** | **34** |

| Ownership Information | |
| --- | --- |
| Ownership Date | 5/28/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

| Parcel Information |
| --- |
| APN - 1602924120100 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
| --- | --- |
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
| --- | --- |
| Letters Sent | 3 |

| Flag Information | |
| --- | --- |
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 1237 Knox Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 19 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **30** |

| Violations | |
|---|---|
| Housing Interior | 0 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 1 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 2 |
| Grass & Shrubs | 1 |

| **Total Violations** | **5** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 3/4/2011 |
| RLIC Issued | 4/27/2012 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 2102924210112 |
| Dwelling Units - 2 |
| Ward 5 |
| Neighborhood - Near North |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 5 |
| Billed Clean-Ups | 2 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 2 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 2600 Oliver Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 13 |
| Administrative Citations Issued | 3 |
| **Site Visits** | **25** |

| Ownership Information | |
|---|---|
| Ownership Date | 7/20/2010 |
| RLIC Issued | 7/23/2010 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 15 |
| Housing Exterior | 12 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 1 |
| Housing Heating | 2 |
| Housing Electrical | 4 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 3 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 4 |
| Grass & Shrubs | 3 |

| **Total Violations** | **48** |
|---|---|

| Parcel Information |
|---|
| APN - 0902924330202 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 818 44th Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 14 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **25** |

| Violations | |
|---|---|
| Housing Interior | 7 |
| Housing Exterior | 20 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 2 |
| Housing Heating | 0 |
| Housing Electrical | 1 |
| Housing Rental License | 1 |
| Housing Building Security | 1 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 3 |

| **Total Violations** | **42** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 9/29/2008 |
| RLIC Issued | 11/20/2008 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1311821210017 |
| Dwelling Units - 2 |
| Ward 4 |
| Neighborhood - Lind Bohanan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 3 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

# 1001 Logan Avenue North

## History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 21 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **24** |

### Violations

| | |
|---|---|
| Housing Interior | 21 |
| Housing Exterior | 5 |
| Housing Environmental | 1 |
| Housing Zoning | 0 |
| Housing Plumbing | 1 |
| Housing Heating | 2 |
| Housing Electrical | 5 |
| Housing Rental License | 2 |
| Housing Building Security | 2 |
| Housing Fire | 2 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 4 |
| Grass & Shrubs | 5 |

| | |
|---|---|
| **Total Violations** | **51** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 10/10/2008 |
| RLIC Issued | 4/22/2010 |
| RLIC Status | Approved |

### Parcel Information

APN - 21029242200
Dwelling Units - 2
Ward 5
Neighborhood - Near North

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 2 |
| Billed Clean-Ups | 0 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 2 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 1614 22nd Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 14 |
| Administrative Citations Issued | 5 |
| **Site Visits** | **22** |

| Violations | |
|---|---|
| Housing Interior | 6 |
| Housing Exterior | 9 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 2 |
| Housing Heating | 2 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 0 |
| Housing Occupancy | 2 |
| Housing Utility | 2 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 3 |
| Grass & Shrubs | 2 |

| **Total Violations** | **30** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 9/30/2011 |
| RLIC Issued | 10/12/2011 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1602924210164 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 4 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 1621 22nd Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 13 |
| Administrative Citations Issued | 2 |
| **Site Visits** | **21** |

| Violations | |
|---|---|
| Housing Interior | 11 |
| Housing Exterior | 10 |
| Housing Environmental | 1 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 1 |
| Grass & Shrubs | 2 |

| **Total Violations** | **26** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 6/1/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

| Parcel Information |
|---|
| APN - 1602924210190 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 1 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

# 1714 Oliver Avenue North

## History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 15 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **20** |

## Violations

| | |
|---|---|
| Housing Interior | 10 |
| Housing Exterior | 9 |
| Housing Environmental | 1 |
| Housing Zoning | 0 |
| Housing Plumbing | 3 |
| Housing Heating | 1 |
| Housing Electrical | 1 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 2 |
| Housing Occupancy | 0 |
| Housing Utility | 2 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 2 |
| Grass & Shrubs | 5 |

| | |
|---|---|
| **Total Violations** | **36** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 5/30/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

## Parcel Information

APN - 1602924320032

Dwelling Units - 1

Ward 5

Neighborhood - Willard-Hay

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 7 |
| Billed Clean-Ups | 3 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 2 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Boarc | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 1827 Oliver Avenue North

### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 4 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **8** |

| Ownership Information | |
|---|---|
| Ownership Date | 11/21/2008 |
| RLIC Issued | 7/30/2009 |
| RLIC Status | Approved |

| Violations | |
|---|---|
| Housing Interior | 2 |
| Housing Exterior | 7 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |
| **Housing Nuisance Violations** | |
| Rubbish Orders Sent | 0 |
| Grass & Shrub Orders Sent | 0 |
| **Total Violations** | **11** |

| Parcel Information |
|---|
| APN - 1602924320074 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

