# Exhibit D



**Regulatory Services**
250 S. Fourth St. - Room 401
Minneapolis, MN 55415
TEL  612.673.3000
www.minneapolismn.gov

January 22, 2016

Dear Resident:

This is to notify you that the rental license for the property you reside in has been revoked by the Minneapolis City Council. Mr. Khan has expressed to us that he intends to appeal this decision to the Minnesota State Court of Appeals. This process can take 6-9 months.

Regulatory Services will not vacate the property until Mr. Khan has exhausted his due process with the State Court of Appeals.

If Mr. Khan appeals this decision, you will not have to vacate the property until a decision by the State Court of Appeals has been made. We anticipate this happening in late 2016.

Should anything change with this plan, we will notify you in writing giving you ample time to find new housing. Should you have any legal questions, we encourage you to contact HOME Line, a legal service available to Minneapolis renters. You can reach them at 612-728-5767 or visit their website at www.homelinemn.org

St. Stephen's Housing Services is another good resource that offers some financial help and housing search. They can be reached at 612-870-2298.

If you have questions about this process please call 311. Our goal is to ensure that residents have housing that is safe and well-maintained. We know this situation may create challenges for you, so please understand we would like to help make your transition as smooth as possible.


Thank you,


Mike Rumppe
Deputy Director
Housing Inspections