UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mahmood Khan,

    Plaintiff,

vs.

City of Minneapolis, a municipal
corporation, and DOES 1 - 10

    Defendants,

Civil No. 16-cv-3104 (PJS/HB)

NOTICE OF APPEARANCE AND
ASSOCIATION AS COUNSEL FOR
PLAINTIFF

---

The undersigned attorney hereby notifies the Court and counsel that attorney Edward F. Rooney shall appear shall, together with the undersigned, as counsel of record for Plaintiff Mahmood Khan in this case.

Dated: December 9, 2016

_____
James Heiberg
Bar No. 0386503
Attorney for Plaintiff Mahmood Khan
476½ Summit Avenue
St. Paul MN 55102
(763)276-3285
heiberglaw@outlook.com

Name, address, phone and email of associating attorney:

Edward F. Rooney (#9321X)
100 N. Sixth Street, Suite 445A
Minneapolis MN 55403
612/285-7621
efrooney@rooneylaw.com