UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mahmood Khan,

           Plaintiff,

v.

City of Minneapolis and Does 1-10,

           Defendants.

Civil No. 16-cv-3104 (PJS/HB)

**ORDER ON STIPULATION FOR STAY OF PROCEEDINGS AND JOINT REQUEST FOR ORDER**

      This matter came before the court on December 22, 2016, as a telephone scheduling conference requested by the parties to allow the Court to consider the effect on this action of proceedings between the parties pending in the Minnesota Court of Appeals (*In the Matter of the Rental Dwelling Licenses held by Mahmood Khan* (Minnesota Appellate Courts Case No. A16-0633) ("the state court proceeding")) which involve issues related to the issues between the parties in this action.

      James Heiberg, Esq., and Edward F. Rooney, Esq., participated in the telephone conference on behalf of the plaintiff, and Lindsey E. Middlecamp, Esq., and Tracey N. Fussy, Esq., participated in the conference on behalf of the defendant.

      Based on agreement of counsel voiced in the telephone conference and subsequently confirmed by the Stipulation for Stay of Proceedings and Joint Request for Order (ECF No. 16), entered into by counsel for the parties, and the Court's finding that

the pendency of the state court proceeding constitutes good cause pursuant to Local Rule 16.3 of this Court to modify the scheduling order herein,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. 16) is **APPROVED** as follows:

1. All proceedings in the above-captioned action are stayed until thirty-five (35) days after the Minnesota Court of Appeals issues its decision in the state proceeding;

2. Plaintiff shall promptly notify the court of the Minnesota Court of Appeals decision in the state court proceeding or of any other developments in the state court proceeding pertinent to the above-captioned action.

3. All dates in the Pretrial Scheduling Order filed on December 5, 2016 (ECF No. 12) are held in abeyance until such time as this Court is notified of the decision in the state court proceeding, after which the Court will convene a Rule 16 conference to discuss next steps in the above-captioned action.

Dated:  January 4, 2017            s/ *Hildy Bowbeer*
                                   HILDY BOWBEER
                                   United States Magistrate Judge