**EDWARD F. ROONEY**
ATTORNEY AT LAW
100 NORTH SIXTH STREET, SUITE 445A
MINNEAPOLIS, MINNESOTA 55403
——————
PHONE: (612) 285-7621   •   FAX: (612) 285-7623
email: efrooney@rooneylaw.com

May 31, 2017

Via ECF/CM only

Magistrate Judge David T. Schultz
Warren E. Burger Federal Courthouse
316 N. Robert Street
St. Paul, MN 55101

Re: *Mahmood Khan v. City of Minneapolis et al.*
Court File No.: 16-cv-3104 (PJS/DTS)

Dear Magistrate Judge Schultz:

I am one of the attorneys for plaintiff Mahmood Khan in the above-referenced lawsuit. On April 11, 2017, based on a stipulation of counsel for both parties, the court issued an Order staying all proceedings in this case until 35 days after the Minnesota Supreme Court acted respecting Mahmood Khan's Petition for Further Review of a decision of the Minnesota Court of Appeals upholding the revocation by the City of Minneapolis ("the City") of all of Mr. Khan's rental housing licenses issued by the City.  Pursuant to paragraph 4 of the court's April 11, 2017, Order I am writing to notify the court that yesterday, May 30, 2017, the Minnesota Supreme Court filed an Order denying Mr. Khan's Petition for Further Review. That means that the Minnesota state court proceedings concerning the revocation of all of Mr. Khan's rental housing licenses are final.

On behalf of my client I am writing not only to notify the court of the Minnesota Supreme Court's action but also to request that the court schedule a telephone conference at the earliest practicable time to determine how further proceedings in this case will be conducted. One issue that my client would present to the court at such a telelphone conference is his intention to move this court for temporary injunctive relief to prevent enforcement of the City's decision to revoke all of my client's rental housing licenses. I have notified opposing counsel of my client's inention to seek injunctive relief from this court, as well as of my intention to ask the court to schedule a phone conference in the very near future.  Via email I am sending opposing counsel, as well as my co-counsel Mr. Heiberg, copies of this letter.

Thank you.

Magistrate Judge David T. Schultz
May 31, 2017
Page 2

Sincerely,

s/ Edward F. Rooney

Edward F. Rooney

cc:     lindsey.middlecamp@minneapolismn.gov)
        Tracey N. Fussy (via email only - Tracey.Fussy@minneapolismn.gov)
        James Heiberg (via email only - heiberglaw@outlook.com)