United States District Court
District of Minnesota

Mahmood Khan,

                              Civil Case No. 16cv3104 PJS/DTS

    Plaintiff,

v.                              **MOTION FOR TEMPORARY
                                               RESTRAINING ORDER**

City of Minneapolis *et al.*,

    Defendants.

### NOTICE OF HEARING ON MOTION
_____

To:    Defendant City of Minneapolis and its attorney Susan L. Segal, Minneapolis City Attorney, City Hall, Room 210, 350 South Fifth Street, Minneapolis MN 55415:

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from Judge Schiltz' chambers, and that if the court wishes to have a hearing on the above-titled motion, such hearing will take place at a date and time to be determined by the court.

Dated: June 15, 2017              ___s/ Edward F. Rooney_____
                                                   Edward F. Rooney, #9321X
                                                   Attorney for Plaintiff
                                                   100 North Sixth Street, Suite 445A
                                                   Minneapolis MN 55403
                                                   Telephone: 612/285-7621
                                                   Fax: 612/285-7623
                                                   email: efrooney@rooneylaw.com