United States District Court
District of Minnesota

Mahmood Khan,

Civil Case No. 16cv3104 PJS/DTS

    Plaintiff,

v.

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE**

City of Minneapolis *et al.*,

    Defendants.

The undersigned, attorney for the plaintiff, hereby states pursuant to Local Rule 7.1(f)(2) of this court that the Plaintiff's Memorandum of Law in Support of Motion for Temporary Restraining Order filed herewith is submitted in New Century Schoolbook font size 13 and that said document contains, with all words appearing in said document counted, 4,323 words, according to the word-count function of Wordperfect 16, the word processing software in which said document was created.

Dated: June 15, 2017

    ___s/ Edward F. Rooney_____
    Edward F. Rooney, #9321X
    Attorney for Plaintiff
    100 North Sixth Street, Suite 445A
    Minneapolis MN 55403
    Telephone: 612/285-7621
    Fax: 612/285-7623
    email: efrooney@rooneylaw.com