UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MAHMOOD KHAN,                                                  CIVIL NO. 16-3104 (PJS/DTS)

      Plaintiff,

v.                                                                              <u>ORDER</u>

CITY OF MINNEAPOLIS, et al.,

      Defendants.

      The above matter came before the undersigned on June 12, 2017 on a telephonic status conference.  Edward F. Rooney, Esq. appeared on behalf of Plaintiff; Lindsey E. Middlecamp, Esq. and Tracey N. Fussy, Esq. appeared on behalf of Defendant City of Minneapolis.

      The parties requested that the stay be lifted.  Plaintiff has indicated that he intends to file a Motion for Temporary Restraining Order/Preliminary Injunction, and Defendant intends to file a Rule 12 Motion.  The parties requested they be allowed to proceed with preliminary motion practice.

      The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

      IT IS HEREBY ORDERED that:

      1.     The stay is lifted.

      2.     No discovery shall be taken at this time pending preliminary motion practice.

      3.     The parties shall promptly serve and file any Motion for Temporary Restraining Order/Preliminary Injunction and/or Rule 12 Motion.  Upon review of the parties' submissions, District Judge Patrick J. Schiltz will advise the parties whether he

will hold a hearing. The motions shall be filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1. When a motion, response or reply brief is filed on ECF, two paper courtesy copies (three-hole punched and unstapled, and if warranted, exhibits appropriately tabbed) of the pleading and all supporting documents shall be mailed or delivered to Courtroom Deputy Caryn Glover at the same time as the documents are posted on ECF.

Dated:     June 15, 2017

*s/ David T. Schultz*
DAVID T. SCHULTZ
United States Magistrate Judge