# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Mahmood Khan, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| City of Minneapolis, | Case No: 16-CV-3104 (PJS/DTS) |
| | Date: June 30, 2017 |
| Defendant. | Deputy: C. Glover |
| | Court Reporter: Debra Beauvais |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 9:36 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: Hours & 36 Minutes |

Hearing on: **Plaintiff's Motion for Temporary Restraining Order [Docket No. 25]**

APPEARANCES:

    Plaintiff:    Edward Rooney
    Defendant:    Tracey Fussy, Lindsey Middlecamp

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**IT IS ORDERED:

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Written order issued.

                                                                         s/C. Glover
                                                                         Courtroom Deputy