U.S. COURT OF APPEALS - EIGHTH CIRCUIT
APPELLANT'S FORM A          Appeal Docket No.
Appeal Information Form
To be filed with the Notice of Appeal          _____

| STYLE OF CASE: | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Appellant/Appellee, vs. | |
| Appellant/Appellee | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3).          _____Yes.          _____ No.

FOR LEAD COUNSEL ONLY
I _____ have (_____ have not) discussed settlement possibilities on appeal with my client.
This appeal _____ is (_____ is not) amenable to settlement.

Submitted by: s/ _____
Signature of Lead Counsel          Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertenly omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may be obtained electronically at:
www.ca8.uscourts.gov
 Copy 1 - Send to Appellee (together with an uncompleted Form B)
 Copy 2 & 3 - Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
 Copy 4 - Retain