# United States Court of Appeals
# FOR THE EIGHTH CIRCUIT

_____

No. 18-1654

_____

| | | |
|---|---|---|
| Mahmood Khan, | * | |
| | * | |
| Appellant, | * | **NOTICE OF JOINT APPENDIX** |
| | * | |
| v. | * | |
| | * | |
| City of Minneapolis, a municipal Corporation, and DOES 1-10, | * * | |
| | * | |
| Appellees. | * | |

_____

PLEASE TAKE NOTICE that the parties expect to come to an agreement on determining the method of Appendix preparation in the above-captioned appeal. Appellant expects that the Appendix will include a transcript from the September 6, 2017 motion hearing, and a copy of the District Court's February 20, 2018 Order in the case.

Date: April 13, 2018                                                    Respectfully submitted,

                                                                         __James Heiberg_____
                                                                         James Heiberg (#0386503)
                                                                         476 ½ Summit Avenue
                                                                         St. Paul, MN 55102
                                                                         (763) 276-3285
                                                                         heiberglaw@outlook.com