## 1800 LaSalle Avenue Unit 104
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 0 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **0** |

| Ownership Information | |
|---|---|
| Ownership Date | 8/15/2006 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Provisional |

| Violations | |
|---|---|
| Housing Interior | 0 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 0 |
| Grass & Shrubs | 0 |

| **Total Violations** | **0** |
|---|---|

| Parcel Information | |
|---|---|

APN - 2702924340135

Dwelling Units - 1

Ward 7

Neighborhood - Stevens Square

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 0 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | 0 |

# 2501 Golden Valley Road

### History from Ownership - Mahmood Khan

| Inspection Information | |
| --- | --- |
| RFS (Request for Service) | 159 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **174** |

| Violations | |
| --- | --- |
| Housing Interior | 199 |
| Housing Exterior | 74 |
| Housing Environmental | 4 |
| Housing Zoning | 5 |
| Housing Plumbing | 33 |
| Housing Heating | 14 |
| Housing Electrical | 42 |
| Housing Rental License | 1 |
| Housing Building Security | 24 |
| Housing Fire | 76 |
| Housing Occupancy | 0 |
| Housing Utility | 2 |

| **Housing Nuisance Violations** | |
| --- | --- |
| Rubbish | 42 |
| Grass & Shrubs | 17 |

| **Total Violations** | **533** |
| --- | --- |

| Ownership Information | |
| --- | --- |
| Ownership Date | 12/1/2000 |

| Parcel Information |
| --- |
| APN - 1702924410118 |
| Dwelling Units - 11 |
| Ward 5 |
| Neighborhood - Willard-Hay |

| Dirty Collection Point (2 Yrs) | |
| --- | --- |
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
| --- | --- |
| Letters Sent | 0 |

| Flag Information | |
| --- | --- |
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | 2 |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | 1 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 3 |
| ILOC's (Illegal Occupancy) | |
| Resolved REVOCATIONS | |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | X |

## 4425 Aldrich Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 36 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **42** |

| Violations | |
|---|---|
| Housing Interior | 16 |
| Housing Exterior | 8 |
| Housing Environmental | 1 |
| Housing Zoning | 0 |
| Housing Plumbing | 5 |
| Housing Heating | 2 |
| Housing Electrical | 2 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 10 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 13 |
| Grass & Shrubs | 3 |
| | |
| **Total Violations** | **61** |

| Ownership Information | |
|---|---|
| Ownership Date | 7/25/2010 |

| Parcel Information |
|---|
| APN - 1311821210027 |
| Dwelling Units - Vacant Land |
| Ward 4 |
| Neighborhood - Lind-Bohanan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 1 |
| DIRORD (Directors Orders to Demolish) | |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | |
| Resolved REVOCATIONS | |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | X |

# 2714 4th Street North

## History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 23 |
| Administrative Citations Issued | 5 |
| **Site Visits** | **41** |

| Violations | |
|---|---|
| Housing Interior | 34 |
| Housing Exterior | 9 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 2 |
| Housing Heating | 1 |
| Housing Electrical | 2 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 6 |
| Housing Occupancy | 0 |
| Housing Utility | 3 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 5 |
| Grass & Shrubs | 8 |

| **Total Violations** | **73** |
|---|---|

| Ownership Information | |
|---|---|
| Ownership Date | 4/22/2010 |

| Parcel Information |
|---|
| APN - 1002924330023 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Hawthorne |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 2 |
| Billed Clean-Ups | 1 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 1 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 1 |
| PPU (Problem Properties Unit) | 2 |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | |
| REVOCATIONS | 1 |
| UPWR (Unpermitted Work) | |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | X |

# 2639 Oliver Avenue North

## History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 30 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **40** |

| Violations | |
|---|---|
| Housing Interior | 37 |
| Housing Exterior | 23 |
| Housing Environmental | 1 |
| Housing Zoning | 1 |
| Housing Plumbing | 2 |
| Housing Heating | 1 |
| Housing Electrical | 2 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 5 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 15 |
| Grass & Shrubs | 12 |
| | |
| **Total Violations** | **101** |

| Ownership Information | |
|---|---|
| Ownership Date | 7/1/2008 |

| Parcel Information |
|---|
| APN - 0902924330115 |
| Dwelling Units -Vacant Land |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | 1 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | |
| ILOC's (Illegal Occupancy) | |
| Resolved REVOCATIONS | |
| UPWR (Unpermitted Work) | |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | X |

## 3420 Chicago Avenue
### History from Ownership - Mahmood Khan

| Inspection Information | |
|---|---|
| RFS (Request for Service) | 15 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **31** |

| Ownership Information | |
|---|---|
| Ownership Date | 12/2/2011 |

| Violations | |
|---|---|
| Housing Interior | 1 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 2 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 19 |
| Grass & Shrubs | 2 |
| **Total Violations** | **24** |

| Parcel Information |
|---|
| APN - 0202824320020 |
| Dwelling Units - 5 |
| Ward 9 |
| Neighborhood - Central |

| Dirty Collection Point (2 Yrs) | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
|---|---|
| Letters Sent | 0 |

| Flag Information | |
|---|---|
| VBR (Vacant Building Registration) | |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | |
| LINT1/B (Letter of Intent to Condemn and/or Board) | |
| ILOC's (Illegal Occupancy) | |
| Resolved REVOCATIONS | |
| UPWR (Unpermitted Work) | |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | X |

# 1512 West Broadway

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 9 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **9** |

## Violations

| | |
|---|---|
| Housing Interior | 0 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 6 |
| Grass & Shrubs | 3 |

**Total Violations** **9**

## Ownership Information

| | |
|---|---|
| Ownership Date | 1/1/2005 |

## Parcel Information

APN - 1602924240132
Dwelling Units - Vacant Land
Ward 5
Neighborhood - Jordan

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | |
| LINT1/B (Letter of Intent to Condemn and/or Board) | |
| ILOC's (Illegal Occupancy) | |
| Resolved REVOCATIONS | |
| UPWR (Unpermitted Work) | |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | |

## 1900 - 26th Avenue North
### History from Ownership - Mahmood Khan

| Inspection Information | |
| --- | --- |
| RFS (Request for Service) | 1 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **1** |

| Ownership Information | |
| --- | --- |
| Ownership Date | 2/13/2014 |

| Violations | |
| --- | --- |
| Housing Interior | 0 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 0 |
| Grass & Shrubs | 0 |
| | |
| **Total Violations** | **0** |

| Parcel Information |
| --- |
| APN - 0902924330172 |
| Dwelling Units - 1 |
| Ward 5 |
| Neighborhood - Jordan |

| Dirty Collection Point (2 Yrs) | |
| --- | --- |
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
| --- | --- |
| Letters Sent | 0 |

| Flag Information |
| --- |
| VBR (Vacant Building Registration) |
| RESTAG (Restoration Agreement) |
| PPU (Problem Properties Unit) |
| CON1/B (Condemned and/or Boarded) |
| DIRORD (Directors Orders to Demolish) |
| LINT1/B (Letter of Intent to Condemn and/or Board) |
| ILOC's (Illegal Occupancy) |
| Resolved REVOCATIONS |
| UPWR (Unpermitted Work) |
| COP (Conduct on Premise) |
| Abate List (Nuisance Abatement) |

# 1800 LaSalle Avenue - Unit 202

### History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 0 |
| Administrative Citations Issued | 0 |
| **Site Visits** | **0** |

## Violations

| | |
|---|---|
| Housing Interior | 0 |
| Housing Exterior | 0 |
| Housing Environmental | 0 |
| Housing Zoning | 0 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 0 |
| Housing Fire | 0 |
| Housing Occupancy | 0 |
| Housing Utility | 0 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 0 |
| Grass & Shrubs | 0 |

| | |
|---|---|
| **Total Violations** | **0** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 3/24/2014 |
| RLIC Issued | |
| RLIC Status | |

## Parcel Information

APN - 2702924340139
Dwelling Units - 1
Ward 7
Neighborhood - Stevens Square

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 0 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | |
| RESTAG (Restoration Agreement) | |
| PPU (Problem Properties Unit) | |
| CON1/B (Condemned and/or Boarded) | |
| DIRORD (Directors Orders to Demolish) | |
| LINT1/B (Letter of Intent to Condemn and/or Board) | |
| ILOC's (Illegal Occupancy) | |
| REVOCATIONS/Denials | 1 |
| UPWR (Unpermitted Work) | |
| COP (Conduct on Premise) | |
| Abate List (Nuisance Abatement) | |

# Mahmood Khan PPU History

1. Property at 2501 Golden Valley Road was identified as Problem Property on July 15, 2004 for excessive Police Incidents and Housing Violations. Case was monitored, orders were issued and the file was closed due to compliance over time and finally closed on Dec. 21, 2006.

2. Property at 315 Buchanan St.NE. was referred to Problem Properties on November 17, 2010 for excessive Police Incidents and Housing Violations. Property was monitored and on Sept. 09, 2011 case was closed due to compliance.
   - This case was re-opened on Jan. 11, 2013 and has been an open case ever since.
   - Met with Mr. Khan on 09/06/12 to express City's concerns and expectations. At this meeting Mr. Khan introduced his properties Manager/contact Alex Eaton of EIG, who signed a management plan with Mr. Khan on 08/29/2012.

3. All Mr. Khan properties were designated as Problem Properties on 09/12/2012 and 09/13/2012 and was decided:
   - Two Lead Inspectors to be assigned to conduct inspections on all Mr. Khan's properties, but ten properties at a time
   - Police Incidents to be closely monitored by Police Officer assigned to Problem Properties

4. Properties in question issues were gradually resolved from 11/20/2012 to 02/06/2014

5. Mr. Khan's case was re-opened and met with Mr. Khan for the second time on 02/08/2013. At this meeting:
   - Inspections result and observations since Sept. 06, 2012 meeting were reviewed
   - Police Department Crime Prevention Specialist provided observations on Police issues
   - Mr. Khan responded to Inspections and CPS comments and indicated that EIG Property Management contract has been terminated as of Nov. 2012 due to un-met performance issues
   - Mr. Khan Agreed to work closely with the 4th Precinct CPS
   - Mr. Khan to learn about other land lords rental properties management best practices
   - Mr. Khan offered using property at 313 26th Ave.N. with fire damage as re-hab model to demonstrate his commitment to high quality rehabs. This offer never materialized
   - Problem Properties Inspectors to continue monitoring Mr. Khan's properties with the same frequency

- Inspectors to accommodate Mr. Khan's request for inspections as soon as repairs are completed
- Mr. Khan to strive to make use of licensed contractors

6. After inspecting and monitoring all of Mr. Khan's properties since Sept. 2012, there are three properties currently in Problem Properties as follows:

- 310 Pierce St. NE.
- 315 Buchanan St. NE.
- 1204 Knox Ave. N.

# 310 Pierce Street NE

## History from Ownership - Mahmood Khan

## Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 28 |
| Administrative Citations Issued | 17 |
| **Site Visits** | **59** |

## Ownership Information

| | |
|---|---|
| Ownership Date | 8/7/2008 |
| RLIC Issued | 8/7/2008 |
| RLIC Status | Approved |

## Violations

| | |
|---|---|
| Housing Interior | 12 |
| Housing Exterior | 18 |
| Housing Environmental | 6 |
| Housing Zoning | 7 |
| Housing Plumbing | 5 |
| Housing Heating | 1 |
| Housing Electrical | 4 |
| Housing Rental License | 0 |
| Housing Building Security | 1 |
| Housing Fire | 3 |
| Housing Occupancy | 0 |
| Housing Utility | 3 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 6 |
| Grass & Shrubs | 1 |

**Total Violations** **67**

## Parcel Information

APN - 1302924340070

Dwelling Units - 1

Ward 3

Neighborhood - Beltrami

## Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

## Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 3 |

## Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 1 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 1 |
| Abate List (Nuisance Abatement) | 0 |

## 1204 Knox Avenue North

### History from Ownership - Mahmood Khan

### Inspection Information

| | |
|---|---|
| RFS (Request for Service) | 22 |
| Administrative Citations Issued | 3 |
| **Site Visits** | **38** |

### Violations

| | |
|---|---|
| Housing Interior | 2 |
| Housing Exterior | 22 |
| Housing Environmental | 2 |
| Housing Zoning | 3 |
| Housing Plumbing | 0 |
| Housing Heating | 0 |
| Housing Electrical | 1 |
| Housing Rental License | 1 |
| Housing Building Security | 0 |
| Housing Fire | 1 |
| Housing Occupancy | 0 |
| Housing Utility | 1 |

**Housing Nuisance Violations**

| | |
|---|---|
| Rubbish | 4 |
| Grass & Shrubs | 6 |

| | |
|---|---|
| **Total Violations** | **43** |

### Ownership Information

| | |
|---|---|
| Ownership Date | 4/17/2009 |
| RLIC Issued | 1/21/2010 |
| RLIC Status | Approved |

### Parcel Information

APN - 2102924210073

Dwelling Units - 1

Ward 5

Neighborhood - Near North

### Dirty Collection Point (2 Yrs)

| | |
|---|---|
| Warning Letters Sent | 2 |
| Billed Clean-Ups | 2 |

### Directors Determination of Non-Compliance

| | |
|---|---|
| Letters Sent | 1 |

### Flag Information

| | |
|---|---|
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 1 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 1 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 1 |
| COP (Conduct on Premise) | 0 |
| Abate List (Nuisance Abatement) | X |

## 315 Buchanan Street NE
### History from Ownership - Mahmood Khan

| Inspection Information | |
| --- | --- |
| RFS (Request for Service) | 100 |
| Administrative Citations Issued | 1 |
| **Site Visits** | **116** |

| Ownership Information | |
| --- | --- |
| Ownership Date | 1/1/1997 |
| RLIC Issued | 10/1/1999 |
| RLIC Status | Approved |

| Violations | |
| --- | --- |
| Housing Interior | 57 |
| Housing Exterior | 10 |
| Housing Environmental | 0 |
| Housing Zoning | 3 |
| Housing Plumbing | 17 |
| Housing Heating | 9 |
| Housing Electrical | 0 |
| Housing Rental License | 0 |
| Housing Building Security | 12 |
| Housing Fire | 10 |
| Housing Occupancy | 1 |
| Housing Utility | 5 |
| | |
| **Housing Nuisance Violations** | |
| Rubbish | 12 |
| Grass & Shrubs | 1 |
| | |
| **Total Violations** | **137** |

| Parcel Information |
| --- |
| APN - 1302924340159 |
| Dwelling Units - 9 |
| Ward 3 |
| Neighborhood - Beltrami |

| Dirty Collection Point (2 Yrs) | |
| --- | --- |
| Warning Letters Sent | 0 |
| Billed Clean-Ups | 0 |

| Directors Determination of Non-Compliance | |
| --- | --- |
| Letters Sent | 0 |

| Flag Information | |
| --- | --- |
| VBR (Vacant Building Registration) | 0 |
| RESTAG (Restoration Agreement) | 0 |
| PPU (Problem Properties Unit) | 2 |
| CON1/B (Condemned and/or Boarded) | 0 |
| DIRORD (Directors Orders to Demolish) | 0 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 2 |
| ILOC's (Illegal Occupancy) | 0 |
| Resolved REVOCATIONS | 0 |
| UPWR (Unpermitted Work) | 0 |
| COP (Conduct on Premise) | 1 |
| Abate List (Nuisance Abatement) | 0 |

| Mahmood Khan Summary of Profile April 2015 | |
|---|---|
| **Property Characteristics** | **Total** |
| Total Properties | 50 |
| **Rental Status** | |
| Rental Properties | 42 |
| Non-Rental Properties | 8 |
| **Land-Use** | |
| Apartments | 3 |
| Single Family Dwelling | 29 |
| Duplex | 13 |
| Condo | 2 |
| Vacant Land | 3 |
| | |
| **Inspection Information** | |
| **Total Site Visits** | **2246** |
| **Total RFS (Request for Service)** | **1390** |
| **Total Ord. Violation Letters Sent** | **1016** |
| **Total Extension Letters Sent** | **37** |
| **Total Warning Letters  Sent** | **162** |
| **Letters of Intent to Condemn** | **73** |
| **Administrative Citations Issued** | **61** |
| **Total Violations** | **3550** |
| *Housing Interior* | *1077* |
| *Housing Exterior* | *758* |
| *Housing Environmental* | *111* |
| *Housing Zoning* | *75* |
| *Housing Plumbing* | *194* |
| *Housing Heating* | *82* |
| *Housing Electrical* | *147* |
| *Housing Rental License* | *35* |
| *Housing Building Security* | *83* |
| *Housing Fire* | *222* |
| *Housing Occupancy* | *15* |
| *Housing Utility* | *93* |
| | |
| **Abate List (Nuisance Abatement)** | 32 Properties on List |
| Rubbish Orders Sent | *357* |
| *City Contractor Abated* | *43* |
| Grass & Shrub Orders Sent | *258* |
| *City Contractor Abated* | *32* |
| | |
| **Flag Information** | |
| PPU (Problem Properties Unit) | 52 |
| CON1/B (Condemned and/or Boarded) | 2 |
| LINT1/B (Letter of Intent to Condemn and/or Board) | 28 |
| ILOC's (Illegal Occupancy) | 2 |
| UPWR (Unpermitted Work) | 14 |
| VBR (Vacant Building Registration) | 15 |
| RESTAG (Restoration Agreement) | 6 |
| DIRORD (Directors Orders to Demolish) | 2 |
| Resolved REVOCATIONS | 13 |
| COP (Conduct on Premise) | 5 |

394

244.1910. - Licensing standards.    (a) The following minimum standards and conditions shall be met in order to hold a rental dwelling license under this article. Failure to comply with any of these standards and conditions shall be adequate grounds for the denial, refusal to renew, revocation, or suspension of a rental dwelling license or provisional license, or for the imposition of reasonable conditions or restrictions upon such a license pursuant to section 259.165

(1)     The licensee or applicant shall have paid the required license fee.

(2)     Rental dwelling units shall not exceed the maximum number of dwelling units permitted by the Zoning Code.

(3)     No rental dwelling or rental dwelling unit shall be over occupied or illegally occupied in violation of the Zoning Code or the Housing Maintenance Code.

(4)     The rental dwelling shall not have been used or converted to rooming units in violation of the Zoning Code.

(5)     The owner shall not suffer or allow weeds, vegetation, junk, debris, or rubbish to accumulate repeatedly on the exterior of the premises so as to create a nuisance condition under section 227.90 of this Code. If the city is required to abate such nuisance conditions under section 227.100 or collect, gather up or haul solid waste under section 225.690 more than three (3) times under either or both sections during a period of twenty-four (24) months or less, it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license.

(6)     The rental dwelling or any rental dwelling unit therein shall not be in substandard condition, as defined in section 244.1920

(7)     The licensee or applicant shall have paid the required reinspection fees.

(8)     The licensee or his or her agent shall allow the director of inspections and his or her designated representative to perform a rental license review inspection as set forth in section 244.2000(c).

(9)     The licensee shall maintain a current register of all tenants and other persons with a lawful right of occupancy to a dwelling unit and the corresponding floor number, and unit number and/or letter and/or designation of such unit within the building. The register shall be kept current at all times. The licensee shall designate the person who has possession of the register and shall inform the director of the location at which the register is kept. The register shall be available for review by the director or his or her authorized representatives at all times.

(10)    The licensee shall submit to the director of inspections or an authorized representative of the director, at the time of application for a rental dwelling license and for just cause as requested by the director, the following information: the number and kind of units within the dwelling (dwelling units, rooming units, or shared bath units), specifying for each unit, the floor number, and the unit number and/or letter and/or designation.

(11)    a. There shall be no delinquent property taxes or assessments on the rental dwelling, nor shall any licensee be delinquent on any financial obligations owing to the city under any action instituted pursuant to Chapter 2, Administrative Enforcement and Hearing Process.
        b. The licensee or applicant shall have satisfied all judgments duly entered or docketed against the licensee or applicant by any court of competent jurisdiction arising out of the operation of a rental property business. This subsection shall not be found to have been violated if the licensee or applicant demonstrates that the underlying case or action leading to the entry of judgment is being properly and timely removed to district court or otherwise appealed, or when the judgment is being paid in compliance with a payment plan accepted by either a court possessing jurisdiction over the judgment or the judgment creditor or during any period when the enforcement of the judgment has been duly stayed by such a court. This subsection shall become effective January 1, 2008.

(12)    There is no active arrest warrant for a Minneapolis Housing Maintenance Code or Zoning Code violation pertaining to any property in which the licensee, applicant or property manager has a legal or equitable ownership interest or is involved in management or maintenance.

(13)    a. Any person(s) who has had an interest in two (2) or more licenses revoked pursuant to this article or canceled pursuant to section 244.1925 or a combination of revocations or cancellations shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of five (5) years.
        b. Any person(s) who has had an interest in a license revoked pursuant to this article or canceled pursuant to section 244.1925, shall be ineligible from obtaining any new rental dwelling licenses for a period of three (3) years.

(14)    No new rental dwelling license shall be issued for the property during the pendency of adverse license action initiated pursuant to section 244.1940

(15)     The licensee or applicant must have a current, complete, and accurate rental dwelling application on file with the director of inspections in accord with the provisions of section 244.1840

(16)     a. Before taking a rental application fee, a rental property owner must disclose to the applicant, in writing, the criteria on which the application will be judged.

b. Application forms must allow the applicant to choose a method for return of the application fee as either 1) mailing it to an applicant's chosen address as stated on the application form, 2) destroying it 3) holding for retrieval by the tenant upon one (1) business-day's notice.

c. If the applicant was charged an application fee and the rental property owner rejects the applicant, then the owner must, within fourteen (14) days, notify the tenant in writing of the reasons for rejection, including any criteria that the applicant failed to meet, and the name, address, and phone number of any tenant screening agency or other credit reporting agency used in considering the application.

d. The landlord must refund the application fee if a tenant is rejected for any reason not listed in the written criteria.

e. Nothing in this section shall prohibit a rental property owner from collecting and holding an application fee so long as the rental property owner provides a written receipt for the fee and the fee is not cashed, deposited, or negotiated in any way until all prior rental applicants either have been screened and rejected for the unit, or have been offered the unit and have declined to take it. If a prior rental applicant is offered the unit and accepts it, the rental property owner shall return all application fees in the manner selected by the applicant, pursuant to section (b).

f. Violation of this subsection, 244.1910(16), may result in an administrative citation, or may contribute to the denial or revocation of a rental license.

g. This subdivision shall become effective December 1, 2004.

(17)     An owner shall not have any violations of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, at any rental dwelling which they own or have an ownership interest. A violation of Minnesota Rule Chapter 1300.0120 subpart 1 shall result in a director's determination of noncompliance notice being sent, pursuant to 244.1930 to the owner regarding the rental dwelling where the violation occurred. A second violation, at any rental dwelling in which the owner has an ownership interest, of Minnesota Rule Chapter 1300.0120 subpart 1, related to required permits, shall result in the issuance of a director's notice of denial, non-renewal, or suspension of the license or provisional license, pursuant to 244.1940 of the Code, for the rental dwelling where the second violation occurred.

(18)     The owner, where the owner pays the water bill for a rental dwelling, shall not allow the water to be shut off for non-payment. If water to a rental dwelling has been turned off, for lack of payment by the owner it shall be sufficient grounds to deny, revoke, suspend or refuse to renew a license or provisional license.

(19)     The provisions of this section are not exclusive. Adverse license action may be based upon good cause as authorized by Chapter 4, Section 16 of the Charter. This section shall not preclude the enforcement of any other provisions of this Code or state and federal laws and regulations.

(20)     A licensee or owner/landlord shall not be in violation of section 244.265 of this Code, which requires owner/landlords to notify tenants and prospective tenants of pending mortgage foreclosure or cancellation of contract for deed involving the licensed property.

(21)     Any person(s), having an ownership or management interest in any property, upon a second violation of section 244.1810 by allowing to be occupied, letting or offering to let to another for occupancy, any dwelling unit without having first obtained a license or provisional license, shall be ineligible to hold or have an interest in a rental dwelling license or provisional license for a period of two (2) years.

(22)     The owner or licensee shall not be in violation of section 225.780, which requires every owner of a building containing two (2) or more dwelling units to provide for recycling services.

(23)     The licensee or applicant shall not have any unpaid fines or fees owing to the City of Minneapolis related to their rental property.

(90-Or-235, § 6, 9-14-90; 91-Or-220, § 1, 11-8-91; 94-Or-124, § 1, 9-16-94; 95-Or-097, § 2, 6-30-95; Ord. No. 97-Or-056, § 8, 6-27-97; 99-Or-163, § 5, 12-17-99; 2001-Or-074, § 1, 6-22-01; 2003-Or-070, § 2, 6-20-03; 2004-Or-122, § 1, 10-22-04; 2005-Or-008, § 1, 2-11-05; 2006-Or-115, § 2, 10-20-06; 2007-Or-063, § 1, 8-31-07; 2008-Or-016, § 4, 2-29-08; 2009-Or-044, § 2, 5-22-09; 2010-Or-041, § 1, 4-16-10; 2011-Or-044, § 1, 4-29-11; 2011-Or-108, § 4, 11-18-11; 2013-Or-040, § 1, 4-12-13)

**244.1930.  Director's determination of noncompliance; notice**. (a) If the director of inspections determines that a building or dwelling unit fails to meet the licensing standards set forth in section 244.1910, or section 244.1920, he or she shall mail a notice to the owner and the person designated by the owner as the person responsible for the maintenance and management of the building or dwelling unit. The notice shall specify the reasons why the building or unit fails to meet the licensing standards in section 224.1910 or section 244.1920 and shall include a copy of the inspection report if applicable. However, if a building or dwelling unit fails to meet licensing standards 244.1910(2), (3), (4), (13)(a), (18) or (21), for a second time under the same owner/licensee, a notice of director's determination of noncompliance shall not be required to be sent as the building or dwelling unit may be subject to an action for denial; non-renewal; revocation or suspension pursuant to section 244.1940.

(b)      If the rental dwelling fails to meet one (1) or more of the standards set forth in section 244.1910, the notice shall indicate that the license holder or applicant has ten (10) days to correct the defects, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license.

(c)      If the rental dwelling fails to meet the standards set forth in section 244.1920, the notice shall indicate that the license holder or applicant has sixty (60) days to correct the defects causing the building to be substandard, after which the city council will take action to deny, refuse to renew, revoke, or suspend the license or provisional license. The director may for good cause authorize additional time to correct defects causing a building to be substandard. If the defects create an imminent hazard to health or safety, the director may proceed immediately for denial, nonrenewal, revocation, or suspension under section 244.1940, or may shorten the deadline for compliance to less than sixty (60) days.

(d)      Whenever a notice of noncompliance is issued under this section, the director of inspections shall also cause a notice to tenants to be prominently posted on the building. The notice shall indicate that a license proceeding has been commenced against the owner because the building has been found to be in violation of the housing maintenance code; that after a stated period of time allowed to bring the building into compliance, the city council may proceed to deny, revoke, or suspend the rental dwelling license for the building; that if the city council denies, revokes, or suspends the license, tenants may be required to vacate the building; that further information can be obtained from the City of Minneapolis Housing Services Office.

(e)      The director of inspections shall send copies of the notice of noncompliance and the notice to tenants to the housing services office. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 3, 6-30-95; 99-Or-163, § 6, 12-17-99; 2011-Or-044, § 2, 4-29-11; 2011-Or-108, § 5, 11-18-11)

**244.1940. Denial; non-renewal; revocation; suspension.** (a) If after any period for compliance under section 244.1930 has expired, the director determines that the dwelling fails to comply with any of the licensing standards in sections 244.1910 or 244.1920, or the director has initiated an action to deny, revoke, suspend, or not renew a license pursuant to section 244.2020, or if the director determines that a building or dwelling unit fails to meet licensing standards 244.1910(2), (3), (4), (13)(a), (18) or (21), for a second time, under the same owner/licensee, the director shall mail the owner and the person designated by the owner as the person responsible for the maintenance and management of the building or dwelling unit, a notice of denial, non-renewal, revocation, or suspension of the license or provisional license. The notice shall state:

(1)     That the director has determined that the building fails to comply with the licensing standards for rental dwellings in section 244.1910 and section 244.1920, that the licensee has failed to take appropriate action following conduct by tenants and/or their guests on the licensed premises under section 244.2020, or that the licensee has failed to submit a written management plan that satisfies the requirements set forth in 244.2020(d).

(2)     The specific reasons why the building fails to meet licensing standards, including copies of applicable inspection reports, or notices sent to licensee of conduct on licensed premises.

(3)     That the director has referred the matter to the city council with a recommendation to deny, not renew, revoke, or suspend the license or provisional license.

(4)     That the city council will deny, refuse to renew, revoke, or suspend the license or provisional license unless the owner appeals the determination within fifteen (15) days after receipt of the notice, in the manner provided in section 244.1960.

(5)     That after denial, nonrenewal, revocation or suspension, the dwelling or the affected dwelling units therein must be vacated, and shall not be reoccupied until all violations are corrected and a license is granted by the city council, (except where an extension of time has been granted by the director of inspections due to weather). Further, no license will be granted by the city council until an approved plan to control conduct on premises has been presented and accepted by the city council if the denial, non-renewal, revocation or suspension was under section 244.2020.

(6)     The notice shall describe how an appeal may be filed under section 244.1960.

(7)     The director shall cause a notice to tenants to be mailed or delivered to each licensed dwelling unit and prominently posted on the building. The notice shall indicate that the rental dwelling license for the building has been denied, revoked, or suspended, whichever is applicable; that the action will become final on a specific date unless the building owner appeals and requests a hearing; that tenants may be required to vacate the building when the action becomes final; that further information can be obtained from the City of Minneapolis Housing Services Office.

(b)     Lapsed licenses. If a license lapses, or is surrendered, withdrawn, terminated, or otherwise becomes ineffective, the director may proceed, pursuant to subdivision (a), with an action to deny, non-renew, revoke or suspend if the action was commenced prior any lapse, surrender, withdraw, termination or other loss of license.

(c)     Any action taken under this section shall be instituted against the rental dwelling license held by the owner(s), licensee and the person designated by the owner as the person responsible for the maintenance and management of the licensed property. (90-Or-235, § 6, 9-14-90; 95-Or-097, § 4, 6-30-95; 99-Or-163, § 7, 12-17-99; 2004-Or-007, 1-30-04; 2004-Or-112, § 1, 10-8-04; 2011-Or-044, § 3, 4-29-11; 2011-Or-108, § 6, 11-18-11)

## Section 16. Licenses May Be Revoked.

Any license issued by authority of the City Council may be revoked by the City Council at any time upon proper notice and hearing for good cause; and upon conviction before any court of any person holding such a license for a violation of the provisions of any law, ordinance or regulation relating to the exercise of any right granted by such license, the city council may revoke such license in addition to the penalties provided by law or by ordinance for any such violation. (As amended 3-29-68; 83-Or-140, § 1, 6-10-83; 86-Or-255, § 6, 11-7-86)

> **Amendment note**—The amendment of March 29, 1968, changed the name of the court from "municipal court of the City of Minneapolis." 83-Or-140 deleted the words "Mayor or" from the phrase "Mayor or City Council."
>
> *The amendment of November 7, 1986, deleted reference to the "municipal court," and further revised § 16 to empower the city council to revoke licenses.*